Richard K. Walker, SBN 004159
WALKER & PESKIND, PLLC
16100 N. 71st Street, Suite 140
Scottsdale, Arizona 85254-2236
rkw@azlawpartner.com
Phone: (480) 483-6336
Facsimile: (480) 483-6337

*Counsel for Defendant Wyo Tech Investment Group, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Wells Fargo Bank, N.A.,

Plaintiff,

vs.

Wyo Tech Investment Group, LLC; CWT Canada II Limited Partnership, Resources Recovery Corporation; and Jean Noelting,

Defendants.

Wyo Tech Investment Group, LLC,

Counterclaimant,

vs.

Wells Fargo Bank, N.A.,

Counterdefendant.

**CASE NO.: 2:17-CV-04140-JJT**

**DEFENDANT/COUNTERCLAIMANT/ CROSS-CLAIMANT/THIRD PARTY PLAINTIFF WYO TECH INVESTMENT GROUP, LLC'S CORPORATE DISCLOSURE STATEMENT**

[Assigned to the Honorable John J. Tuchi]

WALKER & PESKIND, PLLC
Attorneys and Counselors
16100 North 71st Street, Suite 140
Scottsdale, AZ 85254
Telephone: (480) 483-6336

WALKER & PESKIND, PLLC
Attorneys and Counselors
16100 North 71st Street, Suite 140
Scottsdale, AZ 85254
Telephone: (480) 483-6336

Wyo Tech Investment Group, LLC,

Cross-Claimant,

vs.

CWT Canada II Limited Partnership, Resources Recovery Corporation; and Jean Noelting,

Cross-Defendants.

Wyo Tech Investment Group, LLC,

Third Party Plaintiff,

vs.

Schlam Stone & Dolan, LLP, a New York Limited Liability Partnership, and Joshua Wurtzel,

Third Party Defendants.

This Corporate Disclosure Statement is filed on behalf of Defendant/Counterclaimant/Cross-claimant/Third Party Plaintiff WYO TECH INVESTMENT GROUP, LLC.

☐ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(1), Federal Rules of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(2), Federal Rules of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

The filing party hereby declares as follows:

☒ No such corporation.

☐ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. (*Attach additional pages if needed*.)

______________________________Relationship___________________________

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

WALKER & PESKIND, PLLC
Attorneys and Counselors
16100 North 71st Street, Suite 140
Scottsdale, AZ 85254
Telephone: (480) 483-6336

WALKER & PESKIND, PLLC
Attorneys and Counselors
16100 North 71st Street, Suite 140
Scottsdale, AZ 85254
Telephone: (480) 483-6336

☐ ______________________________Relationship___________________________

Other (please explain)

_______________________________________________________________________

_______________________________________________________________________

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

DATED this 12th day of December, 2017.

WALKER & PESKIND, PLLC

By:/s/ Richard K. Walker
Richard K. Walker
Walker & Peskind, PLLC
16100 N. 71st Street, Suite 140
Scottsdale, Arizona 85254-2236

NOTICE OF ELECTRONIC FILING AND CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2017, I electronically filed the foregoing Defendant Wyo Tech Investment Group, LLC's Corporate Disclosure Statement, with the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to all parties of record.

/s/ Michelle Giordano