Richard K. Walker, SBN 004159
WALKER & PESKIND, PLLC
16100 N. 71st Street, Suite 140
Scottsdale, Arizona 85254-2236
*rkw@azlawpartner.com*
Phone: (480) 483-6336
Facsimile: (480) 483-6337

*Counsel for Defendant/Counterclaimant/Cross-Claimant/Third Party Plaintiff WYO TECH Investment Group, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Wells Fargo Bank, N.A., <br>    Plaintiff, <br> vs. <br> WYO TECH Investment Group, LLC; CWT Canada II Limited Partnership; Resources Recovery Corporation; and Jean Noelting, <br>    Defendants. | **CASE NO.: 2:17-CV-04140-JJT** <br><br> **DEFENDANT/COUNTERCLAIMANT/ CROSS-CLAIMANT/THIRD PARTY PLAINTIFF WYO TECH INVESTMENT GROUP, LLC'S NOTICE OF RECENT FILING OF APPLICATION FOR RELIEF FROM AUTOMATIC STAY WITH THE U.S. BANKRUPTCY COURT FOR THE DISTRICT OF WYOMING** <br><br> [Assigned to the Honorable John J. Tuchi] |
| WYO TECH Investment Group, LLC, <br>    Counterclaimant, <br> vs. <br> Wells Fargo Bank, N.A., <br>    Counterdefendant. | |

|   |   |
|---|---|
| WYO TECH Investment Group, LLC, | |
| Cross-Claimant, | |
| vs. | |
| CWT Canada II Limited Partnership, Resources Recovery Corporation, and Jean Noelting, | |
| Cross-Claim Defendants. | |

|   |   |
|---|---|
| WYO TECH Investment Group, LLC, | |
| Third Party Plaintiff, | |
| vs. | |
| Schlam Stone & Dolan, LLP, a New York Limited Liability Partnership; and Jeffrey M. Eilender, | |
| Third Party Defendants. | |

**WALKER & PESKIND, PLLC**
Attorneys and Counselors
16100 North 71st Street, Suite 140
Scottsdale, AZ 85254
Telephone: (480) 483-6336

NOTICE IS HEREBY GIVEN that Defendant/Counterclaimant/Cross-Claimant and Third-Party Plaintiff WYO TECH INVESTMENT GROUP, LLC ("WYO TECH") filed, on February 7, 2018, in the United States Bankruptcy Court for the District of Wyoming, an Application for Relief From The Automatic Stay with Notice of Time to Object, a copy of which is attached hereto as Exhibit "A." WYO TECH provides this Notice to establish on the record in this proceeding the facts that: (a) Dennis M. Danzik ("Danzik"), a Judgment Debtor under a certain New York judgment, has filed a bankruptcy petition in the United States Bankruptcy Court for the District of Wyoming ("Danzik Bankruptcy"); (b) Defendants/Cross-Claim Defendants CWT Canada II

2

Limited Partnership, Resources Recovery Corporation, and Jean Noelting, the Judgment Claimants under the aforementioned New York judgment, have asserted that the funds sought to be interpleaded in this action by Plaintiff/Counterdefendant Wells Fargo, N.A., are subject to a beneficial or ownership interest of Danzik (which WYO TECH denies); (c) a question has been raised as to whether, in light of Judgment Claimants' assertion, this action might be subject to the automatic stay in the Danzik Bankruptcy; and (d) in an abundance of caution, WYO TECH has sought a ruling in the Danzik Bankruptcy to ensure that this action can proceed unimpeded, notwithstanding the aforementioned automatic stay. Inasmuch as the issues addressed in Exhibit "A" are currently before the Wyoming Bankruptcy Court for resolution, the parties to this action will be filing with this Court contemporaneously herewith a stipulation for continuance of deadlines in this proceeding pending a ruling in the Danzik Bankruptcy on the applicability of the automatic stay to this action.

RESPECTFULLY SUBMITTED this 8th day of February, 2018.

            WALKER & PESKIND, PLLC

            By: /s/ Richard K. Walker
              Richard K. Walker
              Walker & Peskind, PLLC
              16100 N. 71st Street, Suite 140
              Scottsdale, Arizona 85254-2236
              *Attorney for Defendant/Counterclaimant/*
              *Cross-Claimant/Third Party Plaintiff*
              *WYO TECH Investment Group, LLC*

3

NOTICE OF ELECTRONIC FILING AND CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2018, I electronically filed the foregoing Defendant/Counterclaimant/Cross-Claimant/Third Party Plaintiff WYO TECH Investment Group, LLC's, Notice of Recent Filing of Application for Relief from the Automatic Stay Filed with the U.S. Bankruptcy Court for the District of Wyoming, with the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to all parties of record.

/s/ Michelle Giordano_

WALKER & PESKIND, PLLC
Attorneys and Counselors
16100 North 71st Street, Suite 140
Scottsdale, AZ 85254
Telephone: (480) 483-6336