# EXHIBIT C

1  Barbara J. Dawson (#012104)
   Carlie Shae Tovrea (#029709)
2  Matt Jarvey (#031350)
   SNELL & WILMER L.L.P.
3  One Arizona Center
   400 E. Van Buren, Suite 1900
4  Phoenix, Arizona 85004-2202
   Telephone: 602.382.6000
5  Facsimile: 602.382.6070
   E-Mail: bdawson@swlaw.com
6         ctovrea@swlaw.com
          mjarvey@swlaw.com
7
   *Attorneys for Plaintiff Wells Fargo Bank, N.A.*
8

9            IN THE UNITED STATES DISTRICT COURT

10              FOR THE DISTRICT OF ARIZONA

11 | Wells Fargo Bank, N.A.,                    |
12 |         Plaintiff,                         | No. CV 2:17-cv-04140-JJT
13 | v.                                         | **AFFIDAVIT AUTHENTICATING BUSINESS ACCOUNT AGREEMENTS**
14 | Wyo Tech Investment Group, LLC; CWT Canada II Limited Partnership; Resources Recovery Corporation; and Jean Noelting, |
15 |                                            | (Assigned to the Honorable John J. Tuchi)
16 |         Defendants.                        |
17 | Wyo Tech Investment Group, LLC,            |
18 |         Counterclaimant,                   |
19 | v.                                         |
20 | Wells Fargo Bank, N.A.,                    |
21 |         Counterdefendant.                  |
22 | Wyo Tech Investment Group, LLC,            |
23 |         Cross-Claimant,                    |
24 | v.                                         |
25 | CWT Canada II Limited Partnership, Resources Recovery Corporation, and Jean Noelting, |
26 |                                            |
27 |         Cross-Claim Defendants.            |

28

4823-1564-4785

| | |
|---|---|
| 1 | Wyo Tech Investment Group, LLC, |
| 2 | Third Party Plaintiff, |
| 3 | v. |
| 4 | Schlam Stone & Dolan, LLP, a New York Limited Liability Partnership; and Jeffrey M. Eilender, |
| 5 | |
| 6 | Third Party Defendants. |

STATE OF ARIZONA   )
                                         ) ss
County of Maricopa   )

Chere' Tait, being first duly sworn, deposes and states that:

1. I am a custodian of records for Wells Fargo Bank, N.A. ("Wells Fargo").

2. I am personally familiar with the Business Account Agreements attached as Exhibits A and B to Wells Fargo's Motion for Attorneys' Fees, Expenses, and Costs.

3. Exhibit A is a true and accurate copy of the account agreement that currently governs Wyo Tech Investment Group, LLC's ("Wyo Tech's") Wells Fargo bank account ending in -2809. Exhibit A has been effective since July 11, 2018.

4. Exhibit B is a true and accurate copy of the account agreement that previously governed Wyo Tech's Wells Fargo bank account ending in -2809. Exhibit B was effective from April 24, 2017, until July 11, 2018.

5. Exhibits A and B, which are records of certain conditions governing Wyo Tech's account, were drafted at or near the time that they became effective by a person with knowledge of the matters identified in those agreements.

6. Exhibits A and B were kept in the course of a regularly conducted activity of Wells Fargo's business.

7. Drafting and maintaining records such as the Exhibits A and B is a regular practice of Wells Fargo's business activity.

_/s/ Chere' Tait_
Chere' Tait

4823-1564-4785

1  Executed on this 24 day of Sept, 2018.

4  Subscribed to and sworn before me this 24 day of Sept, 2018, by
5  Cheré Tait, who is personally known to me.


SIGNATURE

NOTARY PUBLIC

4823-1564-4785

-2-