# EXHIBIT E

| Timekeeper | Description of Services | Date | Hours | Rate | Totals |
|---|---|---|---|---|---|
| Tovrea, Carlie | Strategize re potential interpleader action. | 11/07/17 | 0.90 | 170.00 | 153.00 |
| Tovrea, Carlie | Telephone calls with J. Wurtzel re interpleader and moving forward to resolve matter. | 11/07/17 | 0.50 | 170.00 | 85.00 |
| Tovrea, Carlie | Telephone call with client and New York counsel and strategize re moving forward with interpleader action. | 11/07/17 | 1.20 | 170.00 | 204.00 |
| Tovrea, Carlie | Strategize re handling interpleader claim. | 11/08/17 | 0.50 | 170.00 | 85.00 |
| Tovrea, Carlie | Revise draft of interpleader complaint and associated documents. | 11/08/17 | 1.60 | 170.00 | 272.00 |
| Jarvey, Matthew L. | Analyze case file documents and case law related to interpleader action in preparation for drafting complaint. | 11/08/17 | 4.40 | 200.00 | 880.00 |
| Jarvey, Matthew L. | Draft interpleader complaint. | 11/08/17 | 4.80 | 200.00 | 960.00 |
| Dawson, Barbara J | Analyze information re dispute to assist with strategy re next steps. | 11/08/17 | 1.50 | 522.00 | 783.00 |
| Tovrea, Carlie | Research re interpleader of funds subject to multiple claims and call with clients re same. | 11/08/17 | 2.10 | 170.00 | 357.00 |
| Pillar, Shalayne | Compose initial draft of complaint for interpleader. | 11/08/17 | 2.10 | 265.00 | 556.50 |
| Tovrea, Carlie | Research re validity of New York restraining notice for Arizona account. | 11/09/17 | 0.30 | 170.00 | 51.00 |
| Tovrea, Carlie | Review and revise proposed order. | 11/09/17 | 0.30 | 170.00 | 51.00 |
| Dawson, Barbara J | Analyze background information and review interpleader complaint. | 11/09/17 | 2.20 | 522.00 | 1,148.40 |
| Jarvey, Matthew L. | Draft proposed order re motion for interpleader. | 11/09/17 | 0.90 | 200.00 | 180.00 |
| Jarvey, Matthew L. | Draft motion for interpleader. | 11/09/17 | 4.30 | 200.00 | 860.00 |
| Tovrea, Carlie | Revise complaint for interpleader. | 11/09/17 | 3.40 | 170.00 | 578.00 |
| Tovrea, Carlie | Revise motion to deposit disputed funds with the court and for an order discharging Wells Fargo of liability. | 11/09/17 | 1.00 | 170.00 | 170.00 |
| Tovrea, Carlie | Revise motion to interplead funds. | 11/10/17 | 0.40 | 170.00 | 68.00 |
| Jarvey, Matthew L. | Analyze exhibits for use in interpleader motion. | 11/13/17 | 0.70 | 200.00 | 140.00 |
| Tovrea, Carlie | Draft and revise acceptances of service for all defendants. | 11/13/17 | 0.50 | 170.00 | 85.00 |
| Tovrea, Carlie | Revise acceptances of service on behalf of all defendants. | 11/14/17 | 0.30 | 170.00 | 51.00 |
| Jarvey, Matthew L. | Draft acceptance of service. | 11/14/17 | 0.20 | 200.00 | 40.00 |
| Tovrea, Carlie | Correspond to R. Walker re acceptance v. waiver of service and filing document re same. | 11/15/17 | 0.20 | 170.00 | 34.00 |
| Tovrea, Carlie | Correspond with opposing counsel re acceptance and waiver of service and revise and finalize same for filing. | 11/16/17 | 0.50 | 170.00 | 85.00 |
| Dawson, Barbara J | Follow up re new developments. | 11/29/17 | 0.20 | 522.00 | 104.40 |
| Tovrea, Carlie | Strategize re arguments to include in reply in support of interpleader. | 11/29/17 | 0.30 | 170.00 | 51.00 |
