# EXHIBIT F

## Williams, Pati

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Thursday, November 09, 2017 4:55 PM |
| **To:** | Tovrea, Carlie; Williams, Pati |
| **Subject:** | Pay.gov Payment Confirmation: AZD CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact Dana Genger at 602-322-7141.

Application Name: AZD CM ECF
Pay.gov Tracking ID: 265T7JM7
Agency Tracking ID: 0970-14852265
Transaction Type: Sale
Transaction Date: Nov 9, 2017 6:55:15 PM

Account Holder Name: Carlie Tovrea
Transaction Amount: $400.00
Card Type: MasterCard
Card Number: ************2851


THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

1