IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Wells Fargo Bank, N.A.,<br><br>    Plaintiff,<br><br>v.<br><br>Wyo Tech Investment Group, LLC; CWT Canada II Limited Partnership; Resources Recovery Corporation; and Jean Noelting,<br><br>    Defendants. | No. CV 2:17-cv-04140-JJT<br><br>**[PROPOSED] ORDER REGARDING WELLS FARGO'S MOTION FOR ATTORNEYS' FEES, EXPENSES, AND COSTS**<br><br>(Assigned to the Honorable John J. Tuchi) |
| Wyo Tech Investment Group, LLC,<br><br>    Counterclaimant,<br><br>v.<br><br>Wells Fargo Bank, N.A.,<br><br>    Counterdefendant. | |
| Wyo Tech Investment Group, LLC,<br><br>    Cross-Claimant,<br><br>v.<br><br>CWT Canada II Limited Partnership, Resources Recovery Corporation, and Jean Noelting,<br><br>    Cross-Claim Defendants. | |

| | |
|---|---|
| 1 | Wyo Tech Investment Group, LLC, |
| 2 |        Third Party Plaintiff, |
| 3 | v. |
| 4 | Schlam Stone & Dolan, LLP, a New York Limited Liability Partnership; and Jeffrey M. Eilender, |
| 5 | |
| 6 |        Third Party Defendants. |

Having considered Wells Fargo's Motion for Attorneys' Fees, Expenses, and Costs (Doc. __), and good cause appearing therefor,

IT IS ORDERED granting the motion. The Clerk is directed to disperse, from the funds previously interpleaded in this case, the following amounts to Wells Fargo Bank, N.A., c/o Snell & Wilmer L.L.P.:

    Attorneys' Fees:        $_____

    Para-Professional Fees:  $_____

    Costs/Expenses:       $_____

    **Total:**                   **$_____**

The disbursement shall be in the form of a single bank or cashier's check for the total amount listed above, which the Clerk shall mail to Wells Fargo's counsel of record, and which mailing shall be postmarked no later than _____, 2018.