J. Henk Taylor (016321)
**RYAN RAPP & UNDERWOOD, P.L.C.**
3200 N. Central Ave, Suite 2250
Phoenix, Arizona 85012
Telephone: (602) 280-1000
Facsimile: (602) 265-1495
Email: htaylor@rrulaw.com

Jeffrey M. Eilender (*admitted pro hac vice*)
Bradley J. Nash (*admitted pro hac vice*)
Joshua Wurtzel (*admitted pro hac vice*)
**SCHLAM STONE & DOLAN LLP**
26 Broadway
New York, New York 10004
Telephone: (212) 344-5400
Facsimile: (212) 344-7677
E-Mail: jeilender@schlamstone.com
E-Mail: bnash@schlamstone.com
E-Mail: jwurtzel@schlamstone.com

*Attorneys for Defendants CWT Canada II*
*Limited Partnership and Resource Recovery*
*Corporation*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Wells Fargo Bank, N.A.<br><br>            Plaintiff,<br><br>     v.<br><br>Wyo Tech Investment Group, LLC, CWT Canada II Limited Partnership, Resources Recovery Corporation, and Jean Noelting,<br><br>            Defendants. | Case No.: 2:17-CV-04140-JJT<br><br><br>**DECLARATION OF JEFFREY M. EILENDER IN OPPOSITION TO MOTION FOR IMMEDIATE RELEASE OF RESTRAINED FUNDS**<br><br>**Oral Argument Requested** |

        Pursuant to 28 U.S.C. § 1746, **JEFFREY M. EILENDER**, declares, under the penalty of perjury, the following to be true.

1    1.    I am a member of Schlam Stone & Dolan LLP, co-counsel with Ryan Rapp

& Underwood, P.L.C. for Defendants CWT Canada II Limited Partnership ("CWT

Canada"), Resource Recovery Corporation ("RRC"), Jean Noelting ("Noelting" and

together with CWT Canada and RRC, the "CWT Parties") in the above-captioned action.

2.    I submit this Declaration in opposition to the motion of Defendant Wyo

Tech Investment Group, LLC ("Wyo Tech") for immediate release of the restrained funds

that are the subject matter of this interpleader action.  The purpose of this declaration is to

place before the Court certain documents that are referenced in the motion.

3.    Attached hereto as Exhibit 1 is a true and correct copy of a Decision and

Order of the Supreme Court of the State of New York, County of New York in *GEM

Holdco, LLC v. Changing World Techs., L.P.*, Index No. 650841/2013 (Sup. Ct. N.Y. Co.)

(Kornreich, J.) (the "New York Action"), granting a default judgment in favor of the

CWT Parties and against Dennis Danzik ("Danzik") and RDX Technologies Corporation

("RDX").

4.    Attached hereto as Exhibit 2 is a true and correct copy of the judgment

entered in the New York action in favor of the CWT Parties and against Danzik and RDX.

5.    Attached hereto as Exhibit 3 is a true and correct copy of a Decision and

Order in the New York Action, dated June 3, 2016, holding Danzik and RDX in civil and

criminal contempt.

6.    Attached hereto as Exhibit 4 is a true and correct copy of an Order of

Contempt and Commitment entered in the New York Action against Danzik on September

14, 2016.

7.     Attached hereto as Exhibit 5 is a true and correct copy of an arrest warrant entered in the New York Action against Danzik on September 15, 2016.

8.     Attached hereto as Exhibit 6 is a true and correct copy of an excerpt from the transcript of a deposition of Danzik conducted in his first bankruptcy proceeding in Wyoming.

9.     Attached hereto as Exhibit 7 is a true and correct copy of an order, dated March 8, 2017 dismissing Danzik's first bankruptcy proceeding in Wyoming as a "bad faith filing."

10.     Attached hereto as Exhibit 8 is a true and correct copy of an excerpt from an examination of Danzik during an October 16, 2017 hearing in an Arizona judgment enforcement proceeding against him.

11.     Attached hereto as Exhibit 9 is a true and correct copy of a second excerpt from the transcript of a deposition of Danzik conducted in his first bankruptcy proceeding in Wyoming.

12.     Attached hereto as Exhibit 10 are true and correct copies of checks written from an account in the name of Danzik Applied Sciences ("DAS") to Danzik's attorneys, Wilenchik & Bartness, P.C.

13.     Attached hereto as Exhibit 11 are true and correct copies of invoices from Wilenchik & Bartness, P.C.

14.     Attached hereto as Exhibit 12 are true and correct copies of account statements from a bank account (account number ending in 4350) in the name of DAS at Wells Fargo.

15.     Attached hereto as Exhibit 13 is a true and correct copy of an application for a bank account (account number ending in 2153) in the name of Solverdi Worldwide Corporation ("Solverdi") at Wells Fargo (the "Solverdi Account").

16.     Attached hereto as Exhibit 14 are true and correct copies of account statements for the Solverdi Account.

17.     Attached hereto as Exhibit 15 is a true and correct copy of a withdrawal slip from the Solverdi Account.

18.     Attached hereto as Exhibit 16 is a true and correct copy of a Declaration of Elizabeth J. Danzik, dated November 2, 2017.

19.     Attached hereto as Exhibit 17 is a true and correct copy of an application for a bank account (account number ending in 0345) in the name of Wyo Tech at Wells Fargo (the "Wyo Tech 0345 Account").

20.     Attached hereto as Exhibit 18 is a true and correct copy of an excerpt from an interrogatory response of Elizabeth J. Danzik.

21.     Attached hereto as Exhibit 19 are true and correct copies of account statements from the Wyo Tech 0345 Account.

22.     Attached hereto as Exhibit 20 are true and correct copies of checks and withdrawal slips from the Wyo Tech 0345 Account.

23.     Attached hereto as Exhibit 21 is a true and correct copy of a Declaration of William J. Hinz, dated November 1, 2017.

24.     Attached hereto as Exhibit 22 are true and correct copies of credit card statements from an account in the name of Wyo Tech.

25.     Attached hereto as Exhibit 23 is a true and correct copy of an application for a bank account (account number ending in 2809) in the name of Wyo Tech at Wells Fargo (the "Wyo Tech 2809 Account").

26.     Attached hereto as Exhibit 24 is a true and correct copy of a resume Johvana Danzik.

27.     Attached hereto as Exhibit 25 are true and correct copies of account statements from the Wyo Tech 2809 Account.

28.     Attached hereto as Exhibit 26 are true and correct copies of checks from the Wyo Tech 2809 Account.

29.     Attached hereto as Exhibit 27 is a true and correct copy of a check from the Wyo Tech 2809 Account payable to Wilenchik and Bartness.

30.     Attached hereto as Exhibit 28 is a true and correct copy of an affidavit of Dennis Wilenchik, dated December 4, 2017.

31.     Attached hereto as Exhibit 29 are true and correct copies of account statements in the name of Wyo Tech at US Bank.

32.     Attached hereto as Exhibit 30 are true and correct copies of checks from an account in the name of Inductance Energy Corp.

33.     Attached hereto as Exhibit 31 is a true and correct copy of a portion of the bankruptcy petition from Danzik's second bankruptcy proceeding in Wyoming.

34.     Attached hereto as Exhibit 32 is a true and correct copy of an Application for Order Approving Employment of Cousel for Debtor-in-Possession from RDX's second bankruptcy proceeding in Arizona.

Dated: October 9, 2018

_____

JEFFREY M. EILENDER