# EXHIBIT 10

**DANZIK APPLIED SCIENCES LLC**
1108 14TH STREET 405
CODY, WY 82414-3743

WELLS FARGO BANK, N.A.
www.wellsfargo.com
91-527/1221

2898

10/5/17

PAY TO THE ORDER OF: Wilenchik & Partners          $50,000.00

Fifty Thousand and 00/100                                      DOLLARS

MEMO: Legal

Elizabeth Danzik
AUTHORIZED SIGNATURE

⑈000000 2898⑈ ⑆122105278⑆ ▮▮▮▮▮▮ 4350⑈

WB00096

**DANZIK APPLIED SCIENCES LLC**
1108 14TH STREET 405
CODY, WY 82414-3743

WELLS FARGO BANK, N.A.
www.wellsfargo.com
91-527/1221

2894

SEP 25 2017

PAY TO THE ORDER OF  WILENCHIK & BARTNESS       $20000.00

TWENTY THOUSAND                                                                             00    DOLLARS

MEMO

AUTHORIZED SIGNATURE

⑴000000 2894⑴  ⑴122105278⑴  ▮▮▮▮▮▮4350⑴

WB00095



DANZIK APPLIED SCIENCES LLC
1108 14TH STREET 405
CODY, WY 82414-3743

WELLS FARGO BANK, N.A.
www.wellsfargo.com
91-527/1221

2842

SEP 8 2017

PAY TO THE ORDER OF WILENCHIK & BARTNESS $ 10,000.00

TEN THOUSAND and 00/100 DOLLARS

MEMO

AUTHORIZED SIGNATURE

⑈000002842⑈ ⑆122105278⑆ [redacted]4350⑈

| | | | |
|---|---|---|---|
| **Capture Date** | 20170920 | **Optional Field 6** | 0 |
| **Sequence Number** | 302866057 | **Amount** | $10,000.00 |
| **Serial Number** | 2842 | **Routing Number** | 122105278 |
| **Account Number** | [redacted]4350 | **Transaction Code** | 0 |

09/20/2017 3:20:53 PM 833 000030 CBP70 4534 302866057 0 44

09/20/2017 3:20:34 PM 833 000030 CBP70 0000 302866057 0 44

RDX/Danzik payments
| Date | Amount |
|---|---|
| 3/7/2017 | $25,000 |
| 7/28/2017 | $5,000 |
| 8/4/2017 | $16,704.18 |
| 9/22/2017 | $20,000 |

**Bank of America**  Online Banking

## Business Advantage Chk - 2055: Account Activity Transaction Details

| | |
|---|---|
| **Post date:** | 03/07/2017 |
| **Amount:** | 25,000.00 |
| **Type:** | Credit |
| **Description:** | WIRE TYPE:WIRE IN DATE: 170307 TIME:1622 ET TRN:2017030700334322 SEQ:2017030700127909/013315 ORIG:DANZIK APPLIED SCIENCES L ID:000006403734350 SND BK:WELLS FARGO BANK, NA ID:121000248 PMT DET:0 006207066449314LEGAL |
| **Merchant name:** | DANZIK APPLIED SCIENCES L |
| **Transaction category:** | Income: Other Income |

**Bank of America**　　　　　　　　　　　　　　　　　　　　　Online Banking

**Business Advantage Chk - 2055: Account Activity Transaction Details**

| | |
|---|---|
| **Post date:** | 07/28/2017 |
| **Amount:** | 5,000.00 |
| **Type:** | Credit |
| **Description:** | WIRE TYPE:WIRE IN DATE: 170728 TIME:1524 ET TRN:2017072800369838 SEQ:2017072800153276/017678 ORIG:DANZIK APPLIED SCIENCES L ID:000006403734350 SND BK:WELLS FARGO BANK, NA ID:121000248 PMT DET:0 006207209816256 |
| **Merchant name:** | DANZIK APPLIED SCIENCES L |
| **Transaction category:** | Income: Other Income |

**Bank of America** ⬧                                              Online Banking

---

## Business Advantage Chk - 2055: Account Activity Transaction Details

---

**Post date:** 08/04/2017

**Amount:** 16,704.61

**Type:** Credit

**Description:** WIRE TYPE:WIRE IN DATE: 170804 TIME:1554 ET TRN:2017080400349534 SEQ:2017080400140678/016037 ORIG:DANZIK APPLIED SCIENCES L ID:000006403734350 SND BK:WELLS FARGO BANK, NA ID:121000248 PMT DET:0 006207216025617

**Merchant name:** DANZIK APPLIED SCIENCES L

**Transaction category:** Income: Other Income

**Bank of America** ⟶                                                                                          Online Banking

**Business Advantage Chk - 2055: Account Activity Transaction Details**

| | |
|---:|:---|
| **Post date:** | 09/22/2017 |
| **Amount:** | 20,000.00 |
| **Type:** | Credit |
| **Description:** | WIRE TYPE:WIRE IN DATE: 170922 TIME:1522 ET TRN:2017092200334483 SEQ:2017092200133899/017960 ORIG:DANZIK APPLIED SCIENCES L ID:000006403734350 SND BK:WELLS FARGO BANK, NA ID:121000248 PMT DET:0 006207265925521 |
| **Merchant name:** | DANZIK APPLIED SCIENCES L |
| **Transaction category:** | Income: Other Income |

**DANZIK APPLIED SCIENCES LLC**
1108 14TH STREET 405
CODY, WY 82414-3743

WELLS FARGO BANK, N.A.
www.wellsfargo.com
91-527/1221

2826

8/21/17

PAY TO THE ORDER OF  Law Offices of Ken McCartney PC   $15,000.00

Fifteen Thousand and 00/100 DOLLARS

MEMO Legal

AUTHORIZED SIGNATURE  Elizabeth Danzik

⑈0000002826⑈ ⑆122105278⑆  4350⑈

Deposit Only —
7170146139

CREDITED TO THE ACCOUNT OF
WITHIN NAMED PAYEE
LACK OF ENDORSEMENT GUARANTEED
WELLS FARGO BANK, N.A.
AU 04141

6744667697

REQUEST 00006986392000000 15000.00
ROLL ECIA   20170821  000006744667697
JOB ECIA  E  ACCT ▮▮▮▮▮▮▮ 4350
REQUESTOR U006748
18755192  10/13/2017 Research 18756000

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

**DANZIK APPLIED SCIENCES LLC**
7119 E SHEA BLVD
STE 109-722
SCOTTSDALE, AZ 85254-6107

**WELLS FARGO BANK, N.A.**
www.wellsfargo.com
91-527/1221

2423

12/7/16

PAY TO THE ORDER OF  The Law Offices of Ken McCartney PC.   $ 1500.00

Fifteen Hundred and ——————————— 00/100 DOLLARS

MEMO  Legal

Elizabeth Danzik
AUTHORIZED SIGNATURE

⑆000000 2423⑆  ⑈122105278⑈       4350⑈

Deposit 7170151718
McCartney Law offices

REQUEST 00006986392000000 1500.00
ROLL ECIA   20161207   000004986544435
JOB ECIA  E  ACCT              4350
REQUESTOR U006748
18755192  10/13/2017 Research 18756000

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201