# EXHIBIT 11

# WILENCHIK & BARTNESS, PC

THE WILENCHIK & BARTNESS BUILDING
2810 NORTH THIRD STREET
PHOENIX, AZ 85004
(602)606-2810

February 06, 2017

*Invoice submitted to:*

DANZIK APPLIED SCIENCES (C/O DENNIS DANZIK)
dmdanzik@gmail.com

*In Reference To:* BRIDGES/CWT

*Invoice #* 139755

Professional Services

| | Hours | Amount |
|---|---|---|
| 1/3/2017 VS | 0.90 | 135.00 |
| 1/4/2017 VS | 0.40 | 60.00 |
| 1/5/2017 VS | 0.70 | NO CHARGE |
| 1/6/2017 VS | 0.50 | 75.00 |
| **For professional services rendered** | **2.50** | **$270.00** |

Additional Charges :

| | | |
|---|---|---|
| 1/31/2017 | POSTAGE | 1.78 |
| | PARKING | 4.00 |
| **Total costs** | | **$5.78** |
| **Total amount of this bill** | | **$275.78** |

WB00044

DANZIK APPLIED SCIENCES (C/O DENNIS DANZIK)                                    Page      2

|  | Amount |
| --- | --- |
| Balance due | $275.78 |

### Professional Summary

| Name | Hours | Rate | Amount |
| --- | --- | --- | --- |
| VICTORIA STEVENS | 1.80 | 150.00 | $270.00 |
| VICTORIA STEVENS | 0.70 | 0.00 | $0.00 |

Tax Identification #86-0688256


WB00045

# WILENCHIK & BARTNESS, PC

THE WILENCHIK & BARTNESS BUILDING
2810 NORTH THIRD STREET
PHOENIX, AZ 85004
(602)606-2810

March 03, 2017

*Invoice submitted to:*

DANZIK APPLIED SCIENCES (C/O DENNIS DANZIK)
dmdanzik@gmail.com

*In Reference To:* BRIDGES/CWT

*Invoice #* 139806

Professional Services

| | Hours | Amount |
|---|---|---|
| 2/1/2017 DIW | 0.30 | 120.00 |
| 2/6/2017 BH | 0.50 | 100.00 |
| 2/8/2017 BH | 2.50 | 500.00 |
| 2/9/2017 BH | 0.40 | 80.00 |
| 2/16/2017 BH | 1.70 | 340.00 |
| 2/17/2017 BH | 6.20 | 1,240.00 |
| VS | 0.50 | 75.00 |
| 2/18/2017 BH | 0.20 | 40.00 |
| 2/21/2017 BH | 0.90 | 180.00 |
| **For professional services rendered** | **13.20** | **$2,675.00** |

Redacted-Privileged


WB00046

DANZIK APPLIED SCIENCES (C/O DENNIS DANZIK)                                    Page        2

      Additional Charges :

|  |  | **Amount** |
|---|---|---|
| 2/28/2017 | PHOTOCOPIES | 5.72 |
| | **Total costs** | **$5.72** |
| | **Total amount of this bill** | **$2,680.72** |
| | **Previous balance** | **$275.78** |
| | Balance due | $2,956.50 |

Professional Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| BRIAN HEMBD | 12.40 | 200.00 | $2,480.00 |
| DENNIS I. WILENCHIK | 0.30 | 400.00 | $120.00 |
| VICTORIA STEVENS | 0.50 | 150.00 | $75.00 |

