# EXHIBIT 17

Case 2:17-cv-04140-DWL   Document 89-17   Filed 10/09/18   Page 1 of 5

# Business Account Application

**WELLS FARGO**

| | |
|---|---|
| Bank Name: WELLS FARGO BANK, N.A. | Store Name: MCDOWELL MOUNTAIN |
| Banker Name: CODY EINERSON | Officer/Portfolio Number: B7016 — Date: 09/02/2016 |
| Banker Phone: 480/391-6380 — Store Number: 00359 | Banker AU: 0006207 — Banker MAC: S3903-011 |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

[X] New Deposit Account(s) Only      [ ] New Deposit Account(s) and Business Credit Card

| Account 1 Product Name: | Purpose of Account 1: |
|---|---|
| Wells Fargo Business Choice Checking | General Operating Account |

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|
| 038 | DDA | ▇▇▇345 | $5,000.00 | CACK |

| New Account Kit: | Checking/Savings Bonus Offer Available: |
|---|---|
| ba-007497549 | NO |

## Related Customer Information

Customer 1 Name: WYO TECH INVESTMENT GROUP LLC
Enterprise Customer Number (ECN): 96691352358214
Account Relationship: Sole Owner

Customer 2 Name: ELIZABETH J DANZIK
Enterprise Customer Number (ECN): 52918861741313
Account Relationship: Signer

## Checking/Savings Statement Mailing Information

Name(s) and Information Listed on Statement: WYO TECH INVESTMENT GROUP LLC

Statement Mailing Address: 1108 14TH ST
Address Line 2:
City: CODY    State: WY
ZIP/Postal Code: 82414-3743    Country: US


2W02-000851190206-01

BBG2307 (5-16 SVP)

Page 1 of 4
Wells Fargo Confidential

**Business Account Application**

## Customer 1 Information

| Field | Value |
|---|---|
| Customer Name: | WYO TECH INVESTMENT GROUP LLC |
| Enterprise Customer Number (ECN): | 96691352358214 |
| Account Relationship: | Sole Owner |
| Taxpayer Identification Number (TIN): | 81-3735985 |
| TIN Type: | EIN |
| Business Type: | Limited Liability Company |
| Business Sub-Type/Tax Classification: | |
| Non-Profit: | No |
| Date Originally Established: | 08/26/2016 |
| Current Ownership Since: | |
| Number of Employees: | 2 |
| Annual Gross Sales: | $5,000.00 |
| Year Sales Reported: | 09/01/2016 |
| Fiscal Year End: | |
| Primary Financial Institution: | |
| Number of Locations: | 1 |
| Primary State 1: | WY |
| Primary State 2: | |
| Primary State 3: | |
| Primary Country 1: | |
| Primary Country 2: | |
| Primary Country 3: | |
| Street Address: | 1108 14TH ST |
| Address Line 2: | |
| Address Line 3: | |
| City: | CODY |
| State: | WY |
| ZIP/Postal Code: | 82414-3743 |
| Country: | US |
| Business Phone: | 307/250-4817 |
| Fax: | |
| Cellular Phone: | |
| Pager: | |
| e-Mail Address: | |
| Website: | |
| Sales Market: | REGIONAL |
| Industry: | Utilities |
| Description of Business: | Water purification |
| Major Suppliers/Customers: | |

## Bank Use Only

| Field | Value |
|---|---|
| Name/Entity Verification: | Secretary of State |
| Address Verification: | NONE |
| BACC Reference Number: | 6162460000835 |
| Document Filing Number/Description: | 2016-000725055 |
| Filing Country: | US |
| Filing State: | WY |
| Filing Date: | 09/01/2016 |
| Expiration Date: | |
| Country of Registration: | US |
| State of Registration: | WY |
| International Transactions: | |
| Check Reporting: | NEG RECORD-APPROVED |
| Customer 1 Name: | WYO TECH INVESTMENT GROUP LLC |
| Internet Gambling Business?: | No |

