# EXHIBIT 20

WYO TECH INVESTMENTS

91-527/1221 959

Date 9/5/16

Pay to the order of Danzik Applied Sciences    $500.00

Five Hundred and 00/100 Dollars

Wells Fargo Bank, N.A.
Arizona
wellsfargo.com

Elizabeth Danzik

For _____

⑆122105278⑆  ▮▮▮▮▮▮▮▮0345⟋

Endorse Here
Deposit Only

REQUEST 00007013014000000 500.00
ROLL ECIA   20160906  000000580579005
JOB ECIA  E  ACCT ▮▮▮▮▮▮▮▮0345
REQUESTOR U537240
18886010  10/30/2017 Research 18886443

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

WYO TECH INVESTMENTS

91-527/1221 359

Date 9/5/16

Pay to the order of Solverdi Worldwide     $ 500.00

Five Hundred and ——————————— 00/100 Dollars

Wells Fargo Bank, N.A.
Arizona
wellsfargo.com

For _____

Elizabeth Danzik

⑆122105278⑆  0345⑉

REQUEST 00007013014000000 500.00
ROLL ECIA   20160906  000000580577108
JOB ECIA  E  ACCT ▇▇▇▇▇▇▇▇0345
REQUESTOR U537240
18886010  10/30/2017 Research 18886443

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

**Withdrawal**
(Check One)   [X] Checking   [ ] Savings   [ ] Money Market Access   [ ] Command

1736   WELLS FARGO

Account Number
* _____0345   Date 9/3/16

Please print: Name
Elizabeth Danzik/Wyotech

Please print: Street Address, City, State, Zip Code

I authorize this withdrawal from the account listed above.
Please sign in teller's presence. Two forms of ID may be required.
X Elizabeth Danzik

One thousand five hundred and no/100 —— Dollars   $ 1500.00

Bank Use Only (When SVT Is Not Available)   TLR8586 (04/15) WF0115 50326497
Customer Id:   Exp. date:   Token Verified (✓)   Approval:

⑈1736⑈ ⑆500000694⑆

4989948665

REQUEST 00007013014000000 1500.00
ROLL ECIA   20160906   000004989948665
JOB ECIA  E  ACCT _____0345
REQUESTOR U537240
18886010   10/30/2017 Research 18886443

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

# Withdrawal / Retiro

Case 2:17-cv-04140-DWL   Document 89-20   Filed 10/09/18   Page 5 of 30

2373

**WELLS FARGO**

(Check One / Marque una)  [✓] Checking/Cuenta de Cheques   [ ] Savings/Ahorros   [ ] Money Market Access   [ ] Command

Account Number / Número de cuenta: ███████0345

Date/Fecha: 10/7/16

Please print: Name / Letra de imprenta: Nombre
Elizabeth

Please print: Street Address, City, State, Zip Code / Letra de imprenta: Domicilio, Ciudad, Estado, Código Postal

I authorize this withdrawal from the account listed above. / Autorizo este retiro de la cuenta mencionada arriba. Please sign in teller's presence for cash back. / Firme en la presencia del (de la) cajero(a) para el retiro de dinero en efectivo.
Two forms of ID may be required. / Se podrían requerir dos tipos de identificación.

X _[signature]_

four thousand 00/X Dollars   $ 4000.00

Bank Use Only (When SVT Is Not Available)   TLR9230 (04/15)   WF0116  60132473

| Customer Id: | Exp. data: | Token Verified (✓) ☐ | Approval: |
|---|---|---|---|

⑈2373⑈ ⑆500000694⑆

4984383084

REQUEST 0000701301 4000000 4000.00
ROLL ECIA   20161007   000004984383084
JOB ECIA  E  ACCT ████████0345
REQUESTOR U537240
18886010  10/30/2017 Research 18886443

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

**WYO Tech Investment Group LLC**
1108 14Th St
Cody, WY 82414-3743

10000
91-527
1221
WELLS FARGO BANK NA (ARIZONA)

February 01, 2017

PAY TO THE ORDER OF  * * * Dennis Danzik * * *

* * * Three Thousand Nine Hundred Eighty One Dollars and Forty Six Cents * * *   * * $3,981.46 * *



