# EXHIBIT 21

# DECLARATION OF WILLIAM J. HINZ

William J. Hinz, declares:

1. I am a resident of the State of Arizona, and I am over the age of 21. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, I could competently testify with respect to the facts set forth herein.

2. I am a member and the interim Chief Executive Officer of WYO TECH Investment Group, LLC.

3. I have reviewed the list of 40 plus investors who are current members and equity owners of WYO TECH, and I can attest that neither Dennis M Danzik ("Mr. Danzik") nor RDX Technologies Corporation are among them.

4. Based on my review of WYO TECH's financial records, I have seen no evidence that WYO TECH currently owes any money to Mr. Danzik or any member of his family, and it is my belief that no such money is owed.

5. During the past year, Mr. Danzik has been engaged to work on engineering and construction projects for WYO TECH through a contracting company, Danzik Applied Sciences, LLC ("DAS"), in which I understand he owns a minority interest. WYO TECH has fully paid for those services, and neither Mr. Danzik nor DAS is currently engaged to perform further services for WYO TECH.

6. The impoundment of WYO TECH's funds in Wells Fargo Account No. 7993862809 is causing significant difficulties for the conduct of WYO TECH's business affairs, including the fact that paychecks to employees and vendors have not been honored. This is a problem that will only become more severe over time if WYO TECH's funds continue to be impounded.

7. Neither Mr. Danzik nor his wife, Elizabeth Danzik, have any authority over the funds in Wells Fargo Account No. 7993862809.

1  I declare under penalty of perjury that the foregoing is true and correct.

2

3  DATED this 1st day of November 2017

_____
William J. Hinz