# EXHIBIT 22



Friday | October 27, 2017

## Image Retrieval System

### Credit Card Statement Search Results

- Image Search
- Image Retrieval Inbox
- Mail/Fax Request List
- Outbox
- Help
- Logoff
- USBnet Home Page

**Date Range:** 01/01/2013 - 10/27/2017

[Refine Search] [New Search] [View Multiple]

| | Statement Date | Account Number | Account Name | Actions |
|---|---|---|---|---|
| ☐ | 09/19/2017 | ████6485 | WYO TECH INVESTMENT L | View |
| ☐ | 08/18/2017 | ████6485 | WYO TECH INVESTMENT L | View |
| ☐ | 07/19/2017 | ████6485 | WYO TECH INVESTMENT L | View |
| ☐ | 06/19/2017 | ████6485 | WYO TECH INVESTMENT L | View |
| ☐ | 05/18/2017 | ████6485 | WYO TECH INVESTMENT L | View |
| ☐ | 04/19/2017 | ████6485 | WYO TECH INVESTMENT L | View |
| ☐ | 03/17/2017 | ████6485 | WYO TECH INVESTMENT L | View |

We welcome your comments and suggestions about how to improve this intranet page. Send your online feedback ✉ to USBancorp Intranet

Building the Best Bank in America. Copyright © 2004 U.S. Bancorp. All rights reserved. Terms of Use

17.05.10 prod col 1







**September 2017 Statement**
Open Date: 08/19/2017  Closing Date: 09/19/2017

**U.S. Bank Business Edge Cash Rewards Card**
WYO TECH INVESTMENT L
ELIZABETH J DANZIK (CPN 001732568)

| | |
|---|---|
| **New Balance** | **$0.00** |
| **Minimum Payment Due** | **$0.00** |
| **Payment Due Date** | **10/16/2017** |

Page 1 of 2

Account: ███████6485

**Cardmember Service**   1-877-351-8406
SPC  50  USB            12

| **Activity Summary** | |
|---|---|
| Previous Balance | $0.00 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases | $0.00 |
| Balance Transfers | $0.00 |
| Advances | $0.00 |
| Other Debits | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| **New Balance** = | **$0.00** |
| **Past Due** | **$0.00** |
| **Minimum Payment Due** | **$0.00** |
| Credit Line | None |
| Available Credit | None |
| Days in Billing Period | 32 |

**Payment Options:**    Mail payment coupon with a check     Pay online at usbank.com    Pay by phone 1-877-351-8406    Pay at your local U.S. Bank branch

*No payment is required.*

CPN 001732568



24-Hour Cardmember Service: 1-877-351-8406

. to pay by phone
. to change your address

000004451 01  SP    000638714266227 S

WYO TECH INVESTMENT L
ELIZABETH J DANZIK
1334 SUNSET BLVD S
CODY WY 82414-3413

## Zero Balance

| Account Number: | ███████6485 |
|---|---|
| Your account has a zero balance.please remember that your available credit is $0.00. | |

