# EXHIBIT 26

# WELLS FARGO BANK

1500

MCDOWELL MOUNTAIN   15760 N FRANK LLOYD WRIGHT BLVD   SCOTTSDALE, AZ 85260

DATE 5/1/17

91-527/1221

PAY TO THE ORDER OF  JOVAHNA DANZIK                          $ 1500.00

ONE THOUSAND FIVE HUNDRED                          00/100        DOLLARS

WYO TECH INVESTMENT GROUP LLC
14747 N NORTHSIGHT BLVD
SUITE 111-218
SCOTTSDALE   AZ 85260

⑆122105278⑆ ▓▓▓▓▓ 2809⑈ 1500

ENDORSE HERE

DO NOT SIGN / WRITE / STAMP BELOW THIS LINE
FOR FINANCIAL INSTITUTION USAGE ONLY

REQUEST 00007013012000000 1500.00
ROLL ECIA   20170501  000000589147124
JOB ECIA  E  ACCT ▓▓▓▓▓▓2809
REQUESTOR U537240
18886010  10/30/2017 Research 18886439

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

Case 2:17-cv-04140-DWL   Document 26-28   Filed 10/02/18   Page 3 of 42

**WYO TECH INVESTMENT GROUP LLC**
14747 N NORTHSIGHT BLVD STE 111
SCOTTSDALE, AZ 85260-2633

2031

91-527/1221 359

MAY 17 2017
DATE

PAY TO THE
ORDER OF    JOVAHNA DANZIK                    $ 1500.00

ONE THOUSAND FIVE HUNDRED —          00/100 DOLLARS

WELLS FARGO
Wells Fargo Bank, N.A.
Arizona
wellsfargo.com

FOR MAY 1 — MAY 15 2017

⑈122105278⑈           2809⑈ 02031

REQUEST 00007013012000000 1500.00
ROLL ECIA   20170517  000000588362443
JOB ECIA  E  ACCT ████████2809
REQUESTOR U537240
18886010  10/30/2017 Research 18886439

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201



**WYO TECH INVESTMENT GROUP LLC**
14747 N NORTHSIGHT BLVD STE 111
SCOTTSDALE, AZ 85260-2633

2032

91-527/1221 359

MAY 18 2017
DATE

PAY TO THE ORDER OF __JOVAHNA DANZIK__  $5000.00

__FIVE THOUSAND —__ 100 DOLLARS

Wells Fargo Bank, N.A.
Arizona
wellsfargo.com

FOR __5 KW Generator - Company FRANKLIN__

⑈1221052781⑈ 2809⑈ 02092

---

CHECK HERE IF MOBILE DEPOSIT
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

ENDORSE HERE

Security Features exceed industry standards and include

Do not cash if

---

REQUEST 0000701301200000 5000.00
ROLL ECIA   20170518  000004981639562
JOB ECIA  E  ACCT ████ 2809
REQUESTOR U537240
18886010  10/30/2017 Research 18886439

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

**WYO TECH INVESTMENT GROUP LLC**
14747 N NORTHSIGHT BLVD STE 111
SCOTTSDALE, AZ 85260-2633

2033

91-527/1221 359

DATE MAY 18 2017

PAY TO THE ORDER OF **JOVAHNA DANZIK** $3000.00

**THREE THOUSAND** ———————— 00/100 DOLLARS

Wells Fargo Bank, N.A.
Arizona
wellsfargo.com

FOR **Donca BEAN**

⑈1221052781⑈ 2809 02033

4986895416

☐CHECK HERE ☐ MOBILE DEPOSIT

ENDORSE HERE
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

REQUEST 00007013012000000 3000.00
ROLL ECIA   20170518  000004986895416
JOB ECIA  E  ACCT ████████ 2809
REQUESTOR U537240
18886010  10/30/2017 Research 18886439

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201



**WYO TECH INVESTMENT GROUP LLC**
14747 N NORTHSIGHT BLVD STE 111
SCOTTSDALE, AZ 85260-2633

2035
91-527/1221 359

MAY 20 2017
DATE

PAY TO THE ORDER OF  JOVAHNA DANZIK          $ 1000.00

ONE THOUSAND _____  00/100  DOLLARS

WELLS FARGO
Wells Fargo Bank, N.A.
Arizona
wellsfargo.com

FOR DAS 4350

⑆122105278⑆    2809⑈ 02035

1042796955

REQUEST 0000701301 2000000 1000.00
ROLL ECIA   20170522  000001042796955
JOB ECIA  E  ACCT ██████████ 2809
REQUESTOR U537240
18886010  10/30/2017 Research 18886439

