# EXHIBIT 28

**WILENCHIK & BARTNESS**
— A PROFESSIONAL CORPORATION —

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona  85004

Telephone: 602-606-2810    Facsimile: 602-606-2811

Dennis I. Wilenchik, #005350
Brian J. Hembd, #029817
David A. Timchak, #032095
admin@wb-law.com
*Attorneys for Dennis Danzik and RDX Technologies Corporation*

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| CWT CANADA II LIMITED PARTNERSHIP; RESOURCE RECOVERY CORPORATION; and JEAN NOLETING,<br><br>**Judgment Creditors,**<br><br>v.<br><br>DENNIS DANZIK and ELIZABETH DANZIK, husband and wife; and RDX TECHNOLOGIES CORPORATION,<br><br>**Judgment Debtors.** | Case No. CV2017-005401<br><br>**WILENCHIK & BARTNESS PC AFFIDAVIT RE WYO TECH**<br><br>(Assigned to Commissioner Michael Mandell) |

Dennis Wilenchik, in accordance with Rule 80(c) Ariz. R. Civ. P., declares:

1. I am a partner at Wilenchik & Bartness P.C. and have personal knowledge as to the facts described herein.

2. Wilenchik & Bartness PC does not have an understanding as to why WYO Tech Investment Group issued a payment for fees to our firm.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 4th day of December 2017

_____
Dennis Wilenchik

2