# EXHIBIT 29

# All of US serving you®

From:

Mary Patton U.S. Bank Representative

To:

Mary Patton
BC-MN-H21P

Re: Item Request 17102711479113

kp-13901

Number of items: 12

Dear U.S. Bank Customer,

The items for which you have requested images are enclosed with this mailing.
Please check to see that all items you requested have been
included. If you have any questions, please contact U.S. Bank 24-Hour
Banking and Financial Sales at the number below:

| | |
|---|---|
| Cincinnati Metro | (513) 632-4141 |
| Minneapolis / St. Paul | (612) 872-2657 |
| Denver Metro | (303) 585-8585 |
| Portland Metro | (503) 872-2657 |
| Milwaukee Metro | (414) 765-4636 |
| St. Louis Metro | (314) 425-2000 |
| Other | (800) 872-2657 |
| TDD for Hearing Impaired | (800) 685-5065 |

U.S. Bank Confidential Communication





# U.S. bank

**Business Statement**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

2601      IMG                              Y      ST01

Account Number:
3829

Statement Period:
Apr 3, 2017
through
Apr 30, 2017

Page 1 of 3

000010432 01 SP 0.500 106481010097392 P N
ELIZABETH J DANZIK
WYO TECH INVESTMENT GROUP, LLC
1108 14TH ST # 405
CODY WY 82414-3743

☎                          *To Contact U.S. Bank*

**24-Hour Business
Solutions:**                         1-800-673-3555

**Telecommunications Device
for the Deaf:**                      1-800-685-5065
**Internet:**                            usbank.com

---

## INFORMATION YOU SHOULD KNOW

**Important changes are coming to your Online and Mobile Financial Services Agreement.** Review the changes being made by clicking on the banner on your My Accounts page in Online Banking to learn more.

---

## SILVER BUSINESS CHECKING

**ACCOUNT CLOSED**

*Member FDIC*

U.S. Bank National Association

**Account Summary**                                      Account Number          3829

|  | # Items |  |  |
|---|---|---|---|
| Beginning Balance on Apr 3 |  | $ | 733.25 |
| Other Deposits | 2 |  | 60,000.00 |
| Other Withdrawals | 6 |  | 57,233.25- |
| Checks Paid | 1 |  | 3,500.00- |
| **Ending Balance on  Apr 30, 2017** |  | **$** | **0.00** |

**Other Deposits**

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Apr 3 | Wire Credit REF001036 | ANIMAS CU FARMINGT 170403032700 | | $ | 10,000.00 |
|  | ORG=ICE ELECTRIC/ CHAD | GREENWADE PO BOX 469 | | | |
| Apr 17 | Wire Credit REF000376 | WESTERN ALLIANCE B 170417025679 | | | 50,000.00 |
|  | ORG=FIVE STAR TRUST 3105 | SHADOW LEAF CT | | | |
|  |  | **Total Other Deposits** | | **$** | **60,000.00** |

**Other Withdrawals**

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Apr 4 | Wire Debit REF001452 | WELLS SF 170404017896 | | $ | 10,000.00- |
|  | BNF=DANZIK APPLIED | SCIENCES LLC | | | |
| Apr 14 | Analysis Service Charge | | 1400000000 | | 102.00- |
| Apr 18 | Wire Debit REF001326 | BK AMER NYC 170418016242 | | | 15,000.00- |
|  | BNF=CATAFAGO FINI LLP | | | | |
| Apr 18 | Wire Debit REF001269 | WELLS SF 170418016067 | | | 30,000.00- |
|  | BNF=DANZIK APPLIED | SCIENCES LLC | | | |
| Apr 20 | Account Closed | | | | 0.00- |
| Apr 20 | Customer Withdrawal | | 8955329183 | | 2,131.25- |
|  |  | **Total Other Withdrawals** | | **$** | **57,233.25-** |

**Checks Presented Conventionally**

| Check | Date | Ref Number | Amount |
|---|---|---|---|
| 2000 | Apr 19 | 8656720660 | 3,500.00 |
|  |  | **Conventional Checks Paid (1)** | **$ 3,500.00-** |

