

# us bank

**Business Statement**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

Account Number:
3829

Statement Period:
Feb 28, 2017
through
Feb 28, 2017

2601    TRN                          Y    ST01

Page 1 of 1

000030021 01  SP  0.460  106481921552952 P  N
ELIZABETH J DANZIK
DBA WYO TECH INVESTMENT LLC
1108 14TH ST # 405
CODY WY  82414-3743



☎                          **To Contact U.S. Bank**

**24-Hour Business
Solutions:**                          1-800-673-3555

**Telecommunications Device
for the Deaf:**                        1-800-685-5065
**Internet:**                          *usbank.com*

## INFORMATION YOU SHOULD KNOW

**Important changes are coming to your Online and Mobile Financial Services Agreement.** Review the changes being made by clicking on the banner on your My Accounts page in Online Banking to learn more.

## SILVER BUSINESS CHECKING

*Member FDIC*

U.S. Bank National Association

### Account Summary

Account Number                    3829

|                              | # Items |    |        |
|------------------------------|---------|----|--------|
| Beginning Balance on Feb 28  |         | $  | 0.00   |
| Customer Deposits            | 1       |    | 100.00 |
| **Ending Balance on Feb 28, 2017** |   | $  | **100.00** |

### Customer Deposits

| Number | Date   | Ref Number | Amount |
|--------|--------|------------|--------|
|        | Feb 28 | 8358813450 | 100.00 |

**Total Customer Deposits**                          $              100.00

### Balance Summary

| Date   | Ending Balance |
|--------|----------------|
| Feb 28 | 100.00         |

Balances only appear for days reflecting change.



## BALANCE YOUR ACCOUNT

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $     |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $     |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Check Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.  $_____$

4. Enter the total deposits recorded in the Outstanding Deposits section.  $_____$

5. Total lines 3 and 4.  $_____$

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.  $_____$

7. Subtract line 6 from line 5. This is your balance.  $_____$

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS

### In Case of Errors or Questions About Your Checking, Savings, ATM, Check Card, ACH, Bill Pay and Other Electronic Transfers

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank P.O. Box 64991 St. Paul, MN 55164-9505.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from point of sale debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

   *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### *What To Do If You Think You Find A Mistake on Your Statement*

If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:

- *Account information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate.** Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES

We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: CRA Management, P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC



EQUAL HOUSING
LENDER



Mary
20170228 008358813450 100.00
17102711479113 151706923829

Mary Patton
BC-MN-H21P

SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM

**DANZIK APPLIED SCIENCES LLC**
1108 14TH STREET 405
CODY, WY 82414-3743

WELLS FARGO BANK, N.A.
www.wellsfargo.com
91-527/1221

2775

2/28/17

PAY TO THE
ORDER OF _US Bank_____ $ 100 ⁰⁰

_ONE HUNDRED and_____ ⁰⁰/₁₀₀ ____ DOLLARS

MEMO us Bank Acct WYO T          Elizabeth Danzik
                                 AUTHORIZED SIGNATURE

⑈0000002775⑈ ⑆122105278⑆ ███████ 350⑈

Details on Back.

Security Features Included

CREDITED TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
2601 US BANK 2601

Mary
20170228 008358813451 100.00
17102711479113 12345678

Mary Patton
BC-MN-H21P

ELIZABETH J DANZIK
WYO TECH INVESTMENT GROUP, LLC
1108 14TH ST # 405
CODY WY 82414-3743

101

DATE 3/4/17

PAY TO THE
ORDER OF Danzik Applied Sciences      $ 50,000 00

Fifty Thousand an                                         DOLLARS

**us bank.**

MEMO

Elizabeth Danzik

⑈122105155⑈ ▉ 38 29⑈ 0401

1146337875

CREDITED TO THE ACCOUNT OF
WITHIN NAMED PAYEE
LACK OF ENDORSEMENT GUARANTEED
WELLS FARGO BANK, N.A.
AU 06/2007
AU 06/2007

DEPOSIT DAS
4483734350

Mary
20170306 008055182956 50000.00
17102711479113 151706923829

Mary Patton
BC-MN-H21P

ELIZABETH J DANZIK
WYO TECH INVESTMENT GROUP, LLC
1108 14TH ST # 405
CODY WY 82414-3743

100

DATE 3/4/17

PAY TO THE
ORDER OF Elizabeth Danzik          $ 3500 00

Thirty Five Hundred ou                     0/100 DOLLARS

**USbank**

MEMO for 2600 Doug Bean

⑆122105155⑆          23829 0100     $3,500.00

Mary
20170306 008059413084 3500.00
17102711479113 151706923829

Mary Patton
BC-MN-H21P



Mary
20170309 008955157180 15000.00
17102711479113 151706923829

Mary Patton
BC-MN-H21P

DEPOSIT TICKET

ELIZABETH J DANZIK
WYO TECH INVESTMENT GROUP, LLC
1108 14TH ST # 405
CODY WY 82414-3743

☐ CASH
INCLUDING COINS

C. Udall   10 000.00

List
Checks
Singly

DATE  3 | 15 | 17

TOTAL
ITEMS   OR TOTAL FROM REVERSE

SUB TOTAL ▶

**usbank.**

LESS CASH ▶

00034  026011 0003   03/15/2017 11:10 USB
DEPOSIT    H   $

1517069238290.00

DO NOT USE FOR
AUTOMATIC PAYMENT OR CHECK TRANSACTIONS

⑆541210032⑆        8829⑈        $10,000.00

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND ANY APPLICABLE COLLECTION AGREEMENT.

Mary
20170315 008655370476 10000.00
17102711479113 151706923829

Mary Patton
BC-MN-H21P

CHARLENE MARIE UDALL
RYAN N UDALL
P O BOX 868
MOAPA NV 89025
(702) 864-2599

Open Since
7/27/2013

**0005**
97-7751/3243

DATE 3/11/17

PAY TO THE
ORDER OF  WyoTech Investment Group LLC

$ 10,000.00

Ten Thousand & no/100                                        DOLLARS

AMERICA FIRST
CREDIT UNION

P.O. Box 9199
Ogden, UT 84409
www.americafirst.com

FOR                                     Charlene M Udall

⑈324377516⑈ ███████ 5385⑆ 0005

CREDITED TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
2601 US BANK 2601
CHECK HERE IF MOBILE DEPOSIT

Deposit Only

Mary
20170315 008655370477 10000.00
17102711479113 12345678

Mary Patton
BC-MN-H21P

WYO TECH INVESTMENT GROUP, LLC
1108 14TH ST., #405
CODY, WY 82414

91-515/1221

2000

4/19/17

Pay to the order of _Crockett Dauzat_ $ 3500 ⁰⁰

_Thirty Five Hundred_ ⁰⁰/₁₀₀ Dollars

**us**bank.

00021 85131 0003 04/19/2017 10:08 USB
US BANK CK #

_for Cost for Operator_

⑆122105155⑆ ⬛⬛ 88 29⑈ 2000        $3,500.00

☑ HERE
CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT
DATE
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

Mary
20170419  008656720660  3500.00
17102711479113  151706923829

Mary Patton
BC-MN-H21P