

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

2601      TRN                              Y      ST01

Account Number:
▉▉▉▉ 3829

Statement Period:
Feb 28, 2017
through
Feb 28, 2017

Page 1 of 1

000030021 01 SP 0.460 106481921552952 P N
ELIZABETH J DANZIK
DBA WYO TECH INVESTMENT LLC
1108 14TH ST # 405
CODY WY 82414-3743

☎                              *To Contact U.S. Bank*

**24-Hour Business**
**Solutions:**                                    1-800-673-3555

**Telecommunications Device**
**for the Deaf:**                                  1-800-685-5065
**Internet:**                                      *usbank.com*

---

## INFORMATION YOU SHOULD KNOW

**Important changes are coming to your Online and Mobile Financial Services Agreement.** Review the changes being made by clicking on the banner on your My Accounts page in Online Banking to learn more.

---

## SILVER BUSINESS CHECKING                                    *Member FDIC*

U.S. Bank National Association                        Account Number  ▉▉▉▉3829

### Account Summary

| | # Items | | |
|---|---|---|---|
| Beginning Balance on Feb 28 | | $ | 0.00 |
| Customer Deposits | 1 | | 100.00 |
| **Ending Balance on  Feb 28, 2017** | | **$** | **100.00** |

### Customer Deposits

| Number | Date | Ref Number | Amount |
|---|---|---|---|
| | Feb 28 | 8358813450 | 100.00 |
| | | **Total Customer Deposits** | **$      100.00** |

### Balance Summary

| Date | Ending Balance |
|---|---|
| Feb 28 | 100.00 |

Balances only appear for days reflecting change.

## BALANCE YOUR ACCOUNT

We keep our records of your transactions in balance and you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $     |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $     |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Check Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement. $ _____

4. Enter the total deposits recorded in the Outstanding Deposits section. $ _____

5. Total lines 3 and 4. $ _____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $ _____

7. Subtract line 6 from line 5. This is your balance. $ _____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

### IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS

**In Case of Errors or Questions About Your Checking, Savings, ATM, Check Card, ACH, Bill Pay and Other Electronic Transfers**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank P.O. Box 64991 St. Paul, MN 55164-9505.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from point of sale debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

*Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

### IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement.

### CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

**What To Do If You Think You Find A Mistake on Your Statement**

If you think there is an error on your statement, write to us at:

U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.

In your letter, give us the following information:

- *Account information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate.** Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

### REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

### CONSUMER REPORT DISPUTES

We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: CRA Management, P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC



EQUAL HOUSING
LENDER

**USbank** COUNTER DEPOSIT

CASH ▶

CHECK

DATE 2/28/17

Denzira Apteas

ACCOUNT TITLE (PRINT)

CHECK OR ▶
TOTAL FROM
OTHER SIDE

SUB TOTAL ▶

SIGN ABOVE FOR CASH RECEIVED

LESS CASH ▶
RECEIVED

ACCOUNT NUMBER

ALL ITEMS ARE ACCEPTED SUBJECT TO OUR RULES
AND REGULATIONS APPLICABLE TO THE ACCOUNT
HARLAND CLARKE  20097 (8/15)  50283463

151706923829  $  10000

04019  02601 0002  02/28/2017 12:25 USB
DEPOSIT  H  3829

⑈560210039⑈  $100.00

Mary
20170228 008358813450 100.00
17102711476708 151706923829

Mary Patton
BC-MN-H21P

SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM

**DANZIK APPLIED SCIENCES LLC**
1108 14TH STREET 405
CODY, WY 82414-3743

WELLS FARGO BANK, N.A.
www.wellsfargo.com
91-527/1221

2775

2/28/17

PAY TO THE
ORDER OF _US Bank_____ | $ *100*⁰⁰

_ONE HUNDRED AND_                    _00/100_ DOLLARS

MEMO _US Bank Acct WYO T_

AUTHORIZED SIGNATURE

⑆0000002775⑆ ⑈122105278⑇ ▮▮▮▮▮ 4350⑈

CREDITED TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
2601 US BANK 2601

