# EXHIBIT 30

1016

**INDUCTANCE ENERGY CORPORATION**
1280 ROCKPEBBLE ST.
NORTH LAS VEGAS, NV 89030-1200

90-7162/3222

DATE NOV 2 2017

PAY TO THE ORDER OF ELIZABETH DANZIK         $ 8500.00

EIGHT THOUSAND FIVE HUNDRED ——————— 00/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR ROYALTY

⑈001016⑈ ⑆322271627⑆           2885⑈

3448087688

REQUEST 00007036214000000 8500.00
ROLL ECIA   20171102  000003448087688+
JOB ECIA  E  ACCT          2885
REQUESTOR U571966
18994239  11/20/2017 Research 19001494

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

**INDUCTANCE ENERGY CORPORATION**
1280 ROCKPEBBLE ST.
NORTH LAS VEGAS, NV  89030-1200

1010
90-7162/3222

DATE OCT 31, 2017

PAY TO THE ORDER OF ELIZABETH DANZIK         $ 3854.90

THREE THOUSAND EIGHT HUNDRED FIFTY FOUR ———— 90/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR PAYROLL 10/15 - 10/31/2017

⑈001010⑈ ⑆322271627⑆            2885⑈

REQUEST 00007036214000000 3854.90
ROLL ECIA   20171101  000003448997270+
JOB ECIA  E  ACCT ████████2885
REQUESTOR U571966
18994239  11/20/2017 Research 19001494

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

1013

**INDUCTANCE ENERGY CORPORATION**
1280 ROCKPEBBLE ST.
NORTH LAS VEGAS, NV 89030-1200

90-7162/3222

DATE NOV 1 2017

PAY TO THE ORDER OF JOVAHNA DANZIK                $1457.18

ONE THOUSAND FOUR HUNDRED FIFTY SEVEN ———— 18/100 DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR PAYROLL 10/15 - 10/31/2017

⑆001013⑆ ⑉322271627⑉ 2885⑈

REQUEST 00007036200000000 1457.18
ROLL ECIA    20171101  000001043018104+
JOB ECIA  E  ACCT            2885
REQUESTOR U571966
18994239  11/20/2017 Research 19001500

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201

1021

**INDUCTANCE ENERGY CORPORATION**
1280 ROCKPEBBLE ST.
NORTH LAS VEGAS, NV 89030-1200

90-7162/3222

DATE NOV 6 2017

PAY TO THE ORDER OF JOVAHNA DANZIK           $ 2500.00

TWENTY FIVE HUNDRED                          DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR PETTY CASH

Douglas C Bean

⑈001021⑈ ⑆322271627⑆        2885

REQUEST 00007036200000000 2500.00
ROLL ECIA   20171106  000001040498815+
JOB ECIA  E  ACCT          2885
REQUESTOR U571966
18994239  11/20/2017 Research 19001500

Summons and Subpoenas Department
D1111-016
Charlotte  NC  28201