# EXHIBIT G



AZ CORPORATION COMMISSION
FILED

FEB 22 2018

FILE NO. F22031474 *(handwritten)*

AZ Corp Commission
06256913

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

## APPLICATION FOR AUTHORITY
## TO TRANSACT BUSINESS OR CONDUCT AFFAIRS IN ARIZONA
Read the Instructions C018i

1. **ENTITY TYPE** – check only one to indicate the type of entity applying for authority:

   - [■] FOR-PROFIT CORPORATION
   - [ ] NONPROFIT CORPORATION
   - [ ] PROFESSIONAL CORPORATION
   - [ ] CLOSE CORPORATION
   - [ ] BUSINESS TRUST
   - [ ] BUSINESS DEVELOPMENT CORP.
   - [ ] CORPORATION SOLE
   - [ ] INSURER
   - [ ] SAVINGS AND LOAN ASSOCIATION
   - [ ] CREDIT UNION
   - [ ] TRUST COMPANY
   - [ ] COOPERATIVE MARKETING ASSOCIATION
   - [ ] ELECTRIC COOPERATIVE NON-PROFIT MEMBERSHIP ASSOC.
   - [ ] NONPROFIT ELEC. GENERATION AND TRANSMISSION COOPERATIVE CORP.

2. **NAME IN STATE OR COUNTRY OF INCORPORATION (FOREIGN NAME)** – enter the exact, true name of the foreign corporation:

   Inductance Energy Corporation

3. **NAME TO BE USED IN ARIZONA (ENTITY NAME)** – see Instructions C018i - identify the name the foreign corporation will use in Arizona by checking 3.1, 3.2, or 3.3 (check only one), and follow instructions

   | 3.1 [■] Name in state or country of incorporation, with no changes – Go to number 4. | 3.2 [ ] Name in state or country of incorporation, *with a corporate identifier added* to it – Enter the name in number 3.4 below. | 3.3 [ ] Fictitious name (check this *only if* the foreign corporation's name in its state or country of incorporation is not available for use in Arizona) – Enter the name in number 3.4 below. |

   3.4 If you checked 3.2 or 3.3, enter or print the name to be used in Arizona:

4. **FOREIGN DOMICILE** – list the state or country in which the foreign corporation is incorporated: Wyoming

5. **DATE OF INCORPORATION IN FOREIGN DOMICILE:** June 21, 2017

6. **DURATION** – the duration or life period of the foreign corporation is **presumed to be perpetual** *unless* one of the boxes is checked below *and* the blanks are filled in:

   - [ ] The corporation's life period will end after the expiration of _____ **years** (enter a number of years).
   - [ ] The corporation's life period will end on this **date** _____ (enter a date).
   - [ ] The corporation's life period will end upon the occurrence of this **event:**
     _____ (describe an event).

7. **PURPOSE** – the foreign corporation's purpose is to engage in any or all lawful business or affairs in which corporations may engage in the state or country under whose law the foreign corporation is incorporated, subject to the following **limitations**, if any (*leave this blank if there are no limitations on the corporation's purpose*):

   Manufacturing of Engine Parts

C018.001
Rev: 2011

Arizona Corporation Commission – Corporations Division
Page 1 of 4

**8. CHARACTER OF BUSINESS** – briefly describe the character of business or affairs the foreign corporation initially intends to conduct in Arizona. NOTE that the character of business or affairs that the foreign corporation ultimately conducts is not limited by the description provided.

Manufacturing of Engine Parts

---

**9. PRINCIPAL OFFICE ADDRESS - FOREIGN DOMICILE STREET ADDRESS** – see Instructions C018i – give the **physical or street address** (not a P. O. Box) of the foreign corporation required to be maintained in its state or country of incorporation, or, if not so required, of the foreign corporation's statutory agent in its state or country of incorporation:

Douglas Bean
Attention (optional)

1108 14th Street
Address 1

Address 2 (optional)

City: Cody   State: WY   Zip: 82414

**10. ARIZONA KNOWN PLACE OF BUSINESS ADDRESS:**
Is the Arizona known place of business street address the same as the **street address** of the statutory agent?

