# EXHIBIT H



## AFFIDAVIT OF WILLIAM HINZ

I, William Heinz, in the City of Scottsdale, in the State of Arizona, Swear and Say that:

1. I am the Chairman and Chief Executive Officer of Inductance Energy Corporation ("IEC"). In this role I have knowledge of all funds held in all IEC bank accounts, including those accounts held at the Bank of the West that have been unlawfully restrained by the CWT Parties.
2. No funds held in any IEC bank account, including those accounts held at the Bank of the West, contain any funds that were deposited by or on behalf of any Judgment Debtor in this action—Dennis Danizk or RDX.
3. No funds held in any IEC bank account, including those accounts held at the Bank of the West, contain any funds that are owed to or otherwise belong to any Judgment Debtor in this action—Dennis Danzik or RDX.
4. If the funds wrongfully restrained are not released prior to February 15, 2019 IEC will be unable to pay its twenty-eight (28) employees located in four (4) states—Arizona, Wyoming, Utah, and Nevada.
5. If the funds wrongfully restrained are not released prior to February 15, 2019 IEC will miss required payments on these twenty-eight (28) employees health insurance causing their health insurance to lapse.
6. Due to the wrongful restraint of IEC's bank accounts IEC has and will continue to be unable to operate causing severe and lasting damages that are compounding every moment IEC's bank accounts are wrongfully restrained.
7. IEC has no business operations in New York, has not directed or otherwise aimed any of its activities at New York, and has no contacts whatsoever with New York.

_____
William Hinz

On the 13 day of February, 2019 before me, the undersigned, personally appeared William Hinz, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the above Affidavit and acknowledge to me that he executed the same in his capacity, and that by his signature on the instrument, the individual executed the instrument.

_____
Notary Public

MONICA GARCIA
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires
June 03, 2022