# EXHIBIT I



# 2018 ANNUAL REPORT

## ENTITY INFORMATION

**ENTITY NAME:** WILENCHIK & BARTNESS, P.C.
**ENTITY ID:** 02355277
**ENTITY TYPE:** Domestic Professional Corporation
**CHARACTER OF BUSINESS:** LEGAL SERVICES
**AUTHORIZED SHARES:**
**ISSUED SHARES:**

## STATUTORY AGENT INFORMATION

**STATUTORY AGENT NAME:** DENNIS I WILENCHIK
**PHYSICAL ADDRESS:** 2810 N 3RD ST , PHOENIX, AZ 85004
**MAILING ADDRESS:**

## KNOWN PLACE OF BUSINESS

% DENNIS I WILENCHIK 2810 N 3RD ST, PHOENIX, AZ 85004

## PRINCIPAL OFFICE ADDRESS

## PRINCIPAL INFORMATION

Director: DENNIS WILENCHIK - 4769 E VALLEY VISTA LN, PARADISE VALLEY, AZ 85253 - - Date of Taking Office: 09/12/1991

President/CEO: DENNIS WILENCHIK - 4769 E VALLEY VISTA LN, PARADISE VALLEY, AZ 85253 - - Date of Taking Office: 09/12/1991

Secretary: BECKY ANN BARTNESS - 4769 E VALLEY VISTA LN, PARADISE VALLEY, AZ 85253 - - Date of Taking Office: 09/12/1991

## SIGNATURE