# EXHIBIT J



ARIZONA CORP COMMISSION
FILED
OCT 2 3 2017
FILE NO. B-2229271S

ARIZONA CORP COMMISSION
FILED
NOV 0 2 2017
FILE NO. B-22292715

06111726

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

# APPLICATION FOR REGISTRATION OF FOREIGN LIMITED LIABILITY COMPANY

Please read Instructions L025I

1. **ENTITY TYPE** – check only one to indicate the type of entity applying for registration:

    ☒ LIMITED LIABILITY COMPANY          ☐ PROFESSIONAL LIMITED LIABILITY COMPANY

2. **NAME IN STATE OR COUNTRY OF FORMATION (FOREIGN NAME)** – enter the exact, true name of the foreign LLC:

    WYO Tech Investment Group, LLC

3. **NAME TO BE USED IN ARIZONA (ENTITY NAME)** – identify the name the foreign LLC will use in Arizona by checking 3.1 or 3.2 (check only one), and follow instructions:

    3.1  ☒ **Name in state or country of formation**, with no changes or additions – go to number 4 and continue.

    3.2  ☐ **Fictitious name** – check this if the foreign LLC's name in its state or country of formation is not available for use in Arizona or if that name does not contain an LLC identifier, and enter the name in number 3.3 below. **NOTE** – a resolution of the company adopting the fictitious name must be attached to and submitted with this form.

    3.3  If you checked 3.2, enter or print the name to be used in Arizona:

    _____

4. **PROFESSIONAL LIMITED LIABILITY COMPANY SERVICES** – If professional LLC is checked in number 1 above, describe the professional services that the professional LLC will provide (examples: law firm, accounting, medical):

    _____

5. **FOREIGN DOMICILE** – list the state or country in which the foreign LLC was formed:

    ☒ Wyoming

6. **DATE OF FORMATION IN FOREIGN DOMICILE:** 9/1/2016

7. **PURPOSE OR GENERAL CHARACTER OF BUSINESS** – describe or state the purpose of the foreign LLC or the general character of the business it proposes to transact in Arizona:

    Energy

8. **STATUTORY AGENT IN ARIZONA:**

   8.1 REQUIRED – give the **name** (can be an individual or an entity) and **physical or street address** (not a P.O. Box) in Arizona of the statutory agent:

   Statutory Agent Name (required): Richard K. Walker
   Address 1: 16100 N. 71st Street, Ste 140
   City: Scottsdale  State: AZ  Zip: 85254

   8.2 OPTIONAL – mailing address in Arizona of statutory agent, if different from street address (can be a P.O. Box):

   8.3 REQUIRED – the Statutory Agent Acceptance form M002 must be submitted along with this Application For Registration.

9. **PRINCIPAL OFFICE ADDRESS - FOREIGN DOMICILE STREET ADDRESS** – see *Instructions L025I* – give the **physical or street address** (not a P.O. Box) of the foreign LLC required to be maintained in its state of organization, or, if not so required, of the foreign LLC's statutory agent in its state or country of organization:

   Attention (optional): 412 N. Main Street, Ste 100
   City: Buffalo   State or Province: WY   Zip: 82834
   Country: USA

10. **OPTIONAL – ARIZONA KNOWN PLACE OF BUSINESS ADDRESS:**

    10.1 Is the Arizona known place of business street address the same as the **street address** of the statutory agent?  ☒ Yes – go to the next page and continue.
    ☐ No – complete number 10.2 and continue.

    10.2 If you answered "no" to number 10.1, give the physical or street address (not a P.O. Box) of the known place of business of the LLC in Arizona:

**COMPLETE NUMBER 11 OR NUMBER 12 – NOT BOTH.**

11. **MANAGER-MANAGED LLC** – <u>see Instructions L025i</u> – check this box ☐ if management of the LLC is vested in a manager or managers, and complete and attach the <u>Manager Structure Attachment form L040</u>. The filing will be rejected if it is submitted without the attachment.

12. **MEMBER-MANAGED LLC** – <u>see Instructions L025i</u> – check this box ☒ if management of the LLC is reserved to the members, and complete and attach the <u>Member Structure Attachment</u> form L041. The filing will be rejected if it is submitted without the attachment.

13. **SIGNATURE:** By checking the box marked "I accept" below, I acknowledge *under penalty of perjury* that this document together with any attachments is submitted in compliance with Arizona law.

☒ I ACCEPT

_Richard K. Walker_ (Signature)

Richard K. Walker (Printed Name)

10/23/2017 (Date)

**REQUIRED** – check only one and fill in the corresponding blank if signing for an entity:

☐ I am the individual **Manager** of this manager-managed LLC **or** I am signing for an **entity manager** named:

☐ I am a **Member** of this member-managed LLC **or** I am signing for an **entity member** named:

☒ I am a duly **authorized agent** for this LLC.

