1  J. Henk Taylor (016321)
   **RYAN RAPP & UNDERWOOD, P.L.C.**
2  3200 N. Central Ave, Suite 2250
3  Phoenix, Arizona 85012
   Telephone: (602) 280-1000
4  Facsimile: (602) 265-1495
   E-Mail: htaylor@rrulaw.com
5

6  Jeffrey M. Eilender (*admitted pro hac vice*)
   Bradley J. Nash (*admitted pro hac vice*)
7  Joshua Wurtzel (*admitted pro hac vice*)
8  **SCHLAM STONE & DOLAN LLP**
   26 Broadway
9  New York, New York 10004
   Telephone: (212) 344-5400
10 Facsimile: (212) 344-7677
11 E-Mail: jeilender@schlamstone.com
   E-Mail: bnash@schlamstone.com
12 E-Mail: jwurtzel@schlamstone.com
13
   *Attorneys for Defendants CWT Canada II Limited*
14 *Partnership, Resource Recovery Corporation, and*
15 *Jean Noelting*

16
                    **UNITED STATES DISTRICT COURT**
17                        **DISTRICT OF ARIZONA**

18 | Wells Fargo Bank, N.A.,                                       |                                               |
   |---|---|
19 |                  Plaintiff,                                    | Case No.: 2:17-cv-04140-PHX-DWL              |
20 |        v.                                                       |                                               |
21 | WYO TECH Investment Group, LLC; CWT                             | **STIPULATION EXTENDING DEADLINE FOR SUPPLEMENTAL BRIEFING ON WILENCHIK & BARTNESS, P.C.'s MOTION TO QUASH SUBPOENAS** |
22 | Canada II Limited Partnership; Resources                        |                                               |
23 | Recovery Corporation; and Jean Noelting,                        |                                               |
24 |                  Defendants.                                    |                                               |
25 | And related claims.                                             | **(First Request)**                           |

**WHEREAS**, on March 5, 2019, this Court ordered the parties to submit supplemental briefing in further support of and in opposition to Wilenchik & Bartness, P.C.'s motion to quash the subpoena served on it by March 22, 2019 (Dkt. No. 109);

**WHEREAS**, due to unforeseen professional obligations, the parties' counsel need the weekend to complete this supplemental briefing.

**THEREFORE**, all parties to this action stipulate and agree as follows:

1. The deadline to file the supplemental briefing ordered in this Court's March 5, 2019 order (Dkt. No. 109) is extended from March 22, 2019 to March 25, 2019.

The CWT Parties' counsel have separately lodged a proposed form of order granting this relief.

Dated: Phoenix, Arizona
       March 21, 2019

**RYAN RAPP & UNDERWOOD, P.L.C.**

By:   /s/ Henk Taylor (016321)
      J. Henk Taylor (016321)
      3200 N. Central Ave., Suite 1600
      Phoenix, Arizona 85012
      Telephone: (602) 280-1000
      Facsimile: (602) 265-1495
      E-Mail: htaylor@rrulaw.com

**SCHLAM STONE & DOLAN LLP**

      Jeffrey M. Eilender (*admitted pro hac vice*)
      Bradley J. Nash (*admitted pro hac vice*)
      Joshua Wurtzel (*admitted pro hac vice*)
      26 Broadway
      New York, New York 10004
      Telephone: (212) 344-5400
      Facsimile: (212) 34407677
      E-Mail: jeilender@schlamstone.com
      E-Mail: bnash@schlamstone.com
      E-Mail: jwurtzel@schlamstone.com

*Attorneys for Defendants CWT Canada II Limited Partnership, Resource Recovery Corporation, and Jean Noelting*

**WILENCHIK & BARTNESS P.C.**

By:   <u>/s/ Dennis I. Wilenchik (with permission)</u>
     Dennis I. Wilenchik
     2810 North Third Street
     Phoenix, AZ 85004
     E-Mail: diw@wb-law.com

**BEUS GILBERT PLLC**

     Leo R. Beus
     Timothy John Paris
     701 North 44th Street
     Phoenix, AZ 85008
     E-Mail: lbeus@beusgilbert.com
     E-Mail: tparis@beusgilbert.com

*Attorneys for Defendant Wyo Tech Investment Group, LLC*