**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Dominic W. Lanza | **Date:** May 1, 2019 |
| **Case Number:** CV-17-04140-PHX-DWL | |
| **Wells Fargo Bank NA v. Wyo Tech Investment Group LLC, et al.** | |

| | | |
|---|---|---|
| **APPEARANCES:** | Joshua Wurtzel (telephonically) James Taylor (telephonically) **Counsel for CWT Canada II Limited Partnership, Resources Recovery Corporation and Jean Noelting** | Tyler Swensen (telephonically) Chase Turrentine (telephonically) **Counsel for Wyo Tech Investment Group LLC** |

This is the time set for Telephonic Discovery Dispute Hearing regarding the parties' Letter to the Court re: Discovery Dispute (Docs. 125 and 126). Discussion held.

The Court rules as follows:

- Wyo Tech Investment Group LLC is directed to comply with the two outstanding discovery requests. Regarding Wyo Tech's objection to the requests as being overbroad, the Court finds Wyo Tech has forfeited or waived its objections for reasons as stated on the record. However, the Court will not compel Wyo Tech to comply with the CWT parties' request for production #15; Wyo Tech shall produce all material no later than **May 15, 2019;**
- Regarding a protective order as discussed by counsel via e-mail in Doc. 126-6, the Court is in general agreement with the revisions suggested by counsel for the CWT parties, with the exception of bullet point 3 regarding the use of confidential documents. The Court would permit counsel to file a written brief regarding the Court's ruling regarding this issue;
- The Court will permit counsel for the CWT parties to file a Motion under Rule 37(a)(5) for expenses incurred in moving to compel.

Deputy Clerk: Maureen Williams
Court Reporter: Candy Potter

**Start:** 11:04 a.m.
**Stop:** 11:50 a.m.