J. Henk Taylor (016321)
**RYAN RAPP & UNDERWOOD, P.L.C.**
3200 N. Central Ave, Suite 2250
Phoenix, Arizona 85012
Telephone: (602) 280-1000
Facsimile: (602) 265-1495
Email: htaylor@rrulaw.com

Jeffrey M. Eilender (*admitted pro hac vice*)
Bradley J. Nash (*admitted pro hac vice*)
Joshua Wurtzel (*admitted pro hac vice*)
**SCHLAM STONE & DOLAN LLP**
26 Broadway
New York, New York 10004
Telephone: (212) 344-5400
Facsimile: (212) 344-7677
E-Mail: jeilender@schlamstone.com
E-Mail: bnash@schlamstone.com
E-Mail: jwurtzel@schlamstone.com

*Attorneys for Defendants CWT Canada II Limited Partnership, Resource Recovery Corporation, and Jean Noelting*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Wells Fargo Bank, N.A._____Plaintiff,_____v._____Wyo Tech Investment Group, LLC, CWT Canada II Limited Partnership, Resources Recovery Corporation, and Jean Noelting,_____Defendants._____And related claims. | Case No.: 2:17-CV-04140-DWL**DECLARATION OF JOSHUA WURTZEL IN SUPPORT OF THE CWT PARTIES' MOTION FOR AN ORDER TO SHOW CAUSE** |

In accordance with 28 U.S.C. § 1746, **JOSHUA WURTZEL**, declares, under the penalty of perjury, the following to be true and correct.

1. I am an associate of Schlam Stone & Dolan LLP, co-counsel with Ryan Rapp & Underwood, P.L.C. for Defendants CWT Canada II Limited Partnership, Resource Recovery Corporation, and Jean Noelting (collectively, the "CWT Parties") in this action. I submit this declaration in support of the CWT Parties' Motion for An Order to Show Cause why nonparties Wilenchik & Bartness, P.C. ("Wilenchik") and Beus Gilbert PLLC ("Beus Gilbert") should not be held in contempt. Unless otherwise specified, the matters below are based on my personal knowledge, communications with other attorneys in my firm, and a review of my firm's files.

2. On February 11, 2019, the CWT Parties served Wilenchik and Beus Gilbert with identical subpoenas seeking documents sufficient to show all payments—including date, amount, and source account—made to Wilenchik and Beus Gilbert by Wyo Tech and Inductance Energy Corporation (another Danzik-related entity formed using Wyo Tech money), as well as documents sufficient to show the clients on whose behalf and matters for which these payments were made. A copy of the subpoena to Wilenchik is located at Docket Number 101 in this action. A copy of the subpoena to Beus Gilbert is attached as Exhibit A. Copies of affidavits of service of each of these subpoenas are attached as Exhibits B and C.

3. A copy of the transcript of the April 8, 2019 oral argument before this Court is attached as Exhibit D.

4. On April 9, 2019, this Court overruled Wilenchik's and Beus Gilbert's objections to the subpoenas served on them, and ordered Wilenchik and Beus Gilbert to "produce the documents requested by the subpoenas by April 26, 2019." Dkt. No. 119 at 19.

5. But despite this order and Wilenchik's agreement at the April 8 oral argument to comply with an order to produce these documents by this deadline, Wilenchik and Beus Gilbert have failed to produce any documents in response to the subpoenas. Nor have they asked for additional time to do so.

Dated: May 13, 2019
       New York, New York

*Joshua Wurtzel*

———————————————
JOSHUA WURTZEL