# EXHIBIT F

| | |
|---|---|
| **From:** | Joshua Wurtzel |
| **To:** | Tyler Swensen; Victoria Stevens |
| **Cc:** | Henk Taylor; Dennis Wilenchik; Chase Turrentine; Jeffrey M. Eilender; Bradley J. Nash; lbeus@beusgilbert.com; Wendy Echols; Hilary Myers; "Wyo Tech adv Wells Fargo"; Lisa Loftis; Heather Zwick |
| **Subject:** | RE: Wells Fargo Bank, N.A. v. Wyo Tech Investment Group LLC (2:17-cv-04140-DWL |
| **Date:** | Wednesday, May 15, 2019 11:50:49 PM |
| **Attachments:** | image001.png |
| | image002.png |

Tyler,

I will respond to your revisions on the protective order shortly. But this supplemental production does not satisfy Wilenchik's or Beus Gilberts's obligations under the Court's April 19 order. We will be filing an amended motion for an order to show cause.

Joshua Wurtzel
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
Tel.: (212) 344-5400 (x 324)
jwurtzel@schlamstone.com

**SCHLAM STONE & DOLAN LLP**
CommercialDivisionBlog.com

This e-mail, including all attachments, is for the use of the intended recipients only.  It may contain legally privileged or confidential information.  If you are not the intended recipient, please permanently delete this message and all copies or printouts, and please notify me immediately.

**From:** Tyler Swensen <TylerS@wb-law.com>
**Sent:** Wednesday, May 15, 2019 8:27 PM
**To:** Joshua Wurtzel <jwurtzel@schlamstone.com>; Victoria Stevens <VictoriaS@wb-law.com>
**Cc:** Henk Taylor <HTaylor@rrulaw.com>; Dennis Wilenchik <diw@wb-law.com>; Chase Turrentine <chaset@wb-law.com>; Jeffrey M. Eilender <jeilender@schlamstone.com>; Bradley J. Nash <bnash@schlamstone.com>; lbeus@beusgilbert.com; Wendy Echols <WendyE@wb-law.com>; Hilary Myers <HilaryM@wb-law.com>; 'Wyo Tech adv Wells Fargo' <e57659d03+matter1136246401@maildrop.clio.com>; Lisa Loftis <LisaL@wb-law.com>; Heather Zwick <heatherz@wb-law.com>
**Subject:** RE: Wells Fargo Bank, N.A. v. Wyo Tech Investment Group LLC (2:17-cv-04140-DWL

Josh,
Here are two additional documents we located related to payments received from Wyo Tech or Inductance.  We do not have copies of any checks received from those entities, but those checks should be included as part of Wyo Tech's responses to discovery requests that we are working to complete.  With respect to those documents, you have not responded to my prior email about the proposed Protective Order.  Please let us know whether you will stipulate to the latest version we sent to you or if we will need to bring that dispute to the Court's attention.  Until a Protective Order is in place we cannot advise our client to produce any documents.  Therefore, please respond as soon as possible.  Thanks.

Tyler Swensen
Attorney At Law



TylerS@wb-law.com

The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
P 602-606-2810 | F 602-606-2811

www.wb-law.com

----------------------------

ATTORNEY/CLIENT COMMUNICATION

The information transmitted by this e-mail is intended only for the addressee and may contain confidential and/or privileged material.  Any interception, review, retransmission, dissemination or other use of this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability.  If you received this communication in error, please contact us immediately at (602) 606-2810, and delete the communication from any computer or network system.

----------------------------

**From:** Joshua Wurtzel <jwurtzel@schlamstone.com>
**Sent:** Tuesday, May 14, 2019 10:09 PM
**To:** Victoria Stevens <VictoriaS@wb-law.com>; Tyler Swensen <TylerS@wb-law.com>
**Cc:** Henk Taylor <HTaylor@rrulaw.com>; Dennis Wilenchik <diw@wb-law.com>; Chase Turrentine <chaset@wb-law.com>; Jeffrey M. Eilender <jeilender@schlamstone.com>; Bradley J. Nash <bnash@schlamstone.com>; lbeus@beusgilbert.com; Wendy Echols <WendyE@wb-law.com>; Hilary Myers <HilaryM@wb-law.com>; 'Wyo Tech adv Wells Fargo' <e57659d03+matter1136246401@maildrop.clio.com>; Lisa Loftis <LisaL@wb-law.com>; Heather Zwick <heatherz@wb-law.com>
**Subject:** RE: Wells Fargo Bank, N.A. v. Wyo Tech Investment Group LLC (2:17-cv-04140-DWL

Counsel,

This production is insufficient and incomplete.

