# EXHIBIT I



WB000001



August, 2018

| Date | Transaction | Fee Income | | Misc Income | | Total | |
|------|-------------|------------|---|-------------|---|-------|---|
| | | | | | | | |

| 13 | Wyo | 2500000 | | | | | |

Redacted

Redacted

WB000004



WB000005



| 5/14/2019 | WILENCHIK & BARTNESS, PC | |
| 11:50 AM | A/R Transaction Listing | Page  1 |

### Selection Criteria

| Clie.Selection | Include: WYOTECH/WELLS FARGO |
| A/R.Classification | Open |

'B' for Billed.  'P' for Posted.

| ID | Type | Client | Total |
| | Date  Invoice # | Check Number | |

**Redacted**

| 43250 | PAY | B  WYOTECH/WELLS FARGO | (25000.00) |
| | 8/31/2018  G:142801 | | |
| | Payment - thank you | | |

**Redacted**

WB000007

| | | | |
|---|---|---|---|
| 5/14/2019 | | WILENCHIK & BARTNESS, PC | |
| 11:50 AM | | A/R Transaction Listing | Page    2 |

| ID | Type | Client | |
|---|---|---|---|
| | Date Invoice # | Check Number | Total |
| 45091 | PAY | B WYOTECH/WELLS FARGO | (20737.50) |
| | 2/28/2019 G:143815 | | |
| | | Payment from account | |
| | | Funds Account :WYOTECH. | |

Redacted

| 45342 | PAY | B WYOTECH/WELLS FARGO | (6149.17) |
|---|---|---|---|
| | 3/31/2019 G:143979 | | |
| | | Payment from account | |
| | | Funds Account :WYOTECH. | |

Redacted

Grand Total

Redacted

Payment                                                                                                                          (51886.67)

Redacted

WB000008

| 5/14/2019 | WILENCHIK & BARTNESS, PC | |
| 11:46 AM | Funds Transaction Listing | Page 1 |

## Selection Criteria

| Clie.Selection | Include: DANZIK/ADV CWT |
| Fnds.Classification | Open |

'B' for Billed.  'P' for Posted.

| ID | Type | Client | | Total |
| Date/Chk # | Invoice # | Account Name | | |

**Redacted**

| 1448 | PAYT | B DANZIK/ADV CWT | Inductance | 100000.00 |
| 12/15/2017 | G:141338 | DANZIK | | |
| | Payment to account | | | |
| 1455 | PAYT | B DANZIK/ADV CWT | Inductance | 100000.00 |
| 1/22/2018 | G:141627 | DANZIK | | |
| | Payment to account | | | |

**Redacted**

| 5/14/2019 11:46 AM | | | WILENCHIK & BARTNESS, PC Funds Transaction Listing | | Page 2 |
|---|---|---|---|---|---|

| ID Date/Chk # | Type Invoice # | | Client Account Name | | Total |
|---|---|---|---|---|---|
| 1543 6/22/2018 | PAYT G:142360 Payment to account | B | DANZIK/ADV CWT DANZIK | Redacted | 100000.00 |
| 1554 7/9/2018 | PAYF G:142360 Payment from account | B | DANZIK/ADV CWT DANZIK | | (36168.56) |
| 1567 8/31/2018 | PAYF G:142699 Payment from account | B | DANZIK/ADV CWT DANZIK | | (53067.56) |
| 1614 11/30/2018 | PAYF G:143204 Payment from account | B | DANZIK/ADV CWT DANZIK | | (18756.28) |
| 1659 2/28/2019 | PAYF G:143816 Payment from account | B | DANZIK/ADV CWT DANZIK | | (7090.47) |
| 1667 3/31/2019 | PAYF G:143977 Payment from account | B | DANZIK/ADV CWT DANZIK | | (788.80) |

Grand Total
   Payment From Account                       (263496.02)
   Payment To Account                            421800.00
   Withdrawal                                       (12623.73)

5/14/2019                  **WILENCHIK & BARTNESS, PC**  
11:47 AM                    Funds Transaction Listing            Page   1

### Selection Criteria

Clie.Selection       Include: WYOTECH/WELLS FARGO  
Fnds.Classification    Open

'B' for Billed.  'P' for Posted.

| ID | Type | Client | Total |
|---|---|---|---|
| Date/Chk # | Invoice # | Account Name | |
| 1584 | PAYT | B WYOTECH/WELLS FARGO | 100000.00 |
| 9/17/2018 | G:142973 | WYOTECH | |
| | Payment to account | | |
| 1631 | PAYT | B WYOTECH/WELLS FARGO | 100000.00 |
| 1/14/2019 | G:143815 | WYOTECH | |
| | Payment to account | | |
| 1658 | PAYF | B WYOTECH/WELLS FARGO | (20737.50) |
| 2/28/2019 | G:143815 | WYOTECH | |
| | Payment from account | | |
| 1665 | PAYF | B WYOTECH/WELLS FARGO | (6149.17) |
| 3/31/2019 | G:143979 | WYOTECH | |
| | Payment from account | | |
| 1666 | WITH | B WYOTECH/WELLS FARGO | (3400.00) |
| 3/31/2019 | G:143979 | WYOTECH | |
| | Withdrawal from account - Payment applied to IEC | | |

Grand Total  
    Payment From Account                                          (26886.67)  
    Payment To Account                                               200000.00  
    Withdrawal                                                            (3400.00)

WB000011