# EXHIBIT J

October, 2017

| | | Initials | Date |
|---|---|---|---|
| Prepared By | | | |
| Approved By | | | |

| Date | Transaction | Fee Income | | Misc Income | | Total | |
|------|-------------|------------|---|-------------|---|-------|---|
| | | | | | | | |
| 1031 | Danzik | 1000000 | Redacted | | | | |
| 1031 | | | | | | | |

Redacted

Redacted

Redacted

WB00000011

| 5/15/2019 | WILENCHIK & BARTNESS, PC | |
|---|---|---|
| 3:36 PM | A/R Transaction Listing | Page    1 |

Selection Criteria

Clie.Selection    Include: BRIDGES/CWT
A/R.Classification    Open

'B' for Billed.  'P' for Posted.

| ID | Type | Client | Total |
|---|---|---|---|
| | Date  Invoice # | Check Number | |

**Redacted**

| 39710 | PAY | B  BRIDGES/CWT | (10000.00) |
| | 7/31/2017  G:140509 | | |
| | | Payment - thank you | |

**Redacted**

| 39998 | PAY | B  BRIDGES/CWT | (290.31) |
| | 8/31/2017  G:140679 | | |
| | | Payment - thank you | |

**Redacted**

| 40276 | PAY | B  BRIDGES/CWT | (17676.93) |
| | 9/30/2017  G:140862 | | |
| | | Payment - thank you | |

WB00000012

| | | | | |
|---|---|---|---|---|
| 5/15/2019 | | WILENCHIK & BARTNESS, PC | | |
| 3:36 PM | | A/R Transaction Listing | | Page    2 |

| ID | Type | Client | | Total |
|---|---|---|---|---|
| Date | Invoice # | Check Number | | |

**Redacted**

| 40499 | PAY | B BRIDGES/CWT | | (4573.09) |
|---|---|---|---|---|
| 10/31/2017 | I:55062 | | | |
| | Payment - thank you | | | |

Grand Total

Redacted

Payment                                                                 (32540.33)

WB00000013