# EXHIBIT K




Account: ■■■9245 Check#:1348 Amount:$20,000.00 Sequence:500148780 Deposited Account:■■■0463
Date:03/15/2018 CaptureSequence:0