# EXHIBIT L

**WYO TECH INVESTMENT GROUP LLC**
14747 N NORTHSIGHT BLVD STE 111
SCOTTSDALE, AZ 85260-2833

2036
91-527/1221 359

MAY 22 2017

PAY TO THE ORDER OF: WILENCHIK & BARTNESS    $10,000.00

TEN THOUSAND ———————— DOLLARS

Wells Fargo Bank, N.A.
Arizona
wellsfargo.com

⑈122105278⑈  ⬛⬛⬛⬛2809⑈  02036

| | | | |
|---|---|---|---|
| **Capture Date** | 20170525 | **Optional Field 6** | 0 |
| **Sequence Number** | 300430389 | **Amount** | $10,000.00 |
| **Serial Number** | 0 | **Routing Number** | 122105278 |
| **Account Number** | ⬛⬛2809 | **Transaction Code** | 2036 |

05/25/2017 11:02:30 AM  833 0000301 0MEG8 4534 300430389 0 20



WB00090