# EXHIBIT M

 

Account: 9245 Check#:1398 Amount:$100,000.00 Sequence:500107745 Deposited Account: 0900
Date:04/18/2018 CaptureSequence:0




Account: 9245 Check#:1641 Amount:$100,000.00 Sequence:500199755 Deposited Account: 0900
Date:09/24/2018 CaptureSequence:0