# EXHIBIT B

Dennis I. Wilenchik, #005350
**WILENCHIK & BARTNESS PC**
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
admin@wb-law.com

Leo R. Beus, #002687
**BEUS GILBERT PLLC**
701 North 44th Street
Phoenix, Arizona 85008
lbeus@beusgilbert.com
*Attorneys for Wyo Tech Investment Group, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **Wells Fargo Bank, N.A.,**<br><br>Plaintiff,<br>v.<br>**WYO TECH Investment Group, LLC; CWT Canada II Limited Partnership; Resources Recovery Corporation; and Jean Noelting,**<br><br>Defendants. | Case No.: 2:17-CV-04140-DWL<br><br>**SUPPLEMENTAL RESPONSE TO SUBPOENA TO PRODUCE DOCUMENTS SERVED ON WILENCHIK & BARTNESS, P.C.** |
| **WYO TECH Investment Group, LLC,**<br><br>Cross-Claimant,<br>v.<br>**CWT Canada II Limited Partnership, Resources Recovery Corporation, and Jean Noelting,**<br>Cross-Claim Defendants. | |
| **WYO TECH Investment Group, LLC,**<br><br>Third Party Plaintiff,<br>v.<br>**Schlam Stone & Dolan, LLC, a New York Limited Liability Partnership; and Jeffrey M. Eilender,**<br>Third Party Defendants. | |

Wilenchik & Bartness, P.C. ("W&B"), hereby responds to the subpoena served on it by

CWT Canada II Limited Partnership ("CWT") in the above-captioned action.

**PREFATORY STATEMENT**

The responses set forth herein are based upon information currently known to W&B, which reserves the right to supplement, amend or clarify any of its responses or objections as permitted by the Federal Rules of Civil Procedure.

**DOCUMENTS TO BE PRODUCED**

1. Documents sufficient to show all payments—including date, amount, and source account—made to You by Wyo Tech.

**RESPONSE: See WYOTECH00004629 and WYO00004634; see also, WB000004, WB000009 and WB000011.**

2. Documents sufficient to show all payments—including date, amount, and source account—made to You by Inductance.

**RESPONSE: See WYOTECH00004631, WYOTECH00004632, WYOTECH00004633, WYOTECH00004634 and WYOTECH00004635; see also, WB000001, WB000002, WB000004 and WB000005, WB000009 and WB000011.**

3. Documents sufficient to show the client(s) on whose behalf the payments in Request Nos. 1 and 2 above were made.

**RESPONSE:**

**See WB000003, WB000006, WB000007, WB000009, WB000011, WB00000011, WB WB00000012. (To be supplemented with invoices).**

4. Documents sufficient to show the matter(s) for which the payments in Request Nos. 1 and 2 above were made.

**RESPONSE: See WB000003, WB000006, WB000007, WB000009, WB000011, WB00000011, WB00000012. (To be supplemented with invoices).**

1

1 **DATED** this May 17, 2019.

2 Pursuant to 28 U.S.C § 1746, I verify under penalty of perjury that the foregoing
3 supplemental responses to the subpoena issued by CWT are true and correct.

**WILENCHIK & BARTNESS, P.C.**

_____
Dennis I. Wilenchik, Esq.
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
admin@wb-law.com

Emailed May 17, 2019, to:

J. Henk Taylor
RYAN RAPP & UNDERWOOD, P.L.C.
3200 N. Central Ave, Suite 2250
Phoenix, Arizona 85012
htaylor@rrulaw.com
*Attorneys for Defendants CWT Canada II Limited Partnership,*
*Resource Recovery Corporation, and Jean Noelting*

Jeffrey M. Eilender
Bradley J. Nash
Joshua Wurtzel
SCHLAM STONE & DOLAN LLP
26 Broadway
New York, New York 10004
jeilender@schlamstone.com
bnash@schlamstone.com
jwurtzel@schlamstone.com
*Pro Hac Vice attorneys for Defendants CWT Canada II Limited Partnership,*
*Resource Recovery Corporation, and Jean Noelting*

*/s/ Victoria M. Stevens*

3