# EXHIBIT D

## Danzik Retainer

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES   G7208 GREEN

| | Date | Trans | Dep | With | Total |
|---|---|---|---|---|---|
| 1 | 1/29 | Ret Rec'd | 1000000 | | 1000000 |
| 2 | 1/3 | " " | 180000 | | |
| 3 | 1/3 | " " | 1000000 | | 2180000 |
| 4 | 12/15 | " " | 10000000 | | 12180000 |
| 5 | 1/23 | Ret Rec'd | 10000000 | | 22180000 |
| 6 | 2/13 | Pay W+B | | 7622933 | |
| 7 | 2/28 | Pay W+B | | 29922272 | 11574795 |
| 8 | 4/10 | Ret Rec'd | 10000000 | | 21574795 |
| 9 | 4/30 | Pay W+B | | 5419603 | 16155192 |
| 10 | 6/22 | Ret Rec'd | 10000000 | | 26155192 |
| 11 | 6/30 | Pay W+B | | 3616856 | 22538336 |
| 12 | 8/31 | Pay W+B | | 5306756 | 17231580 |
| 13 | 11/30 | Pay W+B | | 1875628 | 15355952 |
| 14 | 2/28 | Pay W+B | | 709047 | 14646905 |
| 15 | 3/31 | Pay W+B | | 78880 | 14568025 |

2017
2018

ENTRIES ON THIS SIDE
USE CARBON PAPER FROM BACK
OF PAD TO MAKE COPIES OF

**DEPOSIT RECORD COPY**

**WILENCHIK & BARTNESS PC**
2810 N 3RD ST.
PHOENIX, AZ 85004-1011

NORTHERN TRUST, NA

Ⓝ **Northern Trust**

11/29/16

DATE
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COIN | | |
| CHECKS LIST EACH SEPARATELY | | |
| Redacted | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| TOTAL FROM OTHER SIDE OR ATTACHED LIST | | |
| PLEASE RE-ENTER TOTAL HERE | | |

Checks and other items are received for deposit subject to the provisions of the Uniform Commercial Code or any applicable collection agreement.

IMPORTANT:
Inspect deposit tickets
before using

CONFIDENTIAL

WB000283

DEPOSIT RECORD COPY

**WILENCHIK & BARTNESS PC**
2810 N 3RD ST.
PHOENIX, AZ 85004-1011

NORTHERN TRUST, NA

Northern Trust

DATE _____ 1/3/17
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COIN | | |
| CHECKS LIST EACH SEPARATELY | | |
| 1  Jan 21K | 10,000 | 00 |
| 2  Jan 21K | 1,800 | 00 |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| TOTAL FROM OTHER SIDE OR ATTACHED LIST | | |
| PLEASE RE-ENTER TOTAL HERE | | |

Checks and other items are received for deposit subject to the provisions of the Uniform Commercial Code or any applicable collection agreement.

CONFIDENTIAL

WB000285

DEPOSIT TICKET
DEPOSIT RECORD COPY

NORTHERN TRUST
THE NORTHERN TRUST COMPANY

DATE _____

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COIN | | |
| LIST EACH CHECK | | |

Redacted

WILENCHIK & BARTNESS
ARIZONA FLSE TRUST ACCOUNT
2810 NORTH THIRD STREET
PHOENIX AZ  85004

| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |

PLEASE BE SURE ALL ITEMS
ARE PROPERLY ENDORSED.
DEPOSITS MAY NOT BE AVAILABLE
FOR IMMEDIATE WITHDRAWAL.

TOTAL ITEMS

91-521/1221



WILENCHIK & BARTNESS PC
THE WILENCHIK & BARTNESS BUILDING
2810 N. 3RD ST.
PHOENIX, AZ  85004

91-521/1221

4230621

CONFIDENTIAL

WB000303

February, 2017

| | | Initials | Date |
|---|---|---|---|
| Prepared By | | | |
| Approved By | | | |

ON JONES      G7206 GREEN

| te | Transaction | Fee Income | | Misc Income | | Total | | |
|----|-------------|------------|---|-------------|---|-------|---|---|
| 13 | | | | | | | | |
| 14 | | | | | | | | |
| 17 | | | | | | | | |

Redacted

| Danzik | | | 500000 | | | | |

Redacted

| 17 | |
| 24 | |
| 27 | |
| 28 | |

CONFIDENTIAL

WB000305

DEPOSIT TICKET
DEPOSIT RECORD COPY

NORTHERN TRUST BANK, N.A.

