# EXHIBIT E

## Joshua Wurtzel

| | |
|---|---|
| **From:** | Chris Meyers <ChrisM@wb-law.com> |
| **Sent:** | Friday, May 24, 2019 6:38 PM |
| **To:** | Joshua Wurtzel; Dennis Wilenchik |
| **Cc:** | Bradley J. Nash; Henk Taylor; Wyo Tech adv Wells Fargo (e57659d03+matter1136246401 @maildrop.clio.com); Chase Turrentine; Tyler Swensen; Leo Beus; Victoria Stevens |
| **Subject:** | RE: Emailing: 05-17-19 Wyo Resp to 1st Rogs, 05-17-19 Supplemental Response to WB SDT, 05-17-19 Supplemental Response to BG SDT |

Josh - Ok. This has to stop. We're getting nowhere, besides cluttering everyone's inboxes. Lisa and I will call you next week when she gets back to the office to sort this out. We will also get you the checks you are requesting.

No more e-mails, please.

Have a good weekend. Thanks,



www.wb-law.com

Chris Meyers
Attorney at Law
ChrisM@wb-law.com

The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
P 602-606-2810  F 602-606-2811

-----------------------------

## ATTORNEY/CLIENT COMMUNICATION

The information transmitted by this e-mail is intended only for the addressee and may contain confidential and/or privileged material.  Any interception, review, retransmission, dissemination or other use of this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability.  If you received this communication in error, please contact us immediately at (602) 606-2810, and delete the communication from any computer or network system.

-----------------------------

**From:** Joshua Wurtzel [mailto:jwurtzel@schlamstone.com]
**Sent:** Friday, May 24, 2019 3:35 PM
**To:** Dennis Wilenchik; Chris Meyers
**Cc:** Bradley J. Nash; Henk Taylor; Wyo Tech adv Wells Fargo (e57659d03+matter1136246401@maildrop.clio.com); Chase Turrentine; Tyler Swensen; Leo Beus; Victoria Stevens
**Subject:** RE: Emailing: 05-17-19 Wyo Resp to 1st Rogs, 05-17-19 Supplemental Response to WB SDT, 05-17-19 Supplemental Response to BG SDT

Then if all the payments on the documents I cited below were from Wyo Tech or Inductance, then your production is missing account source info and client and matter info  for each one of those payments, and you need to supplement.

Joshua Wurtzel

Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
Tel.: (212) 344-5400 (x 324)
jwurtzel@schlamstone.com

## SCHLAM STONE & DOLAN LLP
CommercialDivisionBlog.com

This e-mail, including all attachments, is for the use of the intended recipients only.  It may contain legally privileged or confidential information.  If you are not the intended recipient, please permanently delete this message and all copies or printouts, and please notify me immediately.

**From:** Dennis Wilenchik <diw@wb-law.com>
**Sent:** Friday, May 24, 2019 6:31 PM
**To:** Joshua Wurtzel <jwurtzel@schlamstone.com>; Chris Meyers <ChrisM@wb-law.com>
**Cc:** Bradley J. Nash <bnash@schlamstone.com>; Henk Taylor <HTaylor@rrulaw.com>; Wyo Tech adv Wells Fargo (e57659d03+matter1136246401@maildrop.clio.com) <e57659d03+matter1136246401@maildrop.clio.com>; Chase Turrentine <chaset@wb-law.com>; Tyler Swensen <TylerS@wb-law.com>; Leo Beus <lbeus@beusgilbert.com>; Victoria Stevens <VictoriaS@wb-law.com>
**Subject:** RE: Emailing: 05-17-19 Wyo Resp to 1st Rogs, 05-17-19 Supplemental Response to WB SDT, 05-17-19 Supplemental Response to BG SDT

Josh I don't believe that is the case. I believe the funds in question were from wyo and inductance and that is what you were requesting. They were applied to accounts as shown on the invoices. So forgive me but it seems rather simple to me. However, as I said, I am copying Lisa with this and on Tuesday she can get with you to explain anything further on how she received and applied funds and walk you through it better and get cancelled checks from the client if that helps. Have a good weekend

Sincerely Yours,

Dennis Wilenchik
Attorney at Law
diw@wb-law.com

The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
P 602-606-2810  F 602-606-2811

www.wb-law.com

------------------------------

2

ATTORNEY/CLIENT COMMUNICATION

The information transmitted by this e-mail is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, dissemination or other use of this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at (602) 606-2810, and delete the communication from any computer or network system.

----------------------------

**From:** Joshua Wurtzel <jwurtzel@schlamstone.com>
**Sent:** Friday, May 24, 2019 3:21 PM
**To:** Dennis Wilenchik <diw@wb-law.com>; Chris Meyers <ChrisM@wb-law.com>
**Cc:** Bradley J. Nash <bnash@schlamstone.com>; Henk Taylor <HTaylor@rrulaw.com>; Wyo Tech adv Wells Fargo (e57659d03+matter1136246401@maildrop.clio.com) <e57659d03+matter1136246401@maildrop.clio.com>; Chase Turrentine <chaset@wb-law.com>; Tyler Swensen <TylerS@wb-law.com>; Leo Beus <lbeus@beusgilbert.com>; Victoria Stevens <VictoriaS@wb-law.com>
**Subject:** RE: Emailing: 05-17-19 Wyo Resp to 1st Rogs, 05-17-19 Supplemental Response to WB SDT, 05-17-19 Supplemental Response to BG SDT

Dennis,

Please review the chart I sent earlier today and the bates numbers I cited. There are payments you identified in your production but for which you have not produced documents showing the client for whose benefit or the matter for which the payment was made. I explained to Chris what he should get to gather documents showing that, and he said he would check. Obviously when the retainers were deposited they were earmarked for specific clients and matters, even if for multiple clients and matters.

