# EXHIBIT F




Account:51539245 Check#:2055 Amount:$100,000.00 Sequence:500052950 Deposited Account:▮▮▮▮0900 Date:01/16/2019 CaptureSequence:0