DISTRICT JUDGE'S CIVIL MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. District Judge:** Dominic W. Lanza | **Date:** May 29, 2019 |
| **Case Number:** CV-17-04140-PHX-DWL | |
| **Wells Fargo Bank NA v. Wyo Tech Investment Group, LLC, et al.** | |

| APPEARANCES: | James Taylor and Joshua Wurtzel (telephonically) | Tyler Swensen, Chris Meyers and Dennis Wilenchik |
|---|---|---|
| | Counsel for CWT Canada II Limited Partnership, Resources Recovery Corporation and Jean Noelting | Counsel for Wyo Tech Investment Group LLC |

3:01 p.m. This is the time set for Order to Show Cause Hearing set by Order at Doc. 136. Argument held. 3:58 p.m. Court stands at recess.

4:07 p.m. Reconvene. For reasons as stated on the record, the Court rules as follows:
- the parties agree that Beus Gilbert is not in contempt of Court.
- regarding Wilenchik and Bartness, the Court does not find that a finding of contempt is warranted.
- regarding subpoena compliance, IT IS ORDERED that within **30 days** of this date all of the checks are to be obtained by counsel for Wyo Tech and disclosed to counsel for the CWT parties. If the checks are not disclosed, counsel for the CWT parties may file a motion regarding this failure to comply.
- regarding the accounting records, the Court accepts the representations made by counsel for Wyo Tech that counsel have complied with the subpoena.
- regarding CWT counsel's request for daily fines, the Court does not find that sanction appropriate. Regarding the request for attorneys' fees by counsel for the CWT parties, the Court does not find the requested amount of approximately $25,000.00 is reasonable. Sanctions of no more than $10,000.00 may be the appropriate compensation amount. However, IT IS ORDERED directing counsel to meet and confer before filing further briefing with the Court regarding the amount of fees that should be awarded. If counsel can resolve the issue of reasonable attorneys' fees, no further briefing shall be filed. If counsel cannot agree to a reasonable amount, the Court will allow counsel for the CWT parties to file a motion seeking sanctions for reasons as stated on the record.

4:19 p.m. Court is adjourned.

Deputy Clerk: Maureen Williams
Court Reporter: Candy Potter

**Start: 3:01 p.m.**
**Stop:  4:19 p.m.**