# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Wells Fargo Bank, N.A. | CIVIL ACTION NO.: 2:17-CV-04140-DWL |
| vs | **Plaintiff** |
| Wyo Tech Investment Group, LLC, et al. | |
| | **Defendant** |

# AFFIDAVIT OF SERVICE

State of Delaware }
County of New Castle } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Delaware,

That on **02/04/2019** at **2:00 PM** at **8 The Green, Suite R, Dover, DE 19901**

deponent served a(n) **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, Subpoena to Testify at a Deposition in a Civil Action, Appendix A-B**

on **Danzik Applied Sciences, LLC, c/o Resident Agents Inc.**, Registered Agent,

by delivering thereat a true copy to **Debbie Summa** personally, authorized to accept service thereof.

Description of Person Served:
Gender: Female
Skin: White
Hair: Brown
Age: 36 - 50 Yrs.
Height: 5' 4" - 5' 8"
Weight: 131-160 Lbs.
Other:

At the time of said service, deponent paid (tendered) in advance **$58.00** the authorized traveling expenses and one day's witness fee.

Sworn to before me this
7th day of February, 2019

NOTARY PUBLIC

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires September 14, 2020

Granville Morris

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160