# Exhibit C

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
Wells Fargo Bank, N.A.

CIVIL ACTION NO.: 2:17-
CV -04140-DWL

*Plaintiff*

**VS**

Wyo Tech Investment Group, LLC, et al.

*Defendant*

## AFFIDAVIT OF SERVICE

State of Arizona }
County of Maricopa }  ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Arizona,

That on **02/04/2019** at **7:12 PM** at **2552 East Los Alamos Street, Gilbert, AZ 85295**

deponent served a(n) **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, Appendix A, Exhibits A-C**

on **Richard W. Davis** witness therein named, by delivering thereat a true copy of each to **"John Doe" (would not give his first and last name)**, a person of suitable age and discretion. Said premises is witness's dwelling place / usual place of abode within the state. Recipient was not cooperative. Deponent asked him, "Are you Charles J. Davis or Richard W. Davis?" He replied, "Who are you?" Deponent said, "I am an officer of the Superior Court, and I have some legal papers for Charles Davis or Richard Davis from Wells Fargo Bank." He said, "Give me the papers." Deponent said, "Are you Charles or Richard?" He said again, "Give me the papers." Deponent served him the documents for both Charles J. Davis and Richard W. Davis. Then he followed deponent to the street and started picking on him. He was still talking when deponent got into his car.

Description of Person Served:
Gender: Male
Skin: White
Hair: Dark Hair
Age: 45 - 50 Yrs.
Height: 5' 8"
Weight:160 Lbs.

Sworn to before me this
13th day of February, 2019

NOTARY PUBLIC

GAIL R. DAMMANN
NOTARY PUBLIC  ARIZONA
MARICOPA COUNTY
COMMISSION # 549353
MY COMMISSION EXPIRES
AUGUST 24 2022



William D. Lyle

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160