# Exhibit E

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

Wells Fargo Bank, N.A.

CIVIL ACTION NO.: 2:17-CV-04140-DWL

*Plaintiff*

vs

Wyo Tech Investment Group, LLC, et al.

*Defendant*

## AFFIDAVIT OF SERVICE

State of Arizona }
County of Maricopa } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in ,

That on **02/11/2019** at **7:45 PM** at **5115 N. 34th Way, Phoenix, AZ 85018**

deponent served a(n) **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, Appendix A**

on **Kristin Joiner Mosharrafa**

by delivering a true copy to said witness personally;

deponent knew the person so served to be the witness described in said subpoena.

**Description of Person Served:**
Gender: Female
Skin: White
Hair: Blonde
Age: 36 - 50 Yrs.
Height: 5' 4" - 5' 8"
Weight: 131-160 Lbs.
Other:

Sworn to before me this
___ day of February, 2019

NOTARY PUBLIC



GAIL R. DAMMANN
NOTARY PUBLIC ARIZONA
MARICOPA COUNTY
COMMISSION # 549363
MY COMMISSION EXPIRES
AUGUST 24, 2022

Efrain Sotelo
License No. MC-2045

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160