# Exhibit F

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

Wells Fargo Bank, N.A.

CIVIL ACTION NO.: 2:17-CV
-04140-DWL

**vs**                                          *Plaintiff*

Wyo Tech Investment Group, LLC, et al.

*Defendant*

## AFFIDAVIT OF SERVICE

State of Arizona  }
County of Maricopa }  ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Springdale, Arkansas,

That on **02/11/2019** at **4:45 PM** at **6211 E. Huntress Drive, Paradise Valley, AZ 85253**

deponent served a(n) **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, Appendix A**

on **Tamir Mosharrafa**

by delivering a true copy to said witness personally;

deponent knew the person so served to be the witness described in said subpoena.

Description of Person Served:
Gender: Male
Skin:  Middle Eastern/White
Hair: Black
Age: 36 - 50 Yrs.
Height: 5' 9" - 6' 0"
Weight:161-200 Lbs.
Other:

Sworn to before me this
12th day of February, 2019

_____
NOTARY PUBLIC

GAIL R. DAMMANN
NOTARY PUBLIC  ARIZONA
MARICOPA COUNTY
COMMISSION # 549353
MY COMMISSION EXPIRES
AUGUST 24  2022

_____
Efrain Sotelo
License No. MC-2045