# Exhibit M

Joshua Wurtzel
Associate

jwurtzel@schlamstone.com

**SCHLAM STONE & DOLAN LLP**

26 Broadway, New York, NY 10004
Main: 212 344-5400  Fax: 212 344-7677
schlamstone.com

April 16, 2019

**BY OVERNIGHT FEDEX**

Danzik Applied Sciences, LLC
c/o Resident Agents Inc.
8 The Green, Suite R
Dover, Delaware 19901

Re:   *Wells Fargo Bank, N.A. v. Wyo Tech Inv. Grp., LLC, et al.*, Case No. 17-cv-4140-DWL

To Whom It May Concern:

This firm represents Defendants CWT Canada II Limited Partnership, Resource Recovery Corporation, and Jean Noelting in this action.

As you know, on or about February 4, 2019, we served Danzik Applied Sciences, LLC ("DAS") with the attached subpoenas in this action, which seek DAS's production of documents and attendance at a deposition. DAS's document production was due on February 28, 2019, but we have not received any response to the subpoena from it.

Please either produce the documents requested by the subpoena, or reach out to me to discuss DAS's production and deposition, by April 19, 2019. Once we get your document production, we can schedule a mutually-convenient date for DAS's deposition in accordance with Fed. R. Civ. P. 30(b)(6). If we do not hear from DAS by April 19, we will seek a court order compelling DAS's compliance with the subpoena—and reserve our right to seek recovery of our attorneys' fees incurred in doing so.

Danzik Applied Sciences, LLC
April 16, 2019
Page 2 of 2

We look forward to DAS's document production and testimony.

Sincerely,

*Joshua Wurtzel*

Joshua Wurtzel

cc: Jeffrey M. Eilender, Esq. (by e-mail)
     Bradley J. Nash, Esq. (by e-mail)
     J. Henk Taylor, Esq. (by e-mail)
     Dennis Wilenchik, Esq. (by e-mail)
     Tyler Swensen, Esq. (by e-mail)
     Chase Turrentine, Esq. (by e-mail)
     Victoria Stevens (by e-mail)

Joshua Wurtzel
Associate

jwurtzel@schlamstone.com

**SCHLAM STONE & DOLAN LLP**

26 Broadway, New York, NY 10004
Main: 212 344-5400   Fax: 212 344-7677
schlamstone.com

April 16, 2019

**BY OVERNIGHT FEDEX**

Messrs. Charles J. Davis and Richard W. Davis
2552 East Los Alamos Street
Gilbert, Arizona 85295

Re:   *Wells Fargo Bank, N.A. v. Wyo Tech Inv. Grp., LLC, et al.*, Case No. 17-cv-4140-DWL

Dear Messrs. Davis:

This firm represents Defendants CWT Canada II Limited Partnership, Resource Recovery Corporation, and Jean Noelting in this action.

As you know, on or about February 4, 2019, we served you with the attached subpoena in this action, which seeks your production of documents. Your document production was due on February 28, 2019, but we have not received any response to the subpoena from you.

Please either produce the documents requested by the subpoena, or reach out to me to discuss your production, by April 19, 2019. If we do not hear from you by April 19, we will seek a court order compelling your compliance with the subpoena—and reserve our right to seek recovery of our attorneys' fees incurred in doing so.

We look forward to your document production and testimony.

Sincerely,

*Joshua Wurtzel*

Joshua Wurtzel

cc:   Jeffrey M. Eilender, Esq. (by e-mail)
      Bradley J. Nash, Esq. (by e-mail)
      J. Henk Taylor, Esq. (by e-mail)
      Dennis Wilenchik, Esq. (by e-mail)
      Tyler Swensen, Esq. (by e-mail)
      Chase Turrentine, Esq. (by e-mail)
      Victoria Stevens (by e-mail)

Joshua Wurtzel
Associate

jwurtzel@schlamstone.com

**SCHLAM STONE & DOLAN LLP**

26 Broadway, New York, NY 10004
Main: 212 344-5400   Fax: 212 344-7677
schlamstone.com

April 16, 2019

**BY OVERNIGHT FEDEX**

Mr. Ali M. Mosharrafa
Ms. Kristin Joiner Mosharrafa
5346 East Royal Palm Road
Paradise Valley, Arizona 85253

Re:   *Wells Fargo Bank, N.A. v. Wyo Tech Inv. Grp., LLC, et al.*, Case No. 17-cv-4140-DWL

Dear Mr. and Ms. Mosharrafa:

This firm represents Defendants CWT Canada II Limited Partnership, Resource Recovery Corporation, and Jean Noelting in this action.

As you know, on or about February 11, 2019, we served you with the attached subpoena in this action, which seeks your production of documents. Your document production was due on March 18, 2019, but we have not received any response to the subpoena from you.

Please either produce the documents requested by the subpoena, or reach out to me to discuss your production, by April 19, 2019. If we do not hear from you by April 19, we will seek a court order compelling your compliance with the subpoena—and reserve our right to seek recovery of our attorneys' fees incurred in doing so.

We look forward to your document production and testimony.

Sincerely,

*Joshua Wurtzel*

Joshua Wurtzel

cc:   Jeffrey M. Eilender, Esq. (by e-mail)
      Bradley J. Nash, Esq. (by e-mail)
      J. Henk Taylor, Esq. (by e-mail)
      Dennis Wilenchik, Esq. (by e-mail)
      Tyler Swensen, Esq. (by e-mail)
      Chase Turrentine, Esq. (by e-mail)
      Victoria Stevens (by e-mail)

Joshua Wurtzel
Associate

jwurtzel@schlamstone.com

**SCHLAM STONE & DOLAN LLP**

26 Broadway, New York, NY 10004
Main: 212 344-5400   Fax: 212 344-7677
schlamstone.com

April 16, 2019

**BY OVERNIGHT FEDEX**

Mr. Tamir Mosharrafa
Ms. Ashley Mosharrafa
11206 North Saint Andrews Way
Scottsdale, Arizona 85254

Re:   *Wells Fargo Bank, N.A. v. Wyo Tech Inv. Grp., LLC, et al.*, Case No. 17-cv-4140-DWL

Dear Mr. and Ms. Mosharrafa:

This firm represents Defendants CWT Canada II Limited Partnership, Resource Recovery Corporation, and Jean Noelting in this action.

As you know, on or about February 11, 2019, we served you with the attached subpoena in this action, which seeks your production of documents. Your document production was due on March 18, 2019, but we have not received any response to the subpoena from you.

Please either produce the documents requested by the subpoena, or reach out to me to discuss your production, by April 19, 2019. If we do not hear from you by April 19, we will seek a court order compelling your compliance with the subpoena—and reserve our right to seek recovery of our attorneys' fees incurred in doing so.

We look forward to your document production and testimony.

Sincerely,

*Joshua Wurtzel*

Joshua Wurtzel

cc:   Jeffrey M. Eilender, Esq. (by e-mail)
      Bradley J. Nash, Esq. (by e-mail)
      J. Henk Taylor, Esq. (by e-mail)
      Dennis Wilenchik, Esq. (by e-mail)
      Tyler Swensen, Esq. (by e-mail)
      Chase Turrentine, Esq. (by e-mail)
      Victoria Stevens (by e-mail)