# Exhibit N

| | |
|---|---|
| **From:** | Joshua Wurtzel |
| **To:** | Dennis Wilenchik; David Timchak; lbeus@beusgilbert.com; tparis@beusgilbert.com |
| **Cc:** | Jeffrey M. Eilender; Bradley J. Nash; Henk Taylor |
| **Subject:** | RE: Wells Fargo Bank, N.A. v. Wyo Tech Investment Group, LLC, et al., Case No. 2:17-cv-04140-DWL |
| **Date:** | Sunday, February 3, 2019 3:27:49 PM |
| **Attachments:** | 2019.02.03_Notice of Subpoenas [Wyo Tech case] (00236977x9D05D).pdf |
| | image001.png |
| | 2019.02.04_Subpoena to RDX Technologies Corporation [Wyo Tech case] [documents and testimony]_FINAL (00236962x9D05D).pdf |
| | 2019.02.04_Subpoena to Charles J. Davis and Richard W. Davis [Wyo Tech case] [documents]_FINAL (00236974x9D05D).pdf |
| | 2019.02.04_Subpoena to Danzik Applied Sciences, LLC [Wyo Tech case] [documents and testimony]_FINAL (00236966x9D05D).pdf |
| | 2019.02.04_Subpoena to Inductance Energy Corporation [Wyo Tech case] [documents and testimony]_FINAL (00236970x9D05D).pdf |

Counsel,

Attached for service in this action please find the CWT Parties' Notice of Subpoenas to (1) RDX Technologies Corporation, (2) Danzik Applied Sciences, LLC, (3) Inductance Energy Corporation, and (4) Charles J. Davis and Richard W. Davis.

Joshua Wurtzel
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
Tel.: (212) 344-5400 (x 324)
jwurtzel@schlamstone.com


CommercialDivisionBlog.com

This e-mail, including all attachments, is for the use of the intended recipients only. It may contain legally privileged or confidential information. If you are not the intended recipient, please permanently delete this message and all copies or printouts, and please notify me immediately.

| | |
|---|---|
| **From:** | Joshua Wurtzel |
| **To:** | Dennis Wilenchik; David Timchak; lbeus@beusgilbert.com; tparis@beusgilbert.com |
| **Cc:** | Jeffrey M. Eilender; Bradley J. Nash; Henk Taylor |
| **Subject:** | Wells Fargo Bank, N.A. v. Wyo Tech Investment Group, LLC, et al., Case No. 2:17-cv-04140-DWL: Notice of Subpoenas |
| **Date:** | Saturday, February 9, 2019 7:10:47 PM |
| **Attachments:** | 2019.02.09_Notice of Subpoenas [Wyo Tech case] (00237458x9D05D).pdf |
| | image001.png |
| | 2019.02.11_Subpoena to Ali and Kristin Mosharrafa [Wyo Tech case] [documents]_FINAL (00237456x9D05D).pdf |
| | 2019.02.11_Subpoena to Tamir and Ashley Mosharrafa [Wyo Tech case] [documents]_FINAL (00237455x9D05D).pdf |
| | 2019.02.11_Subpoena to Caragan Holdings, LLC [Wyo Tech case] [documents]_FINAL (00237453x9D05D).pdf |
| | 2019.02.11_Subpoena to Christopher and Trisha Udall [Wyo Tech case] [documents]_FINAL (00237451x9D05D).pdf |
| | 2019.02.11_Subpoena to KR Construction, LLC [Wyo Tech case] [documents]_FINAL (00237447x9D05D).pdf |
| | 2019.02.11_Subpoena to Mark and Lanae Wilson [Wyo Tech case] [documents]_FINAL (00237449x9D05D).pdf |
| | 2019.02.09_Subpoena to the Law Offices of Ken McCartney, P.C. [Wyo Tech case] [documents]_FINAL (00237443x9D05D).pdf |
| | 2019.02.11_Subpoena to Evan and Tammy Ahern [Wyo Tech case] [documents]_FINAL (00237430x9D05D).pdf |
| | 2019.02.09_Subpoena to Catafago Fini LLP [Wyo Tech case] [documents]_FINAL (00237441x9D05D).pdf |
| | 2019.02.09_Subpoena to Beus Gilbert PLLC [Wyo Tech case] [documents]_FINAL (00237439x9D05D).pdf |
| | 2019.02.09_Subpoena to Wilenchik Bartness, P.C. [Wyo Tech case] [documents]_FINAL (00237437x9D05D).pdf |

Counsel,

Please see the attached notice of subpoenas to (1) Wilenchik & Bartness, P.C.; (2) Beus Gilbert PLLC; (3) Catafago Fini LLP; and (4) the Law Offices of Ken McCartney, P.C.; (5) Evan and Tammy Ahern; (6) KR Construction, LLC; (7) Mark and Lanae Wilson; (8) Christopher and Trisha Udall; (9) Caragan Holdings, LLC; (10) Tamir and Ashley Mosharrafa; and (11) Ali and Kristin Mosharrafa.

