

Dennis I. Wilenchik, #005350
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
admin@wb-law.com

Leo R. Beus, #002687
**BEUS GILBERT PLLC**
701 North 44th Street
Phoenix, Arizona 85008
lbeus@beusgilbert.com
*Attorneys for Wyo Tech Investment Group, LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Wells Fargo Bank, N.A., <br><br> Plaintiff, <br> v. <br> WYO TECH Investment Group, LLC; CWT Canada II Limited Partnership; Resources Recovery Corporation; and Jean Noelting, <br><br> Defendants. | Case No.: 2:17-CV-04140-DWL <br><br> **NOTICE OF SERVICE OF DISCOVERY RESPONSES** |

Defendant WYO TECH Investment Group, by and through undersigned counsel, hereby gives notice, pursuant to L.R.CIV.P. 5.2 and Fed. R. Civ. P. 5(d), that it has supplemented its Mandatory Initial Discovery Responses and sent a copy of the same, via email and U.S. Mail, First Class, to the following:

J. Henk Taylor
Ryan Rapp & Underwood, P.L.C.
3200 N. Central Ave., Ste. 2250
Phoenix, Arizona 85012
htaylor@rrulaw.com

Jeffrey M. Eilender
Bradley J. Nash
Joshua Wurtzel
Schlam Stone & Dolan LLP
26 Broadway
New York, New York 10004
jeilender@schlamstone.com
bnash@schlamstone.com
jwurtzel@schlamstone.com
*Attorneys for Defendants CWT Canada II Limited Partnership,
Resource Recovery Corporation, and Jean Noelting*

**DATED** July 2, 2019.

**WILENCHIK & BARTNESS, P.C.**

/s/  *Dennis I. Wilenchik*
Dennis I. Wilenchik, Esq.
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
*Attorneys for Wyo Tech Investment Group, LLC*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2019, the foregoing document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the individuals registered.

By: *s/   Wendy L. Echols*

