# EXHIBIT B

J. Henk Taylor (016321)
**RYAN RAPP & UNDERWOOD, P.L.C.**
3200 N. Central Ave, Suite 2250
Phoenix, Arizona 85012
Telephone: (602) 280-1000
Facsimile: (602) 265-1495
E-Mail: htaylor@rrulaw.com

Jeffrey M. Eilender (*admitted pro hac vice*)
Bradley J. Nash (*admitted pro hac vice*)
Joshua Wurtzel (*admitted pro hac vice*)
**SCHLAM STONE & DOLAN LLP**
26 Broadway
New York, New York 10004
Telephone: (212) 344-5400
Facsimile: (212) 344-7677
E-Mail: jeilender@schlamstone.com
E-Mail: bnash@schlamstone.com
E-Mail: jwurtzel@schlamstone.com

*Attorneys for Defendants CWT Canada II Limited Partnership, Resource Recovery Corporation, and Jean Noelting*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Wells Fargo Bank, N.A., <br><br> Plaintiff, <br><br> v. <br><br> WYO TECH Investment Group, LLC; CWT Canada II Limited Partnership; Resource Recovery Corporation; and Jean Noelting, <br><br> Defendants. <br><br> And related claims. | Case No.: 2:17-cv-04140-DWL <br><br> **CWT PARTIES' NOTICE OF DEPOSITION TO DENNIS M. DANZIK** |

| | |
|---|---|
| 1 | |
| 2 | **PLEASE TAKE NOTICE** that, under Rule 30 of the Federal Rules of Civil Procedure, Defendants CWT Canada II Limited Partnership, Resource Recovery Corporation, and Jean Noelting (collectively, the "CWT Parties"), by and through their counsel, will take the deposition, upon oral examination before a notary public or other officer authorized by law to administer oaths, of Dennis M. Danzik. |

The deposition will begin at 8:00 a.m. Arizona time on March 27, 2019 at the office of Plaintiffs' counsel, Ryan Rapp & Underwood, P.L.C., 3200 N. Central Ave, Suite 2250, Phoenix, Arizona 85012, and will continue from day to day until completed. The deposition will be recorded by video and stenographic means. The camera will be placed facing the deponent. You are invited to attend and cross-examine.

Dated: February 3, 2019
　　　　New York, New York

**SCHLAM STONE & DOLAN LLP**

By: */s/ Joshua Wurtzel*
　　　Jeffrey M. Eilender
　　　Bradley J. Nash
　　　Joshua Wurtzel
　　　26 Broadway
　　　New York, New York 10004
　　　Telephone: (212) 344-5400
　　　Facsimile: (212) 34407677
　　　E-Mail: jeilender@schlamstone.com
　　　E-Mail: bnash@schlamstone.com
　　　E-Mail: jwurtzel@schlamstone.com


**RYAN RAPP & UNDERWOOD, P.L.C.**

　　　J. Henk Taylor (016321)
　　　3200 N. Central Ave., Suite 1600
　　　Phoenix, Arizona 85012
　　　Telephone: (602) 280-1000
　　　Facsimile: (602) 265-1495
　　　E-Mail: htaylor@rrulaw.com


*Attorneys for Defendants CWT Canada II Limited Partnership, Resource Recovery Corporation, and Jean Noelting*

2

TO:  Dennis I. Wilenchik
David A. Timchak
WILENCHIK & BARTNESS P.C.
2810 North Third Street
Phoenix, AZ 85004
E-Mail: diw@wb-law.com
E-Mail: davidt@wb-law.com

Leo R. Beus
Timothy John Paris
BEUS GILBERT PLLC
701 North 44th Street
Phoenix, AZ 85008
E-Mail: lbeus@beusgilbert.com
E-Mail: tparis@beusgilbert.com

*Attorneys for Defendant Wyo Tech Investment Group, LLC*