# EXHIBIT C

| | |
|---|---|
| **From:** | Joshua Wurtzel |
| **To:** | David Timchak |
| **Cc:** | Dennis Wilenchik; lbeus@beusgilbert.com; tparis@beusgilbert.com; Jeffrey M. Eilender; Bradley J. Nash; Henk Taylor |
| **Subject:** | RE: Wells Fargo Bank, N.A. v. Wyo Tech Investment Group, LLC, et al., Case No. 2:17-cv-04140-DWL: Notice of Subpoenas |
| **Date:** | Thursday, February 28, 2019 5:16:30 PM |
| **Attachments:** | image001.png |
| | image002.png |

David,

Please amend Wyo Tech's MIDP responses to state that Wyo Tech does not know where Danzik lives or works. I want that statement on the record, because I am going to ask Wyo Tech at its Rule 30(b)(6) deposition where Danzik lives, and I look forward to its response.

In any event, the last address we have for Danzik is in Cody, WY—though my understanding is that he does not live there anymore. And as you likely know, our previous efforts to serve Danzik and his family members have involved the Danziks literally running and hiding from process servers—like children playing hide and seek. We thus plan to ask the court to authorize alternative service on Danzik. Please let me know if Wyo Tech plans to oppose this application.

Joshua Wurtzel
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
Tel.: (212) 344-5400 (x 324)
jwurtzel@schlamstone.com

CommercialDivisionBlog.com

This e-mail, including all attachments, is for the use of the intended recipients only. It may contain legally privileged or confidential information. If you are not the intended recipient, please permanently delete this message and all copies or printouts, and please notify me immediately.

**From:** David Timchak <DavidT@wb-law.com>
**Sent:** Thursday, February 28, 2019 10:40 AM
**To:** Joshua Wurtzel <jwurtzel@schlamstone.com>
**Cc:** Dennis Wilenchik <diw@wb-law.com>; lbeus@beusgilbert.com; tparis@beusgilbert.com; Jeffrey M. Eilender <jeilender@schlamstone.com>; Bradley J. Nash <bnash@schlamstone.com>; Henk Taylor <HTaylor@rrulaw.com>
**Subject:** RE: Wells Fargo Bank, N.A. v. Wyo Tech Investment Group, LLC, et al., Case No. 2:17-cv-04140-DWL: Notice of Subpoenas

Josh: I am more than happy to discuss, but am in hearings all morning. I should be available this afternoon at 2:00pm Arizona time.

So you are aware, Dennis Danzik is not an employee of Wyo Tech or any other company that I am aware of. At best, he is an independent contractor of a non-party entity. As you should be aware, under Federal law only an employer is required to obtain an employee's physical address, this law does *not* apply to independent contractors. It is my understanding at this time that Wyo Tech does not know this information.

Thanks,
David A. Timchak

David Timchak
Attorney at Law
DavidT@wb-law.com

The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
P 602-606-2810 | F 602-606-2811

www.wb-law.com

----------------------------

## ATTORNEY/CLIENT COMMUNICATION

The information transmitted by this e-mail is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, dissemination or other use of this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us

immediately at (602) 606-2810, and delete the communication from any computer or network system.

---

**From:** Joshua Wurtzel [mailto:jwurtzel@schlamstone.com]
**Sent:** Wednesday, February 27, 2019 5:18 PM
**To:** David Timchak
**Cc:** Dennis Wilenchik; lbeus@beusgilbert.com; tparis@beusgilbert.com; Jeffrey M. Eilender; Bradley J. Nash; Henk Taylor
**Subject:** Re: Wells Fargo Bank, N.A. v. Wyo Tech Investment Group, LLC, et al., Case No. 2:17-cv-04140-DWL: Notice of Subpoenas

According to his bankruptcy case, he is employed by the same people who run Wyo Tech. So Wyo Tech has knowledge.

