# EXHIBIT D

**Page 1**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING
Case No. 16-20002   Chapter 11

--------------------------------------------------

In re:

DENNIS MEYER DANZIK,

--------------------------------------------------

2004 EXAMINATION
DEPOSITION OF DENNIS M. DANZIK
December 14 and 15, 2016
11:27 a.m.

Taken in behalf of Creditors CWT Canada and Resource Recovery Corporation, pursuant to Order, and in accordance with the applicable Federal Rules of Civil Procedure, via Skype, before Merissa Racine, Registered Diplomate Reporter and Notary Public in and for the County of Laramie, State of Wyoming.

**Page 2**

APPEARANCES

For CWT Canada and        Marcus Williams Young &
Resource Recovery         Zimmermann
Corporation:              106 East Lincolnway
                          Suite 300
                          BY: MR. BRADLEY T. HUNSICKER

                          SCHLAM STONE & DOLAN
                          26 Broadway
                          No. 19
                          New York, NY 10004
                          BY: MR. JEFFREY EILENDER
                              MR. BRADLEY NASH

For Sigma Capital         MR. PAUL HUNTER
Opportunity Fund:         Attorney at Law
                          2616 Central Avenue
                          Cheyenne, WY 82001

For the Debtor:           LAW OFFICES OF KEN MCCARTNEY
                          P.O. Box 1364
                          Cheyenne, WY 82003-1364
                          BY: MR. KEN MCCARTNEY

Also present              BONNER LAW FIRM
telephonically:           1102 Beck Avenue
                          Cody, WY 82414
                          BY: MR. NICHOLAS CRANDALL

INDEX TO EXAMINATION
WITNESS:                                    PAGE

DENNIS M. DANZIK
  BY MR. HUNSICKER                            4
  BY MR. EILENDER                           167
  BY MR. HUNSICKER                          280
  BY MR. EILENDER                           281

INDEX TO EXHIBITS
NO.                                         PAGE
1A   9/19/16 State of Delaware Entity        178
     Details
3    RDX Consolidate Financial Statements    229
4    2012 Tax Credit Payments                201

**Page 3**

INDEX TO EXHIBITS (CONTINUED)
NO.                                         PAGE
5    1/10/14 E-Mail to Ms. Blazar            208
6    Hometown Bank Account Documents         211
7    U.S. Treasury Checks                    213
8    Hometown Bank Statements                214
11   String of E-Mails                       221
12   9/6/14 Letter From Mr. Beeman           225
13   Flow of Funds Analysis                  237
16   Affidavit of Compliance of Dennis       255
     Danzik
19   5/6/16 E-Mail From Mr. Bogardus         265
20   5/6/15 E-Mail From Mr. Bogardus         266
23   M2r Wire Instructions                   262
27   DEJA Ii 3/11/13 Letter Agreement        279
29   Exemplified Judgment                    194
34   Invoices                                 11
36   Summary of Expenses and Disbursements    12
41   January 2016 Second Amended Mor          13
43   March 2016 Amended Mor                   24
44   April 2016 Mor                           35
45   May 2016 Mor                             39
46   June 2016 Mor                            51
47   July 2016 Mor                            57
48   August 2016 Mor                          66
49   September 2016 Mor                       73
52   Proposed Chapter 11 Disclosure           99
     Statement
57   Summons in a Civil Action/Defamation     53
     Complaint

        MARKED QUESTION
Page         Line
 91           24
119           23
174           21
174           25
175            3
177           24

**Page 4**

        P R O C E E D I N G S
           DENNIS M. DANZIK,
having been first duly sworn, was examined and testified as follows, to-wit:
           EXAMINATION
BY MR. HUNSICKER:
    Q.  Could you state your full name for the record, please.
    A.  Dennis Meyer Danzik.
    Q.  Morning, Mr. Danzik.  My name is Brad Hunsicker.  I'm the attorney for the CWT parties in this case.  We're appearing today for a 2004 Examination in your bankruptcy proceeding.  Have you given a deposition before?
    A.  Yes.
    Q.  So you know the ground rules.  I'll still lay them out.  This is somewhat unusual.  We have multiple parties.  For the record we've got Paul Hunter here on behalf of Sigma.  He's appearing from my office.
        We have Jeffrey Eilender and Bradley Nash from the firm Schlam Stone and Dolan here appearing through Skype in New York.
        And you are appearing via Skype from Arizona, I assume?
    A.  I am in Arizona today, yes.

