# EXHIBIT E

Page 1

```
UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
- - - - - - - - - - - - - - - - - - - - - - -x
CWT CANADA II LIMITED PARTNERSHIP,
an Ontario, Canada Limited Partnership;
and RESOURCE RECOVERY CORPORATION,
a Delaware Corporation,
                    Case No.:2:16-cv-00607-DGC
         Plaintiffs, 2:16-cv-02577-GMS
                     2:16-cv-00969-JAT
    -against-

ELIZABETH J. DANZIK, an individual;
And DEJA II, LLC, an Arizona Limited
Liability Company,

         Defendants.

- - - - - - - - - - - - - - - - - - - - - - -x
And related claims.
- - - - - - - - - - - - - - - - - - - - - - -x
```

        Oral deposition of DENNIS DANZIK (Appearing via Skype), taken pursuant to notice, was held at the law offices of SCHLAM STONE & DOLAN LLP, 26 Broadway, New York, New York, commencing January 12, 2018, 12:15 p.m., on the above date, before Leslie Fagin, a Court Reporter and Notary Public in the State of New York.

        - - -

MAGNA LEGAL SERVICES
320 West 37th Street, 12th Floor
New York, New York 10018



```
                                                              Page 2
 1
 2    APPEARANCES:
 3
 4    WILENCHIK & BARTNESS, P.C.
      Attorneys for Defendants Elizabeth Danzik;
 5    Danzik Applied Sciences, LLC; Tony Ker;
      Richard Carrigan; Dennis Danzik; and RDX
 6    Technologies Corporation
              2810 North Third Street
 7            Phoenix, Arizona 85004
      BY:     DENNIS I. WILENCHIK, ESQUIRE
 8            BRIAN J. HEMBD, ESQUIRE/
              (Appearing via Skype.)
 9
10    SCHLAM STONE & DOLAN LLP
      Attorneys for Defendants in Case No.
11    2:17-cv-00969
              26 Broadway
12            New York, New York 10004
      BY:     JOSHUA WERTZEL, ESQUIRE
13
14
15
16
17
18
19
20
21
22
23
24
25
```



                                                            Page 5
 1                  D. Danzik
 2              MR. WILENCHIK:  Is there a
 3       microphone?
 4              THE WITNESS:  Hold on a minute.
 5       Let me try a different headset.
 6              MR. WURTZEL:  Let's go off the
 7       record.
 8              (Off the record.)
 9       Q.   Mr. Danzik, are you -- we are,
10   obviously, doing this deposition by Skype and
11   it appears your counsel is not in the same
12   location that you are in.
13              Can you tell me where you are right
14   now, sir?
15       A.   I'm in --
16              MR. WILENCHIK:  I'm going to object
17       and instruct him, he doesn't have to
18       answer that question and he can invoke
19       his Fifth Amendment right, considering
20       that you are trying to, as I understand
21       it, arrest him, so that's my instruction
22       to him.  He can tell you, generally,
23       where he is.
24       Q.   I will ask you to tell me,
25   generally, where you are?

