EXHIBIT F

Dennis I. Wilenchik, #005350
**WILENCHIK & BARTNESS PC**
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
admin@wb-law.com

Leo R. Beus, #002687
**BEUS GILBERT PLLC**
701 North 44th Street
Phoenix, Arizona 85008
lbeus@beusgilbert.com
*Attorneys for Wyo Tech Investment Group, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **Wells Fargo Bank, N.A.,** <br><br> **Plaintiff,** <br> v. <br> **WYO TECH Investment Group, LLC; CWT Canada II Limited Partnership; Resources Recovery Corporation; and Jean Noelting,** <br><br> **Defendants.** | Case No.: 2:17-CV-04140-DWL <br><br> **WYO TECH INVESTMENT GROUP, LLC'S SUPPLEMENT TO ITS RESPONSES TO THE MANDATORY INITIAL DISCOVERY PILOT PROJECT REQUESTS** |
| **WYO TECH Investment Group, LLC,** <br><br> **Cross-Claimant,** <br> v. <br> **CWT Canada II Limited Partnership, Resources Recovery Corporation, and Jean Noelting,** <br> **Cross-Claim Defendants.** | **(Assigned to the Honorable Dominic W. Lanza)** |
| **WYO TECH Investment Group, LLC,** <br><br> **Third Party Plaintiff,** <br> v. <br> **Schlam Stone & Dolan, LLC, a New York Limited Liability Partnership; and Jeffrey M. Eilender,** <br> **Third Party Defendants.** | |

Wyo Tech Investment Group, LLC ("Wyo Tech"), hereby supplements its Responses to the Mandatory Initial Discovery Pilot Project Requests as follows:

Wyo Tech amends/supplements its Response to Mandatory Initial Discovery Request No. 1 at Section (b) as follows (additions underlined and deletions struck through):

**Dennis M. Danzik,** one of the Judgment Debtors (~~c/o Dennis I. Wilenchik, Wilenchik & Bartness, P.C., 2810 N. Third Street, Phoenix, Arizona 85004, 602-202-2810~~<u>Wyo Tech is currently unware of Dennis Danzik's physical residential address, this information will be supplemented upon if it is later discovery or obtained</u>), is expected to have discoverable information including the facts that: (i) WYO TECH is not, and never has been, a party and has not otherwise participated in *GEM HOLDCO, LLC, et al. v. CWT Canada II Limited Partnership, et al.,* Case Index No. 650841/2013, in the Supreme Court of the State of New York, County of New York ("the *GEM HOLDCO* case"); (ii) neither he nor RDX have ever deposited funds in WYO TECH's Account No. – 2809, and neither of them claim any right, title, or interest in any of the funds currently held in said account <u>(or thereafter interplead into the Court)</u>; (iii) neither he nor RDX hold, or have ever held, any membership or other equity interest in WYO TECH; and (iv) WYO TECH does not currently owe any money to him or to RDX.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

1

**DATED** March 4, 2019.

**WILENCHIK & BARTNESS, P.C.**

/s/ Dennis I. Wilenchik, Esq.
Dennis I. Wilenchik, Esq.
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
admin@wb-law.com

**BEUS GILBERT PLLC**
Leo R. Beus, Esq.
701 North 44th Street
Phoenix, Arizona 85008
lbeus@beusgilbert.com
*Attorneys for Wyo Tech Investment Group, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2019, I mailed and emailed the attached document to the following individuals:

J. Henk Taylor
Ryan Rapp & Underwood, P.L.C.
3200 N. Central Ave., Ste. 2250
Phoenix, Arizona  85012
htaylor@rrulaw.com

Jeffrey M. Eilender
Bradley J. Nash
Joshua Wurtzel
Schlam Stone & Dolan LLP
26 Broadway
New York, New York 10004
jeilender@schlamstone.com
bnash@schlamstone.com
jwurtzel@schlamstone.com
Attorneys for Defendants CWT Canada II Limited Partnership, Resource Recovery Corporation, and Jean Noelting

/s/ Hilary Myers

1

### VERIFICATION OF WILLIAM J. HINZ

2   I, Willaim J. Hinz, the CEO of Wyo Tech, and am authorized to make this verification on

3   its behalf.

4   I have reviewed Wyo Tech's Supplement/Amendment to its Responses to the Mandatory

5   Initial Discovery Pilot Project Requests and know the contents thereof. The matters stated in the

6   forgoing document are true of my own personal knowledge, except as to those matters which are

7   stated on information and belief, and as to those matters, I believe them to be true.

8   I declare under penalty of perjury that the foregoing is true and correct to the best of my

9   knowledge.

Dated this 1st day of March, 2019.

10

11    MONICA GARCIA
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires
June 03, 2022

12                                         Its: _CEO_____

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3