| Pillar, Shalayne | Analyze case law cited by defendant WyoTech in order to prepare to file reply. | 11/30/17 | 0.90 | 265.00 | 238.50 |
| Pillar, Shalayne | Analyze federal case law concerning discharging a bank/stakeholder in an action for interpleader in order to prepare to file reply. | 11/30/17 | 2.00 | 265.00 | 530.00 |
| Pillar, Shalayne | Review account agreement to prepare to file reply. | 11/30/17 | 1.20 | 265.00 | 318.00 |
| Pillar, Shalayne | Strategize organization and argument re obtaining discharge in order to prepare to file reply. | 11/30/17 | 0.40 | 265.00 | 106.00 |
| Tovrea, Carlie | Strategize re reply in support of motion for interpleader. | 11/30/17 | 0.70 | 170.00 | 119.00 |
| Tovrea, Carlie | Strategize re reply in support of interpleader motion. | 12/01/17 | 0.20 | 170.00 | 34.00 |
| Pillar, Shalayne | Draft reply to defendant's response to motion to interplead. | 12/01/17 | 3.10 | 265.00 | 821.50 |
| Pillar, Shalayne | Analyze case law re whether Wells Fargo may be entitled to attorneys' fees under an action for interpleader. | 12/01/17 | 1.20 | 265.00 | 318.00 |
| Pillar, Shalayne | Review and refine reply to defendant's response. | 12/04/17 | 0.70 | 265.00 | 185.50 |
| Pillar, Shalayne | Clarify explanation of case law cited by defendant Wyo Tech in order to submit reply. | 12/04/17 | 1.50 | 265.00 | 397.50 |
| Tovrea, Carlie | Research for arguments in support of discharge of liability for Wells Fargo in light of Wyo Tech's allegations of potential claims. | 12/04/17 | 2.60 | 170.00 | 442.00 |
| Tovrea, Carlie | Draft and revise reply in support of motion for interpleader and discharge. | 12/04/17 | 3.30 | 170.00 | 561.00 |
| Tovrea, Carlie | Revise and finalize reply in support of motion for interpleader and for discharge for filing. | 12/05/17 | 0.70 | 170.00 | 119.00 |
| Dawson, Barbara J | Review information re reply brief to be filed in Arizona. | 12/05/17 | 0.30 | 522.00 | 156.60 |
| Tovrea, Carlie | Correspond with client and New York counsel re as-filed copy of reply in support of interpleader motion and for discharge. | 12/06/17 | 0.20 | 170.00 | 34.00 |
| Tovrea, Carlie | Review answer of defendants CWT, Resource Recovery Corporation, and J. Noelting. | 12/07/17 | 0.30 | 170.00 | 51.00 |

| | | | | | |
|---|---|---|---|---|---|
| Tovrea, Carlie | Begin reviewing answer to complaint and counterclaim. | 12/12/17 | 0.20 | 170.00 | 34.00 |
| Tovrea, Carlie | Continue reviewing answer and counterclaims. | 12/13/17 | 0.30 | 170.00 | 51.00 |
| Tovrea, Carlie | Email client and New York counsel Wyo Tech's responsive pleading including its answer, counterclaim, crossclaim, and third-party complaint. | 12/13/17 | 0.20 | 170.00 | 34.00 |
| Dawson, Barbara J | Follow up on reply re motion for interpleader strategy. | 12/15/17 | 0.30 | 522.00 | 156.60 |
| Pillar, Shalayne | Strategize re responding to counterclaims and filing a joint stipulation re extending deadline to respond. | 12/15/17 | 0.60 | 265.00 | 159.00 |
| Pillar, Shalayne | Draft email to opposing counsel re filing a joint stipulation re extending deadline to respond. | 12/15/17 | 0.40 | 265.00 | 106.00 |