Tax Identification #86-0688256

WB00047



# WILENCHIK & BARTNESS, PC

THE WILENCHIK & BARTNESS BUILDING
2810 NORTH THIRD STREET
PHOENIX, AZ 85004
(602)606-2810

April 06, 2017

*Invoice submitted to:*

DANZIK APPLIED SCIENCES (C/O DENNIS DANZIK)
dmdanzik@gmail.com

*In Reference To:* BRIDGES/CWT

*Invoice #* 139930

Professional Services

| | Hours | Amount |
|---|---|---|
| 3/1/2017 BH | 0.80 | 160.00 |
| 3/2/2017 BH | 0.10 | 20.00 |
| VS | 0.20 | 30.00 |
| 3/3/2017 BH | 0.20 | 40.00 |
| 3/6/2017 BH | 0.40 | 80.00 |
| 3/13/2017 BH | 0.10 | 20.00 |
| 3/28/2017 BH | 0.30 | 60.00 |
| 3/30/2017 BH | 0.20 | 40.00 |
| 3/31/2017 BH | 0.40 | 80.00 |

Redacted-Privileged

| | Hours | Amount |
|---|---|---|
| **For professional services rendered** | **2.70** | **$530.00** |
| **Previous balance** | | **$2,956.50** |


WB00048

DANZIK APPLIED SCIENCES (C/O DENNIS DANZIK)                    Page      2

|  | **Amount** |
|---|---|
| Balance due | $3,486.50 |

## Professional Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| BRIAN HEMBD | 2.50 | 200.00 | $500.00 |
| VICTORIA STEVENS | 0.20 | 150.00 | $30.00 |

Tax Identification #86-0688256

WB00049

# WILENCHIK & BARTNESS, PC

THE WILENCHIK & BARTNESS BUILDING
2810 NORTH THIRD STREET
PHOENIX, AZ 85004
(602)606-2810

May 09, 2017

*Invoice submitted to:*

DANZIK APPLIED SCIENCES (C/O DENNIS DANZIK)
dmdanzik@gmail.com

*In Reference To:* BRIDGES/CWT

*Invoice #* 140065

Professional Services

| | | Hours | Amount |
|---|---|---|---|
| 4/4/2017 | BH | 0.20 | 40.00 |
| 4/5/2017 | VS | 0.80 | 120.00 |
| | BH | 0.50 | 100.00 |
| 4/6/2017 | DAT | 2.70 | 472.50 |
| | BH | 1.10 | 220.00 |
| 4/7/2017 | DAT | 0.50 | 87.50 |
| | BH | 1.80 | 360.00 |

Redacted-Privileged


WB00050

DANZIK APPLIED SCIENCES (C/O DENNIS DANZIK)                          Page        2

| | Hours | Amount |
|---|---|---|
| 4/8/2017 BH | 0.40 | 80.00 |
| 4/10/2017 BH | 1.00 | 200.00 |
| 4/11/2017 BH | 0.10 | 20.00 |
| 4/12/2017 BH | 0.10 | 20.00 |
| 4/13/2017 VS | 0.20 | 30.00 |
| BH | 3.70 | 740.00 |
| 4/14/2017 BH | 0.40 | 80.00 |
| 4/17/2017 BH | 0.20 | 40.00 |
| 4/18/2017 BH | 0.10 | 20.00 |
| 4/19/2017 BH | 3.40 | 680.00 |
| 4/21/2017 BH | 1.80 | 360.00 |
| 4/22/2017 BH | 0.40 | 80.00 |
| 4/25/2017 BH | 0.80 | 160.00 |

Redacted-Privileged

**For professional services rendered**                    **20.20**   **$3,910.00**

WB00051

DANZIK APPLIED SCIENCES (C/O DENNIS DANZIK)                                      Page        3

    Additional Charges :

|  |  | **Amount** |
|---|---|---|
| 4/30/2017 | WESTLAW | 10.69 |
|  | PHOTOCOPIES | 2.64 |
|  | POSTAGE | 3.47 |
| | **Total costs** | **$16.80** |
| | **Total amount of this bill** | **$3,926.80** |
| | **Previous balance** | **$3,486.50** |
| | Balance due | $7,413.30 |

### Professional Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| BRIAN HEMBD | 16.00 | 200.00 | $3,200.00 |
| DAVID A. TIMCHAK | 3.20 | 175.00 | $560.00 |
| VICTORIA STEVENS | 1.00 | 150.00 | $150.00 |