2W02-000851190206-02

Business Account Application

## Owner/Key Individual 1 Information

| | |
|---|---|
| **Customer Name:** ELIZABETH J DANZIK | **Residence Address:** 1334 SUNSET BLVD S |
| **Business Relationship:** Owner with Control of the Entity | **Address Line 2:** |
| **Position/Title:** | **Date of Birth:** 04/13/1960 | **Percent of Ownership:** 100.0 | **Address Line 3:** |
| **Enterprise Customer Number (ECN):** 52918861741313 | **City:** CODY | **State:** WY |
| **Taxpayer Identification Number (TIN):** ▓▓▓▓▓▓▓ | **TIN Type:** SSN | **ZIP/Postal Code:** 82414-3413 | **Country:** US |
| **Primary ID Type:** DLIC | **Primary ID Description:** 109957-886 | **Country of Citizenship:** US | **Permanently Resides in US:** |
| **Primary ID St/Ctry/Prov:** WY | **Primary ID Issue Date:** 09/05/2012 | **Primary ID Expiration Date:** 04/13/2017 | **Check Reporting:** RECORD |
| **Secondary ID Type:** OTHR | **Secondary ID Description:** SS CARD 1935 | |
| **Secondary ID State/Country:** | **Secondary ID Issue Date:** | **Secondary ID Expiration Date:** |



2W02-000851190206-03

BBG2307 (5-16 SVP)

Page 3 of 4
Wells Fargo Confidential

Business Account Application

## Certificate of Authority

Each person who signs the "Certified/Agreed To" section of this Application certifies that:

A. **The Customer's use of any Wells Fargo Bank, N.A. ("Bank") deposit account, product or service will confirm the Customer's receipt of, and agreement to be bound by, the Bank's applicable fee and information schedule and account agreement that includes the Arbitration Agreement under which any dispute between the Customer and the Bank relating to the Customer's use of any Bank deposit account, product or service will be decided in an arbitration proceeding before a neutral arbitrator as described in the Arbitration Agreement and not by a jury or court trial.**

B. Each person who signs the "Certified/Agreed To" section of this Application or whose name, any applicable title and specimen signature appear in the "Authorized Signers - Signature Capture" section of this Application is authorized on such terms as the Bank may require to:

  (1) Enter into, modify, terminate and otherwise in any manner act with respect to accounts at the Bank and agreements with the Bank or its affiliates for accounts and/or services offered by the Bank or its affiliates (other than letters of credit or loan agreements);

  (2) Authorize (by signing or otherwise) the payment of Items from the Customer's account(s) listed on this Business Account Application (including without limitation any Item payable to (a) the individual order of the person who authorized the Item or (b) the Bank or any other person for the benefit of the person who authorized the Item) and the endorsement of Deposited Items for deposit, cashing or collection (see the Bank's applicable account agreement for the definitions of "Item" and "Deposited Item");

  (3) Give instructions to the Bank in writing (whether the instructions include the manual signature or a signature that purports to be the facsimile or other mechanical signature including a stamp of an Authorized Signer as the Customer's authorized signature without regard to when or by whom or by what means or in what ink color the signature may have been made or affixed), orally, by telephone or by any electronic means in regard to any Item and the transaction of any business relating to the Customer's account(s), agreements or services, and the Customer shall indemnify and hold the Bank harmless for acting in accordance with such instructions; and

  (4) Delegate the person's authority to another person(s) or revoke such delegation, in a separate signed writing delivered to the Bank.

C. If a code must be communicated to the Bank in order to authorize an Item, and the code is communicated, the Item will be binding on the Customer regardless of who communicated the code.

D. Each transaction described in this Certificate of Authority conducted by or on behalf of the Customer prior to delivery of this Certificate is in all respects ratified.

E. If the Customer is a tribal government or tribal government agency, the Customer waives sovereign immunity from suit with respect to the Customer's use of any Bank account, product or service referred to in this Certificate.

F. The information provided in this Application is correct and complete, each person who signs the "Certified/Agreed To" section of this Application and each person whose name appears in the "Authorized Signers-Signature Capture" section of this Application holds any position indicated, and the signature appearing opposite the person's name is authentic.

G. The Customer has approved this Certificate of Authority or granted each person who signs the "Certified/Agreed To" section of this Application the authority to do so on the Customer's behalf by:
  (1) resolution, agreement or other legally sufficient action of the governing body of the Customer, if the Customer is not a trust or a sole proprietor;
  (2) the signature of each of the Customer's trustee(s), if the Customer is a trust; or
  (3) the signature of the Customer, if the Customer is a sole proprietor.

## Certified/Agreed To

Owner/Key Individual 1 Name: ELIZABETH J DANZIK    Position/Title:

Owner/Key Individual 1 Signature: *[signature: Elizabeth Danzik]*    Submit manually ☐  Signature not required ☐    Date: 09/02/2016

## Authorized Signers - Signature Capture

Authorized Signer 1 Name: ELIZABETH J DANZIK    Position/Title:

Authorized Signer 1 Signature: *[signature: Elizabeth Danzik]*    Submit manually ☐  Signature not required ☐    Date: 09/02/2016



2W02-000851190206-04