Wells Fargo Business Payroll Services

⑈10000⑈ ⑆122105278⑆           0345⑈

4980147189

CREDITED TO THE ACCOUNT OF
WITHIN NAMED PAYEE
LACK OF ENDORSEMENT GUARANTEED
WELLS FARGO BANK, N.A.
AU 6313

REQUEST 00007013014000000 3981.46
ROLL ECIA   20170201  000004980147189
JOB ECIA  E  ACCT              0345
REQUESTOR U537240
18886010  10/30/2017 Research 18886443

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT

**WYO Tech Investment Group LLC**
1108 14Th St
Cody, WY 82414-3743

10003
91-527
1221

WELLS FARGO BANK NA (ARIZONA)

February 15, 2017

PAY TO THE ORDER OF  *** Dennis Danzik ***

*** Three Thousand Nine Hundred Eighty One Dollars and Forty Six Cents ***

**$3,981.46**

$3981.46

Wells Fargo Business Payroll Services

Elizabeth Danzik

⑈10003⑈ ⑆122105278⑆ ▓▓▓▓▓0345⑈

4984536696

For Deposit Only
167300 6454

REQUEST 00007013014000000 3981.46
ROLL ECIA  20170215  000004984536696
JOB ECIA  E  ACCT ▓▓▓▓▓▓▓▓0345
REQUESTOR U537240
18886010  10/30/2017 Research 18886443

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

**WYO Tech Investment Group LLC**
1108 14Th St
Cody, WY 82414-3743

10006

WELLS FARGO BANK NA (ARIZONA)

91-527
———
1221

February 28, 2017

PAY TO THE ORDER OF  \*\*\* Dennis Danzik \*\*\*

\*\*\* Three Thousand Nine Hundred Eighty One Dollars and Forty Six Cents \*\*\*    \*\* $3,981.46 \*\*

$3981.46

VOID

Wells Fargo Business Payroll Services

Elizabeth Danzik

⑴⑴10006⑴⑴ ⑴:122105278⑴:  ▮▮▮▮▮0345⑴⑴

4984531535

1673006456
Deposit Only
AU 6313
DO NOT WRITE, STAMP OR ENDORSE BELOW THIS LINE
CREDITED TO THE ACCOUNT OF
WITHIN NAMED PAYEE
LACK OF ENDORSEMENT GUARANTEED
WELLS FARGO BANK, N.A.
AU 6313

REQUEST 00007013014000000 3981.46
ROLL ECIA   20170301   000004984531535
JOB ECIA  E  ACCT ▮▮▮▮▮▮▮▮0345
REQUESTOR U537240
18886010  10/30/2017 Research 18886443

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

```
WYO Tech Investment Group LLC                                        10009
1108 14Th St                                                        91-527
Cody, WY 82414-3743                      WELLS FARGO BANK NA (ARIZONA)
                                                                     1221
                                                              March 15, 2017

PAY TO THE ORDER OF   * * * Dennis Danzik * * *

* * * Three Thousand Nine Hundred Eighty One Dollars and Forty Six Cents * * *      * * $3,981.46 * *
```



$3981.46

Elizabeth Danzik

Wells Fargo Business Payroll Services

⑈10009⑈ ⑆122105278⑆ ▮▮▮▮0345⑈

1044341182

For Deposit Only
1673006456

REQUEST 00007013014000000 3981.46
ROLL ECIA   20170315  000001044341182
JOB ECIA E  ACCT ▮▮▮▮▮▮▮0345
REQUESTOR U537240
18886010  10/30/2017 Research 18886443

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

**Withdrawal**
(Check One)   ☒ Checking   ☐ Savings   ☐ Money Market Access   ☐ Command

1518   WELLS FARGO

Account Number: * ███ 0345   Date: 4-20-2017

Please print: Name: Elizabeth Danzik

Please print: Street Address, City, State, Zip Code:

I authorize this withdrawal from the account listed above. Please sign in teller's presence. Two forms of ID may be required.

X Elizabeth Danzik

Sixteen dollars and 23/100 Dollars   $ 16.23

Bank Use Only (When SVT Is Not Available)
TLR8566 (04/15)  WF0115  6D471243
Customer Id:   Exp. date:   Token Verified (✓) ☐   Approval:

⑈1518⑈ ⑆500000694⑆

1146335414

REQUEST 00007013014000000 16.23
ROLL ECIA   20170420   000001146335414
JOB ECIA  E  ACCT ████████0345
REQUESTOR U537240
18886010  10/30/2017 Research 18886443

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201