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, please call us at the telephone number on the front of this statement, or write to us at: Cardmember Service, P.O. Box 6335, Fargo, ND 58125-6335.
In your letter or call, give us the following information:
▶ *Account information:* Your name and account number.
▶ *Dollar amount:* The dollar amount of the suspected error.
▶ *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement. While we investigate whether or not there has been an error, the following are true:
▶ We cannot try to collect the amount in question, or report you as delinquent on that amount.
▶ The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
▶ While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
▶ We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: Cardmember Service, P.O. Box 6335, Fargo, ND 58125-6335
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Important Information Regarding Your Account**
1. **INTEREST CHARGE:** Method of Computing Balance Subject to Interest Rate: We calculate the periodic rate or interest portion of the **INTEREST CHARGE** by multiplying the applicable Daily Periodic Rate (**"DPR"**) by the Average Daily Balance (**"ADB"**) (including new transactions) of the Purchase, Advance and Balance Transfer categories subject to interest, and then adding together the resulting interest from each category. We determine the **ADB** separately for the Purchases, Advances and Balance Transfer categories. To get the **ADB** in each category, we add together the daily balances in those categories for the billing cycle and divide the result by the number of days in the billing cycle. We determine the daily balances each day by taking the beginning balance of those Account categories (including any billed but unpaid interest, fees, credit insurance and other charges), adding any new interest, fees, and charges, and subtracting any payments or credits applied against your Account balances that day. We add a Purchase, Advance or Balance Transfer to the appropriate balances for those categories on the later of the transaction date or the first day of the statement period. Billed but unpaid interest on Purchases, Advances and Balance Transfers is added to the appropriate balances for those categories each month on the statement date. Billed but unpaid Advance Transaction Fees are added to the Advance balance of your Account on the date they are charged to your Account. Any billed but unpaid fees on Purchases, credit insurance charges, and other charges are added to the Purchase balance of the Account on the date they are charged to the Account. Billed but unpaid fees on Balance Transfers are added to the Balance Transfer balance of the Account on the date they are charged to the Account. In other words, billed and unpaid interest, fees, and charges will be included in the **ADB** of your Account that accrues interest and will reduce the amount of credit available to you. Credit insurance charges are not included in the **ADB** calculation for Purchases until the first day of the billing cycle following the date the credit insurance premium is charged to the Account. Prior statement balances subject to an interest-free period that have been paid on or before the payment due date in the current billing cycle are not included in the **ADB** calculation.
2. **Payment Information:** You must pay us in U.S. Dollars with checks or similar payment instruments drawn on a financial institution located in the United States. We will also accept payment in U.S. Dollars via the Internet or phone or previously established automatic payment transaction. We may, at our option, choose to accept a payment drawn on a foreign financial institution. However, you will be charged and agree to pay any collection fees required in connection with such a transaction. The date you mail a payment is different than the date we receive that payment. The payment date is the day we receive your check or money order at U.S. Bank National Association, P.O. Box 790408, St. Louis, MO 63179-0408 or the day we receive your electronic or phone payment. All payments by check or money order accompanied by a payment coupon and received at this payment address will be credited to your Account on the day of receipt if received by 5:00 p.m. CT on any banking day. Mailed payments that do not include the payment coupon and/or are mailed to a different address will be processed within 5 banking days of receipt and credited to your Account on the day of receipt. In addition, if you mail your payment without a payment coupon or to an incorrect address, it may result in a delayed credit to your Account, additional **INTEREST CHARGES**, fees, and possible suspension of your Account. Internet and telephone payment options are available, and crediting times vary (but generally must be made before 5:00 p.m. CT to 8 p.m. CT depending on what day and how the payment is made). If you are making an internet or telephone payment, please contact Cardmember Service for times specific to your Account and your payment option. Banking days are all calendar days except Saturday, Sunday and federal holidays. Payments due on a Saturday, Sunday or federal holiday and received on those days will be credited on the day of receipt. There is no prepayment penalty if you pay your balance at any time prior to your payment due date.
3. **Credit Reporting:** We may report information on your Account to Credit Bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report.




September 2017 Statement  08/19/2017 - 09/19/2017                                                Page 2 of 2

WYO TECH INVESTMENT L                              **Cardmember Service**      1-877-351-8406
ELIZABETH J DANZIK (CPN 001732568)

### Important Messages

Paying Interest: You have a 24 to 30 day interest-free period for Purchases provided you have paid your previous balance in full by the Payment Due Date shown on your monthly Account statement. In order to avoid additional INTEREST CHARGES on Purchases, you must pay your new balance in full by the Payment Due Date shown on the front of your monthly Account statement.

There is no interest-free period for transactions that post to the Account as Advances or Balance Transfers except as provided in any Offer Materials. Those transactions are subject to interest from the date they post to the Account until the date they are paid in full.

| 2017 Totals Year-to-Date | |
|---|---|
| Total Fees Charged in 2017 | $0.00 |
| Total Interest Charged in 2017 | $0.00 |

### Company Approval   *(This area for use by your company)*

Signature/Approval: _____    Accounting Code: _____

### Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

**APR for current and future transactions.

| Balance Type | Balance By Type | Balance Subject to Interest Rate | Variable | Interest Charge | Annual Percentage Rate | Expires with Statement |
|---|---|---|---|---|---|---|
| **BALANCE TRANSFER | $0.00 | $0.00 | YES | $0.00 | 12.99% | |
| **PURCHASES | $0.00 | $0.00 | YES | $0.00 | 12.99% | |
| **ADVANCES | $0.00 | $0.00 | YES | $0.00 | 24.99% | |