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

**WYO TECH INVESTMENT GROUP LLC**
14747 N NORTHSIGHT BLVD STE 111
SCOTTSDALE, AZ 85260-2633

2037

91-527/1221 359

MAY 22 2017
DATE

PAY TO THE
ORDER OF  JOVAHNA DANZIK                    $ 500.00

FIVE  HUNDRED  —————————— 00/100  DOLLARS

WELLS FARGO
Wells Fargo Bank, N.A.
Arizona
wellsfargo.com

FOR DAS  4350

⑆122105278⑆  2809⑈ 02037

6344755065

REQUEST 00007013012000000 500.00
ROLL ECIA   20170522  000006344755065
JOB ECIA  E  ACCT ████████2809
REQUESTOR U537240
18886010  10/30/2017 Research 18886439

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

Case 2:17-cv-04140-DWL   Document 89-28   Filed 10/09/18   Page 8 of 42

**WYO TECH INVESTMENT GROUP LLC**
14747 N NORTHSIGHT BLVD STE 111
SCOTTSDALE, AZ 85260-2633

2038
91-527/1221 359

MAY 23 2017
DATE

PAY TO THE
ORDER OF  JOVAHNA DANZIK                              $ 400.00

FOUR    HUNDRED ————————— 100   DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Arizona
wellsfargo.com

FOR  DAS  4350 - 0616

⑆122105278⑆        2809⑈ 02038

1046135516

REQUEST 00007013012000000 400.00
ROLL ECIA   20170523  000001046135516
JOB ECIA  E  ACCT
REQUESTOR U537240
18886010  10/30/2017 Research 18886439

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

**WYO TECH INVESTMENT GROUP LLC**
14747 N NORTHSIGHT BLVD STE 111
SCOTTSDALE, AZ 85260-2633

2039

91-527/1221 359

MAY 24 2017 DATE

PAY TO THE
ORDER OF __JOVAHNA  DANZIK__          | $ 600.00

SIX    HUNDRED —————————————— 00/100  DOLLARS

WELLS FARGO
Wells Fargo Bank, N.A.
Arizona
wellsfargo.com

FOR 300 DAS & 300 D.BEAN

⑆122105278⑆ ▮▮▮▮▮2809⑈ 02039

4980272396

REQUEST 00007013012000000 600.00
ROLL ECIA  20170524  000004980272396
JOB ECIA  E  ACCT ▮▮▮▮▮▮2809
REQUESTOR U537240
18886010  10/30/2017 Research 18886439

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

**WYO TECH INVESTMENT GROUP LLC**
14747 N NORTHSIGHT BLVD STE 111
SCOTTSDALE, AZ 85260-2633

2040

91-527/1221 359

MAY 24 2017
DATE

PAY TO THE
ORDER OF ___Jovahna Danzik___ | $ 850.00

___Eight Hundred Fifty___ $\frac{00}{100}$ DOLLARS

Wells Fargo Bank, N.A.
Arizona
wellsfargo.com

FOR ___to DAS___

⑆122105278⑆ 2809⑈ 0 20 0

10407707468

REQUEST 00007013012000000 850.00
ROLL ECIA  20170524  000001042797468
JOB ECIA E  ACCT ▮▮▮▮▮▮2809
REQUESTOR U537240
18886010  10/30/2017 Research 18886439

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

**WYO TECH INVESTMENT GROUP LLC**
14747 N NORTHSIGHT BLVD STE 111
SCOTTSDALE, AZ 85260-2633

**2043**

91-527/1221 359

MAY 30 2017
DATE

PAY TO THE
ORDER OF _JOVAHNA DANZIK_    $ 500.00

_FIVE HUNDRED_                          00/100   DOLLARS

WELLS FARGO
Wells Fargo Bank, N.A.
Arizona
wellsfargo.com

FOR _CASH — DAS 4350_

⑆122105278⑆         2809⑈ 02043

1043013338

REQUEST 00007013012000000 500.00
ROLL ECIA   20170530  000001043013338
JOB ECIA  E  ACCT ████████2809
REQUESTOR U537240
18886010  10/30/2017 Research 18886439