**Balance Summary**

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Apr 3 | 10,733.25 | Apr 14 | 631.25 | Apr 18 | 5,631.25 |
| Apr 4 | 733.25 | Apr 17 | 50,631.25 | Apr 19 | 2,131.25 |



## BALANCE YOUR ACCOUNT

To keep track of your transactions you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $    |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $    |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Check Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement. $_____

4. Enter the total deposits recorded in the Outstanding Deposits section. $_____

5. Total lines 3 and 4. $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $_____

7. Subtract line 6 from line 5. This is your balance. $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

### IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS

**In Case of Errors or Questions About Your Checking, Savings, ATM, Check Card, ACH, Bill Pay and Other Electronic Transfers**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank P.O. Box 64991 St. Paul, MN 55164-9505.

• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from point of sale debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

*Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

### IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

### CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

*What To Do If You Think You Find A Mistake on Your Statement*

If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar Amount:* The dollar amount of the suspected error.
• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

### REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

### CONSUMER REPORT DISPUTES

We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: CRA Management, P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC



EQUAL HOUSING
LENDER



ELIZABETH J DANZIK
WYO TECH INVESTMENT GROUP, LLC
1108 14TH ST # 405
CODY WY 82414-3743

**Business Statement**

Account Number:
████3829

Statement Period:
Apr 3, 2017
through
Apr 30, 2017

Page 2 of 3



## SILVER BUSINESS CHECKING

### ACCOUNT CLOSED

**(CONTINUED)**

U.S. Bank National Association

**Account Number** ████3829

**Balance Summary (continued)**

| Date | Ending Balance | | |
|---|---|---|---|
| Apr 20 | 0.00 | | |

Balances only appear for days reflecting change.

## ANALYSIS SERVICE CHARGE DETAIL

Account Analysis Activity for: March 2017

| | | | | |
|---|---|---|---|---|
| Account Number: | ████3829 | | $ | 102.00 |
| Analysis Service Charge assessed to | ████3829 | | $ | 102.00 |

### Service Activity Detail for Account Number ████3829

| Service | Volume | Avg Unit Price | Total Charge |
|---|---|---|---|
| **Depository Services** | | | |
| Combined Transactions/Items | 9 | | No Charge |
| Subtotal: Depository Services | | | 0.00 |
| **Wire Transfers** | | | |
| Incoming Fedwire | 1 | 14.00000 | 14.00 |
| Bank- Fedwire Non-Repetitive | 2 | 35.00000 | 70.00 |
| Wire Advice Mail | 3 | 6.00000 | 18.00 |
| Subtotal: Wire Transfers | | | 102.00 |
| Fee Based Service Charges for Account Number ████3829 | | $ | 102.00 |

# usbank

ELIZABETH J DANZIK
WYO TECH INVESTMENT GROUP, LLC
1108 14TH ST # 405
CODY WY 82414-3743

**Business Statement**

Account Number:
3829

Statement Period:
Apr 3, 2017
through
Apr 30, 2017

Page 3 of 3

## IMAGES FOR YOUR SILVER BUSINESS CHECKING ACCOUNT

*Member FDIC*

Account Number ███3829



| 0000 | Apr 20 | 2,131.25 |
|------|--------|----------|

| 2000* | Apr 19 | 3,500.00 |
|-------|--------|----------|

\* Gap in check sequence



**US bank**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

2601       TRN                      Y      ST01

**Business Statement**

Account Number:
3829

Statement Period:
Mar 1, 2017
through
Mar 31, 2017

Page 1 of 2

ıllııılıııılılıııılıııllıllıllılıılıııılılıı
000146204 01 SP 0.460 106481966851604 P N
ELIZABETH J DANZIK
DBA WYO TECH INVESTMENT LLC
1108 14TH ST # 405
CODY WY 82414-3743

☎                              *To Contact U.S. Bank*

**24-Hour Business Solutions:**                 1-800-673-3555

**Telecommunications Device for the Deaf:**      1-800-685-5065
**Internet:**                                    usbank.com