Mary
20170228 008358813451 100.00
1710271147670B 12345678

Mary Patton
BC-MN-H21P

ELIZABETH J DANZIK
WYO TECH INVESTMENT GROUP, LLC
1108 14TH ST # 405
CODY WY 82414-3743

101

DATE 3/4/17

PAY TO THE
ORDER OF Danzik Applied Sciences $ 50,000 00

Fifty Thousand an

**USbank.**

MEMO

Elizabeth Danzik VP

⑆122105155⑆ 3829⑈0401

1146337875

AU 06207
CREDITED TO THE ACCOUNT OF
WITHIN NAMED PAYEE
LACK OF ENDORSEMENT GUARANTEED
WELLS FARGO BANK, N.A.
AU 06207

Deposit DAS
6463734350

Mary
20170306 008055182956 50000.00
17102711476708 151706923829

Mary Patton
BC-MN-H21P

ELIZABETH J DANZIK
WYO TECH INVESTMENT GROUP, LLC
1108 14TH ST # 405
CODY WY 82414-3743

100

DATE 3/4/17

PAY TO THE
ORDER OF Elizabeth Danzik        $ 3500 00

Thirty Five Hundred One        00/100 DOLLARS

US bank.

MEMO For 2600 Doug Bear

⑆1221051551⑆    3829⑆0100    $3,500.00

Mary
20170306  008059413084  3500.00
17102711476708  151706923829

Mary Patton
BC-MN-H21P

ELIZABETH J DANZIK
WYO TECH INVESTMENT GROUP, LLC
1108 14TH ST # 405
CODY WY 82414-3743

103

DATE 3/8/17

PAY TO THE
ORDER OF _Danzik Applied Sciences_   $ 75,000 00

_Fifteen Thousand no_   DOLLARS

**US bank**

MEMO _wyo Operations_

⑈122105155⑈   38 29 0103

49899946009

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Deposit only
Danzik Applied Sciences

Mary
20170309  008955157180  15000.00
17102711476708  151706923829

Mary Patton
BC-MN-H21P

**DEPOSIT TICKET**

ELIZABETH J DANZIK
WYO TECH INVESTMENT GROUP, LLC
1108 14TH ST # 405
CODY WY 82414-3743

☐ CASH
INCLUDING COINS ▶

C. Udall    10 000.00

List
Checks
Singly

DATE  3│15│17

TOTAL
ITEMS    OR TOTAL FROM REVERSE
SUB TOTAL ▶

**US bank.**

DO NOT USE FOR
AUTOMATIC PAYMENT OR CHECK TRANSACTIONS

LESS CASH ▶

00034  02601 0003  03/15/2017  11:10 WSB
DEPOSIT  H
151706923829  $ 10,000.00

⑈541261003 2⑈      3829⑈      $10,000.00

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND ANY APPLICABLE COLLECTION AGREEMENT

Mary
20170315 008655370476 10000.00
17102711476708 151706923829

Mary Patton
BC-MN-H21P

CHARLENE MARIE UDALL
RYAN N UDALL
P O BOX 868
MOAPA NV 89025
(702) 864-2599

**Open Since** 7/27/2013

**0005**
97-7751/3243

DATE 3/11/17

PAY TO THE ORDER OF  WyoTech Investment Group LLC  $ 10,000.00

Ten Thousand and no/100  DOLLARS

AMERICA FIRST
CREDIT UNION
P.O. Box 9199
Ogden, UT 84409
www.americafirst.com

FOR _____  Charlene M Udall

⑆324377516⑆  ▇▇▇▇▇  5385⑈ 0005

DEPOSIT Only

CREDITED TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
2601 US BANK 2601
CHECK HERE IF MOBILE DEPOSIT

Mary
20170315 008655370477 10000.00
17102711476708 12345678

Mary Patton
BC-MN-H21P

WYO TECH INVESTMENT GROUP, LLC
1108 14TH ST., #405
CODY, WY 82414

91-515/1221

2000

date 4/19/17

Pay to the order of _Elizabeth Daugt_ $ 3500.00

_Thirty Five Hundred One_ 00/100 DOLLARS

**usbank.**

00021 85131 4003 04/19/2017 10:08 USB
US BANK CK H

for _Cash for Operator_

⑆122105155⑆ ⬛⬛⬛⬛ 38 29⑈ 2000 $3,500.00

Mary
20170419 008656720660 3500.00
17102711476708 151706923829

Mary Patton
BC-MN-H21P



Mary
20170420 008955329183 2131.25
17102711476708 151706923829

Mary Patton
BC-MN-H21P