☒ Yes – go to number 11 and continue.
☐ No – provide the Arizona physical or street address (not a P.O. Box) below:

Attention (optional)

Address 1

Address 2 (optional)

City   State   Zip

---

**11. STATUTORY AGENT IN ARIZONA** – see Instructions C018i:

**11.1 REQUIRED** – give the **name** (can be an individual or an entity) **and physical or street address** (not a P.O. Box) in Arizona of the statutory agent:

Jovahna Danzik
Statutory Agent Name (required)

Attention (optional)

14747 N. NorthSight
Address 1

Suite 111-218
Address 2 (optional)

City: Scottsdale   State: AZ   Zip: 85260

**11.2 OPTIONAL** – mailing address in Arizona of statutory agent (can be a P.O. Box):

Attention (optional)

Address 1

Address 2 (optional)

City   State   Zip

**11.3 REQUIRED** – the Statutory Agent Acceptance form M002 must be submitted along with this Application For Authority.

---

**12. DIRECTORS** - list the **name and business address** of each and every Director of the corporation. If more space is needed, check this box ☐ and complete and attach the Director Attachment form C082.

Douglas Charles Bean
Director Name

1280 Rockpebble Ave
Address 1

Address 2 (optional)

City: North Las Vegas   State or Province: NV   Zip: 89030
Country: UNITED STATES

Date taking office (optional): 06/21/2017

Director Name

Address 1

Address 2 (optional)

City   State or Province   Zip
Country

Date taking office (optional):

---

C018.001
Rev: 2011

Arizona Corporation Commission – Corporations Division
Page 2 of 4

| Director Name | | | | Director Name | | | |
|---|---|---|---|---|---|---|---|
| Address 1 | | | | Address 1 | | | |
| Address 2 (optional) | | | | Address 2 (optional) | | | |
| City | | State or Province | Zip | City | | State or Province | Zip |
| Country | | | | Country | | | |
| Date taking office (optional): | | | | Date taking office (optional): | | | |

| Director Name | | | | Director Name | | | |
|---|---|---|---|---|---|---|---|
| Address 1 | | | | Address 1 | | | |
| Address 2 (optional) | | | | Address 2 (optional) | | | |
| City | | State or Province | Zip | City | | State or Province | Zip |
| Country | | | | Country | | | |
| Date taking office (optional): | | | | Date taking office (optional): | | | |

**13. OFFICERS** - list the **name and business address** of all principal Officers of the corporation. If more space is needed, check this box ☐ and complete and attach the Officer Attachment form C085.

| Douglas C Bean | | | | Douglas C Bean | | | |
|---|---|---|---|---|---|---|---|
| Officer Name | | | | Officer Name | | | |
| 1280 Rockpebble Ave | | | | 1280 Rockpebble Ave | | | |
| Address 1 | | | | Address 1 | | | |
| Address 2 (optional) | | | | Address 2 (optional) | | | |
| North Las Vegas | | NV | 89030 | North Las Vegas | | NV | 89030 |
| City | | State or Province | Zip | City | | State or Province | Zip |
| Country | UNITED STATES | | | Country | UNITED STATES | | |
| Date taking office (optional): 06/21/2017 | | Officer title: President | | Date taking office (optional): 06/21/2017 | | Officer Title: Secretary | |

| Douglas C Bean | | | | | | | |
|---|---|---|---|---|---|---|---|
| Officer Name | | | | Officer Name | | | |
| 1280 Rockpebble Ave | | | | | | | |
| Address 1 | | | | Address 1 | | | |
| Address 2 (optional) | | | | Address 2 (optional) | | | |
| North Las Vegas | | NV | 89030 | | | | |
| City | | State or Province | Zip | City | | State or Province | Zip |
| Country | UNITED STATES | | | Country | | | |
| Date taking office (optional): 06/21/2017 | | Officer Title: Treasurer | | Date taking office (optional) | | Officer Title: | |

| Officer Name | | | | Officer Name | | | |
|---|---|---|---|---|---|---|---|
| Address 1 | | | | Address 1 | | | |
| Address 2 (optional) | | | | Address 2 (optional) | | | |
| City | | State or Province | Zip | City | | State or Province | Zip |
| Country | | | | Country | | | |
| Date taking office (optional): | | Officer Title: | | Date taking office (optional): | | Officer Title: | |