---

Filing Fee: $150.00 (regular processing)
Expedited processing – add $35.00 to filing fee.
All fees are nonrefundable - see Instructions.

Mail: Arizona Corporation Commission - Corporate Filings Section
1300 W. Washington St., Phoenix, Arizona 85007
Fax: 602-542-4100

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

[Clear Form]                                                                        [Print Form]

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

# STATUTORY AGENT ACCEPTANCE
*Please read Instructions M002i*

1. **ENTITY NAME** – give the **exact** name in Arizona of the corporation or LLC that has appointed the Statutory Agent (this must match exactly the name as listed on the document appointing the statutory agent, e.g., Articles of Organization or Article of Incorporation):

   _WYO Tech Investment Group, LLC_

2. **STATUTORY AGENT NAME** – give the exact name of the Statutory Agent appointed by the entity listed in number 1 above (this will be *either* an individual or an entity). *NOTE* - the name must match **exactly** the statutory agent name as listed in the document that appoints the statutory agent (e.g. Articles of Incorporation or Articles of Organization), including any middle initial or suffix:

   _Richard K. Walker_

3. **STATUTORY AGENT SIGNATURE:**

   By the signature appearing below, the individual or entity named in number 2 above accepts the appointment as statutory agent for the entity named in number 1 above, and acknowledges that the appointment is effective until the appointing entity replaces the statutory agent or the statutory agent resigns, whichever occurs first.

   The person signing below declares and certifies *under penalty of perjury* that the information contained within this document together with any attachments is true and correct, and is submitted in compliance with Arizona law.

   _/s/ Richard K. Walker_        Richard K Walker            10-23-17
   Signature                      Printed Name                Date

   **REQUIRED** – check only one:

   | [X] **Individual as statutory agent:** I am signing on behalf of myself as the individual (natural person) named as statutory agent. | [ ] **Entity as statutory agent:** I am signing on behalf of the entity named as statutory agent, and I am authorized to act for that entity. |
   |---|---|

   | Filing Fee: none (regular processing) Expedited processing – not applicable. All fees are nonrefundable - see Instructions. | Mail: Arizona Corporation Commission - Corporate Filings Section 1300 W. Washington St., Phoenix, Arizona 85007 Fax: 602-542-4100 |
   |---|---|

   Please be advised that A.C.C. forms reflect only the minimum provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
   All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
   If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

M002.003                                                     Arizona Corporation Commission – Corporations Division
Rev: 9/2014                                                                                          Page 1 of 1

[Clear Form] [Print Form]

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

## MEMBER STRUCTURE ATTACHMENT

1. **ENTITY NAME** – give the exact name of the LLC (foreign LLCs – give name in domicile state or country):
   WYO Tech Investment Group, LLC

2. **A.C.C. FILE NUMBER** (if known): _____
   Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

3. **MEMBERS** – give the name and address of **all Members**. If more space is needed, use another Member Structure Attachment form.

| # | Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| 1. | William Hinz | 6620 E. Stallion Road | | Paradise Valley | AZ | 85253 | USA |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |
| 7. | | | | | | | |
| 8. | | | | | | | |

L041.002
Rev: 2014

Arizona Corporation Commission – Corporations Division
Page 1 of 1

# STATE OF WYOMING
## Office of the Secretary of State

I, ED MURRAY, SECRETARY OF STATE of the STATE OF WYOMING, do hereby certify that according to the records of this office,

**WYO Tech Investment Group, LLC**

is a

**Limited Liability Company**

formed or qualified under the laws of Wyoming did on **September 1, 2016**, comply with all applicable requirements of this office. Its period of duration is Perpetual. This entity has been assigned entity identification number **2016-000725055**.

This entity is in existence and in good standing in this office and has filed all annual reports and paid all annual license taxes to date, or is not yet required to file such annual reports; and has not filed Articles of Dissolution.

I have affixed hereto the Great Seal of the State of Wyoming and duly generated, executed, authenticated, issued, delivered and communicated this official certificate at Cheyenne, Wyoming on this 31st day of October, 2017 at 4:32 PM. This certificate is assigned 024556118.



_____
Secretary of State

Notice: A certificate issued electronically from the Wyoming Secretary of State's web site is immediately valid and effective. The validity of a certificate may be established by viewing the Certificate Confirmation screen of the Secretary of State's website http://wyobiz.wy.gov and following the instructions displayed under Validate Certificate.