As a threshold matter, you did not produce documents showing which matters and clients each payment was for. The receipts you produced don't show this in any way, and most of the bills you produced do not show what particular matter and what particular client(s) each payment was for.

More importantly, however, based on other documents we have, we know that you withheld documents showing other payments to your and Beus Gilbert's firm from Wyo Tech or Inductance. Thus, contrary to your representations that this production includes documents showing all payments to W&B and Beus Gilbert from January 1, 2016 through present, we know there are several other payments that are not represented in this production. And if there are several missing payments that we know about, there are presumably others that we do not know about—and will thus be prejudiced if we do not have.

As I said earlier and yesterday, we accept your representation that you tried to serve your written responses to the subpoenas on April 26 (but didn't). But given that you did not even attempt to produce concededly-relevant documents with those responses—and then withheld documents in the production you made tonight, despite representing that this was everything—we will amend, but not withdraw, the contempt motion.

Joshua Wurtzel
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
Tel.: (212) 344-5400 (x 324)

jwurtzel@schlamstone.com

## SCHLAM STONE & DOLAN LLP
CommercialDivisionBlog.com

This e-mail, including all attachments, is for the use of the intended recipients only.  It may contain legally privileged or confidential information.  If you are not the intended recipient, please permanently delete this message and all copies or printouts, and please notify me immediately.

**From:** Victoria Stevens <VictoriaS@wb-law.com>
**Sent:** Tuesday, May 14, 2019 9:00 PM
**To:** Tyler Swensen <TylerS@wb-law.com>; Joshua Wurtzel <jwurtzel@schlamstone.com>
**Cc:** Henk Taylor <HTaylor@rrulaw.com>; Dennis Wilenchik <diw@wb-law.com>; Chase Turrentine <chaset@wb-law.com>; Jeffrey M. Eilender <jeilender@schlamstone.com>; Bradley J. Nash <bnash@schlamstone.com>; lbeus@beusgilbert.com; Wendy Echols <WendyE@wb-law.com>; Hilary Myers <HilaryM@wb-law.com>; 'Wyo Tech adv Wells Fargo' <e57659d03+matter1136246401@maildrop.clio.com>; Lisa Loftis <LisaL@wb-law.com>; Heather Zwick <heatherz@wb-law.com>
**Subject:** RE: Wells Fargo Bank, N.A. v. Wyo Tech Investment Group LLC (2:17-cv-04140-DWL
**Importance:** High

Please find attached W&B's documents supplemental to its 04-26-19 Response to CWT's Subpoena.  These documents reflect all payments received by W&B from Inductance and Wyo Tech, which funds have been used to pay Invoices on behalf of Wyo Tech, Inductance, and Danzik Applied Sciences, LLC.



Victoria Stevens
Senior Paralegal
VictoriaS@wb-law.com

The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
P 602-606-2810 | F 602-606-2811

www.wb-law.com

---------------------------

ATTORNEY/CLIENT COMMUNICATION

The information transmitted by this e-mail is intended only for the addressee and may contain confidential and/or privileged material.  Any interception, review, retransmission, dissemination or other use of this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability.  If you received this communication in error, please contact us immediately at (602) 606-2810, and delete the communication from any computer or network system.

---------------------------

**From:** Tyler Swensen <TylerS@wb-law.com>
**Sent:** Tuesday, May 14, 2019 5:07 PM
**To:** Joshua Wurtzel <jwurtzel@schlamstone.com>
**Cc:** Henk Taylor <HTaylor@rrulaw.com>; admin <admin@wb-law.com>; Dennis Wilenchik <diw@wb-law.com>; Chase Turrentine <chaset@wb-law.com>; Victoria Stevens <VictoriaS@wb-law.com>; Jeffrey M. Eilender <jeilender@schlamstone.com>; Bradley J. Nash <bnash@schlamstone.com>; lbeus@beusgilbert.com
**Subject:** Re: Wells Fargo Bank, N.A. v. Wyo Tech Investment Group LLC (2:17-cv-04140-DWL

It appears my estimate was overly optimistic.  It will likely take until about 7:00 PM MST to get the documents finalized and forwarded to you.