**Northern Trust**

DATE 4/16/17

CURRENCY

COIN

LIST

| | DOLLARS | CENTS |
|---|---|---|
| 1 | 3,602 | 24 |
| 2 | 1,720 | 75 |
| 3 | 170 | 00 |
| 4 | 4,493 | 76 |
| 5 | 1,000 | 00 |
| 6 | 15,023 | 70 |
| 7 | 166 | 30 |
| 8 | 1,965 | 00 |
| 9 | 96,236 | 25 |
| 10 | 821 | 65 |
| 11 | 5,000 | 00 |

WILENCHIK & BARTNESS PC
THE WILENCHIK & BARTNESS BUILDING
2810 N. 3RD ST.
PHOENIX, AZ 85004

130 329 88

91-521/1221

TOTAL
ITEMS



March, 2017

| | | Initials | Date |
|---|---|---|---|
| Prepared By | | | |
| Approved By | | | |

ON JONES          G7206 GREEN

| te | Transaction | Fee Income | | Misc Income | | Total | | |
|---|---|---|---|---|---|---|---|---|

Redacted

Danzik        100,000

Redacted



April 2011

| | | Initials | Date |
|---|---|---|---|
| Prepared By | | | |
| Approved By | | | |

WILSON JONES        G7206 GREEN

| Date | Transaction | Fee Income | | Misc Income | | Total | |
|---|---|---|---|---|---|---|---|

4 17

**Redacted**

Danzik    1,500,000    + stop pay me...

**Redacted**

4 18
4 19
4 19
4 20
4 24
4 24

Danzik    1,500,000

**Redacted**

**Redacted**

34
35
36
37
38
39
40

Total

WB000307

CONFIDENTIAL

WB000308

DEPOSIT TICKET
DEPOSIT RECORD COPY

NORTHERN TRUST BANK, N.A.

Northern Trust

DATE 4/17/17

| CURRENCY | DOLLARS | CENTS |
|---|---|---|
| COIN | | |

| | |
|---|---|
| 1,948.83 | |
| 1,417.50 | |
| 2,000.00 | |
| 983.12 | |
| 73.50 | |
| 1,462.50 | |
| 176.32 | |
| 5,600.00 | |
| 4,977.42 | |
| 992.87 | |
| 3,283.03 | |
| 5,006.11 | |
| 1,273.48 | |
| 363.00 | |
| 432.50 | |
| 94.13 | |

WILENCHIK & BARTNESS PC
THE WILENCHIK & BARTNESS BUILDING
2810 N. 3RD ST.
PHOENIX, AZ 85004

4779330

91-521/1221

TOTAL ITEMS

WB000309



DEPOSIT TICKET
DEPOSIT RECORD COPY

NORTHERN TRUST BANK, N.A.
Northern Trust

DATE 4/24/17

CENTS
DOLLARS

CURRENCY
COIN
LIST EACH CHECK

1  23,649.17
2  15,000.00
3  144.92
4  483.00
5  30.50
6  54.50
7  10,887.51
8  2,464.26
9  875.87
10 5,043.38
11
12
13
14
15
16
17

$ 59 124 63

91-521/1221

TOTAL ITEMS

PLEASE BE SURE ALL ITEMS
ARE PROPERLY ENDORSED.

DEPOSITS MAY NOT BE AVAILABLE
FOR IMMEDIATE WITHDRAWAL.