And as you will see if you look at the bates numbers I cited below from your production, there are a number of payments the payor of which Chris said your firm doesn't know. He acknowledged that they could be Wyo Tech or Inductance, and agreed that—based on the record-keeping system your firm has—the only way to tell who made these payments is by looking at the bank records.

Joshua Wurtzel
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
Tel.: (212) 344-5400 (x 324)
jwurtzel@schlamstone.com

## SCHLAM STONE & DOLAN LLP
CommercialDivisionBlog.com

This e-mail, including all attachments, is for the use of the intended recipients only. It may contain legally privileged or confidential information. If you are not the intended recipient, please permanently delete this message and all copies or printouts, and please notify me immediately.

**From:** Dennis Wilenchik <diw@wb-law.com>
**Sent:** Friday, May 24, 2019 6:09 PM
**To:** Joshua Wurtzel <jwurtzel@schlamstone.com>; Chris Meyers <ChrisM@wb-law.com>
**Cc:** Bradley J. Nash <bnash@schlamstone.com>; Henk Taylor <HTaylor@rrulaw.com>; Wyo Tech adv Wells Fargo (e57659d03+matter1136246401@maildrop.clio.com) <e57659d03+matter1136246401@maildrop.clio.com>; Chase Turrentine <chaset@wb-law.com>; Tyler Swensen <TylerS@wb-law.com>; Leo Beus <lbeus@beusgilbert.com>; Victoria

3

Stevens <VictoriaS@wb-law.com>
**Subject:** RE: Emailing: 05-17-19 Wyo Resp to 1st Rogs, 05-17-19 Supplemental Response to WB SDT, 05-17-19 Supplemental Response to BG SDT

Josh- I don't want to debate anything either. I am telling you simply I have repeatedly asked my people to get whatever we have that explains money received from WY-IEC which went into trust and removals and applications to whatever accounts they were applied to contemporaneously as shown on invoices applying monies to balances. That is all I know that is remotely relevant and responsive. However, I want to make clear we are not trying in any way to be evasive as I don't care how the monies were applied and don't think its even relevant to anything so I am trying to cooperate repeatedly with you to get what you need answered. However, at some point we have to say that is all we have to give. That is why if you want to speak to my bookkeeper to explain this better with Chris its ok with me, and we will ask the client or bank to get checks if that helps any although I don't know why and don't think that is part of how we viewed the subpoena but its fine. thanks

Sincerely Yours,



Dennis Wilenchik
Attorney at Law
dw@wb-law.com

The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
P 602-606-2810 | F 602-606-2811

www.wb-law.com

------------------------------

ATTORNEY/CLIENT COMMUNICATION

The information transmitted by this e-mail is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, dissemination or other use of this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at (602) 606-2810, and delete the communication from any computer or network system.

------------------------------

**From:** Joshua Wurtzel <jwurtzel@schlamstone.com>
**Sent:** Friday, May 24, 2019 2:22 PM

**To:** Dennis Wilenchik <diw@wb-law.com>; Chris Meyers <ChrisM@wb-law.com>
**Cc:** Bradley J. Nash <bnash@schlamstone.com>; Henk Taylor <HTaylor@rrulaw.com>; Wyo Tech adv Wells Fargo (e57659d03+matter1136246401@maildrop.clio.com) <e57659d03+matter1136246401@maildrop.clio.com>; Chase Turrentine <chaset@wb-law.com>; Tyler Swensen <TylerS@wb-law.com>; Leo Beus <lbeus@beusgilbert.com>; Victoria Stevens <VictoriaS@wb-law.com>
**Subject:** RE: Emailing: 05-17-19 Wyo Resp to 1st Rogs, 05-17-19 Supplemental Response to WB SDT, 05-17-19 Supplemental Response to BG SDT

Dennis,

I disagree concerning your compliance with the subpoena, but we obviously don't have to debate that. And if you review the chart and documents cited below, I think you will see what I am saying.

As I explained to Chris, the subpoena doesn't require you to get checks or other information from the bank. But if that is the only place the information is available, then you must collect and review those documents. Thus, given what Tyler and Chris told me about your firm's internal record keeping and document-maintenance system, it seems to me that you must get your bank records from your bank to be able to identify source account information for many of these payments.

Your firm represented Dennis Danzik in his case in Arizona federal court against CWT Canada, Resource Recovery, Jean Noelting, Bruce MacFarlane, and Brian Appel. This case was brought in 2017 and dismissed by Judge Campbell in 2018 on res judicata grounds. Your firm also represented Dennis Danzik in the Arizona judgment-collection action in Arizona state court. And you have appeared on his behalf in the NY action during the motion to vacate and also in Wyoming bankruptcy court last week.

Have a good holiday.

Joshua Wurtzel
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
Tel.: (212) 344-5400 (x 324)
jwurtzel@schlamstone.com

## SCHLAM STONE & DOLAN LLP
CommercialDivisionBlog.com

This e-mail, including all attachments, is for the use of the intended recipients only.  It may contain legally privileged or confidential information.  If you are not the intended recipient, please permanently delete this message and all copies or printouts, and please notify me immediately.