Dennis and David: please let me know by Monday if you will accept service by this e-mail of the subpoena to your firm.

Leo: please let me know by Monday if you will accept service by this e-mail of the subpoena to your firm.

Joshua Wurtzel
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
Tel.: (212) 344-5400 (x 324)
jwurtzel@schlamstone.com


CommercialDivisionBlog.com

This e-mail, including all attachments, is for the use of the intended recipients only. It may contain legally privileged or confidential information. If you are not the intended recipient, please permanently delete this message and all copies or printouts, and please notify me immediately.

| | |
|---|---|
| From: | Joshua Wurtzel |
| To: | Dennis Wilenchik |
| Cc: | David Timchak; lbeus@beusgilbert.com; tparis@beusgilbert.com; Jeffrey M. Eilender; Bradley J. Nash; Henk Taylor |
| Subject: | RE: Wells Fargo Bank, N.A. v. Wyo Tech Investment Group, LLC, et al., Case No. 2:17-cv-04140-DWL: Notice of Subpoenas |
| Date: | Monday, February 11, 2019 4:38:07 PM |
| Attachments: | 2019.02.11  Notice of Subpoenas to Okaneiec LLC [Wyo Tech case] (00237554x9D05D).pdf<br>image001.png<br>image002.png<br>image003.png<br>2019.02.12  Subpoena to Okaneiec LLC [Wyo Tech case] [documents and testimony]  FINAL (00237551x9D05D).pdf |

Dennis and team,

Attached please find a Notice of Subpoenas to Okaneiec LLC.

I request now for the second time that you let me know when someone from your firm is available to meet and confer by phone regarding the notices you say you will oppose. If you do not respond, we will make our submission to the court and let it know that, despite stating that Wyo Tech would not comply with the notices served on it, you refused to meet and confer.

Joshua Wurtzel
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
Tel.: (212) 344-5400 (x 324)
jwurtzel@schlamstone.com


CommercialDivisionBlog.com

This e-mail, including all attachments, is for the use of the intended recipients only.  It may contain legally privileged or confidential information.  If you are not the intended recipient, please permanently delete this message and all copies or printouts, and please notify me immediately.

**From:** Joshua Wurtzel
**Sent:** Sunday, February 10, 2019 11:32 AM
**To:** 'Dennis Wilenchik' <diw@wb-law.com>
**Cc:** David Timchak <DavidT@wb-law.com>; lbeus@beusgilbert.com; tparis@beusgilbert.com; Jeffrey M. Eilender <jeilender@schlamstone.com>; Bradley J. Nash <bnash@schlamstone.com>; Henk Taylor <HTaylor@rrulaw.com>
**Subject:** RE: Wells Fargo Bank, N.A. v. Wyo Tech Investment Group, LLC, et al., Case No. 2:17-cv-04140-DWL: Notice of Subpoenas

Dennis,

In accordance with paragraph nine of the Court's Rule 16 Scheduling Order (Dkt. No. 79), please let me know when you or someone from your firm is available on Monday or Tuesday to meet and confer by phone regarding the notices you say you will oppose. And if you plan to claim that any of the people we noticed are not subject to a Rule 30 notice, please be prepared to pass along their addresses and

telephone numbers—since Wyo Tech failed to disclose Jovahna Danzik, Autumn Danzik, or Elizabeth Danzik in its MIDP responses, and listed Mr. Danzik's contact information as c/o your firm.

I am available to meet and confer from 11:30 a.m. – 12:45 p.m. EST on Monday or from 10 a.m. – 4 p.m. EST on Tuesday.

Joshua Wurtzel
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
Tel.: (212) 344-5400 (x 324)
jwurtzel@schlamstone.com


CommercialDivisionBlog.com


This e-mail, including all attachments, is for the use of the intended recipients only. It may contain legally privileged or confidential information. If you are not the intended recipient, please permanently delete this message and all copies or printouts, and please notify me immediately.