Joshua Wurtzel
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
Tel.: (212) 344-5400 (x 324)
jwurtzel@schlamstone.com

CommercialDivisionBlog.com

On Feb 27, 2019, at 7:16 PM, Joshua Wurtzel <jwurtzel@schlamstone.com> wrote:

> Your MIDP response says c/o your firm. Either amend that by 9 am tomorrow or give me a time to call you. I am not playing games. The Wyo Tech case is not concluding without his testimony.
>
> Joshua Wurtzel
> Schlam Stone & Dolan LLP
> 26 Broadway
> New York, NY 10004
> Tel.: (212) 344-5400 (x 324)
> jwurtzel@schlamstone.com
>
> CommercialDivisionBlog.com
>
> On Feb 27, 2019, at 7:09 PM, David Timchak <DavidT@wb-law.com> wrote:
>
>> Josh: We do not represent him and therefore cannot accept service. I am unaware of his current address but you may be able to find it in other court filings in cases you are involved in. I am unaware of any rule that would require me to attempt to figure that out for you.
>> Thanks,
>> David A. Timchak
>>
>> www.wb-law.com
>>
>> David Timchak
>> Attorney at Law
>> DavidT@wb-law.com
>>
>> The Wilenchik & Bartness Building
>> 2810 North Third Street
>> Phoenix, Arizona 85004
>> P 602-606-2810 | F 602-606-2811
>>
>> ---
>>
>> ATTORNEY/CLIENT COMMUNICATION
>>
>> The information transmitted by this e-mail is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, dissemination or other use of this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at (602) 606-2810, and delete the communication from any computer or network system.

---

**From:** Joshua Wurtzel [mailto:jwurtzel@schlamstone.com]
**Sent:** Wednesday, February 27, 2019 4:57 PM
**To:** David Timchak; Dennis Wilenchik
**Cc:** lbeus@beusgilbert.com; tparis@beusgilbert.com; Jeffrey M. Eilender; Bradley J. Nash; Henk Taylor
**Subject:** RE: Wells Fargo Bank, N.A. v. Wyo Tech Investment Group, LLC, et al., Case No. 2:17-cv-04140-DWL: Notice of Subpoenas

David,

When are you available tomorrow for a quick meet and confer on this? Since you have not answered this question or provided Danzik's address, we plan to raise with the court asap.

Joshua Wurtzel
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
Tel.: (212) 344-5400 (x 324)
jwurtzel@schlamstone.com

<image001.png>

CommercialDivisionBlog.com

This e-mail, including all attachments, is for the use of the intended recipients only. It may contain legally privileged or confidential information. If you are not the intended recipient, please permanently delete this message and all copies or printouts, and please notify me immediately.

**From:** Joshua Wurtzel
**Sent:** Tuesday, February 26, 2019 1:30 PM
**To:** 'David Timchak' <DavidT@wb-law.com>; 'Dennis Wilenchik' <diw@wb-law.com>
**Cc:** 'lbeus@beusgilbert.com' <lbeus@beusgilbert.com>; 'tparis@beusgilbert.com' <tparis@beusgilbert.com>; Jeffrey M. Eilender <jeilender@schlamstone.com>; Bradley J. Nash <bnash@schlamstone.com>; 'Henk Taylor' <HTaylor@rrulaw.com>
**Subject:** RE: Wells Fargo Bank, N.A. v. Wyo Tech Investment Group, LLC, et al., Case No. 2:17-cv-04140-DWL: Notice of Subpoenas

David,

Following up on this. Please let us know by COB today whether you will accept a subpoena to Mr. Danzik in this case by e-mail. If not, also by COB today, please amend your MIDP responses to include an address for Mr. Danzik. If you do not provide this information by COB today (unless you accept service, which will moot this request), we will seek relief from the court.

Joshua Wurtzel
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
Tel.: (212) 344-5400 (x 324)
jwurtzel@schlamstone.com

<image001.png>

CommercialDivisionBlog.com

This e-mail, including all attachments, is for the use of the intended recipients only. It may contain legally privileged or confidential information. If you are not the intended recipient, please permanently delete this message and all copies or printouts, and please notify me immediately.