Page 13

1  them being filed?
2      A. Yes.
3      Q. And did you sign all of those documents prior to
4  them being filed?
5      A. Yes.
6      Q. Do you have any additions, deletions, corrections
7  or revisions that you need to make to any of those
8  documents at this time?
9      A. Not that I'm aware of.
10     Q. And are those documents accurate and truthful?
11     A. To the best of my knowledge at this time, yes.
12     Q. I want to start by going through your monthly
13 operating reports, and I think that we'll go ahead and
14 we'll just start with the January 2016 Second Amended
15 Monthly Operating Report. It's pleading No. 129.
16     A. Okay.
17     Q. And it's going to be marked as Exhibit 41.
18     A. I've got to grab something out of my briefcase
19 because I'm missing a couple of those. I'll be right
20 back.
21        (Pause.)
22     A. All right. I'm back.
23     Q. Would you agree that the amount listed under
24 operations, the $6,465 number, would equal the sum of
25 all invoices you created in the month of January?

Page 14

1      A. One minute, please. 6,465, that's correct.
2      Q. Did you receive payment on any of these
3  receivables in January?
4      A. In where?
5      Q. In January. Did you receive payment?
6      A. No, I don't -- I don't think I did. I don't get
7  paid that quickly for work I do.
8      Q. And it looks like you started the month off with
9  $365 in cash; is that correct?
10     A. Correct.
11     Q. On page 4 --
12     A. Well, a little bit more than that because I put
13 $60 into the -- into my debtor in possession operating
14 account.
15     Q. Okay. And it looks like on page 4 of that
16 report, you're showing disbursements of around $2400; is
17 that correct?
18     A. That's correct.
19     Q. So if you only had $365 in your DIP account, and
20 you didn't receive any moneys from receivables in
21 January, where did the money come from to pay for these
22 disbursements?
23     A. Well, it was probably credit cards. And I'll
24 tell you that in just a second.
25        Yeah, most of that was on credit cards.

Page 15

1      Q. Okay. On disbursements you're showing estimated
2  federal taxes of roughly $1600; is that correct?
3      A. Yes, that's my estimated -- well, estimated for
4  each month.
5      Q. Was that a disbursement you actually made to the
6  IRS?
7      A. No.
8      Q. It looks like on your disbursement, I'm only
9  seeing one disbursement for food at Taco Bell. I'm
10 assuming that you had other meals in the month of
11 January. I'm wondering how you paid for those meals?
12     A. Well, typically I'll eat at one of the houses.
13 They have food there. I don't grocery shop.
14     Q. Let's -- When you said one of these houses, what
15 houses are you referring to?
16     A. Either the house in -- my home in Cody, or as it
17 is in the wintertime now, the rental house that my wife
18 has in Scottsdale.
19     Q. What's the address of the home in Cody?
20     A. 1334 Sunset Boulevard South.
21     Q. What's the address of the house in Arizona?
22     A. You know, I have no idea. It's on something San
23 Marcos Drive or something. It's in north Scottsdale --
24 or San Vincent or...
25     Q. And you're showing no utility expenses in the

Page 16

1  month of January; is that correct?
2      A. Yeah. My wife and I pay those alternating
3  depending on if it's insurance or, you know, whatever,
4  kind of split that stuff up.
5      Q. So some months you pay utilities in Wyoming and
6  Arizona, and some months your wife does?
7      A. I don't pay any of the utilities in Arizona.
8  None of the utilities are in my name.
9      Q. Again, you pay no utilities in Arizona, is that
10 your testimony?
11     A. I -- I don't have any utilities in my name in
12 Arizona, that I'm aware of. I handed all that over
13 years ago.
14     Q. And on this operating report here, your bank
15 statement shows an ending balance of $60; is that
16 correct?
17     A. Yeah. That was the opening month, that's
18 correct.
19     Q. On page 2 of the operating report, it shows an
20 ending cash balance of roughly $4400 though; isn't that
21 correct?
22     A. Well, that is accrual for the ending cash balance
23 for January 30th, I believe.
24     Q. So that's assuming that you had received all of
25 your receivables that you billed out that month?