| Jarvey, Matthew L. | Analyze pleadings for use in motion drafting. | 12/15/17 | 1.10 | 200.00 | 220.00 |
| Tovrea, Carlie | Strategize re motion to dismiss. | 12/15/17 | 1.10 | 170.00 | 187.00 |
| Tovrea, Carlie | Strategize re potential motion to dismiss arguments. | 12/17/17 | 0.50 | 170.00 | 85.00 |
| Jarvey, Matthew L. | Draft motion to dismiss counterclaims. | 12/17/17 | 3.90 | 200.00 | 780.00 |
| Pillar, Shalayne | Analyze defendant's counterclaims in preparation for drafting response. | 12/17/17 | 1.40 | 265.00 | 371.00 |
| Pillar, Shalayne | Research elements required under claim for wrongful garnishment. | 12/18/17 | 1.40 | 265.00 | 371.00 |
| Pillar, Shalayne | Strategize cognizability of defendant's wrongful garnishment, aiding and abetting, and tortious interference claims. | 12/18/17 | 0.80 | 265.00 | 212.00 |
| Jarvey, Matthew L. | Strategize motion to dismiss arguments. | 12/18/17 | 0.90 | 200.00 | 180.00 |
| Pillar, Shalayne | Research elements required under claim for aiding and abetting wrongful garnishment. | 12/19/17 | 0.90 | 265.00 | 238.50 |
| Pillar, Shalayne | Research elements required under claim for tortious interference with business expectancy. | 12/19/17 | 0.90 | 265.00 | 238.50 |
| Pillar, Shalayne | Review and revise research re counterclaims brought by defendants in order to prepare to file motion of dismissal. | 12/28/17 | 2.60 | 265.00 | 689.00 |
| Jarvey, Matthew L. | Analyze research from S. Pillar in preparation for drafting motion to dismiss. | 01/02/18 | 0.60 | 200.00 | 120.00 |
| Tovrea, Carlie | Draft and revise MIDP responses. | 01/02/18 | 0.40 | 170.00 | 68.00 |
| Jarvey, Matthew L. | Draft motion to dismiss. | 01/06/18 | 2.90 | 200.00 | 580.00 |
| Tovrea, Carlie | Draft and revise mandatory initial discovery responses and send same to client for review and approval. | 01/08/18 | 1.50 | 170.00 | 255.00 |
| Jarvey, Matthew L. | Continue drafting motion to dismiss. | 01/08/18 | 1.50 | 200.00 | 300.00 |
| Jarvey, Matthew L. | Continue drafting motion to dismiss. | 01/09/18 | 1.80 | 200.00 | 360.00 |
| Jarvey, Matthew L. | Continue drafting motion to dismiss. | 01/10/18 | 0.10 | 200.00 | 20.00 |
| Jarvey, Matthew L. | Strategize motion to dismiss arguments with C. Tovrea. | 01/10/18 | 0.30 | 200.00 | 60.00 |
| Jarvey, Matthew L. | Continue drafting motion to dismiss. | 01/11/18 | 3.00 | 200.00 | 600.00 |
| Tovrea, Carlie | Revise motion to dismiss. | 01/11/18 | 0.90 | 170.00 | 153.00 |
| Tovrea, Carlie | Telephone call with R. Walker and email D. Pinch re amended complaint. | 01/12/18 | 0.40 | 170.00 | 68.00 |
| Dawson, Barbara J | Review new information re case status and follow up re same. | 01/16/18 | 0.30 | 522.00 | 156.60 |
| Jarvey, Matthew L. | Analyze amended answer for effect on motion to dismiss. | 01/17/18 | 0.10 | 200.00 | 20.00 |
| Jarvey, Matthew L. | Prepare for meet and confer re motion to dismiss. | 02/02/18 | 1.30 | 217.00 | 282.10 |
| Jarvey, Matthew L. | Meet and confer call re motion to dismiss. | 02/02/18 | 0.30 | 217.00 | 65.10 |
| Jarvey, Matthew L. | Strategize position on future motions in light of meet and confer discussion. | 02/05/18 | 0.30 | 217.00 | 65.10 |