Tax Identification #86-0688256


WB00052

# WILENCHIK & BARTNESS, PC

THE WILENCHIK & BARTNESS BUILDING
2810 NORTH THIRD STREET
PHOENIX, AZ 85004
(602)606-2810

June 07, 2017

*Invoice submitted to:*

DANZIK APPLIED SCIENCES (C/O DENNIS DANZIK)
dmdanzik@gmail.com

*In Reference To:* BRIDGES/CWT

*Invoice #* 140218

Professional Services

| | Hours | Amount |
|---|---|---|
| 5/4/2017 BH | 1.10 | 220.00 |
| 5/9/2017 BH | 0.10 | 20.00 |
| 5/15/2017 BH | 0.60 | 120.00 |
| 5/16/2017 BH | 0.30 | 60.00 |
| 5/17/2017 BH | 0.30 | 60.00 |
| DAT | 0.40 | 70.00 |
| MR | 0.20 | 25.00 |
| DIW | 0.30 | 120.00 |
| 5/18/2017 BH | 2.40 | 480.00 |
| DAT | 0.40 | 70.00 |

Redacted-Privileged


WB00053

DANZIK APPLIED SCIENCES (C/O DENNIS DANZIK)                                   Page      2

| | | Hours | Amount |
|---|---|---|---|
| 5/18/2017 | VS | 0.30 | 45.00 |
| 5/19/2017 | BH | 1.10 | 220.00 |
| | DAT | 1.90 | 332.50 |
| 5/23/2017 | BH | 1.60 | 320.00 |
| | BH | 4.00 | 800.00 |
| 5/24/2017 | BH | 5.40 | 1,080.00 |
| 5/25/2017 | BH | 1.50 | 300.00 |
| | DAT | 0.50 | 87.50 |
| 5/26/2017 | DIW | 1.50 | 600.00 |
| | MR | 0.10 | 12.50 |
| | BH | 0.80 | 160.00 |
| 5/30/2017 | BH | 3.20 | 640.00 |
| 5/31/2017 | BH | 1.30 | 260.00 |
| | MR | 0.20 | 25.00 |
| | DIW | 0.40 | 160.00 |
| **For professional services rendered** | | **29.90** | **$6,287.50** |

Redacted-Privileged

WB00054

DANZIK APPLIED SCIENCES (C/O DENNIS DANZIK)                                      Page      3

      Additional Charges :

|  |  | **Amount** |
|---|---|---|
| 5/31/2017 | WESTLAW | 59.94 |
| | **Total costs** | **$59.94** |
| | **Total amount of this bill** | **$6,347.44** |
| | **Previous balance** | **$7,413.30** |
| | Balance due | $13,760.74 |

### Professional Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| BRIAN HEMBD | 23.70 | 200.00 | $4,740.00 |
| DAVID A. TIMCHAK | 3.20 | 175.00 | $560.00 |
| DENNIS I. WILENCHIK | 2.20 | 400.00 | $880.00 |
| MONICA RAPPS | 0.50 | 125.00 | $62.50 |
| VICTORIA STEVENS | 0.30 | 150.00 | $45.00 |

Tax Identification #86-0688256

WB00055

# WILENCHIK & BARTNESS, PC

THE WILENCHIK & BARTNESS BUILDING
2810 NORTH THIRD STREET
PHOENIX, AZ 85004
(602)606-2810

July 06, 2017

*Invoice submitted to:*

DANZIK APPLIED SCIENCES (C/O DENNIS DANZIK)
dmdanzik@gmail.com

*In Reference To:* BRIDGES/CWT

*Invoice #* 140366

Professional Services

| | | Hours | Amount |
|---|---|---|---|
| 6/1/2017 | BH | 0.50 | 100.00 |
| | MR | 0.30 | 37.50 |
| 6/2/2017 | BH | 1.70 | 340.00 |
| 6/5/2017 | BH | 1.10 | 220.00 |
| | MR | 0.20 | 25.00 |
| 6/6/2017 | BH | 2.90 | 580.00 |
| 6/7/2017 | BH | 4.20 | 840.00 |