### Contact Us

| Phone | Questions |  Mail payment coupon with a check | Online |
|---|---|---|---|
| Voice: 1-877-351-8406<br>TDD: 1-888-352-6455<br>Fax: 1-866-807-9053 | Cardmember Service<br>P.O. Box 6353<br>Fargo, ND 58125-6353 | U.S. Bank<br>P.O. Box 790408<br>St. Louis, MO 63179-0408 | usbank.com |

*End of Statement*





**August 2017  Statement**  Page 1 of 2
Open Date: 07/20/2017  Closing Date: 08/18/2017   Account: ▉▉▉▉▉▉6485



**U.S. Bank Business Edge Cash Rewards Card**   **Cardmember Service**   1-877-351-8406
WYO TECH INVESTMENT L                             BUS  35  USB              12
ELIZABETH J DANZIK (CPN 001732568)

| | |
|---|---|
| **New Balance** | **$0.00** |
| **Minimum Payment Due** | **$0.00** |
| **Payment Due Date** | **09/16/2017** |

| Activity Summary | |
|---|---|
| Previous Balance | $0.00 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases    + | $137.07 |
| Balance Transfers | $0.00 |
| Advances | $0.00 |
| Other Debits | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| **New Balance**    = | **$0.00** |
| **Past Due** | **$0.00** |
| **Minimum Payment Due** | **$0.00** |
| Credit Line | $6,000.00 |
| Available Credit | $6,000.00 |
| Days in Billing Period | 30 |

**Payment Options:**

 Mail payment coupon with a check

 Pay online at usbank.com

 Pay by phone 1-877-351-8406

 Pay at your local U.S. Bank branch

*This is not a bill, do not remit payment.*   *CPN 001732568*



24-Hour Cardmember Service: 1-877-351-8406

. to pay by phone
. to change your address

000001028 01 MB  0.423  000638698368763 P  Y

WYO TECH INVESTMENT L
ELIZABETH J DANZIK
1334 SUNSET BLVD S
CODY WY 82414-3413

**THIS IS NOT A BILL.**

This memo statement only reflects the current activity on your account. An invoice has been sent to the applicable central billing account for the company.

Thank you.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, please call us at the telephone number on the front of this statement, or write to us at: Cardmember Service, P.O. Box 6335, Fargo, ND 58125-6335.
In your letter or call, give us the following information:
▶ *Account information:* Your name and account number.
▶ *Dollar amount:* The dollar amount of the suspected error.
▶ *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement. While we investigate whether or not there has been an error, the following are true:
▶ We cannot try to collect the amount in question, or report you as delinquent on that amount.
▶ The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
▶ While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
▶ We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: Cardmember Service, P.O. Box 6335, Fargo, ND 58125-6335
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Important Information Regarding Your Account**
1. **INTEREST CHARGE:** Method of Computing Balance Subject to Interest Rate: We calculate the periodic rate or interest portion of the **INTEREST CHARGE** by multiplying the applicable Daily Periodic Rate (**"DPR"**) by the Average Daily Balance (**"ADB"**) (including new transactions) of the Purchase, Advance and Balance Transfer categories subject to interest, and then adding together the resulting interest from each category. We determine the **ADB** separately for the Purchases, Advances and Balance Transfer categories. To get the **ADB** in each category, we add together the daily balances in those categories for the billing cycle and divide the result by the number of days in the billing cycle. We determine the daily balances each day by taking the beginning balance of those Account categories (including any billed but unpaid interest, fees, credit insurance and other charges), adding any new interest, fees, and charges, and subtracting any payments or credits applied against your Account balances that day. We add a Purchase, Advance or Balance Transfer to the appropriate balances for those categories on the later of the transaction date or the first day of the statement period. Billed but unpaid interest on Purchases, Advances and Balance Transfers is added to the appropriate balances for those categories each month on the statement date. Billed but unpaid Advance Transaction Fees are added to the Advance balance of your Account on the date they are charged to your Account. Any billed but unpaid fees on Purchases, credit insurance charges, and other charges are added to the Purchase balance of the Account on the date they are charged to the Account. Billed but unpaid fees on Balance Transfers are added to the Balance Transfer balance of the Account on the date they are charged to the Account. In other words, billed and unpaid interest, fees, and charges will be included in the **ADB** of your Account that accrues interest and will reduce the amount of credit available to you. Credit insurance charges are not included in the **ADB** calculation for Purchases until the first day of the billing cycle following the date the credit insurance premium is charged to the Account. Prior statement balances subject to an interest-free period that have been paid on or before the payment due date in the current billing cycle are not included in the **ADB** calculation.
2. **Payment Information:** You must pay us in U.S. Dollars with checks or similar payment instruments drawn on a financial institution located in the United States. We will also accept payment in U.S. Dollars via the Internet or phone or previously established automatic payment transaction. We may, at our option, choose to accept a payment drawn on a foreign financial institution. However, you will be charged and agree to pay any collection fees required in connection with such a transaction. The date you mail a payment is different than the date we receive that payment. The payment date is the day we receive your check or money order at U.S. Bank National Association, P.O. Box 790408, St. Louis, MO 63179-0408 or the day we receive your electronic or phone payment. All payments by check or money order accompanied by a payment coupon and received at this payment address will be credited to your Account on the day of receipt if received by 5:00 p.m. CT on any banking day. Mailed payments that do not include the payment coupon and/or are mailed to a different address will be processed within 5 banking days of receipt and credited to your Account on the day of receipt. In addition, if you mail your payment without a payment coupon or to an incorrect address, it may result in a delayed credit to your Account, additional **INTEREST CHARGES**, fees, and possible suspension of your Account. Internet and telephone payment options are available, and crediting times vary (but generally must be made before 5:00 p.m. CT to 8 p.m. CT depending on what day and how the payment is made). If you are making an internet or telephone payment, please contact Cardmember Service for times specific to your Account and your payment option. Banking days are all calendar days except Saturday, Sunday and federal holidays. Payments due on a Saturday, Sunday or federal holiday and received on those days will be credited on the day of receipt. There is no prepayment penalty if you pay your balance at any time prior to your payment due date.
3. **Credit Reporting:** We may report information on your Account to Credit Bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report.