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201



**WYO TECH INVESTMENT GROUP LLC**
14747 N NORTHSIGHT BLVD STE 111
SCOTTSDALE, AZ 85260-2633

2042

91-527/1221 359

DATE MAY 30 2017

PAY TO THE ORDER OF JOVAHNA DANZIK  $ 2000.00

TWO THOUSAND  DOLLARS

WELLS FARGO
Wells Fargo Bank, N.A.
Arizona
wellsfargo.com

Photo
Safe
Deposit®
Details on back

FOR CASH E

⑈122105278⑈  2809⑈  0 2042

4986896917

☐ CHECK HERE IF MOBILE DEPOSIT

ENDORSE HERE

X

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

REQUEST 00007013012000000 2000.00
ROLL ECIA   20170530   000004986896917
JOB ECIA  E  ACCT           2809
REQUESTOR U537240
18886010  10/30/2017 Research 18886439

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

**WYO TECH INVESTMENT GROUP LLC**
14747 N NORTHSIGHT BLVD STE 111
SCOTTSDALE, AZ 85260-2633

2044

91-527/1221 359

MAY 31 2017   DATE

PAY TO THE
ORDER OF   JOVAHNA DANZIK   $ 700.00

SEVEN HUNDRED   00/100   DOLLARS

WELLS FARGO
Wells Fargo Bank, N.A.
Arizona
wellsfargo.com

FOR   CASH TO DAS - BRAKE + STAND

⑆122105278⑆   2809⑈ 0204

4980558631

☐ CHECK HERE IF MOBILE DEPOSIT

REQUEST 000070130120000000 700.00
ROLL ECIA   20170531  000004980558631
JOB ECIA  E  ACCT           2809
REQUESTOR U537240
18886010  10/30/2017 Research 18886439

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

WYO TECH INVESTMENT GROUP LLC
14747 N NORTHSIGHT BLVD STE 111
SCOTTSDALE, AZ 85260-2633

2047

91-527/1221 359

JUNE 1 2017
DATE

PAY TO THE
ORDER OF  JOVAHNA DANZIK        | $ 2000.00

TWO THOUSAND ————————————————— DOLLARS

Wells Fargo Bank, N.A.
Arizona
wellsfargo.com

FOR  PR MAY 15 - JUNE 1

⑆1221052781⑆    2809⑈ 02047

1043014263

REQUEST 0000701301 2000000 2000.00
ROLL ECIA   20170601  000001043014263
JOB ECIA  E  ACCT           2809
REQUESTOR U537240
18886010  10/30/2017 Research 18886439

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

**WYO TECH INVESTMENT GROUP LLC**
14747 N NORTHSIGHT BLVD STE 111
SCOTTSDALE, AZ 85260-2633

2010

91-527/1221 359

JUNE 2 2017
DATE

PAY TO THE
ORDER OF   JOVAHNA DANZIK                    $ 1600.00

ONE THOUSAND SIX HUNDRED                    °°/100   DOLLARS   Photo Safe Deposit® Details on back

WELLS FARGO   Wells Fargo Bank, N.A.
Arizona
wellsfargo.com

FOR  CASH- DAS

⑈122105278⑈    2809⑈  02010

1043014536

REQUEST 00007013012000000 1600.00
ROLL ECIA   20170602  000001043014536
JOB ECIA  E  ACCT ████████2809
REQUESTOR U537240
18886010  10/30/2017 Research 18886439

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

**WYO TECH INVESTMENT GROUP LLC**
14747 N NORTHSIGHT BLVD STE 111
SCOTTSDALE, AZ 85260-2633

2048

91-527/1221 359

JUNE 15 2017
DATE

PAY TO THE
ORDER OF JOVAHNA PANZIK                    | $ 1595.43

ONE THOUSAND FIVE HUNDRED NINTYFIVE        DOLLARS

WELLS FARGO
Wells Fargo Bank, N.A.
Arizona
wellsfargo.com

FOR JUNE 1 — JUNE 15                                    MP

⑆122105278⑆ ▉ 2809⑈ 02048

REQUEST 00007013012000000 1595.43
ROLL ECIA  20170615  000000584262058
JOB ECIA  E  ACCT ▉2809
REQUESTOR U537240
18886010  10/30/2017 Research 18886439

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

**WYO TECH INVESTMENT GROUP LLC**
14747 N NORTHSIGHT BLVD STE 111
SCOTTSDALE, AZ 85260-2833

2054

91-527/1221 359

JUNE 22 2017
DATE

PAY TO THE
ORDER OF  JOVAHNA  DANZIK

$ 7500.00

SEVEN  THOUSAND  FIVE  HUNDRED ————  00/100  DOLLARS

Photo
Safe
Deposit®
Details on back

WELLS FARGO    Wells Fargo Bank, N.A.
Arizona
wellsfargo.com

FOR  Le  BLONDE  LATHE

NP

⑆122105278⑆  2809⑈  02054

4980279694

REQUEST 00007013012000000 7500.00
ROLL ECIA   20170622  000004980279694
JOB ECIA  E  ACCT  ████████2809
REQUESTOR U537240
18886010  10/30/2017 Research 18886439