## SILVER BUSINESS CHECKING

U.S. Bank National Association                              *Member FDIC*

### Account Summary                          Account Number 3829

| | # Items | | |
|---|---|---|---|
| Beginning Balance on Mar 1 | | $ | 100.00 |
| Customer Deposits | 1 | | 10,000.00 |
| Other Deposits | 1 | | 100,000.00 |
| Other Withdrawals | 3 | | 40,866.75- |
| Checks Paid | 3 | | 68,500.00- |
| **Ending Balance on Mar 31, 2017** | | $ | **733.25** |

### Customer Deposits

| Number | Date | Ref Number | Amount |
|---|---|---|---|
| | Mar 15 | 8655370476 | 10,000.00 |
| | | **Total Customer Deposits** | $ **10,000.00** |

### Other Deposits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Mar 3 | Wire Credit REF000991 | WESTERN ALLIANCE B 170303041937 | | $ | 100,000.00 |
| | ORG=THE FIVE STAR TRUST | 3105 SHADOW LEAF CT, | | | |
| | | | **Total Other Deposits** | $ | **100,000.00** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Mar 16 | Wire Debit REF003227 | WELLS SF      170316032760 | | $ | 35,000.00- |
| | BNF=DANZIK APPLIED | SCIENCES, LLC | | | |
| Mar 20 | Electronic Withdrawal | From DLX For Business | | | 66.75- |
| | REF=170790094569500Y00 | 1411877307BUS PROD 02039396832128 | | | |
| Mar 28 | Wire Debit REF001615 | WELLS SF      170328017203 | | | 5,800.00- |
| | BNF=DANZIK APPLIED | SCIENCES LLC | | | |
| | | | **Total Other Withdrawals** | $ | **40,866.75-** |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|---|
| 0100 | Mar 6 | 8059413084 | 3,500.00 | | 0103* | Mar 9 | 8955157180 | 15,000.00 |
| 0101 | Mar 6 | 8055182956 | 50,000.00 | | | | | |

* Gap in check sequence                    **Conventional Checks Paid (3)**   $ **68,500.00-**

### Balance Summary

| Date | Ending Balance | | Date | Ending Balance | | Date | Ending Balance |
|---|---|---|---|---|---|---|---|
| Mar 3 | 100,100.00 | | Mar 15 | 41,600.00 | | Mar 20 | 6,533.25 |
| Mar 6 | 46,600.00 | | Mar 16 | 6,600.00 | | Mar 28 | 733.25 |
| Mar 9 | 31,600.00 | | | | | | |

Balances only appear for days reflecting change.



## BALANCE YOUR ACCOUNT

To keep track of your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Check Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3.  Enter the ending balance shown on this statement.                                                        $ _____

4.  Enter the total deposits recorded in the Outstanding Deposits section.                      $ _____

5.  Total lines 3 and 4.                                                                                                            $ _____

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section.        $ _____

7.  Subtract line 6 from line 5. This is your balance.                                                          $ _____

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

### IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS
**In Case of Errors or Questions About Your Checking, Savings, ATM, Check Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank P.O. Box 64991 St. Paul, MN 55164-9505.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from point of sale debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

*Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

### IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

### CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- *Account Information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

### REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

### CONSUMER REPORT DISPUTES
We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: CRA Management, P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC



EQUAL HOUSING
LENDER



**usbank.** ELIZABETH J DANZIK
DBA WYO TECH INVESTMENT LLC
1108 14TH ST # 405
CODY WY  82414-3743

**Business Statement**

Account Number
████████ 3829

Statement Period:
Mar 1, 2017
through
Mar 31, 2017



Page 2 of 2

## ANALYSIS SERVICE CHARGE DETAIL

Account Analysis Activity for: February 2017

| | | | |
|---|---|---|---|
| Account Number: | ████ 3829 | $ | 0.00 |
| Analysis Service Charge assessed to | ████ 3829 | $ | 0.00 |

### Service Activity Detail for Account Number ████████ 3829

| Service | Volume | Avg Unit Price | Total Charge |
|---|---|---|---|
| **Depository Services** | | | |
| Combined Transactions/Items | 2 | | No Charge |
| Subtotal: Depository Services | | | 0.00 |
| Fee Based Service Charges for Account Number ████████ 3829 | | $ | 0.00 |

This page intentionally left blank