**14. FOR-PROFITS ONLY – SHARES AUTHORIZED** – *see Instructions C018i* – list the class (common, preferred, etc.) and total number of shares the foreign corporation is AUTHORIZED to issue. This information must match the original Articles of Incorporation plus any amendments thereto. If more space is needed, check this box ☐ and complete and attach the Shares Authorized Attachment form C087.

Class: Common   Series: A   Total: 10,000,000   Par Value: 0.0000

Class: _____   Series: _____   Total: _____   Par Value: _____

**15. FOR-PROFITS ONLY – SHARES ISSUED** – *see Instructions C018i* – list each class/series of authorized shares and give the total number and par value of shares of that class that have been ISSUED. If no shares of that class have been issued, put the number zero. If more space is needed, check this box ☐ and complete and attach the Shares Issued Attachment form C097.

Class: _____   Series: _____   Total: _____   Par Value: _____

Class: _____   Series: _____   Total: _____   Par Value: _____

**16. NONPROFITS ONLY – MEMBERS** – check one box only:
Does the foreign nonprofit corporation have members?   ☐ Yes   ☐ No

**17. PROFESSIONAL CORPORATIONS ONLY – PROFESSIONAL SERVICES** – if "professional corporation" is checked in number 1, briefly describe the type of professional services the corporation will render (examples: accounting, medical, law firm): _____

**18. PROFESSIONAL CORPORATIONS ONLY – PROFESSIONAL LICENSE:**
By the signature appearing on this document, the foreign professional corporation certifies under penalty of perjury that at least one-half of its shareholders who are entitled to vote for the election of directors, and at least one-half of its directors, and its president, are licensed in one or more states to render a professional service described in the foreign professional corporation's articles of incorporation.

**NOTE:** You must attach a statement from the licensing authority in Arizona for the profession showing that at least one of the professional corporation's shareholders or employees is licensed in Arizona to render that professional service. (See A.R.S. § 10-2245.)

**SIGNATURE:** By checking the box marked "I accept" below, I acknowledge *under penalty of perjury* that this document together with any attachments is submitted in compliance with Arizona law.

☑ I ACCEPT

Signature: *Douglas C Bean* (signed)
Printed Name: Douglas C Bean
Date: 02/13/18

**REQUIRED** – check only one:

| ☐ I am the **Chairman of the Board of Directors** of the corporation filing this document. | ☑ I am a duly-authorized **Officer** of the corporation filing this document. | ☐ I am a duly authorized **bankruptcy trustee**, receiver, or other court-appointed fiduciary for the corporation filing this document. |

---

Filing Fee: $175.00 (regular processing)
Expedited processing – add $35.00 to filing fee.
All fees are nonrefundable - see Instructions.

Mail: Arizona Corporation Commission - Corporate Filings Section
1300 W. Washington St., Phoenix, Arizona 85007
Fax: 602-542-4100

Please be advised that A.C.C. forms reflect only the **minimum** provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are **public record** and are open for public inspection.
If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

# STATUTORY AGENT ACCEPTANCE
*Please read Instructions M002i*

1. **ENTITY NAME** – give the **exact** name in Arizona of the corporation or LLC that has appointed the Statutory Agent (this must match exactly the name as listed on the document appointing the statutory agent, e.g., Articles of Organization or Article of Incorporation):

   Inductance Energy Corporation

2. **STATUTORY AGENT NAME** – give the exact name of the Statutory Agent appointed by the entity listed in number 1 above (this will be *either* an individual or an entity). NOTE - the name must match **exactly** the statutory agent name as listed in the document that appoints the statutory agent (e.g. Articles of Incorporation or Articles of Organization), including any middle initial or suffix:

   Jovahna Danzik

3. **STATUTORY AGENT SIGNATURE:**

   By the signature appearing below, the individual or entity named in number 2 above accepts the appointment as statutory agent for the entity named in number 1 above, and acknowledges that the appointment is effective until the appointing entity replaces the statutory agent or the statutory agent resigns, whichever occurs first.