Sent via the Samsung Galaxy S8, an AT&T 5G Evolution capable smartphone

-------- Original message --------
From: Joshua Wurtzel <jwurtzel@schlamstone.com>
Date: 5/14/19 4:10 PM (GMT-07:00)
To: Tyler Swensen <TylerS@wb-law.com>
Cc: Henk Taylor <HTaylor@rrulaw.com>, admin <admin@wb-law.com>, Dennis Wilenchik <diw@wb-law.com>, Chase Turrentine <chaset@wb-law.com>, Victoria Stevens <VictoriaS@wb-law.com>, "Jeffrey M. Eilender" <jeilender@schlamstone.com>, "Bradley J. Nash" <bnash@schlamstone.com>, lbeus@beusgilbert.com
Subject: RE: Wells Fargo Bank, N.A. v. Wyo Tech Investment Group LLC (2:17-cv-04140-DWL

Tyler,

Though I will—as I said I would do—accept your representation that you intended to serve these responses on April 26, you have now admitted that you have responsive documents that you did not even try to produce—and thus deliberately withheld—on April 26, and through present. And despite your claim four hours ago that you were "compiling those invoices right now," we still don't have those documents.

Nor can you claim that your failure to produce these documents was not in knowing violation of the court's order, since you were not permitted to unilaterally limit the time frame for which you would produce responsive documents when the subpoena called for the production of documents through the date of production and the court order said to produce all documents requested by the subpoena. And this limiting is even more problematic, since you limited the date range to a time that (according to you) would allow you to say you had no documents—though by your own admission, responsive documents exist outside this time frame.

This all being said, when will all documents responsive to the subpoena be produced? Please produce them right away, and after we review, we will let you know what we will do about the motion.

Joshua Wurtzel
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
Tel.: (212) 344-5400 (x 324)
jwurtzel@schlamstone.com

**SCHLAM STONE & DOLAN LLP**
CommercialDivisionBlog.com

This e-mail, including all attachments, is for the use of the intended recipients only.  It may contain legally privileged or confidential information.  If you are not the intended recipient, please permanently delete this message and all copies or printouts, and please notify me immediately.

---

**From:** Tyler Swensen <TylerS@wb-law.com>
**Sent:** Tuesday, May 14, 2019 3:08 PM
**To:** Joshua Wurtzel <jwurtzel@schlamstone.com>
**Cc:** Henk Taylor <HTaylor@rrulaw.com>; admin <admin@wb-law.com>; Dennis Wilenchik <diw@wb-law.com>; Chase Turrentine <chaset@wb-law.com>; Victoria Stevens <VictoriaS@wb-law.com>; Jeffrey M. Eilender <jeilender@schlamstone.com>; Bradley J. Nash <bnash@schlamstone.com>; lbeus@beusgilbert.com
**Subject:** RE: Wells Fargo Bank, N.A. v. Wyo Tech Investment Group LLC (2:17-cv-04140-DWL

Josh,

I can confirm that Beus Gilbert has not received any payments from either WYO Tech or Inductance at any time. It is also my understanding that W&B did not receive any payments from either Inductance or WYO Tech prior to October 2017, as stated in the Response to SDT. W&B has obviously received payments from WYO Tech to pay for our representation of it in this lawsuit and W&B may have also received some payments from WYO Tech or Inductance related to other matters since October 2017. While we maintain that those post-October 2017 payments are entirely irrelevant to any issue in this case, we understand—but disagree with—your argument that Judge Lanza's ruling opened the door to discovery of all such payments. Without waiving our objections, we will agree to provide copies of invoices relating to any such payments and we are compiling those invoices right now. In exchange for that concession, we again request that you withdraw your Motion for OSC.



www.wb-law.com

Tyler Swensen
Attorney At Law
TylerS@wb-law.com

The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
P 602-606-2810 | F 602-606-2811

---------------------------

ATTORNEY/CLIENT COMMUNICATION

The information transmitted by this e-mail is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, dissemination or other use of this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at (602) 606-2810, and delete the communication from any computer or network system.

---------------------------

**From:** Joshua Wurtzel <jwurtzel@schlamstone.com>
**Sent:** Tuesday, May 14, 2019 8:39 AM
**To:** Tyler Swensen <TylerS@wb-law.com>
**Cc:** Henk Taylor <HTaylor@rrulaw.com>; admin <admin@wb-law.com>; Dennis Wilenchik <diw@wb-law.com>; Chase Turrentine <chaset@wb-law.com>; Victoria Stevens <VictoriaS@wb-law.com>; Jeffrey M. Eilender <jeilender@schlamstone.com>; Bradley J. Nash <bnash@schlamstone.com>; lbeus@beusgilbert.com
**Subject:** Re: Wells Fargo Bank, N.A. v. Wyo Tech Investment Group LLC (2:17-cv-04140-DWL

Please confirm below so we can decide what to do. Thanks.