PLEASE ENTER TOTAL

WILENCHIK & BARTNESS PC
THE WILENCHIK & BARTNESS BUILDING
2810 N. 3RD ST.
PHOENIX, AZ  85004

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT

CONFIDENTIAL



June, 2017

| | Prepared By | Initials |
|---|---|---|
| | Approved By | |

© WILSON JONES    G7206 GREEN

| Date | Transaction | Fee Income | | Misc Income | | Total | |
|---|---|---|---|---|---|---|---|

6 | 15

Redacted

Danzik    1,000,000

Redacted

WB000312



WB000313

WB000314



DEPOSIT TICKET
DEPOSIT RECORD COPY

Northern Trust
NORTHERN TRUST BANK, N.A.

DATE 1/12 7/10/17

CURRENCY | COIN | LIST EACH CHECK

| | DOLLARS | CENTS |
|---|---|---|
| 1 | 600 | 00 |
| 2 | 2,700 | 00 |
| 3 | 446 | 80 |
| 4 | 6,016 | 63 |
| 5 | 1,750 | 57 |
| 6 | 15,000 | 00 |
| 7 | 619 | 44 |
| 8 | 425 | 94 |
| 9 | 206 | 22 |
| 10 | 10,000 | 00 |
| 11 | 101 | 00 |
| 12 | 331 | 38 |
| 13 | 5,880 | 54 |
| 14 | 683 | 61 |
| 15 | 22 | 72 |
| 16 | 93 | 54 |
| 17 | 54 | 57 |
| $ | continued | |

91-521/1221

TOTAL ITEMS

PLEASE BE SURE ALL ITEMS
ARE PROPERLY ENDORSED.
DEPOSITS MAY NOT BE AVAILABLE
FOR IMMEDIATE WITHDRAWAL.

WILENCHIK & BARTNESS PC
THE WILENCHIK & BARTNESS BUILDING
2810 N. 3RD ST.
PHOENIX, AZ  85004



CONFIDENTIAL

WB000316

DEPOSIT TICKET
DEPOSIT RECORD COPY

Northern Trust
NORTHERN TRUST BANK, N.A.

DATE 8/14/17

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COIN | | |
| LIST EACH CHECK | 1 | 1,689 17 |
| | 2 | 1,994 44 |
| | 3 | 1,500 00 |
| | 4 | 450 00 |
| | 5 | 10,060 00 |
| | 6 | 5,735 57 |
| | 7 | 115 37 |
| | 8 | 336 1 |
| | 9 | 608 3 |
| | 10 | 3,000 00 |
| | 11 | 18,900 00 |
| | 12 | 228 4 |
| | 13 | 228 4 |
| | 14 | 685 36 |
| | 15 | 1,594 3 |
| | 16 | 3,282 6 |
| | 17 | 9 62 |

91-521/1221

TOTAL ITEMS

PLEASE BE SURE ALL ITEMS ARE PROPERLY ENDORSED.
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

$ Continued

**WILENCHIK & BARTNESS PC**
**THE WILENCHIK & BARTNESS BUILDING**
2810 N. 3RD ST.
PHOENIX, AZ 85004

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT.



September, 2017

| | | | Initials | Date |
|---|---|---|---|---|
| Prepared By | | | | |
| Approved By | | | | |

© WILSON JONES    G7206 GREEN

| Date | Transaction | Fee Income | Misc Income | Total | | |
|---|---|---|---|---|---|---|
| 1 | 9 11 | | | | | |
| 2 | | | | | | |
| 3 | 9 11 | | | | | |
| 4 | | | | | | |
| 5 | 9 11 | | | | | |
| 6 | | | | | | |
| 7 | 9 11 | | | | | |
| 8 | | | | | | |
| 9 | 9 14 | | | | | |
| 10 | | | | | | |
| 11 | 9 15 | | | | | |
| 12 | | | | | | |
| 13 | 9 13 | | | | | |
| 14 | | | | | | |
| 15 | 9 15 | | | | | |

Danzik | 10000000

WB000317

WB000318



| | | DOLLARS | CENTS |
|---|---|---|---|
| 1 | | 4,043 | 46 |
| 2 | | 2,585 | 60 |
| 3 | | 5,000 | 00 |
| 4 | | 1,078 | 28 |
| 5 | | 52 | 50 |
| 6 | | 112 | 50 |
| 7 | | 92 | 50 |
| 8 | | 82 | 50 |
| 9 | | 75 | 00 |
| 10 | | 500 | 00 |
| 11 | | 4,902 | 89 |
| 12 | | 10,000 | 00 |
| 13 | | 791 | 86 |
| 14 | | 1,717 | 01 |
| 15 | | 6,845 | 21 |
| 16 | | 644 | 28 |
| 17 | | 4,447 | 75 |
| $ | | | |

DEPOSIT TICKET
DEPOSIT RECORD COPY

NORTHERN TRUST BANK, N.A.