**From:** Dennis Wilenchik <diw@wb-law.com>
**Sent:** Friday, May 24, 2019 5:11 PM
**To:** Joshua Wurtzel <jwurtzel@schlamstone.com>; Chris Meyers <ChrisM@wb-law.com>
**Cc:** Bradley J. Nash <bnash@schlamstone.com>; Henk Taylor <HTaylor@rrulaw.com>; Wyo Tech adv Wells Fargo (e57659d03+matter1136246401@maildrop.clio.com) <e57659d03+matter1136246401@maildrop.clio.com>; Chase Turrentine <chaset@wb-law.com>; Tyler Swensen <TylerS@wb-law.com>; Leo Beus <lbeus@beusgilbert.com>; Victoria Stevens <VictoriaS@wb-law.com>
**Subject:** RE: Emailing: 05-17-19 Wyo Resp to 1st Rogs, 05-17-19 Supplemental Response to WB SDT, 05-17-19 Supplemental Response to BG SDT

Although I feel we have done everything to fully cooperate despite what you say Josh, and have shown the amts received from Wyo- iec and application to accounts, we will nevertheless fully cooperate and get checks from the client or from the bank if necessary if that helps. Lisa is out at a funeral in Nebraska and tyler has been out for the week as am I but we will try to get you that asap. I still don't understand the relevance of any of this but that's fine. Also, I didn't recall any representation of Danzik in federal court in az. If that was some brief representation it escaped my recall so we will look at that, but it should not effect anything here. Thank you and have a good holiday

Sincerely Yours,



www.wb-law.com

Dennis Wilenchik
Attorney at Law
diw@wb-law.com

The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
P 602-606-2810   F 602-606-2811

------------------------------

ATTORNEY/CLIENT COMMUNICATION

The information transmitted by this e-mail is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, dissemination or other use of this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at (602) 606-2810, and delete the communication from any computer or network system.

------------------------------

**From:** Joshua Wurtzel <jwurtzel@schlamstone.com>
**Sent:** Friday, May 24, 2019 1:19 PM
**To:** Chris Meyers <ChrisM@wb-law.com>
**Cc:** Bradley J. Nash <bnash@schlamstone.com>; Henk Taylor <HTaylor@rrulaw.com>; Wyo Tech adv Wells Fargo (e57659d03+matter1136246401@maildrop.clio.com) <e57659d03+matter1136246401@maildrop.clio.com>; Dennis Wilenchik <diw@wb-law.com>; Chase Turrentine <chaset@wb-law.com>; Tyler Swensen <TylerS@wb-law.com>; Leo Beus <lbeus@beusgilbert.com>; Victoria Stevens <VictoriaS@wb-law.com>
**Subject:** RE: Emailing: 05-17-19 Wyo Resp to 1st Rogs, 05-17-19 Supplemental Response to WB SDT, 05-17-19 Supplemental Response to BG SDT

Chris,

To follow up on our meet and confer today, I explained to you that Wilenchik still has not produced documents showing the source account, client, or matter for several of the Inductance and Wyo Tech payments. The information that is missing for each payment is reflected in the chart below. You explained to me that Wilenchik would get big retainers from Wyo Tech and Inductance and then use those funds for various matters and clients. I then responded that, even if that is the case, those retainer payments would have had to be earmarked for particular matters and clients, even if for multiple matters and clients. You agreed to go back and check on this.

I also explained that the source account for particular payments would be easy to determine by looking at the cancelled check that corresponds to that payment (or wire confirmation). You said that Wilenchik does not keep copies of checks it deposits. I responded that Wilenchik could still get copies of these checks from its bank. You said that Wilenchik does not have online banking (though you weren't positive about this and said you would check). But I explained that, even if that is true, Wilenchik could still get copies of its statements and cancelled checks from its bank—either by going to the bank and requesting them or by setting up an online account. You admitted that Wilenchik had not done this in responding to this subpoena.

I further explained that there are several payments reflected on the documents Wilenchik produced on May 22, 2019 that do not match any of the other documents Wilenchik produced. I asked you who made these payments, explaining that if it were Wyo Tech or Inductance, then Wilenchik is missing documents showing the source account and client and matter for these payments. You conceded that you did not know who made these payments, even though Wilenchik included documents showing these payments in its production—which asked only for Wyo Tech and Inductance payments. You acknowledged that they could be Wyo Tech or Inductance payments, and conceded that the only way to tell—absent better record keeping at your firm—would be to review bank records.

I then explained that, even if Wilenchik does not have physical possession of its bank records and copies of these cancelled checks, it can get them from its bank, so they are thus considered to be in Wilenchik's custody or control—and subject to production. You said you would go back and ask your boss whether Wilenchik will agree to request and review its own bank records and provide the missing information from that. For your reference, the documents Wilenchik produced that show payments that we cannot tie to Wyo Tech or Inductance payments we know about are bates stamped WB000204, 282, 283, 285, 303, 304, 305, 306, 307, 308, 309, 312, 313, 314, 315, 316, 317, 318, 319, 320, 323, 324 and 325.

Please get back to me today.

Joshua Wurtzel
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
Tel.: (212) 344-5400 (x 324)
jwurtzel@schlamstone.com

## SCHLAM STONE & DOLAN LLP
CommercialDivisionBlog.com

This e-mail, including all attachments, is for the use of the intended recipients only.  It may contain legally privileged or confidential information.  If you are not the intended recipient, please permanently delete this message and all copies or printouts, and please notify me immediately.