**From:** Dennis Wilenchik <diw@wb-law.com>
**Sent:** Sunday, February 10, 2019 10:16 AM
**To:** Joshua Wurtzel <jwurtzel@schlamstone.com>
**Cc:** David Timchak <DavidT@wb-law.com>; lbeus@beusgilbert.com; tparis@beusgilbert.com; Jeffrey M. Eilender <jeilender@schlamstone.com>; Bradley J. Nash <bnash@schlamstone.com>; Henk Taylor <HTaylor@rrulaw.com>
**Subject:** Re: Wells Fargo Bank, N.A. v. Wyo Tech Investment Group, LLC, et al., Case No. 2:17-cv-04140-DWL: Notice of Subpoenas

No and we will oppose your prior notices as well as these subpoenas as to wyotech- have a nice day

Sent from my iPad



Sincerely Yours,



Dennis Wilenchik
Attorney at Law
diw@wb-law.com

The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
P 602-606-2810  F 602-606-2811

www.wb-law.com

----------------------------

## ATTORNEY/CLIENT COMMUNICATION

The information transmitted by this e-mail is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, dissemination or other use of this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at (602) 606-2810, and delete the communication from any computer or network system.

----------------------------

On Feb 9, 2019, at 5:11 PM, Joshua Wurtzel <jwurtzel@schlamstone.com> wrote:

> Counsel,
>
> Please see the attached notice of subpoenas to (1) Wilenchik & Bartness, P.C.; (2) Beus Gilbert PLLC; (3) Catafago Fini LLP; and (4) the Law Offices of Ken McCartney, P.C.; (5) Evan and Tammy Ahern; (6) KR Construction, LLC; (7) Mark and Lanae Wilson; (8) Christopher and Trisha Udall; (9) Caragan Holdings, LLC; (10) Tamir and Ashley Mosharrafa; and (11) Ali and Kristin Mosharrafa.
>
> Dennis and David: please let me know by Monday if you will accept service by this e-mail of the subpoena to your firm.
>
> Leo: please let me know by Monday if you will accept service by this e-mail of the subpoena to your firm.
>
> Joshua Wurtzel
> Schlam Stone & Dolan LLP
> 26 Broadway
> New York, NY 10004
> Tel.: (212) 344-5400 (x 324)
> jwurtzel@schlamstone.com
>
> <image001.png>
> CommercialDivisionBlog.com
>
> This e-mail, including all attachments, is for the use of the intended recipients only. It may contain legally privileged or confidential information. If you are not the intended recipient, please permanently delete this message and all copies or printouts, and please notify me immediately.
>
> WARNING: This email originated outside of WB-Law.com. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.
>
> <2019.02.09_Notice of Subpoenas [Wyo Tech case] (00237458x9D05D).pdf>
>
> <2019.02.11_Subpoena to Ali and Kristin Mosharrafa [Wyo Tech case] [documents]_FINAL (00237456x9D05D).pdf>

<2019.02.11_Subpoena to Tamir and Ashley Mosharrafa [Wyo Tech case] [documents]_FINAL (00237455x9D05D).pdf>

<2019.02.11_Subpoena to Caragan Holdings, LLC [Wyo Tech case] [documents]_FINAL (00237453x9D05D).pdf>

<2019.02.11_Subpoena to Christopher and Trisha Udall [Wyo Tech case] [documents]_FINAL (00237451x9D05D).pdf>

<2019.02.11_Subpoena to KR Construction, LLC [Wyo Tech case] [documents]_FINAL (00237447x9D05D).pdf>

<2019.02.11_Subpoena to Mark and Lanae Wilson [Wyo Tech case] [documents]_FINAL (00237449x9D05D).pdf>

<2019.02.09_Subpoena to the Law Offices of Ken McCartney, P.C. [Wyo Tech case] [documents]_FINAL (00237443x9D05D).pdf>

<2019.02.11_Subpoena to Evan and Tammy Ahern [Wyo Tech case] [documents]_FINAL (00237430x9D05D).pdf>

<2019.02.09_Subpoena to Catafago Fini LLP [Wyo Tech case] [documents]_FINAL (00237441x9D05D).pdf>

<2019.02.09_Subpoena to Beus Gilbert PLLC [Wyo Tech case] [documents]_FINAL (00237439x9D05D).pdf>

<2019.02.09_Subpoena to Wilenchik Bartness, P.C. [Wyo Tech case] [documents]_FINAL (00237437x9D05D).pdf>