**From:** Joshua Wurtzel
**Sent:** Thursday, February 21, 2019 5:35 PM
**To:** David Timchak <DavidT@wb-law.com>; Dennis Wilenchik <diw@wb-law.com>
**Cc:** lbeus@beusgilbert.com; tparis@beusgilbert.com; Jeffrey M. Eilender <jeilender@schlamstone.com>; Bradley J. Nash <bnash@schlamstone.com>; Henk Taylor <HTaylor@rrulaw.com>
**Subject:** RE: Wells Fargo Bank, N.A. v. Wyo Tech Investment Group, LLC, et al., Case No. 2:17-cv-04140-DWL: Notice of Subpoenas

Thanks for the response.

Your MIDP responses state that Danzik is to be contacted through your firm. Please confirm you

will accept service of a subpoena on him. If not, please provide his home and business address so we can serve him.

Joshua Wurtzel
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
Tel.: (212) 344-5400 (x 324)
jwurtzel@schlamstone.com
<image001.png>
CommercialDivisionBlog.com

This e-mail, including all attachments, is for the use of the intended recipients only. It may contain legally privileged or confidential information. If you are not the intended recipient, please permanently delete this message and all copies or printouts, and please notify me immediately.

**From:** David Timchak <DavidT@wb-law.com>
**Sent:** Thursday, February 21, 2019 5:33 PM
**To:** Joshua Wurtzel <jwurtzel@schlamstone.com>; Dennis Wilenchik <diw@wb-law.com>
**Cc:** lbeus@beusgilbert.com; tparis@beusgilbert.com; Jeffrey M. Eilender <jeilender@schlamstone.com>; Bradley J. Nash <bnash@schlamstone.com>; Henk Taylor <HTaylor@rrulaw.com>
**Subject:** RE: Wells Fargo Bank, N.A. v. Wyo Tech Investment Group, LLC, et al., Case No. 2:17-cv-04140-DWL: Notice of Subpoenas

I apologize for the delay. I have been tied up in meetings and hearings.

We will not object to the notice on Elizabeth Danzik, William Hinz, or Jovahna Danzik. However, Dennis Danzik is not an employee of Wyo Tech and therefor under the rules will need to be subpoenaed if you want to take his deposition.

We will confirm availability for the dates shortly.

Thanks,

David A. Timchak

www.wb-law.com

David Timchak
Attorney at Law
DavidT@wb-law.com

The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
P 602-606-2810  F 602-606-2811

---

ATTORNEY/CLIENT COMMUNICATION

The information transmitted by this e-mail is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, dissemination or other use of this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at (602) 606-2810, and delete the communication from any computer or network system.

---

**From:** Joshua Wurtzel [mailto:jwurtzel@schlamstone.com]
**Sent:** Thursday, February 21, 2019 2:35 PM
**To:** Dennis Wilenchik
**Cc:** David Timchak; lbeus@beusgilbert.com; tparis@beusgilbert.com; Jeffrey M. Eilender; Bradley J. Nash; Henk Taylor
**Subject:** RE: Wells Fargo Bank, N.A. v. Wyo Tech Investment Group, LLC, et al., Case No. 2:17-cv-04140-DWL: Notice of Subpoenas

David,

Having gotten no response on this, I assume that Wyo Tech does not object to any of the Rule 30 deposition notices we served on it in this action, and will produce all the people whose

depositions were noticed under Rule 30 on either the dates in the notices or on other mutually-agreeable dates.

Joshua Wurtzel
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
Tel.: (212) 344-5400 (x 324)
jwurtzel@schlamstone.com
<image001.png>
CommercialDivisionBlog.com

This e-mail, including all attachments, is for the use of the intended recipients only. It may contain legally privileged or confidential information. If you are not the intended recipient, please permanently delete this message and all copies or printouts, and please notify me immediately.