| Jarvey, Matthew L. | Continue preparing for meet and confer re motion to dismiss. | 02/05/18 | 0.50 | 217.00 | 108.50 |
| Tovrea, Carlie | Strategize re meet and confer call with R. Walker on motion to dismiss to satisfy court order. | 02/05/18 | 0.20 | 224.00 | 44.80 |
| Tovrea, Carlie | Review order allowing interpleader action to proceed. | 04/20/18 | 0.20 | 224.00 | 44.80 |
| Jarvey, Matthew L. | Draft analysis to client of case status. | 04/21/18 | 0.30 | 217.00 | 65.10 |
| Pillar, Shalayne | Revise argument re impact of New York restraining notice. | 05/29/18 | 1.60 | 201.00 | 321.60 |
| Pillar, Shalayne | Strategize re finalizing motion to dismiss. | 05/29/18 | 0.10 | 201.00 | 20.10 |
| Tovrea, Carlie | Revise motion to dismiss and send same to client for review. | 05/29/18 | 1.20 | 224.00 | 268.80 |
| Tovrea, Carlie | Revise motion to dismiss to incorporate D. Pinch's revisions. | 05/30/18 | 0.30 | 224.00 | 67.20 |
| Tovrea, Carlie | Draft answer to amended complaint to file concurrently with motion to dismiss pursuant to MIDP program. | 05/30/18 | 1.40 | 224.00 | 313.60 |
| Dawson, Barbara J | Follow up re new filing re matter. | 06/01/18 | 0.20 | 524.00 | 104.80 |
| Pillar, Shalayne | Draft certification of conferral in accordance with local rules. | 06/11/18 | 0.90 | 201.00 | 180.90 |
| Tovrea, Carlie | Revise certification of compliance with Local Rule 12.1(c) re motion to dismiss conferral. | 06/11/18 | 0.20 | 224.00 | 44.80 |

| Tovrea, Carlie | Revise and finalize certificate of conferral re motion to dismiss. | 06/11/18 | 0.50 | 224.00 | 112.00 |
|---|---|---|---|---|---|
| Jarvey, Matthew L. | Confirm meet and confer requirements were met for motion to dismiss for use in certificate of compliance with local rules. | 06/11/18 | 0.90 | 217.00 | 195.30 |
| Tovrea, Carlie | Strategize re status of matter. | 06/27/18 | 0.10 | 224.00 | 22.40 |
| Jarvey, Matthew L. | Analyze case management schedule to ensure compliance with deadlines. | 06/29/18 | 0.20 | 217.00 | 43.40 |
| Tovrea, Carlie | Correspond with opposing counsel re scheduling 26(f) conference. | 06/29/18 | 0.20 | 224.00 | 44.80 |
| Pillar, Shalayne | Strategize reply to WFB's motion to dismiss. | 07/02/18 | 0.50 | 201.00 | 100.50 |
| Jarvey, Matthew L. | Draft reply brief in support of motion to dismiss Wyo Tech's counterclaims. | 07/02/18 | 4.00 | 217.00 | 868.00 |
| Jarvey, Matthew L. | Analyze Wyo Tech's response brief and arguments therein in preparation for drafting reply brief in support of motion to dismiss. | 07/02/18 | 2.50 | 217.00 | 542.50 |
| Pillar, Shalayne | Analyze response to WFB's motion to dismiss. | 07/02/18 | 1.00 | 201.00 | 201.00 |
| Jarvey, Matthew L. | Analyze Wyo Tech's response brief to CWT Parties' motion to dismiss, to determine whether any arguments in that brief impacted Wells Fargo's motion to dismiss counterclaims. | 07/02/18 | 0.80 | 217.00 | 173.60 |
| Jarvey, Matthew L. | Outline reply brief in support of motion to dismiss counterclaims. | 07/02/18 | 0.80 | 217.00 | 173.60 |
| Jarvey, Matthew L. | Conduct case management call. | 07/03/18 | 0.50 | 217.00 | 108.50 |