Redacted-Privileged


WB00056

DANZIK APPLIED SCIENCES (C/O DENNIS DANZIK)                                    Page      2

| Date | | Hours | Amount |
|---|---|---|---|
| 6/8/2017 | BH | 4.80 | 960.00 |
| 6/9/2017 | BH | 3.20 | 640.00 |
| 6/12/2017 | BH | 0.20 | 40.00 |
| 6/13/2017 | BH | 1.90 | 380.00 |
| | MR | 0.70 | 87.50 |
| 6/14/2017 | BH | 0.30 | 60.00 |
| | MR | 0.20 | 25.00 |
| 6/15/2017 | MR | 0.30 | 37.50 |
| 6/16/2017 | BH | 2.00 | 400.00 |
| 6/18/2017 | BH | 0.20 | 40.00 |
| 6/20/2017 | BH | 0.40 | 80.00 |
| | MR | 0.40 | 50.00 |
| 6/21/2017 | BH | 0.20 | 40.00 |
| 6/22/2017 | BH | 0.40 | 80.00 |
| 6/23/2017 | MR | 0.20 | 25.00 |
| 6/26/2017 | BH | 3.60 | 720.00 |

Redacted-Privileged


WB00057

DANZIK APPLIED SCIENCES (C/O DENNIS DANZIK)                              Page       3

|  | Hours | Amount |
|---|---|---|
| 6/26/2017 DAT | 3.50 | 612.50 |
| 6/27/2017 BH | 1.00 | 200.00 |
| MR | 0.10 | 12.50 |
| 6/28/2017 BH | 1.50 | 300.00 |
| 6/29/2017 BH | 5.30 | 1,060.00 |
| MR | 1.00 | 125.00 |
| **For professional services rendered** | **42.30** | **$8,117.50** |

Redacted-Privileged

Additional Charges :

| 6/30/2017 | PHOTOCOPIES | 4.40 |
|---|---|---|
|  | WESTLAW | 52.53 |
| **Total costs** |  | **$56.93** |

| **Total amount of this bill** | **$8,174.43** |
|---|---|
| **Previous balance** | **$13,760.74** |
| Balance due | $21,935.17 |

### Professional Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| BRIAN HEMBD | 35.40 | 200.00 | $7,080.00 |
| DAVID A. TIMCHAK | 3.50 | 175.00 | $612.50 |
| MONICA RAPPS | 3.40 | 125.00 | $425.00 |


WB00058

DANZIK APPLIED SCIENCES (C/O DENNIS DANZIK)                    Page      4

Tax Identification #86-0688256


WB00059

# WILENCHIK & BARTNESS, PC

THE WILENCHIK & BARTNESS BUILDING
2810 NORTH THIRD STREET
PHOENIX, AZ 85004
(602)606-2810

August 07, 2017

*Invoice submitted to:*

DANZIK APPLIED SCIENCES (C/O DENNIS DANZIK)
dmdanzik@gmail.com

*In Reference To:* BRIDGES/CWT

*Invoice #* 140509

Professional Services

| | | Hours | Amount |
|---|---|---|---|
| 7/3/2017 | BH | 0.60 | 120.00 |
| 7/5/2017 | MR | 0.30 | 37.50 |
| | BH | 0.20 | 40.00 |
| 7/6/2017 | MR | 0.20 | 25.00 |
| 7/7/2017 | BH | 1.20 | 240.00 |
| 7/11/2017 | BH | 4.50 | 900.00 |
| 7/12/2017 | MR | 0.20 | 25.00 |
| 7/13/2017 | BH | 1.60 | 320.00 |
| 7/14/2017 | BH | 4.90 | 980.00 |