August 2017 Statement    07/20/2017 - 08/18/2017

WYO TECH INVESTMENT L
ELIZABETH J DANZIK (CPN 001732568)



Cardmember Service    1-877-351-8406

Page 2 of 2

### Important Messages

Paying Interest: You have a 24 to 30 day interest-free period for Purchases provided you have paid your previous balance in full by the Payment Due Date shown on your monthly Account statement. In order to avoid additional INTEREST CHARGES on Purchases, you must pay your new balance in full by the Payment Due Date shown on the front of your monthly Account statement.

There is no interest-free period for transactions that post to the Account as Advances or Balance Transfers except as provided in any Offer Materials. Those transactions are subject to interest from the date they post to the Account until the date they are paid in full.

### Transactions

#### Purchases and Other Debits

| Post Date | Trans Date | Ref # | Transaction Description | Amount | Notation |
|---|---|---|---|---|---|
| 07/20 | 07/20 | 9895 | SXM*SIRIUSXM.COM/ACCT  888-635-5144 NY | $17.07 | _____ |
| 08/07 | 08/04 | 6566 | CODY ENTERPRISE        307-5872231 WY | $120.00 | _____ |
|  |  |  | **TOTAL THIS PERIOD** | **$137.07** |  |

| 2017 Totals Year-to-Date | |
|---|---|
| Total Fees Charged in 2017 | $15.00 |
| Total Interest Charged in 2017 | $0.00 |

### Company Approval   (This area for use by your company)

Signature/Approval: _____    Accounting Code: _____

### Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

**APR for current and future transactions.

| Balance Type | Balance By Type | Balance Subject to Interest Rate | Variable | Interest Charge | Annual Percentage Rate | Expires with Statement |
|---|---|---|---|---|---|---|
| **BALANCE TRANSFER | $0.00 | $0.00 | YES | $0.00 | 0.00% |  |
| **PURCHASES | $0.00 | $0.00 | YES | $0.00 | 0.00% |  |
| **ADVANCES | $0.00 | $0.00 | YES | $0.00 | 0.00% |  |

### Contact Us

**Phone**
Voice: 1-877-351-8406
TDD:   1-888-352-6455
Fax:   1-866-807-9053

**Questions**
Cardmember Service
P.O. Box 6353
Fargo, ND  58125-6353

**Mail payment coupon with a check**
U.S. Bank
P.O. Box 790408
St. Louis, MO  63179-0408

**Online**
usbank.com

*End of Statement*





**July 2017 Statement**

Open Date: 06/20/2017  Closing Date: 07/19/2017

**U.S. Bank Business Edge Cash Rewards Card**
WYO TECH INVESTMENT L
ELIZABETH J DANZIK (CPN 001732568)

Page 1 of 2

Account: ▮▮▮▮6485

**Cardmember Service**  1-877-351-8406
BUS  35  USB                                  12

| | |
|---|---|
| New Balance | $0.00 |
| Minimum Payment Due | $0.00 |
| Payment Due Date | 08/16/2017 |