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

**WYO TECH INVESTMENT GROUP LLC**
14747 N NORTHSIGHT BLVD STE 111
SCOTTSDALE, AZ 85260-2633

2060

91-527/1221 359

JULY 12 2017
DATE

PAY TO THE
ORDER OF ___JOVAHNA    DANZIK___                                    $ 3800·00

_THREE  THOUSAND    EIGHT   HUNDRED_ —— ⁰⁰/₁₀₀ DOLLARS

WELLS FARGO
Wells Fargo Bank, N.A.
Arizona
wellsfargo.com

FOR _PEXTO   SHEAR_

⑈122105278⑈              2809⑈  02060

1043012928

REQUEST 00007013012000000 3800.00
ROLL ECIA   20170712  000001043012928
JOB ECIA  E  ACCT ▇▇▇▇▇▇2809
REQUESTOR U537240
18886010  10/30/2017 Research 18886439

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

**WYO TECH INVESTMENT GROUP LLC**
14747 N NORTHSIGHT BLVD STE 111
SCOTTSDALE, AZ 85260-2633

**2062**

91-527/1221 359

JULY 28 2017
DATE

PAY TO THE
ORDER OF    JOVANNA DANZOK                    $ 2000.00

TWO THOUSAND                              DOLLARS

WELLS FARGO
Wells Fargo Bank, N.A.
Arizona
wellsfargo.com

FOR  TRUCKING

⑆1221052780⑆          2809⑈  0306

10404904033

REQUEST 0000701301 2000000  2000.00
ROLL ECIA   20170728  000001040490408
JOB ECIA  E  ACCT          2809
REQUESTOR U537240
18886010  10/30/2017 Research 18886439

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

**WYO TECH INVESTMENT GROUP LLC**
14747 N NORTHSIGHT BLVD STE 111
SCOTTSDALE, AZ 85260-2633

2071

91-527/1221 359

AUG 29 2017
DATE

PAY TO THE
ORDER OF JOVAHNA DANZIE

$ 1500.00

ONE THOUSAND FIVE HUNDRED                    DOLLARS

WELLS FARGO    Wells Fargo Bank, N.A.
               Arizona
               wellsfargo.com

FOR CASH FOR MACHINE

⑈1221052781⑈    2809⑈ 02071

1043014807

REQUEST 00007013012000000 1500.00
ROLL ECIA   20170829  000001043014807
JOB ECIA  E  ACCT          2809
REQUESTOR U537240
18886010  10/30/2017 Research 18886439

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

**WYO TECH INVESTMENT GROUP LLC**
14747 N NORTHSIGHT BLVD STE 111
SCOTTSDALE, AZ 85260-2633

3151

91-527/1221 359

DATE SEP 25 2017

PAY TO THE
ORDER OF _JOVAHNA  DANZIK_                         $ 1000.00

_ONE THOUSAND_ ————————————— 00/100 DOLLARS

WELLS FARGO  Wells Fargo Bank, N.A.
Arizona
wellsfargo.com

FOR _CASH  M.M._

⑈ 000000 3151 ⑈  ⑆ 1221 05278 ⑆ ▓▓▓▓▓ 2809 ⑈

1044345812

REQUEST 00007013012000000 1000.00
ROLL ECIA   20170925  000001044345812
JOB ECIA  E  ACCT▓▓▓▓▓▓▓809
REQUESTOR U537240
18886010  10/30/2017 Research 18886439

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

# WELLS FARGO BANK

5001

MCDOWELL MOUNTAIN   15760 N FRANK LLOYD WRIGHT BLVD   SCOTTSDALE, AZ 85260

DATE SEP 6 2017

91-527/1221

PAY TO THE ORDER OF _JOVAHNA DANZIK_   $ 7500.00

SEVENTY FIVE HUNDRED 00/100   DOLLARS

**WYO TECH INVESTMENT GROUP LLC**
14747 N NORTHSIGHT BLVD STE 111
SCOTTSDALE   AZ 85260-2631

TO D BEAN

⑈122105278⑈ ▮▮▮▮▮▮2809⑈ 5001

---

ENDORSE HERE

DO NOT SIGN / WRITE / STAMP BELOW THIS LINE
FOR FINANCIAL INSTITUTION USAGE ONLY

1043016604

---

REQUEST 00007013012000000 7500.00
ROLL ECIA   20170906  000001043016604
JOB ECIA  E  ACCT ▮▮▮▮▮▮▮2809
REQUESTOR U537240
18886010  10/30/2017 Research 18886439

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

**WYO TECH INVESTMENT GROUP LLC**
14747 N NORTHSIGHT BLVD STE 111
SCOTTSDALE, AZ 85260-2633

3155

91-527/1221 359

DATE Oct 2 2017

PAY TO THE
ORDER OF Jovahna Danzik                    $ 500.00

Five Hundred                              00/100 DOLLARS

WELLS FARGO
Wells Fargo Bank, N.A.
Arizona
wellsfargo.com

FOR Cash - A.O.