   The person signing below declares and certifies *under penalty of perjury* that the information contained within this document together with any attachments is true and correct, and is submitted in compliance with Arizona law.

   _[signature]_  Jovahna Danzik     2-13-18
   Signature     Printed Name        Date

**REQUIRED** – check only one:

| [■] **Individual as statutory agent:** I am signing on behalf of myself as the individual (natural person) named as statutory agent. | [ ] **Entity as statutory agent:** I am signing on behalf of the entity named as statutory agent, and I am authorized to act for that entity. |
|---|---|

Filing Fee: none (regular processing)
Expedited processing – not applicable.
All fees are nonrefundable - see Instructions.

Mail: Arizona Corporation Commission - Corporate Filings Section
1300 W. Washington St., Phoenix, Arizona 85007
Fax: 602-542-4100

Please be advised that A.C.C. forms reflect only the **minimum** provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are **public record** and are open for public inspection.
If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

M002.003
Rev: 9/2014

Arizona Corporation Commission – Corporations Division
Page 1 of 1

# STATE OF WYOMING
## Office of the Secretary of State

I, KAREN L. WHEELER, ACTING SECRETARY OF STATE of the STATE OF WYOMING, do hereby certify that according to the records of this office,

**Inductance Energy Corporation**

is a

**Profit Corporation**

formed or qualified under the laws of Wyoming did on **June 21, 2017**, comply with all applicable requirements of this office. Its period of duration is Perpetual. This entity has been assigned entity identification number **2017-000758788**.

This entity is in existence and in good standing in this office and has filed all annual reports and paid all annual license taxes to date, or is not yet required to file such annual reports; and has not filed Articles of Dissolution.

I have affixed hereto the Great Seal of the State of Wyoming and duly generated, executed, authenticated, issued, delivered and communicated this official certificate at Cheyenne, Wyoming on this 13th day of February, 2018 at 12:44 PM. This certificate is assigned 025532219.



Karen L. Wheeler
Acting Secretary of State

Notice: A certificate issued electronically from the Wyoming Secretary of State's web site is immediately valid and effective. The validity of a certificate may be established by viewing the Certificate Confirmation screen of the Secretary of State's website http://wyobiz.wy.gov and following the instructions displayed under Validate Certificate.

**Ed Murray**
**Wyoming Secretary of State**
2020 Carey Avenue, Suite 700
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Fax 307.777.5339
Email: Business@wyo.gov

Ed Murray, WY Secretary of State
FILED: 11/16/2017 11:19 AM
Global Amendment ID: 11793
Affected Entities: 22410

## Registered Agent Information Update

This form is used ONLY to change a registered agent's current information on file, not to change registered agents.

1. This change affects <u>every</u> entity that I represent. (If not, please contact our office.)

2. Current registered agent information on file with the Secretary of State's office:
   *(The current registered agent information provided must match exactly with the Secretary of State's records.)*

   Registered Agent Name:
   > Registered Agents Inc.

   Registered Office Address:
   > 412 N. Main St, Ste 100
   > Buffalo, WY 82834

3. Updated registered agent information:

   New Name of Registered Agent:
   > Registered Agents Inc.

   New Registered <u>Physical</u> Office Address (must be located in Wyoming):
   > 30 N. Gould St, Ste R
   > Sheridan, WY 82801

   New Registered Agent's <u>Mailing</u> Address:
   *(To include a PO Box in the address it must have the same zip code as the registered office)*
   > 30 N. Gould St, Ste R
   > Sheridan, WY 82801

   Received
   NOV - 9 2017
   Secretary of State
   Wyoming

For consistency the Secretary of State's office will only keep one version of the agent's name and address on file.