Joshua Wurtzel
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
Main: (212) 344-5400 (x 324)
jwurtzel@schlamstone.com

**SCHLAM STONE & DOLAN LLP**
CommercialDivisionBlog.com

This e-mail, including all attachments, is for the use of the intended recipients only.  It may contain legally privileged or confidential information.  If you are not the intended recipient, please permanently delete this message and all copies or printouts, and please notify me immediately.

On May 13, 2019, at 11:50 PM, Joshua Wurtzel <jwurtzel@schlamstone.com> wrote:

> Tyler,
>
> We have searched our e-mails, and we don't have incoming e-mails from anyone at your firm sending these responses. Nor did Mr. Taylor nor we get them in the mail. That being said, I will accept your representation as an officer of the court that your firm thought it sent these responses out on April 26.
>
> Concerning the time period to which you and Beus Gilbert limited your responses, the court's April 9 order states that Wilenchik and Beus Gilbert must "produce the documents requested by the subpoenas." And the subpoenas requested documents from January 1, 2016 through the date of production—not through the date the restraining notice was served. Indeed, as you know, one of our theories is that Danzik started using Inductance—which was formed using Wyo Tech funds—to pay his personal expenses after we served the restraining notice on Wyo Tech, and that this shows that Danzik has an interest in Wyo Tech's funds, since Inductance was merely a continuation of Wyo Tech after we served the restraining notice. And as you also know, limiting your responses to the date we served the restraining notice is improper, because the court rejected Wyo Tech's argument that only the CWT Parties' knowledge at the time the restraining notice was served is relevant. This all being said, is it your representation that neither Wilenchik nor Beus Gilbert has any documents responsive to any of the requests in the subpoenas in its possession, custody, or control for the full time period requested in the subpoenas—January 1, 2016 through the date of production (April 26, 2019)? Please confirm.
>
> Joshua Wurtzel
> Schlam Stone & Dolan LLP
> 26 Broadway
> New York, NY 10004
> Tel.: (212) 344-5400 (x 324)
> jwurtzel@schlamstone.com
>
> <image001.png>
> CommercialDivisionBlog.com
>
> This e-mail, including all attachments, is for the use of the intended recipients only.  It may contain legally privileged or confidential information.  If you are not the intended recipient, please permanently delete this message and all copies or printouts, and please notify me immediately.
>
> ---
>
> **From:** Tyler Swensen <TylerS@wb-law.com>
> **Sent:** Monday, May 13, 2019 7:21 PM
> **To:** Joshua Wurtzel <jwurtzel@schlamstone.com>
> **Cc:** Henk Taylor <HTaylor@rrulaw.com>; admin <admin@wb-law.com>; Dennis Wilenchik <diw@wb-law.com>; Chase Turrentine <chaset@wb-law.com>; Victoria Stevens <VictoriaS@wb-law.com>; Jeffrey M. Eilender <jeilender@schlamstone.com>; Bradley J. Nash <bnash@schlamstone.com>; lbeus@beusgilbert.com
> **Subject:** RE: Wells Fargo Bank, N.A. v. Wyo Tech Investment Group LLC (2:17-cv-04140-DWL

We have located two emails from Ms. Stevens, the paralegal who signed the mailing certificate, sent at 6:57 p.m. and 8:23 p.m. on April 26, 2019, in which she states that the Responses had been sent out.  She also remembers preparing envelopes for mailing the Responses.  However, we cannot find any outgoing email from April 26, 2019, to you and your co-counsel with the Responses attached.  It is unclear to us what happened.  Apparently, Ms. Stevens either failed to actually send you an email with the Responses, or she hit send and our email server dropped the ball, which has happened before.  In any event, as you can see if you look at the "Properties" of the two .pdf files I forwarded to you just now, they were finalized at around 6:30 p.m. on April 26, 2019.   Based on Ms. Stevens' emails confirming that they had gone out, we assumed that you received those Responses since we did not hear anything from you about it until we received your Motion for OSC.  If you have simply called and told us you never received any Responses, we would have re-sent them and this situation could have been averted and defused without the need for filing anything with the Court.

www.wb-law.com

Tyler Swensen
Attorney At Law
TylerS@wb-law.com

The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
P 602-606-2810 | F 602-606-2811

---------------------------

ATTORNEY/CLIENT COMMUNICATION

The information transmitted by this e-mail is intended only for the addressee and may contain confidential and/or privileged material.  Any interception, review, retransmission, dissemination or other use of this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability.  If you received this communication in error, please contact us immediately at (602) 606-2810, and delete the communication from any computer or network system.