Northern Trust

DATE

CURRENCY
COIN
LIST EACH CHECK

WILENCHIK & BARTNESS PC
THE WILENCHIK & BARTNESS BUILDING
2810 N. 3RD ST.
PHOENIX, AZ 85004

91-521/1221

TOTAL
ITEMS

PLEASE BE SURE ALL ITEMS
ARE PROPERLY ENDORSED

DEPOSITS MAY NOT BE AVAILABLE
FOR IMMEDIATE WITHDRAWAL.

PLEASE ENTER TOTAL

Continued

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT



October, 2017

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES        G7206 GREEN

| Date | Transaction | Fee Income | | Misc Income | | Total |
|---|---|---|---|---|---|---|
| 10 30 | | | | | | |

Redacted

Danzik    70,000.00

Redacted

| 10 31 | | | | | | |

FOR DUPLICATE DEPOSIT STYLES
USE CARBON PAPER FROM BACK
OF PAD TO MAKE COPIES OF
ENTRIES ON THE FRONT

ADDITIONAL CHECK LISTING SPACE

DEPOSIT RECORD COPY 91-521/1221

**WILENCHIK & BARTNESS PC**
2810 NORTH THIRD STREET
PHOENIX ARIZONA, 85004-1011

 **NORTHERN TRUST**
THE NORTHERN TRUST COMPANY

DATE 10/5/17

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COIN | | |
| CHECKS LIST EACH SEPARATELY | | |
| 1 | 1,22 | 28 |
| 2 | 91,3 | 65 |
| 3 | 1,30 | 03 |
| 4 | 3 | 60 |
| 5 | 1,19 | 15 |
| 6 | 101 | 32 |
| 7 | 2,59 | 96 |
| 8 | 101 | 36 |
| 9 | 25 | |
| 10 | 2 | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| TOTAL FROM OTHER SIDE OR ATTACHED LIST | | |
| PLEASE RE-ENTER TOTAL HERE | | |

Checks and other items are received for deposit subject to the provisions of the Uniform Commercial Code or any applicable collection agreement.

WB000320



CONFIDENTIAL

WB000324

DEPOSIT TICKET
DEPOSIT RECORD COPY

NORTHERN TRUST BANK, N.A.

Northern Trust

DATE

CENTS

DOLLARS

CURRENCY

COIN

LIST
EACH
CHECK

| | DOLLARS | CENTS |
|---|---|---|
| 1 | 137 | 6 |
| 2 | 3,500 | 00 |
| 3 | 310 | 00 |
| 4 | 105 | 00 |
| 5 | 908 | 94 |
| 6 | 106 | 00 |
| 7 | 16,000 | 00 |
| 8 | 17 | 00 |
| 9 | 189 | 00 |
| 10 | 7,894 | 12 |
| 11 | 294 | 2 |
| 12 | 82 | 5 |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |

91-521/1221

TOTAL ITEMS

PLEASE BE SURE ALL ITEMS
ARE PROPERLY ENDORSED.

DEPOSITS MAY NOT BE AVAILABLE
FOR IMMEDIATE WITHDRAWAL.

PLEASE
ENTER
TOTAL

$ 2497059

WILENCHIK & BARTNESS PC
THE WILENCHIK & BARTNESS BUILDING
2810 N. 3RD ST.
PHOENIX, AZ  85004

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT.

WB000325



WILENCHIK & BARTNESS PC
THE WILENCHIK & BARTNESS BUILDING
2810 N. 3RD ST.
PHOENIX, AZ  85004