**From:** Joshua Wurtzel
**Sent:** Friday, May 24, 2019 1:50 PM
**To:** Chris Meyers <ChrisM@wb-law.com>
**Cc:** Bradley J. Nash <bnash@schlamstone.com>; Henk Taylor <HTaylor@rrulaw.com>; Wyo Tech adv Wells Fargo (e57659d03+matter1136246401@maildrop.clio.com) <e57659d03+matter1136246401@maildrop.clio.com>

**Subject:** RE: Emailing: 05-17-19 Wyo Resp to 1st Rogs, 05-17-19 Supplemental Response to WB SDT, 05-17-19 Supplemental Response to BG SDT

I can call you. Please see the chart below, which should aid our discussion and will show what is missing. I will call you in a few so you can look at this first.

| Date | Payor | Source Account | Amount | Client | Matter |
|---|---|---|---|---|---|
| May 22, 2017 (WYOTECH00004629) | Wyo Tech (WYOTECH00004629) | NOT GIVEN | $10,000 (WYOTECH00004629) | Ker, Carrigan, DAS, Elizabeth Danzik (WB000012—says July 31) | Ker/Carrigan (WB000012—says July 31) |
| Oct. 31, 2017 (WB000011) | NOT GIVEN (WB000011?) | NOT GIVEN | $70,000 (WB000011) | Danzik (?) (WB000011?) Ker, Carrigan, DAS, Elizabeth Danzik (?) (WB000012?—shows $4,573.09 on Oct. 31) | NOT GIVEN |
| Nov. 30, 2017 (WYOTECH00004631) | Inductance (WYOTECH00004631) | Inductance Act. No. 9245 (WYOTECH00004631) | $100,000 (WYOTECH00004631) | NOT GIVEN | NOT GIVEN |
| Dec. 15, 2017 (WB000001, WB000009) | Inductance (WB000001, WB000009) | NOT GIVEN | $100,000 (WB000001, WB000009) | Danzik/ADV CWT (WB000009) | Danzik/ADV CWT (WB000009) |
| Jan. 22, 2018 (WB000002, WB000009, WYOTECH00004632) | Inductance (WB000002, WB000009, WYOTECH00004632) | Inductance Act. No. 9245 (WYOTECH00004632) | $100,000 (WB000002, WB000009, WYOTECH00004632) | Danzik/ADV CWT (WB000009) | Danzik/ADV CWT (WB000009) |
| Apr. 9, 2018 (WYOTECH00004633) | Inductance (WYOTECH00004633) | Inductance Act. No. 9245 (WYOTECH00004633) | $100,000 (WYOTECH00004633) | NOT GIVEN | NOT GIVEN |
| Aug. 7, 2018 (WYOTECH00004634) | Inductance (WYOTECH00004634) | Inductance Act. No. 9245 (WYOTECH00004634) | $25,000 (WYOTECH00004634) | Wyo Tech (WB000003) | Wyo Tech/Wells Fargo (WB000007—says Aug. 31) |
| Aug. 21, 2018 (WYOTECH00004635) | Inductance (WYOTECH00004635) | Inductance Act. No. 9245 (WYOTECH00004635) | $100,000 (WYOTECH00004635) | NOT GIVEN | NOT GIVEN |
| Sept. 17, 2018 (WB000004, WB000011) | Inductance (WB000004, WB000011) | NOT GIVEN | $100,000 (WB000004) | Wyo Tech (WB000011) | Wyo Tech/Wells Fargo (WB000011) |

9

| Jan. 14, 2019 (WB000005, WB000011) | Inductance (WB000005, WB000011) | **NOT GIVEN** | $100,000 (WB000005, WB000011) | Wyo Tech (WB000011) | Wyo Tech (WB000011) |
|---|---|---|---|---|---|

Joshua Wurtzel
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
Tel.: (212) 344-5400 (x 324)
jwurtzel@schlamstone.com

## SCHLAM STONE & DOLAN LLP
CommercialDivisionBlog.com

This e-mail, including all attachments, is for the use of the intended recipients only.  It may contain legally privileged or confidential information.  If you are not the intended recipient, please permanently delete this message and all copies or printouts, and please notify me immediately.

**From:** Chris Meyers <ChrisM@wb-law.com>
**Sent:** Friday, May 24, 2019 1:48 PM
**To:** Joshua Wurtzel <jwurtzel@schlamstone.com>
**Cc:** Bradley J. Nash <bnash@schlamstone.com>; Henk Taylor <HTaylor@rrulaw.com>; Wyo Tech adv Wells Fargo (e57659d03+matter1136246401@maildrop.clio.com) <e57659d03+matter1136246401@maildrop.clio.com>
**Subject:** RE: Emailing: 05-17-19 Wyo Resp to 1st Rogs, 05-17-19 Supplemental Response to WB SDT, 05-17-19 Supplemental Response to BG SDT

I'm available to discuss. Do you want me to call your cell phone still?

Thanks,



www.wb-law.com

Chris Meyers
Attorney at Law
ChrisM@wb-law.com

The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
P 602-606-2810 | F 602-606-2811

------------------------------

ATTORNEY/CLIENT COMMUNICATION

The information transmitted by this e-mail is intended only for the addressee and may contain confidential and/or privileged material.  Any interception, review, retransmission, dissemination or other use of this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability.  If you received this communication in error, please contact us immediately at (602) 606-2810, and delete the communication from any computer or network system.

----------------------------

**From:** Joshua Wurtzel [mailto:jwurtzel@schlamstone.com]
**Sent:** Friday, May 24, 2019 9:21 AM
**To:** Chris Meyers
**Cc:** Bradley J. Nash; Henk Taylor; Wyo Tech adv Wells Fargo (e57659d03+matter1136246401@maildrop.clio.com)
**Subject:** RE: Emailing: 05-17-19 Wyo Resp to 1st Rogs, 05-17-19 Supplemental Response to WB SDT, 05-17-19 Supplemental Response to BG SDT

OK.

Joshua Wurtzel
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
Tel.: (212) 344-5400 (x 324)
jwurtzel@schlamstone.com

## SCHLAM STONE & DOLAN LLP
CommercialDivisionBlog.com

This e-mail, including all attachments, is for the use of the intended recipients only.  It may contain legally privileged or confidential information.  If you are not the intended recipient, please permanently delete this message and all copies or printouts, and please notify me immediately.