**From:** Joshua Wurtzel
**Sent:** Monday, February 18, 2019 11:29 AM
**To:** Dennis Wilenchik <diw@wb-law.com>
**Cc:** David Timchak <DavidT@wb-law.com>; lbeus@beusgilbert.com; tparis@beusgilbert.com; Jeffrey M. Eilender <jeilender@schlamstone.com>; Bradley J. Nash <bnash@schlamstone.com>; Henk Taylor <HTaylor@rrulaw.com>
**Subject:** RE: Wells Fargo Bank, N.A. v. Wyo Tech Investment Group, LLC, et al., Case No. 2:17-cv-04140-DWL: Notice of Subpoenas

David,

Following up on the second issue below—please let me know by 10 a.m. tomorrow whether Wyo Tech objects to some or all the Rule 30 deposition notices we served on it. If it objects to any on the ground that the deponents are no longer Wyo Tech employees and not subject to a notice, please update your MIDP responses by 10 a.m. tomorrow so we can serve them with subpoenas.

Joshua Wurtzel
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
Tel.: (212) 344-5400 (x 324)
jwurtzel@schlamstone.com
<image001.png>
CommercialDivisionBlog.com

This e-mail, including all attachments, is for the use of the intended recipients only. It may contain legally privileged or confidential information. If you are not the intended recipient, please permanently delete this message and all copies or printouts, and please notify me immediately.

**From:** Joshua Wurtzel
**Sent:** Tuesday, February 12, 2019 1:15 PM
**To:** Dennis Wilenchik <diw@wb-law.com>
**Cc:** David Timchak <DavidT@wb-law.com>; lbeus@beusgilbert.com; tparis@beusgilbert.com; Jeffrey M. Eilender <jeilender@schlamstone.com>; Bradley J. Nash <bnash@schlamstone.com>; Henk Taylor <HTaylor@rrulaw.com>
**Subject:** RE: Wells Fargo Bank, N.A. v. Wyo Tech Investment Group, LLC, et al., Case No. 2:17-cv-04140-DWL: Notice of Subpoenas

David,

Thanks for speaking with me today.

I am writing to confirm that, during our call, you said that Wilenchik & Bartness, P.C. objects to the subpoena served on it in this action. As discussed, we will prepare a submission to the court in accordance with the Court's Rule 16 Scheduling Order on this issue. You also told me that Beus's firm would be making the same objection, but were not sure whether they would separately reach out to us on that or if you would. So until I hear otherwise, I will assume that your firm is *not* representing Beus's firm in its response to the subpoena; if that changes, let me know.

We also discussed that you will get back to me about whether Wyo Tech objects to some or all

the Rule 30 deposition notices we served on it.
Further, you said you will get back to me about whether Wilenchik & Bartness represents Danzik and RDX in the Arizona state judgment enforcement action.
Thanks.
Joshua Wurtzel
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
Tel.: (212) 344-5400 (x 324)
jwurtzel@schlamstone.com
<image001.png>
CommercialDivisionBlog.com
This e-mail, including all attachments, is for the use of the intended recipients only. It may contain legally privileged or confidential information. If you are not the intended recipient, please permanently delete this message and all copies or printouts, and please notify me immediately.

**From:** Dennis Wilenchik <diw@wb-law.com>
**Sent:** Monday, February 11, 2019 11:26 PM
**To:** Joshua Wurtzel <jwurtzel@schlamstone.com>
**Cc:** David Timchak <DavidT@wb-law.com>; lbeus@beusgilbert.com; tparis@beusgilbert.com; Jeffrey M. Eilender <jeilender@schlamstone.com>; Bradley J. Nash <bnash@schlamstone.com>; Henk Taylor <HTaylor@rrulaw.com>
**Subject:** Re: Wells Fargo Bank, N.A. v. Wyo Tech Investment Group, LLC, et al., Case No. 2:17-cv-04140-DWL: Notice of Subpoenas

I said Dave and I were only available tomw- enough- Dave pl call him

Sent from my iPad


Sincerely Yours,

www.wb-law.com

Dennis Wilenchik
Attorney at Law
diw@wb-law.com

The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
P 602-606-2810  F 602-606-2811

---------------------------

## ATTORNEY/CLIENT COMMUNICATION

The information transmitted by this e-mail is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, dissemination or other use of this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at (602) 606-2810, and delete the communication from any computer or network system.