| Jarvey, Matthew L. | Continue drafting reply brief in support of motion to dismiss counterclaims. | 07/03/18 | 6.40 | 217.00 | 1,388.80 |
| Pillar, Shalayne | Strategize filing reply brief. | 07/03/18 | 0.20 | 201.00 | 40.20 |
| Tovrea, Carlie | Research re New York separate entity rule for use in reply in support of motion to dismiss. | 07/03/18 | 0.90 | 224.00 | 201.60 |
| Tovrea, Carlie | Analyze correspondence from P. Ragone re Wyo Tech's analysis of New York statutes and law re separate entity rule for use in reply in support of motion to dismiss. | 07/03/18 | 0.70 | 224.00 | 156.80 |
| Dawson, Barbara J | Review new information and correspondence from opposing counsel and new positions in supplemental responses to assess status and development. | 07/03/18 | 0.60 | 524.00 | 314.40 |
| Jarvey, Matthew L. | Draft reply in support of motion to dismiss counterclaims, to allow Wells Fargo to be discharged from liability upon interpleading funds. | 07/04/18 | 6.80 | 217.00 | 1,475.60 |
| Pillar, Shalayne | Analyze case law re when interpleader is denied. | 07/04/18 | 1.60 | 201.00 | 321.60 |
| Pillar, Shalayne | Analyze NY case law re whether the separate entity applies to national branches. | 07/04/18 | 0.50 | 201.00 | 100.50 |
| Pillar, Shalayne | Analyze separate entity rule as it applies to WFB. | 07/04/18 | 0.60 | 201.00 | 120.60 |
| Tovrea, Carlie | Revise reply in support of motion to dismiss. | 07/05/18 | 0.60 | 224.00 | 134.40 |
| Dawson, Barbara J | Assess and follow up re response to new developments. | 07/05/18 | 0.50 | 524.00 | 262.00 |
| Jarvey, Matthew L. | Continue drafting reply in support of motion to dismiss counterclaims. | 07/05/18 | 3.40 | 217.00 | 737.80 |
| Pillar, Shalayne | Review citations and proofread reply brief. | 07/05/18 | 1.00 | 201.00 | 201.00 |
| Jarvey, Matthew L. | Finalize reply in support of motion to dismiss counterclaims. | 07/06/18 | 0.50 | 217.00 | 108.50 |
| Tovrea, Carlie | Draft joint case management report for circulation to the opposing parties. | 07/10/18 | 0.90 | 224.00 | 201.60 |
| Pillar, Shalayne | Strategize drafting joint report. | 07/11/18 | 0.20 | 201.00 | 40.20 |
| Pillar, Shalayne | Analyze elements required for wrongful garnishment and any applicable affirmative defenses. | 07/11/18 | 1.10 | 201.00 | 221.10 |
| Pillar, Shalayne | Assess evidence re defendants counterclaims in order to draft joint status report. | 07/12/18 | 1.80 | 201.00 | 361.80 |
| Tovrea, Carlie | Draft and revise joint case management report for circulation to opposing parties. | 07/12/18 | 1.20 | 224.00 | 268.80 |
| Jarvey, Matthew L. | Revise joint case management report draft in preparation for filing. | 07/12/18 | 0.70 | 217.00 | 151.90 |
| Tovrea, Carlie | Review order granting stipulation for defense counsel to appear telephonically at case management conference. | 07/13/18 | 0.10 | 224.00 | 22.40 |
| Tovrea, Carlie | Review revisions to case management report and correspond with opposing counsel re same. | 07/16/18 | 0.60 | 224.00 | 134.40 |
| Pillar, Shalayne | Evaluate edits made by opposing counsel in joint status report in order to prepare for filing. | 07/17/18 | 1.10 | 201.00 | 221.10 |