Redacted-Privileged


WB00060

DANZIK APPLIED SCIENCES (C/O DENNIS DANZIK)                                    Page      2

| Date | | | Hours | Amount |
|---|---|---|---|---|
| 7/17/2017 | BH | | 0.50 | 100.00 |
| 7/18/2017 | BH | | 1.70 | 340.00 |
| 7/20/2017 | BH | | 0.50 | 100.00 |
| 7/24/2017 | BH | Redacted-Privileged | 0.10 | 20.00 |
| 7/25/2017 | BH | | 0.90 | 180.00 |
| 7/26/2017 | DAT | | 0.40 | 70.00 |
| | MR | | 0.30 | 37.50 |
| 7/27/2017 | BH | | 0.20 | 40.00 |

| | Hours | Amount |
|---|---|---|
| **For professional services rendered** | **18.30** | **$3,575.00** |

Additional Charges :

| Date | | Amount |
|---|---|---|
| 7/31/2017 | PHOTOCOPIES | 33.66 |
| | POSTAGE | 8.61 |
| | WESTLAW | 6.97 |
| **Total costs** | | **$49.24** |
| **Total amount of this bill** | | **$3,624.24** |
| **Previous balance** | | **$21,935.17** |
| 7/31/2017 Payment - thank you | | ($10,000.00) |
| **Total payments and adjustments** | | **($10,000.00)** |
| Balance due | | $15,559.41 |


WB00061

DANZIK APPLIED SCIENCES (C/O DENNIS DANZIK)                                    Page      3

Professional Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| BRIAN HEMBD | 16.90 | 200.00 | $3,380.00 |
| DAVID A. TIMCHAK | 0.40 | 175.00 | $70.00 |
| MONICA RAPPS | 1.00 | 125.00 | $125.00 |

Tax Identification #86-0688256


WB00062

# WILENCHIK & BARTNESS, PC

THE WILENCHIK & BARTNESS BUILDING
2810 NORTH THIRD STREET
PHOENIX, AZ 85004
(602)606-2810

September 11, 2017

*Invoice submitted to:*

DANZIK APPLIED SCIENCES (C/O DENNIS DANZIK)
dmdanzik@gmail.com

*In Reference To:* BRIDGES/CWT

*Invoice #* 140679

Professional Services

| | Hours | Amount |
|---|---|---|
| 8/1/2017 BH | 0.50 | 100.00 |
| 8/2/2017 MR | 0.20 | 25.00 |
| BH | 0.90 | 180.00 |
| 8/3/2017 MR | 0.20 | 25.00 |
| 8/7/2017 BH | 1.50 | 300.00 |
| 8/8/2017 BH | 2.20 | 440.00 |
| 8/18/2017 VS | 0.80 | 120.00 |
| 8/19/2017 BH | 0.30 | 60.00 |
| 8/20/2017 BH | 0.70 | 140.00 |
| 8/21/2017 BH | 0.40 | 80.00 |

Redacted-Privileged


WB00063

DANZIK APPLIED SCIENCES (C/O DENNIS DANZIK)                                        Page        2

|  |  | Hours | Amount |
|---|---|---|---|
| 8/23/2017 BH | | 0.90 | 180.00 |
| 8/30/2017 BH | Redacted-Privileged | 3.60 | 720.00 |
| 8/31/2017 BH | | 0.10 | 20.00 |
| | **For professional services rendered** | **12.30** | **$2,390.00** |
| | Additional Charges : | | |
| 8/31/2017 | WESTLAW | | 17.83 |
| | **Total costs** | | **$17.83** |
| | **Total amount of this bill** | | **$2,407.83** |
| | **Previous balance** | | **$15,559.41** |
| 8/31/2017 | Payment - thank you | | ($290.31) |
| | **Total payments and adjustments** | | **($290.31)** |
| | Balance due | | $17,676.93 |

### Professional Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| BRIAN HEMBD | 11.10 | 200.00 | $2,220.00 |
| MONICA RAPPS | 0.40 | 125.00 | $50.00 |
| VICTORIA STEVENS | 0.80 | 150.00 | $120.00 |

Tax Identification #86-0688256


WB00064