**Activity Summary**

| | | |
|---|---|---|
| Previous Balance | | $0.00 |
| Payments | | $0.00 |
| Other Credits | | $0.00 |
| Purchases | + | $996.24 |
| Balance Transfers | | $0.00 |
| Advances | | $0.00 |
| Other Debits | | $0.00 |
| Fees Charged | | $0.00 |
| Interest Charged | | $0.00 |
| **New Balance** | = | **$0.00** |
| **Past Due** | | **$0.00** |
| **Minimum Payment Due** | | **$0.00** |
| Credit Line | | $6,000.00 |
| Available Credit | | $6,000.00 |
| Days in Billing Period | | 30 |

**Payment Options:**

 Mail payment coupon with a check

 Pay online at usbank.com

 Pay by phone 1-877-351-8406

 Pay at your local U.S. Bank branch

*This is not a bill, do not remit payment.*                       CPN 001732568

---



24-Hour Cardmember Service: 1-877-351-8406

📞 . to pay by phone
   . to change your address

000001901 01  SP      000638682266082 S

WYO TECH INVESTMENT L
ELIZABETH J DANZIK
1334 SUNSET BLVD S
CODY WY 82414-3413

**THIS IS NOT A BILL.**

**This memo statement only reflects the current activity on your account. An invoice has been sent to the applicable central billing account for the company.**

Thank you.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, please call us at the telephone number on the front of this statement, or write to us at: Cardmember Service, P.O. Box 6335, Fargo, ND 58125-6335.
In your letter or call, give us the following information:
▶ *Account information:* Your name and account number.
▶ *Dollar amount:* The dollar amount of the suspected error.
▶ *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement. While we investigate whether or not there has been an error, the following are true:
▶ We cannot try to collect the amount in question, or report you as delinquent on that amount.
▶ The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
▶ While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
▶ We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: Cardmember Service, P.O. Box 6335, Fargo, ND 58125-6335
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Important Information Regarding Your Account**
1. **INTEREST CHARGE:** Method of Computing Balance Subject to Interest Rate: We calculate the periodic rate or interest portion of the **INTEREST CHARGE** by multiplying the applicable Daily Periodic Rate (**"DPR"**) by the Average Daily Balance (**"ADB"**) (including new transactions) of the Purchase, Advance and Balance Transfer categories subject to interest, and then adding together the resulting interest from each category. We determine the **ADB** separately for the Purchases, Advances and Balance Transfer categories. To get the **ADB** in each category, we add together the daily balances in those categories for the billing cycle and divide the result by the number of days in the billing cycle. We determine the daily balances each day by taking the beginning balance of those Account categories (including any billed but unpaid interest, fees, credit insurance and other charges), adding any new interest, fees, and charges, and subtracting any payments or credits applied against your Account balances that day. We add a Purchase, Advance or Balance Transfer to the appropriate balances for those categories on the later of the transaction date or the first day of the statement period. Billed but unpaid interest on Purchases, Advances and Balance Transfers is added to the appropriate balances for those categories each month on the statement date. Billed but unpaid Advance Transaction Fees are added to the Advance balance of your Account on the date they are charged to your Account. Any billed but unpaid fees on Purchases, credit insurance charges, and other charges are added to the Purchase balance of the Account on the date they are charged to the Account. Billed but unpaid fees on Balance Transfers are added to the Balance Transfer balance of the Account on the date they are charged to the Account. In other words, billed and unpaid interest, fees, and charges will be included in the **ADB** of your Account that accrues interest and will reduce the amount of credit available to you. Credit insurance charges are not included in the **ADB** calculation for Purchases until the first day of the billing cycle following the date the credit insurance premium is charged to the Account. Prior statement balances subject to an interest-free period that have been paid on or before the payment due date in the current billing cycle are not included in the **ADB** calculation.
2. **Payment Information:** You must pay us in U.S. Dollars with checks or similar payment instruments drawn on a financial institution located in the United States. We will also accept payment in U.S. Dollars via the Internet or phone or previously established automatic payment transaction. We may, at our option, choose to accept a payment drawn on a foreign financial institution. However, you will be charged and agree to pay any collection fees required in connection with such a transaction. The date you mail a payment is different than the date we receive that payment. The payment date is the day we receive your check or money order at U.S. Bank National Association, P.O. Box 790408, St. Louis, MO 63179-0408 or the day we receive your electronic or phone payment. All payments by check or money order accompanied by a payment coupon and received at this payment address will be credited to your Account on the day of receipt if received by 5:00 p.m. CT on any banking day. Mailed payments that do not include the payment coupon and/or are mailed to a different address will be processed within 5 banking days of receipt and credited to your Account on the day of receipt. In addition, if you mail your payment without a payment coupon or to an incorrect address, it may result in a delayed credit to your Account, additional **INTEREST CHARGES**, fees, and possible suspension of your Account. Internet and telephone payment options are available, and crediting times vary (but generally must be made before 5:00 p.m. CT to 8 p.m. CT depending on what day and how the payment is made). If you are making an internet or telephone payment, please contact Cardmember Service for times specific to your Account and your payment option. Banking days are all calendar days except Saturday, Sunday and federal holidays. Payments due on a Saturday, Sunday or federal holiday and received on those days will be credited on the day of receipt. There is no prepayment penalty if you pay your balance at any time prior to your payment due date.
3. **Credit Reporting:** We may report information on your Account to Credit Bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report.