⑈000003155⑈ ⑆122105278⑈ ⬛⬛⬛2809⑈

1040683576

REQUEST 00007013012000000 500.00
ROLL ECIA   20171002  000001040683576
JOB ECIA E ACCT ⬛⬛⬛2809
REQUESTOR U537240
18886010  10/30/2017 Research 18886439

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

**WYO TECH INVESTMENT GROUP LLC**
14747 N NORTHSIGHT BLVD STE 111
SCOTTSDALE, AZ 85260-2633

2002

91-527/1221 359

DATE 5/9/17

PAY TO THE
ORDER OF Elizabeth Danzik                    $ 4500 00

Forty Five Hundred One _____ 00/100 DOLLARS

WELLS FARGO
Wells Fargo Bank, N.A.
Arizona
wellsfargo.com

FOR Doug Bean 3900 + 1500 office

⑆1221052781⑆ ███ 2809⑈ 02002

1043018860

REQUEST 00007013012000000 4500.00
ROLL ECIA   20170509  000001043018860
JOB ECIA  E  ACCT ████████2809
REQUESTOR U537240
18886010  10/30/2017 Research 18886439

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201



REQUEST 00007013012000000 6000.00
ROLL ECIA   20170605  000000588117677
JOB ECIA  E  ACCT ▮▮▮▮▮▮▮▮2809
REQUESTOR U537240
18886010  10/30/2017 Research 18886439

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

**WYO TECH INVESTMENT GROUP LLC**
14747 N NORTHSIGHT BLVD STE 111
SCOTTSDALE, AZ 85260-2633

**2023**
91-527/1221 369

JUNE 15 2017
DATE

PAY TO THE
ORDER OF ELIZABETH DANZIK                          $ 3854.90

THREE THOUSAND EIGHT HUNDRED FIFTY-FOUR 90/100 DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Arizona
wellsfargo.com

FOR JUNE 1 — JUNE 14 2017

⑈122105278⑈         2809⑈ 0 2 0 2 3

1146332300

REQUEST 00007013012000000 3854.90
ROLL ECIA  20170616  000001146332300
JOB ECIA  E  ACCT         2809
REQUESTOR U537240
18886010  10/30/2017 Research 18886439

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

**WYO Tech Investment Group LLC**
1108 14Th St
Cody, WY 82414-3743

10000

WELLS FARGO BANK NA (ARIZONA)

91-527
1221

June 30, 2017

PAY TO THE ORDER OF  * * * Elizabeth J Danzik * * *

* * * Three Thousand Eight Hundred Fifty Four Dollars and Ninety  Cents * * *

* * $3,854.90 * *

$3854.90

Wells Fargo Business Payroll Services

⑈ ⅘0000⑈ ⑈⅙22⅒05278⑈ 2809⑈

4981631585

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE

REQUEST 00007013012000000 3854.90
ROLL ECIA   20170630  000004981631585
JOB ECIA  E  ACCT ███████2809
REQUESTOR U537240
18886010  10/30/2017 Research 18886439

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT. SECURE FEATURES INCLUDED.

**10005**

**WYO Tech Investment Group LLC**
1108 14Th St
Cody, WY 82414-3743

WELLS FARGO BANK NA (ARIZONA)

91-527
1221

**July 14, 2017**

PAY TO THE ORDER OF    **\* \* \* Elizabeth J Danzik \* \* \***

**\* \* \* Three Thousand Eight Hundred Fifty Four Dollars and Ninety  Cents \* \* \***

**\* \* $3,854.90 \* \***

Wells Fargo Business Payroll Services

⑈10005⑈ ⑆122105278⑆ ▮▮▮▮2809⑈

4980557446

DO NOT WRITE, STAMP OR ENDORSE BELOW THIS LINE

REQUEST 00007013012000000 3854.90
ROLL ECIA   20170714  000004980557446
JOB ECIA  E  ACCT ▮▮▮▮▮▮2809
REQUESTOR U537240
18886010  10/30/2017 Research 18886439