RA-InformationUpdate – Revised August 2017

4. I hereby certify that I am in compliance with all requirements of W.S. 17-28-101 through W.S. 17-28-111.

5. After the changes are made, the physical address of my registered office and business office will be identical.

6. I hereby certify that every entity I represent has been notified of my name/office change.

Signature: _*Bill Havre*_ (Shall be executed by the registered agent)

Date: 11/08/2017 (mm/dd/yyyy)

Print Name: Bill Havre
Contact Person: Bill Havre
Title: President
Daytime Phone: (307) 200-2803
Email: reports@registeredagentsinc.com

(Email provided will receive filing evidence.)
*May list multiple email addresses

**Please provide most current email address

### Checklist

- [ ] *No Filing Fee*
- [ ] Please submit one **originally signed** document.
- [ ] **Please review form prior to submitting to the Secretary of State to ensure all areas have been completed to avoid a delay in the processing of your documents.**

*Commercial Registered Agents*: Updated registered agent information provided on this form shall be reflected on your Commercial Registered Agent registration.

RA-InformationUpdate – Revised August 2017

# STATE OF WYOMING ✦ SECRETARY OF STATE
## ED MURRAY
## BUSINESS DIVISION

2020 Carey Avenue, Cheyenne, WY 82002-0020
Phone 307-777-7311 · Fax 307-777-5339
Website: http://soswy.state.wy.us · Email: business@wyo.gov

## Global Amendment Summary

**Global Amendment ID:** 11793
**Amendment Type:** RA Address Change
**Amendment Date:** 11/16/2017 11:19 AM
**Copy To Mailing:** N
**Copy To Principal:** N
**Affected Entities:** 22410

**Agent Name:** Registered Agents Inc.
**Address:** 30 N Gould St Ste R
Sheridan, WY 82801

| Field Name | Changed From | Changed To |
|---|---|---|
| Registered Agent Physical Address 1 | 412 N Main St Ste100 | 30 N Gould St Ste R |
| Registered Agent Physical City | Buffalo | Sheridan |
| Registered Agent Physical County | Johnson | Sheridan |
| Registered Agent Physical Postal Code | 82834 | 82801 |

Page 1 of 1 on 11/16/2017 11:23:25 AM



**Wyoming Secretary of State**
2020 Carey Avenue
Suite 700
Cheyenne, WY 82002-0020
Ph. 307-777-7311

**For Office Use Only**
Ed Murray, WY Secretary of State
FILED: Jun 21 2017 11:01AM
Original ID: 2017-000758788

# Profit Corporation
## Articles of Incorporation

**I. The name of the corporation is:**
Inductance Energy Corporation

**II. The name and physical address of the registered agent of the corporation is:**
Registered Agents Inc.
412 N Main St Ste100
Buffalo, WY 82834

**III. The mailing address of the corporation is:**
30 N Gould St. STE R
Sheridan, WY 82801

**IV. The principal office address of the corporation is:**
30 N Gould St. STE R
Sheridan, WY 82801

**V. The number, par value, and class of shares the corporation will have the authority to issue are:**
Number of Common Shares:   10,000,000        Common Par Value:   $0.0000
Number of Preferred Shares:   0                Preferred Par Value:   $0.0000

**VI. The name and address of each incorporator is as follows:**
Registered Agents Inc.
412 N Main St Ste 100 Buffalo, WY 82834

Signature:    *Riley Park*                              Date: 06/21/2017
Print Name:   **Riley Park**
Title:        **Authorized Individual**
Email:        **reports@registeredagentsinc.com**
Daytime Phone #:   **(307) 200-2803**