---------------------------

**From:** Joshua Wurtzel <jwurtzel@schlamstone.com>
**Sent:** Monday, May 13, 2019 3:56 PM
**To:** Tyler Swensen <TylerS@wb-law.com>
**Cc:** Henk Taylor <HTaylor@rrulaw.com>; admin <admin@wb-law.com>; Dennis Wilenchik <diw@wb-law.com>; Chase Turrentine <chaset@wb-law.com>; Victoria Stevens <VictoriaS@wb-law.com>; Jeffrey M. Eilender <jeilender@schlamstone.com>; Bradley J. Nash <bnash@schlamstone.com>; lbeus@beusgilbert.com
**Subject:** Re: Wells Fargo Bank, N.A. v. Wyo Tech Investment Group LLC (2:17-cv-04140-DWL

Were these responses emailed? Please forward the email or other proof of service.

Joshua Wurtzel
Schlam Stone & Dolan LLP

26 Broadway
New York, NY 10004
Tel.: (212) 344-5400 (x 324)
jwurtzel@schlamstone.com

**SCHLAM STONE & DOLAN LLP**
CommercialDivisionBlog.com

On May 13, 2019, at 6:51 PM, Tyler Swensen <TylerS@wb-law.com> wrote:

Henk and Josh,

We have reviewed your Motion for Order to Show Cause and demand that you withdraw it immediately. Your contention that Wilenchik & Bartness and Beus Gilbert have somehow flouted the Court's directives is blatantly false. We sent you responses to the subpoenas in question on April 26, 2019, (see attached), in which both firms honestly responded that they have no documents responsive to your requests. Before you argue that those responses were limited to a time frame different than that set forth in the subpoenas, you should know that neither firm has any documents responsive to your requests at all. Therefore, if the Motion is not immediately withdrawn and we are forced to respond to it, we will be seeking sanctions against you and your firms.

www.wb-law.com

Tyler Swensen
Attorney At Law
TylerS@wb-law.com

The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
P 602-606-2810 | F 602-606-2811

---------------------------

ATTORNEY/CLIENT COMMUNICATION

The information transmitted by this e-mail is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, dissemination or other use of this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at (602) 606-2810, and delete the communication from any computer or network system.

---------------------------

**From:** Henk Taylor <HTaylor@rrulaw.com>
**Sent:** Monday, May 13, 2019 1:47 PM
**To:** lanza_chambers@azd.uscourts.gov
**Cc:** admin <admin@wb-law.com>; Dennis Wilenchik <diw@wb-law.com>; Chase Turrentine <chaset@wb-law.com>; Tyler Swensen <TylerS@wb-law.com>; Victoria Stevens <VictoriaS@wb-law.com>; Joshua Wurtzel <jwurtzel@schlamstone.com>; Jeffrey M. Eilender <jeilender@schlamstone.com>; Bradley J. Nash <bnash@schlamstone.com>;

lbeus@beusgilbert.com
**Subject:** Wells Fargo Bank, N.A. v. Wyo Tech Investment Group LLC (2:17-cv-04140-DWL

To Judge Lanza's Chambers:

Attached are the following documents filed in the referenced case today:

1. Motion for Order to Show Cause; and
2. Declaration of Joshua Wurtzel.

Also attached in Word format is a form or order granting the Motion.

J. Henk Taylor
**RYAN RAPP & UNDERWOOD, PLC**
3200 North Central Avenue
Suite 2250
Phoenix, Arizona 85012-2424
Phone: 602.280.1000
Direct Dial:  602.707.1480
General Fax: 602.265.1495
htaylor@rrulaw.com
www.rrulaw.com

WARNING: This email originated outside of WB-Law.com. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

<04-26-19 Response to BG SDT.pdf>

<04-26-19 Response to WB SDT.pdf>

WARNING: This email originated outside of WB-Law.com. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

WARNING: This email originated outside of WB-Law.com. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.
WARNING: This email originated outside of WB-Law.com. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.
WARNING: This email originated outside of WB-Law.com. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.