**From:** Chris Meyers <ChrisM@wb-law.com>
**Sent:** Friday, May 24, 2019 12:17 PM
**To:** Joshua Wurtzel <jwurtzel@schlamstone.com>
**Cc:** Bradley J. Nash <bnash@schlamstone.com>; Henk Taylor <HTaylor@rrulaw.com>; Wyo Tech adv Wells Fargo
(e57659d03+matter1136246401@maildrop.clio.com) <e57659d03+matter1136246401@maildrop.clio.com>
**Subject:** RE: Emailing: 05-17-19 Wyo Resp to 1st Rogs, 05-17-19 Supplemental Response to WB SDT, 05-17-19 Supplemental Response to BG SDT

Josh – I just realized that I have a 9:30 conference call set in another matter, which my assistant reminded me of. I will call you immediately afterwards.

Sorry for the confusion.



www.wb-law.com

Chris Meyers
Attorney at Law
ChrisM@wb-law.com

The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
P 602-606-2810 | F 602-606-2811

----------------------------

ATTORNEY/CLIENT COMMUNICATION

The information transmitted by this e-mail is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, dissemination or other use of this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at (602) 606-2810, and delete the communication from any computer or network system.

----------------------------

**From:** Joshua Wurtzel [mailto:jwurtzel@schlamstone.com]
**Sent:** Friday, May 24, 2019 7:44 AM
**To:** Chris Meyers
**Cc:** Leo Beus; Dennis Wilenchik; Tyler Swensen; Chris Feasel; Victoria Stevens; Bradley J. Nash; Henk Taylor
**Subject:** RE: Emailing: 05-17-19 Wyo Resp to 1st Rogs, 05-17-19 Supplemental Response to WB SDT, 05-17-19 Supplemental Response to BG SDT

Please call my cell then. 516-528-9944.

Joshua Wurtzel
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
Tel.: (212) 344-5400 (x 324)
jwurtzel@schlamstone.com

### SCHLAM STONE & DOLAN LLP
CommercialDivisionBlog.com

This e-mail, including all attachments, is for the use of the intended recipients only. It may contain legally privileged or confidential information. If you are not the intended recipient, please permanently delete this message and all copies or printouts, and please notify me immediately.

**From:** Chris Meyers <ChrisM@wb-law.com>
**Sent:** Friday, May 24, 2019 10:44 AM
**To:** Joshua Wurtzel <jwurtzel@schlamstone.com>
**Cc:** Leo Beus <lbeus@beusgilbert.com>; Dennis Wilenchik <diw@wb-law.com>; Tyler Swensen <TylerS@wb-law.com>; Chris Feasel <chrisf@wb-law.com>; Victoria Stevens <VictoriaS@wb-law.com>; Bradley J. Nash <bnash@schlamstone.com>; Henk Taylor <HTaylor@rrulaw.com>
**Subject:** Re: Emailing: 05-17-19 Wyo Resp to 1st Rogs, 05-17-19 Supplemental Response to WB SDT, 05-17-19 Supplemental Response to BG SDT

When I get into the office. Around 930



www.wb-law.com

Chris Meyers
Attorney at Law
ChrisM@wb-law.com

The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
P 602-606-2810 | F 602-606-2811

------------------------------

## ATTORNEY/CLIENT COMMUNICATION

The information transmitted by this e-mail is intended only for the addressee and may contain confidential and/or privileged material.  Any interception, review, retransmission, dissemination or other use of this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability.  If you received this communication in error, please contact us immediately at (602) 606-2810, and delete the communication from any computer or network system.

------------------------------

On May 24, 2019, at 7:39 AM, Joshua Wurtzel <jwurtzel@schlamstone.com> wrote:

Following up—specifically with Chris concerning what time we are speaking today.

Joshua Wurtzel
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
Tel.: (212) 344-5400 (x 324)
jwurtzel@schlamstone.com

<image001.png>
CommercialDivisionBlog.com

This e-mail, including all attachments, is for the use of the intended recipients only.  It may contain legally privileged or confidential information.  If you are not the intended recipient, please permanently delete this message and all copies or printouts, and please notify me immediately.

**From:** Joshua Wurtzel
**Sent:** Thursday, May 23, 2019 10:29 PM
**To:** Leo Beus <lbeus@beusgilbert.com>
**Cc:** Dennis Wilenchik <diw@wb-law.com>; Tyler Swensen <TylerS@wb-law.com>; Chris Feasel <chrisf@wb-law.com>; Victoria Stevens <VictoriaS@wb-law.com>; Bradley J. Nash <bnash@schlamstone.com>; Henk Taylor <HTaylor@rrulaw.com>; ChrisM@wb-law.com
**Subject:** RE: Emailing: 05-17-19 Wyo Resp to 1st Rogs, 05-17-19 Supplemental Response to WB SDT, 05-17-19 Supplemental Response to BG SDT

Thanks Leo. Can you please confirm that the client for whose benefit these payments were made was Dennis Danzik? That is what Tyler told me, and that is to whom the bills you produced are directed, but please confirm. Also, when you say the New York and Arizona litigation, which litigations are you referring to? In NY I assume it is the main case in which my clients have a judgment against Danzik, but please confirm. In Arizona, there are several litigations involving Dennis Danzik, so please let me know which one.

Chris: please let me know when you will call me tomorrow to discuss Wilenchik's production.

Joshua Wurtzel
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
Tel.: (212) 344-5400 (x 324)

jwurtzel@schlamstone.com

<image001.png>
CommercialDivisionBlog.com

This e-mail, including all attachments, is for the use of the intended recipients only. It may contain legally privileged or confidential information. If you are not the intended recipient, please permanently delete this message and all copies or printouts, and please notify me immediately.