---------------------------

On Feb 11, 2019, at 2:38 PM, Joshua Wurtzel <jwurtzel@schlamstone.com> wrote:

> Dennis and team,
> Attached please find a Notice of Subpoenas to Okaneiec LLC.
> I request now for the second time that you let me know when someone from your firm is available to meet and confer by phone regarding the notices you say you will oppose. If you do not respond, we will make our submission to the court and let it know that, despite stating that Wyo Tech would not comply with the notices served

on it, you refused to meet and confer.
Joshua Wurtzel
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
Tel.: (212) 344-5400 (x 324)
jwurtzel@schlamstone.com
<image001.png>
CommercialDivisionBlog.com
This e-mail, including all attachments, is for the use of the intended recipients only. It may contain legally privileged or confidential information. If you are not the intended recipient, please permanently delete this message and all copies or printouts, and please notify me immediately.

**From:** Joshua Wurtzel
**Sent:** Sunday, February 10, 2019 11:32 AM
**To:** 'Dennis Wilenchik' <diw@wb-law.com>
**Cc:** David Timchak <DavidT@wb-law.com>; lbeus@beusgilbert.com; tparis@beusgilbert.com; Jeffrey M. Eilender <jeilender@schlamstone.com>; Bradley J. Nash <bnash@schlamstone.com>; Henk Taylor <HTaylor@rrulaw.com>
**Subject:** RE: Wells Fargo Bank, N.A. v. Wyo Tech Investment Group, LLC, et al., Case No. 2:17-cv-04140-DWL: Notice of Subpoenas

Dennis,

In accordance with paragraph nine of the Court's Rule 16 Scheduling Order (Dkt. No. 79), please let me know when you or someone from your firm is available on Monday or Tuesday to meet and confer by phone regarding the notices you say you will oppose. And if you plan to claim that any of the people we noticed are not subject to a Rule 30 notice, please be prepared to pass along their addresses and telephone numbers—since Wyo Tech failed to disclose Jovahna Danzik, Autumn Danzik, or Elizabeth Danzik in its MIDP responses, and listed Mr. Danzik's contact information as c/o your firm.

I am available to meet and confer from 11:30 a.m. – 12:45 p.m. EST on Monday or from 10 a.m. – 4 p.m. EST on Tuesday.

Joshua Wurtzel
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
Tel.: (212) 344-5400 (x 324)
jwurtzel@schlamstone.com
<image001.png>
CommercialDivisionBlog.com
This e-mail, including all attachments, is for the use of the intended recipients only. It may contain legally privileged or confidential information. If you are not the intended recipient, please permanently delete this message and all copies or printouts, and please notify me immediately.

**From:** Dennis Wilenchik <diw@wb-law.com>
**Sent:** Sunday, February 10, 2019 10:16 AM
**To:** Joshua Wurtzel <jwurtzel@schlamstone.com>
**Cc:** David Timchak <DavidT@wb-law.com>; lbeus@beusgilbert.com; tparis@beusgilbert.com; Jeffrey M. Eilender <jeilender@schlamstone.com>; Bradley J. Nash <bnash@schlamstone.com>; Henk Taylor <HTaylor@rrulaw.com>
**Subject:** Re: Wells Fargo Bank, N.A. v. Wyo Tech Investment Group, LLC, et al., Case No. 2:17-cv-04140-DWL: Notice of Subpoenas

No and we will oppose your prior notices as well as these subpoenas as to wyotech- have a nice day

Sent from my iPad

Sincerely Yours,

www.wb-law.com

**Dennis Wilenchik**
Attorney at Law
dw@wb-law.com

The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
P 602-606-2810  F 602-606-2811

------------------------------

## ATTORNEY/CLIENT COMMUNICATION

The information transmitted by this e-mail is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, dissemination or other use of this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at (602) 606-2810, and delete the communication from any computer or network system.