| Pillar, Shalayne | Supplement joint status report with additional edits on behalf of Wells Fargo in order to prepare for filing. | 07/17/18 | 0.70 | 201.00 | 140.70 |
| Tovrea, Carlie | Revise joint case management report draft for submission. | 07/17/18 | 0.90 | 224.00 | 201.60 |
| Jarvey, Matthew L. | Prepare for scheduling conference hearing. | 07/23/18 | 1.00 | 217.00 | 217.00 |
| Tovrea, Carlie | Strategize re preparation for case management conference. | 07/23/18 | 0.60 | 224.00 | 134.40 |
| Jarvey, Matthew L. | Prepare for and attend scheduling conference hearing. | 07/24/18 | 4.00 | 217.00 | 868.00 |

| | | | | | |
|---|---|---|---|---|---|
| Jarvey, Matthew L. | Coordinate docketing of new deadline related to case scheduling order. | 07/24/18 | 0.10 | 217.00 | 21.70 |
| Jarvey, Matthew L. | Inform client about status of case and outcome of scheduling conference hearing. | 07/24/18 | 0.30 | 217.00 | 65.10 |
| Tovrea, Carlie | Appear for scheduling conference. | 07/24/18 | 1.50 | 224.00 | 336.00 |
| Tovrea, Carlie | Revise draft email to client re order granting interpleader and dismissal of counterclaims. | 08/01/18 | 0.30 | 224.00 | 67.20 |
| Tovrea, Carlie | Analyze order granting Wells Fargo's pending motions for interpleader and to dismiss. | 08/01/18 | 0.30 | 224.00 | 67.20 |
| Jarvey, Matthew L. | Draft notice of interpleading funds per Court's order. | 8/1/2018 | 0.30 | 217.00 | 65.10 |
| Jarvey, Matthew L. | Draft analysis of interpleader/dismissal order to client in preparation for complying with order and filing fee application. | 8/1/2018 | 1.80 | 217.00 | 390.60 |
| Jarvey, Matthew L. | Strategize interpleader filings with C. Tovrea. | 8/2/2018 | 0.90 | 217.00 | 195.30 |
| Tovrea, Carlie | Review notice of depositing funds re interpleader order. | 8/2/2018 | 0.10 | 224.00 | 22.40 |
| Jarvey, Matthew L. | Start drafting motion for attorney's fees for interpleader. | 08/02/18 | 2.70 | 217.00 | 585.90 |
| Jarvey, Matthew L. | Draft notice of deposit in preparation for interpleading funds. | 08/02/18 | 1.40 | 217.00 | 303.80 |
| Tovrea, Carlie | Strategize re motion for attorneys' fees and delivery of check to court. | 08/03/18 | 0.30 | 224.00 | 67.20 |
| Tovrea, Carlie | Telephone call to D. Pinch re check and attorneys' fees. | 08/03/18 | 0.10 | 224.00 | 22.40 |
| Jarvey, Matthew L. | Status call with client re interpleader timing. | 08/03/18 | 0.10 | 217.00 | 21.70 |
| Jarvey, Matthew L. | Draft fee application. | 08/03/18 | 6.40 | 217.00 | 1,388.80 |
| Jarvey, Matthew L. | Strategize finalizing interpleader and fee application. | 08/03/18 | 0.50 | 217.00 | 108.50 |
| Jarvey, Matthew L. | Draft fee application for completing interpleader. | 08/05/18 | 3.30 | 217.00 | 716.10 |
| Jarvey, Matthew L. | Revisions to interpleader filings in preparation for filing. | 08/06/18 | 0.20 | 217.00 | 43.40 |
| Jarvey, Matthew L. | Analyze reply brief from judgment claimants for potential application to Wells Fargo's legal positions. | 08/06/18 | 0.40 | 217.00 | 86.80 |
| Jarvey, Matthew L. | Coordinate intepleader checks for deposit with clerk. | 08/07/18 | 0.50 | 217.00 | 108.50 |
| Tovrea, Carlie | Follow up on check amount and confirm ability to deposit interpleader funds needed by August 17. | 08/09/18 | 0.10 | 224.00 | 22.40 |