**July 2017 Statement**   06/20/2017 - 07/19/2017

WYO TECH INVESTMENT L
ELIZABETH J DANZIK (CPN 001732568)

**Cardmember Service**   1-877-351-8406

Page 2 of 2

### Important Messages

Paying Interest: You have a 24 to 30 day interest-free period for Purchases provided you have paid your previous balance in full by the Payment Due Date shown on your monthly Account statement. In order to avoid additional INTEREST CHARGES on Purchases, you must pay your new balance in full by the Payment Due Date shown on the front of your monthly Account statement.

There is no interest-free period for transactions that post to the Account as Advances or Balance Transfers except as provided in any Offer Materials. Those transactions are subject to interest from the date they post to the Account until the date they are paid in full.

### Transactions

#### Purchases and Other Debits

| Post Date | Trans Date | Ref # | Transaction Description | Amount | Notation |
|---|---|---|---|---|---|
| 06/20 | 06/20 | 2143 | SXM*SIRIUSXM.COM/ACCT  888-635-5144 NY | $6.49 | |
| 06/21 | 06/20 | 7658 | CORPORATE FILINGS LLC  888-7898466  WY | $301.00 | |
| 06/21 | 06/20 | 0975 | CORPORATE FILINGS LLC  888-7898466  WY | $301.00 | |
| 06/29 | 06/27 | 6739 | HALLMARK LIMOUSINE     480-759-4330 AZ | $77.25 | |
| 06/29 | 06/27 | 6754 | HALLMARK LIMOUSINE     480-759-4330 AZ | $77.25 | |
| 06/29 | 06/27 | 6762 | HALLMARK LIMOUSINE     480-759-4330 AZ | $78.00 | |
| 07/17 | 07/14 | 0623 | HALLMARK LIMOUSINE     480-759-4330 AZ | $72.00 | |
| 07/17 | 07/14 | 0599 | HALLMARK LIMOUSINE     480-759-4330 AZ | $83.25 | |
| | | | **TOTAL THIS PERIOD** | **$996.24** | |

| 2017 Totals Year-to-Date | |
|---|---|
| Total Fees Charged in 2017 | $15.00 |
| Total Interest Charged in 2017 | $0.00 |

### Company Approval   (This area for use by your company)

Signature/Approval: _____    Accounting Code: _____

### Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

**APR for current and future transactions.

| Balance Type | Balance By Type | Balance Subject to Interest Rate | Variable | Interest Charge | Annual Percentage Rate | Expires with Statement |
|---|---|---|---|---|---|---|
| **BALANCE TRANSFER | $0.00 | $0.00 | YES | $0.00 | 0.00% | |
| **PURCHASES | $0.00 | $0.00 | YES | $0.00 | 0.00% | |
| **ADVANCES | $0.00 | $0.00 | YES | $0.00 | 0.00% | |

*End of Statement*