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

**10015**

**WYO Tech Investment Group LLC**
1108 14Th St
Cody, WY 82414-3743

WELLS FARGO BANK NA (ARIZONA)

91-527
1221

August 15, 2017

PAY TO THE ORDER OF  * * * Elizabeth J Danzik * * *

* * * Three Thousand Eight Hundred Fifty Four Dollars and Ninety  Cents * * *

* * $3,854.90 * *

$3854.90

Wells Fargo Business Payroll Services

⑈10015⑈ ⑆122105278⑆ ▓▓▓▓▓2809⑈

4989948894

CREDITED TO THE ACCOUNT OF
WITHIN NAMED PAYEE
PRIOR ENDORSEMENT GUARANTEED
WELLS FARGO BANK, N.A.

for deposit only
6129031058

REQUEST 00007013012000000 3854.90
ROLL ECIA   20170816  000004989948894
JOB ECIA  E  ACCT ▓▓▓▓▓2809
REQUESTOR U537240
18886010  10/30/2017 Research 18886439

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

10010

**WYO Tech Investment Group LLC**
1108 14Th St
Cody, WY 82414-3743

WELLS FARGO BANK NA (ARIZONA)

91-527
1221

July 31, 2017

PAY TO THE ORDER OF    * * * Elizabeth J Danzik * * *

* * * Three Thousand Eight Hundred Fifty Four Dollars and Ninety  Cents * * *        * * $3,854.90 * *

$3854.90

Wells Fargo Business Payroll Services

⑈100⑈10⑈ ⑆1221052781⑆ ▉▉▉▉2809⑈

CREDITED TO THE ACCOUNT OF
WITHIN NAMED PAYEE
LACK OF ENDORSEMENT GUARANTEED
WELLS FARGO BANK, N.A.
AU 06207
AU 06207

DO NOT WRITE, STAMP OR ENDORSE BELOW THIS LINE

617803|058

HOLD AT ANGLE TO VIEW SECURITY MARK
DO NOT ACCEPT IF SECURITY MARK IS ABSENT
ENDORSE HERE

1040683163

REQUEST 00007013012000000 3854.90
ROLL ECIA   20170801  000001040683163
JOB ECIA  E  ACCT ▉▉▉▉2809
REQUESTOR U537240
18886010  10/30/2017 Research 18886439

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

THIS DOCUMENT IS PRINTED ON TWO COLORS WITH A PANTOGRAPH BACKGROUND. PRINTED ON 42

**WYO Tech Investment Group LLC**
1108 14Th St
Cody, WY 82414-3743

**10020**

WELLS FARGO BANK NA (ARIZONA)

91-527
1221

August 31, 2017

PAY TO THE ORDER OF  * * * Elizabeth J Danzik * * *

* * * Three Thousand Eight Hundred Fifty Four Dollars and Ninety Cents * * *

* * $3,854.90 * *



Wells Fargo Business Payroll Services

⑆100 20⑆ ⑉1 22 105 278⑈ ▓▓▓ 2809⑈

1044343685

REQUEST 0000701301 2000000 3854.90
ROLL ECIA   20170831  000001044343685
JOB ECIA  E  ACCT ▓▓▓▓▓2809
REQUESTOR U537240
18886010  10/30/2017 Research 18886439

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY FINE PRINT SHOW.

**10025**

**WYO Tech Investment Group LLC**
1108 14Th St
Cody, WY 82414-3743

WELLS FARGO BANK NA (ARIZONA)

91-527
1221

September 15, 2017

PAY TO THE ORDER OF  * * * Elizabeth J Danzik * * *

* * * Three Thousand Eight Hundred Fifty Four Dollars and Ninety Cents * * *

* * $3,854.90 * *

$3854.90

Wells Fargo Business Payroll Services

⑆100 25⑆ ⑈1221052 78⑈ 2809⑈

4989941575

CREDITED TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
LACK OF ENDORSEMENT GUARANTEED
WELLS FARGO BANK, N.A.
AU 06207   6128031058   AU 06207

REQUEST 00007013012000000 3854.90
ROLL ECIA   20170915  000004989941575
JOB ECIA  E  ACCT        2809
REQUESTOR U537240
18886010  10/30/2017 Research 18886439

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT A BLUE-GREEN AND BURGUNDY ARE PRESENT

**10031**

**WYO Tech Investment Group LLC**
1108 14Th St
Cody, WY 82414-3743

WELLS FARGO BANK NA (ARIZONA)