Page 1 of 4

**Wyoming Secretary of State**
2020 Carey Avenue
Suite 700
Cheyenne, WY 82002-0020
Ph. 307-777-7311

- [✓] I am the person whose signature appears on the filing; that I am authorized to file these documents on behalf of the business entity to which they pertain; and that the information I am submitting is true and correct to the best of my knowledge.
- [✓] I am filing in accordance with the provisions of the Wyoming Business Corporation Act, (W.S. 17-16-101 through 17-16-1804) and Registered Offices and Agents Act (W.S. 17-28-101 through 17-28-111).
- [✓] I understand that the information submitted electronically by me will be used to generate Articles of Incorporation that will be filed with the Wyoming Secretary of State.
- [✓] I intend and agree that the electronic submission of the information set forth herein constitutes my signature for this filing.
- [✓] I have conducted the appropriate name searches to ensure compliance with W.S. 17-16-401.
- [✓] I affirm, under penalty of perjury, that I have received actual, express permission from each of the following incorporators to add them to this business filing: Registered Agents Inc.

**Notice Regarding False Filings: Filing a false document could result in criminal penalty and prosecution pursuant to W.S. 6-5-308.**

> **W.S. 6-5-308. Penalty for filing false document.**
>
> (a) A person commits a felony punishable by imprisonment for not more than two (2) years, a fine of not more than two thousand dollars ($2,000.00), or both, if he files with the secretary of state and willfully or knowingly:
>
> (i) Falsifies, conceals or covers up by any trick, scheme or device a material fact;
>
> (ii) Makes any materially false, fictitious or fraudulent statement or representation; or
>
> (iii) Makes or uses any false writing or document knowing the same to contain any materially false, fictitious or fraudulent statement or entry.

- [✓] I acknowledge having read W.S. 6-5-308.

**Filer is:**   [ ] An Individual      [✓] An Organization

The Wyoming Secretary of State requires a natural person to sign on behalf of a business entity acting as an incorporator or organizer. The following individual is signing on behalf of all Organizers or Incorporators.

**Filer Information:**
**By submitting this form I agree and accept this electronic filing as legal submission of my Articles of Incorporation.**

| | | | |
|---|---|---|---|
| Signature: | *Riley Park* | Date: | 06/21/2017 |
| Print Name: | Riley Park | | |
| Title: | Authorized Individual | | |
| Email: | reports@registeredagentsinc.com | | |
| Daytime Phone #: | (307) 200-2803 | | |

![Wyoming Secretary of State]

Wyoming Secretary of State
2020 Carey Avenue
Suite 700
Cheyenne, WY 82002-0020
Ph. 307-777-7311

## Consent to Appointment by Registered Agent

**Registered Agents Inc.**, whose registered office is located at **412 N Main St Ste100, Buffalo, WY 82834**, voluntarily consented to serve as the registered agent for **Inductance Energy Corporation** and has certified they are in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

I have obtained a signed and dated statement by the registered agent in which they voluntarily consent to appointment for this entity.

Signature: *Riley Park*   Date: **06/21/2017**

Print Name: **Riley Park**

Title: **Authorized Individual**

Email: **reports@registeredagentsinc.com**

Daytime Phone #: **(307) 200-2803**

# STATE OF WYOMING
## Office of the Secretary of State

I, ED MURRAY, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

### CERTIFICATE OF INCORPORATION

**Inductance Energy Corporation**

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **21st** day of **June, 2017** at **11:01 AM.**

Remainder intentionally left blank.

Filed Date: 06/21/2017

Secretary of State

Filed Online By:
Riley Park
on 06/21/2017



**STATE OF WYOMING**
**Secretary of State**

I hereby certify that this is a true
and complete copy of the document
as filed in this office.

*Karen L. Wheeler*
Deputy Secretary of State

By: *Rosalie Gonzales*
Date: *February 16, 2018*

## INCORPORATOR INITIAL RESOLUTIONS

I, Riley Park, of Registered Agents Inc, being the Incorporator of <u>Inductance Energy Corporation</u> <u>Wyoming</u> corporation, hereby resolve to relinquish signing authority to the newly appointed officers and directors and adopt the following resolutions:

1. **Resolved**, that the following named officer(s) and director(s) of the corporation are hereby appointed and directed to serve until the first annual meeting of stockholders, and/or until their successors are elected and appointed, or they are re-elected at their annual meeting.