**From:** Leo Beus <lbeus@beusgilbert.com>
**Sent:** Thursday, May 23, 2019 8:49 PM
**To:** Joshua Wurtzel <jwurtzel@schlamstone.com>
**Cc:** Dennis Wilenchik <diw@wb-law.com>; Tyler Swensen <TylerS@wb-law.com>; Chris Feasel <chrisf@wb-law.com>; Victoria Stevens <VictoriaS@wb-law.com>; Leo Beus <lbeus@beusgilbert.com>; Bradley J. Nash <bnash@schlamstone.com>; Henk Taylor <HTaylor@rrulaw.com>; ChrisM@wb-law.com
**Subject:** FW: Emailing: 05-17-19 Wyo Resp to 1st Rogs, 05-17-19 Supplemental Response to WB SDT, 05-17-19 Supplemental Response to BG SDT

I was copied on your emails of 2:21 p.m. and 4:52 p.m. I reviewed our response to the subpoena that covered the dates between  and January 1, 2016 and October 18, 2017 and we had received no money during that time period. The first check we received was dated March 15, 2018. The second check was dated May 10, 2018. Those are the only two checks we've had and it's on the New York and Arizona litigation.

If you wish any additional information, let me know. But I am resending the supplemental response and I would be happy to answer any questions you have.

If that does not clarify it adequately, please let me know.

Very truly yours,

Leo R. Beus

**Leo R. Beus**

**B**EUS **G**ILBERT PLLC
701 North 44th Street | Phoenix, AZ 85008
Direct: 480.429.3001 | Main: 480.429.3000 | Fax: 480.429.3111
**Email: lbeus@beusgilbert.com**
**Secretary:** Pat Gaghagen | 480.429.3101 | **pgaghagen@beusgilbert.com**

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

**From:** Joshua Wurtzel <jwurtzel@schlamstone.com>
**Sent:** Thursday, May 23, 2019 4:52 PM
**To:** Chris Meyers <ChrisM@wb-law.com>
**Cc:** Dennis Wilenchik <diw@wb-law.com>; Tyler Swensen <TylerS@wb-law.com>; Chris Feasel <chrisf@wb-law.com>; Victoria Stevens <VictoriaS@wb-law.com>; Wyo Tech adv Wells Fargo (e57659d03+matter1136246401@maildrop.clio.com)
<e57659d03+matter1136246401@maildrop.clio.com>; Leo Beus <lbeus@beusgilbert.com>; Jeffrey M.

Eilender <jeilender@schlamstone.com>; Bradley J. Nash <bnash@schlamstone.com>; Henk Taylor
<HTaylor@rrulaw.com>
**Subject:** RE: Emailing: 05-17-19 Wyo Resp to 1st Rogs, 05-17-19 Supplemental Response to WB SDT, 05-
17-19 Supplemental Response to BG SDT

Chris,

I am not harassing you—I am explaining why I do not believe you have complied with the court's order,
and giving you an opportunity to explain why I am wrong. At most, the invoices show payments applied
to particular invoices, but they do not show what particular payments are being applied. Nor do the
documents you produced show for what clients or matters the funds that were paid to you from Wyo
Tech and Inductance were earmarked. I understood from Tyler that funds would get paid into your
attorney-escrow account as a retainer, so I am entitled to see documents showing for what matters and
clients those funds were earmarked when initially deposited. Nothing you produced shows that.

I am happy to get on the phone and discuss, but I will need a written representation explaining this. Let
me know what time you will call me in the office tomorrow morning or early afternoon.

Joshua Wurtzel
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
Tel.: (212) 344-5400 (x 324)
jwurtzel@schlamstone.com

<image001.png>
CommercialDivisionBlog.com

This e-mail, including all attachments, is for the use of the intended recipients only.  It may contain
legally privileged or confidential information.  If you are not the intended recipient, please permanently
delete this message and all copies or printouts, and please notify me immediately.

**From:** Chris Meyers <ChrisM@wb-law.com>
**Sent:** Thursday, May 23, 2019 7:46 PM
**To:** Joshua Wurtzel <jwurtzel@schlamstone.com>
**Cc:** Dennis Wilenchik <diw@wb-law.com>; Tyler Swensen <TylerS@wb-law.com>; Chris Feasel
<chrisf@wb-law.com>; Victoria Stevens <VictoriaS@wb-law.com>; Wyo Tech adv Wells Fargo
(e57659d03+matter1136246401@maildrop.clio.com)
<e57659d03+matter1136246401@maildrop.clio.com>; lbeus@beusgilbert.com; Jeffrey M. Eilender
<jeilender@schlamstone.com>; Bradley J. Nash <bnash@schlamstone.com>; Henk Taylor
<HTaylor@rrulaw.com>
**Subject:** RE: Emailing: 05-17-19 Wyo Resp to 1st Rogs, 05-17-19 Supplemental Response to WB SDT, 05-
17-19 Supplemental Response to BG SDT

Josh,

Did you miss the part when I said "**But we have complied with the subpoena and produced the
responsive documents**" below? I reiterate that to our knowledge, we have produced all documentation
in our possession that is responsive to the subpoenas. Given the gravity of the Court's May 16 Order, we
are continuing to search to determine if any other documents remain. However, our firm administrator
(bookkeeper) is out on bereavement leave for a funeral today and tomorrow. Regardless, I have no
reason to believe that we have not produced all responsive documents at this time.