------------------------------

On Feb 9, 2019, at 5:11 PM, Joshua Wurtzel <jwurtzel@schlamstone.com> wrote:

> Counsel,
> Please see the attached notice of subpoenas to (1) Wilenchik & Bartness, P.C.; (2) Beus Gilbert PLLC; (3) Catafago Fini LLP; and (4) the Law Offices of Ken McCartney, P.C.; (5) Evan and Tammy Ahern; (6) KR Construction, LLC; (7) Mark and Lanae Wilson; (8) Christopher and Trisha Udall; (9) Caragan Holdings, LLC; (10) Tamir and Ashley Mosharrafa; and (11) Ali and Kristin Mosharrafa.
> Dennis and David: please let me know by Monday if you will accept service by this e-mail of the subpoena to your firm.
> Leo: please let me know by Monday if you will accept service by this e-mail of the subpoena to your firm.
> Joshua Wurtzel
> Schlam Stone & Dolan LLP
> 26 Broadway
> New York, NY 10004
> Tel.: (212) 344-5400 (x 324)
> jwurtzel@schlamstone.com
> <image001.png>
> CommercialDivisionBlog.com
> This e-mail, including all attachments, is for the use of the intended recipients only. It may contain legally privileged or confidential information. If you are not the intended recipient, please permanently delete this message and all copies or printouts, and please notify me immediately.
> WARNING: This email originated outside of WB-Law.com. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.
>
> <2019.02.09_Notice of Subpoenas [Wyo Tech case] (00237458x9D05D).pdf>
>
> <2019.02.11_Subpoena to Ali and Kristin Mosharrafa [Wyo Tech case] [documents]_FINAL (00237456x9D05D).pdf>

<2019.02.11_Subpoena to Tamir and Ashley Mosharrafa [Wyo Tech case] [documents]_FINAL (00237455x9D05D).pdf>

<2019.02.11_Subpoena to Caragan Holdings, LLC [Wyo Tech case] [documents]_FINAL (00237453x9D05D).pdf>

<2019.02.11_Subpoena to Christopher and Trisha Udall [Wyo Tech case] [documents]_FINAL (00237451x9D05D).pdf>

<2019.02.11_Subpoena to KR Construction, LLC [Wyo Tech case] [documents]_FINAL (00237447x9D05D).pdf>

<2019.02.11_Subpoena to Mark and Lanae Wilson [Wyo Tech case] [documents]_FINAL (00237449x9D05D).pdf>

<2019.02.09_Subpoena to the Law Offices of Ken McCartney, P.C. [Wyo Tech case] [documents]_FINAL (00237443x9D05D).pdf>

<2019.02.11_Subpoena to Evan and Tammy Ahern [Wyo Tech case] [documents]_FINAL (00237430x9D05D).pdf>

<2019.02.09_Subpoena to Catafago Fini LLP [Wyo Tech case] [documents]_FINAL (00237441x9D05D).pdf>

<2019.02.09_Subpoena to Beus Gilbert PLLC [Wyo Tech case] [documents]_FINAL (00237439x9D05D).pdf>

<2019.02.09_Subpoena to Wilenchik Bartness, P.C. [Wyo Tech case] [documents]_FINAL (00237437x9D05D).pdf>

WARNING: This email originated outside of WB-Law.com. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

<2019.02.11_Notice of Subpoenas to Okaneiec LLC [Wyo Tech case] (00237554x9D05D).pdf>

<2019.02.12_Subpoena to Okaneiec LLC [Wyo Tech case] [documents and testimony]_FINAL (00237551x9D05D).pdf>

WARNING: This email originated outside of WB-Law.com. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.
WARNING: This email originated outside of WB-Law.com. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

WARNING: This email originated outside of WB-Law.com. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.