| Jarvey, Matthew L. | Coordinate with client interpleader check logistics. | 08/10/18 | 0.50 | 217.00 | 108.50 |
| Jarvey, Matthew L. | Call with client re interpleader status. | 08/10/18 | 0.10 | 217.00 | 21.70 |
| Jarvey, Matthew L. | Revise notice of interpleaded funds after call with client. | 08/10/18 | 0.20 | 217.00 | 43.40 |
| Jarvey, Matthew L. | Strategize fee application. | 08/10/18 | 0.10 | 217.00 | 21.70 |
| Jarvey, Matthew L. | Strategize timing of fee application filing. | 08/13/18 | 0.10 | 217.00 | 21.70 |
| Jarvey, Matthew L. | Analyze status of interpleader check for deposit. | 08/14/18 | 0.10 | 217.00 | 21.70 |
| Jarvey, Matthew L. | Communicate with client regarding status of interpleader. | 08/15/18 | 0.60 | 217.00 | 130.20 |
| Jarvey, Matthew L. | Draft stipulation to extend interpleader deadline. | 08/15/18 | 0.80 | 217.00 | 173.60 |
| Jarvey, Matthew L. | Draft stipulation re interpleader date. | 08/16/18 | 1.40 | 217.00 | 303.80 |
| Jarvey, Matthew L. | Revise notice of deposit. | 08/16/18 | 0.30 | 217.00 | 65.10 |
| Jarvey, Matthew L. | Complete interpleader at clerk's office per court order. | 08/17/18 | 1.70 | 217.00 | 368.90 |
| Jarvey, Matthew L. | Analyze Wyo Tech's motion for release of funds for potential applicability to Wells Fargo. | 08/17/18 | 0.20 | 217.00 | 43.40 |
| Jarvey, Matthew L. | Finalize notice of interpleader in preparation for filing. | 08/17/18 | 0.20 | 217.00 | 43.40 |
| Jarvey, Matthew L. | Draft analysis to client on completion of interpleader and fee application status. | 08/17/18 | 0.40 | 217.00 | 86.80 |
| Jarvey, Matthew L. | Revise fee application. | 08/17/18 | 0.10 | 217.00 | 21.70 |
| Rozenberg, Ranita | Telephone conference with C. Tovrea and opposing counsel re filing interpleador complaint | 11/07/17 | 0.50 | 165.00 | 82.50 |
| Rozenberg, Ranita | Supplement case file with documents provided by the client. | 11/07/17 | 0.30 | 165.00 | 49.50 |
| Rozenberg, Ranita | Compile exhibits to be filed with interpleador complaint. | 11/09/17 | 0.10 | 165.00 | 16.50 |
| Rozenberg, Ranita | Analyze applicable deadlines in case. | 11/29/17 | 0.10 | 165.00 | 16.50 |
| Rozenberg, Ranita | Analyze applicable deadlines in case. | 12/14/17 | 0.90 | 165.00 | 148.50 |
| Rozenberg, Ranita | Research under the rules the requirement for giving notice to other parties re mandatory initial disclosure deadlines. | 12/15/17 | 1.10 | 165.00 | 181.50 |
| Rozenberg, Ranita | Follow up with C. Tovrea re status of mandatory initial disclosures. | 01/02/18 | 0.10 | 165.00 | 16.50 |
| Rozenberg, Ranita | Analyze applicable deadlines in case. | 06/08/18 | 0.70 | 129.00 | 90.30 |

| | | | | | |
|---|---|---|---|---|---|
| Rozenberg, Ranita | Analyze case status for attorney review and use in matter work up. | 06/27/18 | 0.20 | 129.00 | 25.80 |
| Rozenberg, Ranita | Supplement case file with documents filed with the court for attorney review and use in matter work up. | 07/02/18 | 0.70 | 129.00 | 90.30 |
| Rozenberg, Ranita | Analyze applicable deadlines in case. | 07/24/18 | 0.10 | 129.00 | 12.90 |
| **Totals** | | | **179.30** | | **39581.30** |