91-527
1221

September 29, 2017

PAY TO THE ORDER OF *** Elizabeth J Danzik ***

*** Three Thousand Eight Hundred Fifty Four Dollars and Ninety Cents ***

* * $3,854.90 * *

$3854.90

Wells Fargo Business Payroll Services

⑈10031⑈ ⑆122105278⑈ ◼◼◼2809⑈

6043013005

REQUEST 00007013012000000 3854.90
ROLL ECIA    20170929  000006043013005
JOB ECIA  E  ACCT ◼◼◼◼◼◼2809
REQUESTOR U537240
18886010  10/30/2017 Research 18886439

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

**10036**

**WYO Tech Investment Group LLC**
1108 14Th St
Cody, WY 82414-3743

WELLS FARGO BANK NA (ARIZONA)    91-527
                                 1221

**October 13, 2017**

PAY TO THE ORDER OF     * * * Elizabeth J Danzik * * *

* * * Three Thousand Eight Hundred Fifty Four Dollars and Ninety  Cents * * *          * * $3,854.90 * *

$3854.90

Wells Fargo Business Payroll Services

⑈10036⑈ ⑆122105278⑆ ▉2809⑈

CREDITED TO THE ACCOUNT OF
WITHIN NAMED PAYEE
LACK OF ENDORSEMENT GUARANTEED
WELLS FARGO BANK, N.A.
AU06207
AU06207

612803105B

1044343156

REQUEST 00007013012000000 3854.90
ROLL ECIA   20171013  000001044348156
JOB ECIA  E  ACCT ▉2809
REQUESTOR U537240
18886010  10/30/2017 Research 18886439

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

# WELLS FARGO BANK

1508

MCDOWELL MOUNTAIN · 15760 N FRANK LLOYD WRIGHT BLVD · SCOTTSDALE, AZ 85260

91-527/1221

DATE  5/2 / 17

PAY TO THE ORDER OF   VINCE   MELI                                 $ 3159.37

THREE THOUSAND ONE HUNDRED FIFTY NINE — 37/100   DOLLARS

WYO TECH INVESTMENT GROUP LLC
14747 N NORTHSIGHT BLVD
SUITE 111-218
SCOTTSDALE  AZ 85260

⑆122105278⑆  2809⑈ 1508

---

ENDORSE HERE:

x _____

DO NOT SIGN / WRITE / STAMP BELOW THIS LINE
FOR FINANCIAL INSTITUTION USAGE ONLY

R0042 B0565 S035480
>324170085< 05/04/2017
Washington Federal
B0103 T

---

REQUEST 00007013012000000 3159.37
ROLL ECIA  20170504  000008519798548
JOB ECIA  E  ACCT ████████2809
REQUESTOR U537240
18886010  10/30/2017 Research 18886439

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

Case 2:17-cv-04140-DMG Document 89-30 Filed 10/09/18 Page 36 of 42

**WYO TECH INVESTMENT GROUP LLC**
14747 N NORTHSIGHT BLVD STE 111
SCOTTSDALE, AZ 85260-2633

2026

91-527/1221 359

MAY 16, 2017 DATE

PAY TO THE ORDER OF VINCE MELI                    $ 3,159.37

THREE THOUSAND ONE HUNDRED FIFTY NINE 37/100 DOLLARS

Wells Fargo Bank, N.A.
Arizona
wellsfargo.com

FOR _____

⑈122105278⑈ ▮▮▮▮2809⑈ 02026

---

02026

CHECK HERE IF MOBILE DEPOSIT

R0043 B1039 S064660
Washington Federal
>324170085< 05/17/2017
B0103 T

REQUEST 00007013012000000 3159.37
ROLL ECIA  20170517  000008111340951
JOB ECIA E  ACCT ▮▮▮▮2809
REQUESTOR U537240
18886010  10/30/2017 Research 18886439

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

**WYO TECH INVESTMENT GROUP LLC**
14747 N NORTHSIGHT BLVD STE 111
SCOTTSDALE, AZ 85260-2633

2029

91-527/1221 359

MAY 17, 2016
DATE

PAY TO THE ORDER OF ANTHONY CALIM $ 2617.76

TWO THOUSAND SIX HUNDRED Seventeen 76/100 DOLLARS

WELLS FARGO
Wells Fargo Bank, N.A.
Arizona
wellsfargo.com

FOR

⑆122105278⑆ 2809 0202ꞩ

1146330193

43262674748 DEPOSIT ONLY

REQUEST 00007013012000000 2617.76
ROLL ECIA   20170517  000001146330193
JOB ECIA  E  ACCT ███████2809
REQUESTOR U537240
18886010  10/30/2017 Research 18886439