   President:  Douglas Bean

   Treasurer:  Douglas Bean

   Secretary:  Douglas Bean

   Director:   Douglas Bean

2. **Resolved**, that <u>Inductance Energy Corporation</u> was incorporated in <u>Wyoming</u> on <u>06/21/2017</u> with assigned filing number <u>2017-000758788</u>.

3. **Resolved**, that the copy of the Articles of Incorporation of the above named corporation is complete, and be inserted into the official corporate record book.

4. **Resolved**, that the bylaws be adopted as the bylaws for the corporation, and be inserted into the minute book of the corporation record book.

5. **Resolved**, that if the stockholders fail to hold their initial and/or annual meetings, that the above named directors will remain in their appointment until the stockholders hold their meeting, and that the corporation will stay active pursuant to state statute.

_/s/ Riley Park_   June 21, 2017

Riley Park on behalf of
Registered Agents Inc, Incorporator



1825 EYE STREET, N.W. SUITE 900
WASHINGTON, DC 20006-5403
TELEPHONE: (202) 457-0160
FACSIMILE: (844) 670-6009
http://www.dickinsonwright.com

TEDDY EYNON
TEynon@dickinsonwright.com
(202) 659-6965

To Whom It May Concern:

This letter shall serve as notice that our firm represents Inductance Energy Corporation, a Wyoming corporation, Douglas C. Bean, President. Mr. Bean also serves as the corporation Secretary, and Treasurer as well as its sole shareholder.

Its legal mailing address is:

Inductance Energy Corporation
1108 14th Street
Cody, Wyoming 82414

Its permanent street address and registered agent in Wyoming is:

Inductance Energy Corporation
c/o Buffalo Registered Agents
412 North Main Street
Suite 100
Buffalo, Wyoming 82834

Its registered agent mailing address is:

Inductance Energy Corporation
c/o Buffalo Registered Agents
30 North Gould Street
Suite R
Sheridan, Wyoming 82801

IEC is also in the process of opening a Nevada manufacturing location at:

Inductance Energy Corporation
1280 Rockpebble
North Las Vegas, Nevada 89030

October 25, 2017
Page 2

DICKINSON WRIGHT PLLC

    Our firm would appreciate you showing every courtesy to IEC and Mr. Bean so that he can accomplish IEC business tasks as quickly as is possible.

Sincerely,

*Edward E.*

Teddy Eynon

TE:jmg

DC 999901-100 354528v1

ARIZONA   FLORIDA   KENTUCKY   MICHIGAN   NEVADA
OHIO   TENNESSEE   TEXAS   TORONTO   WASHINGTON DC

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

# CERTIFICATE OF DISCLOSURE

*Read the Instructions C003i*

1. **ENTITY NAME** – give the exact name of the corporation in Arizona:

   Inductance Energy Corporation

2. **A.C.C. FILE NUMBER** (if already incorporated or registered in AZ): _____
   Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

3. **Check only one of the following to indicate the type of Certificate:**
   - [■] Initial (accompanies formation or registration documents)
   - [ ] Annual (credit unions and loan companies only)
   - [ ] Supplemental to COD filed _____ (supplements a previously-filed Certificate of Disclosure)

4. **FELONY/JUDGMENT QUESTIONS:**

   Has any person (a) who is currently an officer, director, trustee, or incorporator, or (b) who controls or holds over ten per cent of the issued and outstanding common shares or ten per cent of any other proprietary, beneficial or membership interest in the corporation been:

   | | | Yes | No |
   |---|---|---|---|
   | 4.1 | Convicted of a felony involving a transaction in securities, consumer fraud or antitrust in any state or federal jurisdiction within the five-year period immediately preceding the signing of this certificate? | ☐ | ■ |
   | 4.2 | Convicted of a felony, the essential elements of which consisted of fraud, misrepresentation, theft by false pretenses or restraint of trade or monopoly in any state or federal jurisdiction within the five-year period immediately preceding the signing of this certificate? | ☐ | ■ |
   | 4.3 | Subject to an injunction, judgment, decree or permanent order of any state or federal court entered within the five-year period immediately preceding the signing of this certificate, involving any of the following:<br>a. The violation of fraud or registration provisions of the securities laws of that jurisdiction;<br>b. The violation of the consumer fraud laws of that jurisdiction;<br>c. The violation of the antitrust or restraint of trade laws of that jurisdiction. | ☐ | ■ |
   | 4.4 | If any of the answers to numbers 4.1, 4.2, or 4.3 are **YES**, you **MUST** complete and attach a Certificate of Disclosure Felony/Judgment Attachment form C004. | | |