Additionally, we are not making anything complicated. Instead, you are misunderstanding our duties under the subpoena, which is one thing: **to produce all responsive documents.** We have no obligation to **explain anything to you whatsoever.** You are also just assuming, because you do not understand our bookkeeping system, that other responsive documents must exist. However, that is not the case. If you want an answer as to how the funds were applied to the cases we are handling you, **you need to look at the invoices which were produced to you.**

As a professional courtesy, we are willing to hold a teleconference with you to explain how the documents produced fit into the bigger picture. But you need to stop harassing us about this issue immediately.

www.wb-law.com

Chris Meyers
Attorney at Law
ChrisM@wb-law.com

The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
P 602-606-2810   F 602-606-2811

----------------------------

## ATTORNEY/CLIENT COMMUNICATION

The information transmitted by this e-mail is intended only for the addressee and may contain confidential and/or privileged material.  Any interception, review, retransmission, dissemination or other use of this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability.  If you received this communication in err please contact us immediately at (602) 606-2810, and delete the communication from any computer or network system.

----------------------------

**From:** Joshua Wurtzel [mailto:jwurtzel@schlamstone.com]
**Sent:** Thursday, May 23, 2019 2:21 PM
**To:** Chris Meyers
**Cc:** Dennis Wilenchik; Tyler Swensen; Chris Feasel; Victoria Stevens; Wyo Tech adv Wells Fargo (e57659d03+matter1136246401@maildrop.clio.com); lbeus@beusgilbert.com; Jeffrey M. Eilender; Bradley J. Nash; Henk Taylor
**Subject:** RE: Emailing: 05-17-19 Wyo Resp to 1st Rogs, 05-17-19 Supplemental Response to WB SDT, 05-17-19 Supplemental Response to BG SDT

Chris,

I am not asking whether you are hiding anything. I am asking you to confirm, for both you and Beus Gilbert (or Beus Gilbert for itself), that every payment that was made by Wyo Tech or Inductance to either Wilenchik or Beus Gilbert is reflected in the recent productions, and that none are missing. If this is not correct, then let me know; otherwise, I will assume it is correct and that you are representing to me that the productions include documents showing all payments.

Concerning Wilenchik's production, this is a very simple issue, so I'm not sure why it has become so complicated. You identified a handful of payments from Wyo Tech and Inductance. You were also required to produce documents showing which clients and which matters those payments were applied

to. After spending a significant amount of time reviewing the documents you produced, I do not see how the documents show to which clients and to which matters each of the payments you identified as coming from Wyo Tech or Inductance were applied. I am thus giving you an opportunity to explain to me in writing how I am wrong. While I am happy to have a phone conference, I ultimately need documents showing which clients and matters these documents went to. And that is what the court's order requires. If you think you have produced documents showing this and I am missing something, please respond in writing directing me to this. I am also happy to speak by phone. I am available the rest of today and will make myself available tomorrow in the morning or early afternoon your time. But until I get either documents that show which clients and matters each payment you identified were applied to, or you can give me something satisfactory in writing, then I don't see how Wilenchik has complied with the court's order.

Joshua Wurtzel
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
Tel.: (212) 344-5400 (x 324)
jwurtzel@schlamstone.com

<image001.png>
CommercialDivisionBlog.com

This e-mail, including all attachments, is for the use of the intended recipients only.  It may contain legally privileged or confidential information.  If you are not the intended recipient, please permanently delete this message and all copies or printouts, and please notify me immediately.

**From:** Chris Meyers <ChrisM@wb-law.com>
**Sent:** Thursday, May 23, 2019 12:30 PM
**To:** Joshua Wurtzel <jwurtzel@schlamstone.com>
**Cc:** Dennis Wilenchik <diw@wb-law.com>; Tyler Swensen <TylerS@wb-law.com>; Chris Feasel <chrisf@wb-law.com>; Victoria Stevens <VictoriaS@wb-law.com>; Wyo Tech adv Wells Fargo (e57659d03+matter1136246401@maildrop.clio.com)
<e57659d03+matter1136246401@maildrop.clio.com>
**Subject:** RE: Emailing: 05-17-19 Wyo Resp to 1st Rogs, 05-17-19 Supplemental Response to WB SDT, 05-17-19 Supplemental Response to BG SDT

Josh – Please keep me copied on all future e-mails. We are in depositions all day today, but will follow up with you shortly. Also, both firms have complied with the subpoena and produced all documentation we are even aware of and in fact conducted a thorough investigation on that issue. In short, we are not hiding anything, nor do we have any reason to. If you need us to walk you through the documentation to understand it better, we are willing to do so as a courtesy. But we have complied with the subpoena and produced the responsive documents.

Please let me know if you would like to conduct a teleconference on this. Again, we won't be able to do it today, but will shortly.

Thanks,

www.wb-law.com

Chris Meyers
Attorney at Law
ChrisM@wb-law.com

The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
P 602-606-2810 | F 602-606-2811

------------------------------

ATTORNEY/CLIENT COMMUNICATION

The information transmitted by this e-mail is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, dissemination or other use of this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error please contact us immediately at (602) 606-2810, and delete the communication from any computer or network system.

---------------------------
Begin forwarded message:

**From:** Joshua Wurtzel <jwurtzel@schlamstone.com>
**Date:** May 22, 2019 at 7:49:56 PM MST
**To:** Victoria Stevens <VictoriaS@wb-law.com>, "Jeffrey M. Eilender" <jeilender@schlamstone.com>, "Bradley J. Nash" <bnash@schlamstone.com>, "Henk Taylor" <HTaylor@rrulaw.com>
**Cc:** Dennis Wilenchik <diw@wb-law.com>, Chase Turrentine <chaset@wb-law.com>, Tyler Swensen <TylerS@wb-law.com>, "Wyo Tech adv Wells Fargo (e57659d03+matter1136246401@maildrop.clio.com)" <e57659d03+matter1136246401@maildrop.clio.com>
**Subject: RE: Emailing: 05-17-19 Wyo Resp to 1st Rogs, 05-17-19 Supplemental Response to WB SDT, 05-17-19 Supplemental Response to BG SDT**

Counsel,

We have reviewed all Wilenchik's and Beus Gilbert's productions.