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

**WYO TECH INVESTMENT GROUP LLC**
14747 N NORTHSIGHT BLVD STE 111
SCOTTSDALE, AZ 85260-2633

2046

91-527/1221 359

JUNE 1 2017
DATE

PAY TO THE
ORDER OF ANTHONY CALIM                    $ 2617.76

TWO THOUSAND SIX HUNDRED SEVENTEEN 76/100 DOLLARS

WELLS FARGO
Wells Fargo Bank, N.A.
Arizona
wellsfargo.com

FOR MAY 15 - JUNE 1

⑆122105278⑆    2809⑈ 02046

4986399524

REQUEST 00007013012000000 2617.76
ROLL ECIA  20170602  000004986399524
JOB ECIA  E  ACCT ███████2809
REQUESTOR U537240
18886010  10/30/2017 Research 18886439

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201



**WYO TECH INVESTMENT GROUP LLC**
14747 N NORTHSIGHT BLVD STE 111
SCOTTSDALE, AZ 85260-2633

**2050**

91-527/1221 359

JUNE 15 2017
DATE

PAY TO THE
ORDER OF MONICA GARCIA $ 1181.56

ONE THOUSAND ONE HUNDRED EIGHTY ONE — 56/100 DOLLARS

Photo
Safe
Deposit®
Details on back.

WELLS FARGO    Wells Fargo Bank, N.A.
Arizona
wellsfargo.com

FOR JUNE 1 — JUNE 14 2017

⑈122105278⑈ 2809⑊ 0 2050

1043017633

CREDITED TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
LACK OF ENDORSEMENT GUARANTEED
WELLS FARGO BANK, N.A.
AU 06207
AU 0620

REQUEST 00007013012000000 1181.56
ROLL ECIA   20170615  000001043017633
JOB ECIA  E  ACCT          2809
REQUESTOR U537240
18886010  10/30/2017 Research 18886439

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201



**WYO TECH INVESTMENT GROUP LLC**
14747 N NORTHSIGHT BLVD STE 111
SCOTTSDALE, AZ 85260-2633

91-527/1221 359

JUNE 8 2017
DATE

PAY TO THE
ORDER OF  MONICA GARCIA | $ 2030.00

TWO THOUSAND THIRTY —————————— 00/100 DOLLARS

WELLS FARGO  Wells Fargo Bank, N.A.
Arizona
wellsfargo.com

FOR

⑆122105278⑆ ████ 2809⑈ 02015

REQUEST 0000701301 2000000 2030.00
ROLL ECIA  20170608  000004980583719
JOB ECIA  E  ACCT ███████2809
REQUESTOR U537240
18886010  10/30/2017 Research 18886439

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

**WYO TECH INVESTMENT GROUP LLC**
14747 N NORTHSIGHT BLVD STE 111
SCOTTSDALE, AZ 85260-2633

2016

91-527/1221 359

JUNE 8 2017
DATE

PAY TO THE
ORDER OF___DOUGLAS   BEAN_____ | $ 5000.00

FIVE   THOUSAND ————————————————— 00/100 ___ DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
Arizona
wellsfargo.com

FOR _____

⑈122105278⑈    2809⑈ 02016

4981985090

CREDITED TO THE ACCOUNT OF
WITHIN NAMED PAYEE
LACK OF ENDORSEMENT GUARANTEED.
WELLS FARGO BANK, N.A.
AU 06486

68954250913

REQUEST 00007013012000000 5000.00
ROLL ECIA   20170608  000004981985090
JOB ECIA  E  ACCT            2809
REQUESTOR U537240
18886010  10/30/2017 Research 18886439

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

Case 2:17-cv-04140-DMC Document 80-18 Filed 10/26/18 Page 42 of 42

**WYO TECH INVESTMENT GROUP LLC**
14747 N NORTHSIGHT BLVD STE 111
SCOTTSDALE, AZ 85260-2633

2004
91-527/1221 359

6/1/17 DATE

PAY TO THE
ORDER OF    Douglas Bean                    $ 3500.00

Thirty Five Hundred and            00/      DOLLARS

WELLS FARGO
Wells Fargo Bank, N.A.
Arizona
wellsfargo.com

FOR  5/15 ~ 6/1/17

⑈122105278⑈    2809⑈ 0 2004

1043014265
1043014261

DEPOSIT ONLY
x 6895430913

REQUEST 00007013012000000 3500.00
ROLL ECIA   20170601  000001043014266
JOB ECIA  E  ACCT ████████2809
REQUESTOR U537240
18886010  10/30/2017 Research 18886439

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201