## 5. BANKRUPTCY QUESTION:

**5.1** Has any person (a) who is currently an officer, director, trustee, incorporator, or (b) who controls or holds over twenty per cent of the issued and outstanding common shares or twenty per cent of any other proprietary, beneficial or membership interest in the corporation, served in any such capacity or held a twenty per cent interest in **any other corporation** (not the one filing this Certificate) on the bankruptcy or receivership **of the other corporation**?   ☐ Yes   ☒ No

**5.2** If the answer to number 5.1 is **YES**, you **MUST** complete and attach a Certificate of Disclosure Bankruptcy Attachment form C005.

**IMPORTANT:** If within 60 days of the delivery of this Certificate to the A.C.C. any person not included in this Certificate becomes an officer, director, trustee or person controlling or holding over ten per cent of the issued and outstanding shares or ten per cent of any other proprietary, beneficial or membership interest in the corporation, the corporation must submit a SUPPLEMENTAL Certificate providing information about that person, signed by all incorporators or by a duly elected and authorized officer.

### SIGNATURE REQUIREMENTS:

| | |
|---|---|
| Initial Certificate of Disclosure: | This Certificate must be signed by all incorporators. If more space is needed, complete and attach an Incorporator Attachment form C084. |
| Foreign corporations: | This Certificate may be signed by a duly authorized officer or by the Chairman of the Board of Directors. |
| Credit Unions and Loan Companies: | This Certificate must be signed by any 2 officers or directors. |

Douglas C Bean
Name
1280 Rockpebble Ave
Address 1
Address 2
North Las Vegas | NV | 89030
City | State | Zip
UNITED STATES
Country

Name
Address 1
Address 2
City | State | Zip
Country

**SIGNATURE** - see Instructions C003i:

By typing or entering my name and checking the box marked "I accept" below, I acknowledge *under penalty of perjury* that this document together with any attachments is submitted in compliance with Arizona law.

*[signature]*   ☒ I ACCEPT
Signature
Douglas C Bean                              2-13-18
Printed Name                                Date

**SIGNATURE** - see Instructions C003i:

By typing or entering my name and checking the box marked "I accept" below, I acknowledge *under penalty of perjury* that this document together with any attachments is submitted in compliance with Arizona law.

☐ I ACCEPT
Signature
Printed Name                                Date

**REQUIRED – check only one:**
☐ **Incorporator** - I am an incorporator of the corporation submitting this Certificate.
☒ **Officer** - I am an officer of the corporation submitting this Certificate
☐ **Chairman of the Board of Directors** - I am the Chairman of the Board of Directors of the corporation submitting this Certificate.
☐ **Director** – I am a Director of the credit union or loan company submitting this Certificate.

**REQUIRED – check only one:**
☐ **Incorporator** - I am an incorporator of the corporation submitting this Certificate.
☐ **Officer** - I am an officer of the corporation submitting this Certificate
☐ **Chairman of the Board of Directors** - I am the Chairman of the Board of Directors of the corporation submitting this Certificate.
☐ **Director** – I am a Director of the credit union or loan company submitting this Certificate.

Filing Fee: None
All fees are nonrefundable - see Instructions.

Mail: Arizona Corporation Commission - Corporate Filings Section
       1300 W. Washington St., Phoenix, Arizona 85007
Fax:  602-542-4100

Please be advised that A.C.C. forms reflect only the **minimum** provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are **public record** and are open for public inspection.
If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.