Concerning Beus Gilbert's production, it is not clear to me what matters and clients the two payments from Inductance were for. The invoices are directed to Dennis Danzik and refer to the "New York and Arizona Litigation." As you know, there are several Danzik-related litigations in New York and Arizona, so I need either a document or written representation from Beus Gilbert stating what specific matters and what clients these payments were for. Tyler mentioned on the phone that these two payments were for Dennis Danzik. If that is the case, I need something in writing from Beus Gilbert saying that, and also identifying what specific matters.

Concerning Wilenchik's productions, I still cannot tell what payments were for what clients and matters. The written responses identify several payments from Wyo Tech and Inductance, and in response to the requests for documents showing which clients and matters these payments were for, the responses refer to documents produced in Wilenchik's initial production (which came before we filed our amended motion for an order to show cause, and which do not show which payments were for which clients and matters), and then also refer to the invoices you produced on May 21. But looking at those invoices and the other documents you refer to in the written responses, I cannot tell which matters and which clients any given payment went to. For payments

18

from Wyo Tech, you identify payments shown on WYOTECH00004629 and
WYO00004634; see also, WB000004, WB000009, and WB000011—which total seven
payments. (Note: WYO00004634 is a payment from Inductance, not Wyo Tech.) And for
payments from Inductance, you identify payments shown on WYOTECH00004631,
WYOTECH00004632, WYOTECH00004633, WYOTECH00004634, WYOTECH00004635,
WB000001, WB000002, WB000004 and WB000005, WB000009, and WB000011—which
are at least five payments, though potentially more, since I can't tell which from the
Wilenchik production are duplicative of the payments you cite from the Wyo Tech
production (and if there are payments in the Wilenchik production but not in the Wyo
Tech production, then that raises issues with Wyo Tech's production). In any event,
none of the documents you produced show which clients or matters these payments
were applied to. Tyler explained that the money went into escrow and was then applied
to a particular invoice as the funds were used; but when the funds initially went into
escrow, they had to be earmarked for a specific client—so I need to know what client(s)
and matter(s) each payment was earmarked for, and what client(s) and matter(s) those
funds were ultimately used for. If you believe the documents show this information,
then please point me to the specific documents. If not, then please produce something
showing this information. Wilenchik has not complied with the subpoenas if this
information is missing.

Further, based on your amended written responses, I assume Wilenchik's and Beus
Gilbert's written responses identify the bates numbers of the documents that show ALL
payments to either firm from Wyo Tech and Inductance, and that neither Wyo Tech nor
Inductance made any payments to Wilenchik or Beus Gilbert at any time other than the
payments reflected in the documents referred to in Wilenchik's and Beus Gilbert's
written responses; is this correct? In other words, are there other payments that are
missing from your production for either firm?

Joshua Wurtzel
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
Tel.: (212) 344-5400 (x 324)
jwurtzel@schlamstone.com

<image005.png>
CommercialDivisionBlog.com

This e-mail, including all attachments, is for the use of the intended recipients only.  It
may contain legally privileged or confidential information.  If you are not the intended
recipient, please permanently delete this message and all copies or printouts, and
please notify me immediately.

**From:** Victoria Stevens <VictoriaS@wb-law.com>
**Sent:** Friday, May 17, 2019 11:12 PM
**To:** Jeffrey M. Eilender <jeilender@schlamstone.com>; Joshua Wurtzel
<jwurtzel@schlamstone.com>; Bradley J. Nash <bnash@schlamstone.com>; Henk Taylor
<HTaylor@rrulaw.com>
**Cc:** Dennis Wilenchik <diw@wb-law.com>; Chase Turrentine <chaset@wb-law.com>;
Tyler Swensen <TylerS@wb-law.com>; Wyo Tech adv Wells Fargo
(e57659d03+matter1136246401@maildrop.clio.com)
<e57659d03+matter1136246401@maildrop.clio.com>

**Subject:** Emailing: 05-17-19 Wyo Resp to 1st Rogs, 05-17-19 Supplemental Response to WB SDT, 05-17-19 Supplemental Response to BG SDT
**Importance:** High

Counsel:

Please find attached the Responses to Discovery. Note that the Response to Interrogatories and the Supplemental Response to the Subpoena Duces Tecum for Beus Gilbert will be signed as soon as we can accomplish that. Based upon your conversations with counsel, I am giving you unredacted copies of W&B internal documents, which will be marked confidential and bates stamped. We are releasing these in good faith and that you will use them in accordance with the terms of the protective order.

Victoria Stevens
Senior Paralegal
VictoriaS@wb-law.com

www.wb-law.com

The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
P 602-606-2810 | F 602-606-2811

----------------------------

ATTORNEY/CLIENT COMMUNICATION

The information transmitted by this e-mail is intended only for the addressee and may contain confidential and/or privilege material. Any interception, review, retransmission, dissemination or other use of this information by persons or entities oth intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communicat please contact us immediately at (602) 606-2810, and delete the communication from any computer or network system.

----------------------------

WARNING: This email originated outside of WB-Law.com. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

WARNING: This email originated outside of WB-Law.com. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

WARNING: This email originated outside of WB-Law.com. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

WARNING: This email originated outside of WB-Law.com. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

WARNING: This email originated outside of WB-Law.com. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

WARNING: This email originated outside of WB-Law.com. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

WARNING: This email originated outside of WB-Law.com. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

WARNING: This email originated outside of WB-Law.com. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

WARNING: This email originated outside of WB-Law.com. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.