# EXHIBIT G

| | |
|---|---|
| **From:** | Chase Turrentine |
| **To:** | Joshua Wurtzel; Tyler Swensen; Victoria Stevens |
| **Cc:** | Dennis Wilenchik; admin; Jeffrey M. Eilender; Bradley J. Nash; htaylor@rrulaw.com |
| **Subject:** | RE: Responses to RFPs and Interrogatories |
| **Date:** | Thursday, April 18, 2019 8:59:52 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image442833.png |

Hi Josh,

Sorry for the delay. We have the following regarding your questions:

The last known business address for Dennis Danzik, according to Hinz is: 7543 E Tierra Buena Ln., Scottsdale, AZ 85260. Mr. Hinz does not know what his home address is.

Also, I confirmed that both Elizabeth (part-time) and Jovahna are still employed and we should have no problem producing them.

Let me know. Thanks

www.wb-law.com

Chase Turrentine
Attorney at Law
chaset@wb-law.com

The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
P 602-606-2810   F 602-606-2811

------------------------------

ATTORNEY/CLIENT COMMUNICATION

The information transmitted by this e-mail is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, dissemination or other use of this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at (602) 606-2810, and delete the communication from any computer or network system.

------------------------------

**From:** Joshua Wurtzel <jwurtzel@schlamstone.com>
**Sent:** Thursday, April 18, 2019 6:49 AM
**To:** Chase Turrentine <chaset@wb-law.com>; Tyler Swensen <TylerS@wb-law.com>; Victoria Stevens <VictoriaS@wb-law.com>
**Cc:** Dennis Wilenchik <diw@wb-law.com>; admin <admin@wb-law.com>; Jeffrey M. Eilender <jeilender@schlamstone.com>; Bradley J. Nash <bnash@schlamstone.com>; htaylor@rrulaw.com
**Subject:** RE: Responses to RFPs and Interrogatories

Following up on the third and fourth bullet points below, which you said you would promptly get back to me on.

Joshua Wurtzel
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
Tel.: (212) 344-5400 (x 324)
jwurtzel@schlamstone.com

CommercialDivisionBlog.com

This e-mail, including all attachments, is for the use of the intended recipients only. It may contain legally privileged or confidential information. If you are not the intended recipient, please permanently delete this message and all copies or printouts, and please notify me immediately.

**From:** Joshua Wurtzel
**Sent:** Monday, April 15, 2019 1:25 PM
**To:** Chase Turrentine <chaset@wb-law.com>; Tyler Swensen <TylerS@wb-law.com>; Victoria Stevens <VictoriaS@wb-law.com>
**Cc:** Dennis Wilenchik <diw@wb-law.com>; admin <admin@wb-law.com>; Jeffrey M. Eilender <jeilender@schlamstone.com>; Bradley J. Nash <bnash@schlamstone.com>; htaylor@rrulaw.com
**Subject:** FW: Responses to RFPs and Interrogatories

As a follow up to today's call, see below in red.

Joshua Wurtzel
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
Tel.: (212) 344-5400 (x 324)
jwurtzel@schlamstone.com


CommercialDivisionBlog.com

This e-mail, including all attachments, is for the use of the intended recipients only. It may contain legally privileged or confidential information. If you are not the intended recipient, please permanently delete this message and all copies or printouts, and please notify me immediately.

**From:** Chase Turrentine <chaset@wb-law.com>
**Sent:** Monday, April 15, 2019 12:15 PM
**To:** Joshua Wurtzel <jwurtzel@schlamstone.com>; Heather Zwick <heatherz@wb-law.com>
**Cc:** Dennis Wilenchik <diw@wb-law.com>; Victoria Stevens <VictoriaS@wb-law.com>; htaylor@rrulaw.com; Jeffrey M. Eilender <jeilender@schlamstone.com>; Bradley J. Nash <bnash@schlamstone.com>; Hilary Myers <HilaryM@wb-law.com>; Wyo Tech adv Wells Fargo (e57659d03+matter1136246401@maildrop.clio.com) <e57659d03+matter1136246401@maildrop.clio.com>
**Subject:** RE: Responses to RFPs and Interrogatories

Hi Josh,

Since the call already got pushed back a few minutes, can we touch base at 9:30 AZ time (12:30 NY time)? We'll be able to address these issues on the call then.

www.wb-law.com

Chase Turrentine
Attorney at Law
chaset@wb-law.com

The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
P 602-606-2810   F 602-606-2811

---

ATTORNEY/CLIENT COMMUNICATION

The information transmitted by this e-mail is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, dissemination or other use of this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at (602) 606-2810, and delete the communication from any computer or network system.

---

**From:** Joshua Wurtzel <jwurtzel@schlamstone.com>
**Sent:** Friday, April 12, 2019 5:18 PM
**To:** Heather Zwick <heatherz@wb-law.com>

**Cc:** Dennis Wilenchik <diw@wb-law.com>; Victoria Stevens <VictoriaS@wb-law.com>; htaylor@rrulaw.com; Jeffrey M. Eilender <jeilender@schlamstone.com>; Bradley J. Nash <bnash@schlamstone.com>; Chase Turrentine <chaset@wb-law.com>; Hilary Myers <HilaryM@wb-law.com>; Wyo Tech adv Wells Fargo (e57659d03+matter1136246401@maildrop.clio.com) <e57659d03+matter1136246401@maildrop.clio.com>
**Subject:** RE: Responses to RFPs and Interrogatories

Dennis,

Please be prepared to address the following on our call on Monday:

- **Discovery deadline extension.** I asked you for an extension until October 29, given that we still have not gotten Wyo Tech's responses to our document demands and interrogatories, let alone nonparty productions or depositions. Please let me know if you consent to this extension. Wyo Tech consents to extend the fact-discovery deadline to October 29, 2019. I will circulate a draft stipulation and proposed form of order setting out the good cause. In the proposed order, I will back up all the deadlines that follow the fact-discovery deadline accordingly.

- **Wyo Tech's document production and interrogatory responses.** We served these on February 3, and Wyo Tech's responses were due on March 4. You then requested an extension to April 1—to which we agreed—and then requested another extension to April 5—to which we again agreed. But it is now April 12, and we haven't received any documents or even written responses. Given the court's April 9 order, and given that it has now been over two months since we served these, Wyo Tech should be able to make a substantial production and respond substantively to our interrogatories immediately. Please confirm that Wyo Tech will make a substantial production and respond substantively to our interrogatories in the next few days; if you cannot confirm this, we will seek relief from the court. Wyo Tech will serve written responses to the document requests and interrogatories by April 22, along with a substantial production. The CWT Parties agree to enter into a confidentiality order; you will send me a draft to review.

- **Party depositions of Wyo Tech, Bill Hinz, Jovahna Danzik, and Elizabeth Danzik.** David said that Wyo Tech will produce these witnesses in accordance with the Rule 34 notices we served on February 3. We noticed these depositions for dates in March, but because Wyo Tech had not produced any documents in response to our RFPs and had not responded to our interrogatories, we were forced to adjourn these depositions. Please be prepared to discuss dates for each of these witnesses, which can be scheduled only when we know when Wyo Tech will make a complete production and respond to our interrogatories. Though Timchak previously represented, by February 21, 2019 e-mail, that Wyo Tech would produce Bill Hinz, Jovahna Danzik, and Elizabeth Danzik in accordance with the Rule 34 deposition notices, you are not sure whether this remains Wyo Tech's position and will confirm and let me know in the next day or two. We reserve our right to argue that any objections to the deposition notices have been waived.

- **Service of a subpoena on Dennis Danzik.** As you know, Wyo Tech initially disclosed Mr. Danzik as a person with relevant knowledge, and listed his contact information as c/o your firm. But on February 3, when we served a Rule 34 deposition notice on your firm seeking Mr. Danzik's deposition, you claimed that a deposition notice was improper because Mr. Danzik no longer works for Wyo Tech, and further refused to accept service of a subpoena on him. We then asked you to give us his address and demanded that Wyo Tech update its MIDP responses. But you claimed that don't have Mr. Danzik's address, and Wyo Tech amended its MIDP responses to state that it is "currently unaware of Dennis Danzik's physical residential address." Though disingenuous, I followed up and asked whether Wyo Tech knows Mr. Danzik's current *business* address, on which David said he would check but never got back to me. Despite Wyo Tech's claim in its amended MIDP response, we know that Mr. Hinz—Wyo Tech's CEO—regularly works with Mr. Danzik through Inductance and other shell companies set up for the purpose of "employing" Mr. Danzik. Thus, if Mr. Hinz does not know where Mr. Danzik lives or works, he certainly could find out. We thus demand that he do so, and that you provide us with Mr. Danzik's current home and business addresses on Monday's call. If you refuse, we will seek relief from the court. You will check with Bill Hinz to see if he knows Dennis Danzik's business and home addresses and, if so, provide them.

- **Nonparties' noncompliance with subpoenas.** As you know, in early February, we served approximately a dozen subpoenas on nonparties to this action, including various Danzik-related entities and people we believe are Wyo Tech investors. But none of these nonparties responded to our subpoenas. In your February 28 letter to me, you said that "Wyo Tech has commanded that the investors do not comply" with the subpoenas we served. Given the court's April 9 order, please confirm that you will contact all nonparties we have served in this case that you previously "commanded" not to comply with our subpoenas and withdraw this "command[]"—and further encourage the nonparties to comply. If you refuse to confirm, we will seek relief from Judge Lanza, and will also begin enforcement actions against these witnesses in other jurisdictions as necessary. You agreed not to interfere with the subpoena recipients' responses. I said we would deal directly with the subpoena recipients and reserve all rights against them and Wyo Tech if it interferes with their responses.

I look forward to our meet and confer on Monday.

Joshua Wurtzel
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
Tel.: (212) 344-5400 (x 324)
jwurtzel@schlamstone.com


CommercialDivisionBlog.com

This e-mail, including all attachments, is for the use of the intended recipients only. It may contain legally privileged or confidential information. If you are not the intended recipient, please permanently delete this message and all copies or printouts, and please notify me immediately.

**From:** Joshua Wurtzel
**Sent:** Wednesday, April 10, 2019 2:39 PM
**To:** Heather Zwick <heatherz@wb-law.com>
**Cc:** Dennis Wilenchik <diw@wb-law.com>; Victoria Stevens <VictoriaS@wb-law.com>; htaylor@rrulaw.com; Jeffrey M. Eilender <jeilender@schlamstone.com>; Bradley J. Nash <bnash@schlamstone.com>; Chase Turrentine <chaset@wb-law.com>; Hilary Myers <HilaryM@wb-law.com>; Wyo Tech adv Wells Fargo (e57659d03+matter1136246401@maildrop.clio.com) <e57659d03+matter1136246401@maildrop.clio.com>
**Subject:** Re: Responses to RFPs and Interrogatories

Great confirmed.

Joshua Wurtzel
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
Tel.: (212) 344-5400 (x 324)
jwurtzel@schlamstone.com


CommercialDivisionBlog.com

On Apr 10, 2019, at 2:26 PM, Heather Zwick <heatherz@wb-law.com> wrote:

> 9 am AZ time on Monday works.
>
> www.wb-law.com
>
> Heather Zwick
> Executive Assistant
> heatherz@wb-law.com
>
> The Wilenchik & Bartness Building
> 2810 North Third Street
> Phoenix, Arizona 85004
> P 602-606-2810 | F 602-606-2811
>
> ------------------------------
>
> ATTORNEY/CLIENT COMMUNICATION
>
> The information transmitted by this e-mail is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, dissemination or other use of this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at (602) 606-2810, and delete the communication from any computer or network system.
>
> ------------------------------

**From:** Joshua Wurtzel <jwurtzel@schlamstone.com>
**Sent:** Wednesday, April 10, 2019 11:24 AM
**To:** Heather Zwick <heatherz@wb-law.com>
**Cc:** Dennis Wilenchik <diw@wb-law.com>; Victoria Stevens <VictoriaS@wb-law.com>; htaylor@rrulaw.com; Jeffrey M. Eilender <jeilender@schlamstone.com>; Bradley J. Nash <bnash@schlamstone.com>; Chase Turrentine <chaset@wb-law.com>; Hilary Myers <HilaryM@wb-law.com>; Wyo Tech adv Wells Fargo (e57659d03+matter1136246401@maildrop.clio.com) <e57659d03+matter1136246401@maildrop.clio.com>
**Subject:** Re: Responses to RFPs and Interrogatories

No, but I can do 8:30 or 9 am AZ time. Does that work?

Joshua Wurtzel
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
Tel.: (212) 344-5400 (x 324)
jwurtzel@schlamstone.com


CommercialDivisionBlog.com

On Apr 10, 2019, at 2:23 PM, Heather Zwick <heatherz@wb-law.com> wrote:

> Hi Joshua, could you do the phone call earlier at 10:30 AZ time on Monday instead?

www.wb-law.com

Heather Zwick
Executive Assistant
heatherz@wb-law.com

The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
P 602-606-2810   F 602-606-2811

-----------------------------

ATTORNEY/CLIENT COMMUNICATION

The information transmitted by this e-mail is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, dissemination or other use of this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at (602) 606-2810, and delete the communication from any computer or network system.

-----------------------------

**From:** Dennis Wilenchik <diw@wb-law.com>
**Sent:** Wednesday, April 10, 2019 11:20 AM
**To:** Joshua Wurtzel <jwurtzel@schlamstone.com>
**Cc:** Victoria Stevens <VictoriaS@wb-law.com>; htaylor@rrulaw.com; Jeffrey M. Eillnder <jeilender@schlamstone.com>; Bradley J. Nash <bnash@schlamstone.com>; Chase Turrentine <chaset@wb-law.com>; Hilary Myers <HilaryM@wb-law.com>; Wyo Tech adv Wells Fargo (e57659d03+matter1136246401@maildrop.clio.com) <e57659d03+matter1136246401@maildrop.clio.com>; Heather Zwick <heatherz@wb-law.com>
**Subject:** RE: Responses to RFPs and Interrogatories

Thanks.  Heather pls set something up.


Sincerely Yours,

www.wb-law.com

Dennis Wilenchik
Attorney at Law
diw@wb-law.com

The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
P 602-606-2810   F 602-606-2811

------------------------------

ATTORNEY/CLIENT COMMUNICATION

The information transmitted by this e-mail is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, dissemination or other use of this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at (602) 606-2810, and delete the communication from any computer or network system.

------------------------------

**From:** Joshua Wurtzel [mailto:jwurtzel@schlamstone.com]
**Sent:** Wednesday, April 10, 2019 11:19 AM
**To:** Dennis Wilenchik <diw@wb-law.com>
**Cc:** Victoria Stevens <VictoriaS@wb-law.com>; htaylor@rrulaw.com; Jeffrey M. Eilender <jeilender@schlamstone.com>; Bradley J. Nash <bnash@schlamstone.com>; Chase Turrentine <chaset@wb-law.com>; Hilary Myers <HilaryM@wb-law.com>; Wyo Tech adv Wells Fargo (e57659d03+matter1136246401@maildrop.clio.com) <e57659d03+matter1136246401@maildrop.clio.com>
**Subject:** Re: Responses to RFPs and Interrogatories

Welcome back.

How about 11:30 am your time/2:30 pm EST on Monday?

Joshua Wurtzel
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
Tel.: (212) 344-5400 (x 324)
jwurtzel@schlamstone.com


CommercialDivisionBlog.com

On Apr 10, 2019, at 2:16 PM, Dennis Wilenchik <diw@wb-law.com> wrote:

> We are not ignoring anything. I just got back today and met with my folks who are gathering together information. I suggest we get a phone call set up next week to go over a bunch of things. thanks
>
>
>
> Sincerely Yours,
>
>
> www.wb-law.com
>
> Dennis Wilenchik
> Attorney at Law
> diw@wb-law.com
>
> The Wilenchik & Bartness Building
> 2810 North Third Street
> Phoenix, Arizona 85004
> P 602-606-2810   F 602-606-2811
>
> ------------------------------

ATTORNEY/CLIENT COMMUNICATION

The information transmitted by this e-mail is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, dissemination or other use of this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at (602) 606-2810, and delete the communication from any computer or network system.

-----------------------------

**From:** Joshua Wurtzel [mailto:jwurtzel@schlamstone.com]
**Sent:** Wednesday, April 10, 2019 11:12 AM
**To:** Victoria Stevens <VictoriaS@wb-law.com>; htaylor@rrulaw.com; Jeffrey M. Eilender <jeilender@schlamstone.com>; Bradley J. Nash <bnash@schlamstone.com>
**Cc:** Chase Turrentine <chaset@wb-law.com>; Hilary Myers <HilaryM@wb-law.com>; Wyo Tech adv Wells Fargo (e57659d03+matter1136246401@maildrop.clio.com) <e57659d03+matter1136246401@maildrop.clio.com>; Dennis Wilenchik <diw@wb-law.com>
**Subject:** Re: Responses to RFPs and Interrogatories

I am following up on the schedule and your production. You promised it by April 5. It is now April 10. When will we get it? If you keep ignoring these we requests, we will just move to compel.

Joshua Wurtzel
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
Tel.: (212) 344-5400 (x 324)
jwurtzel@schlamstone.com


CommercialDivisionBlog.com

On Apr 8, 2019, at 10:33 PM, Joshua Wurtzel <jwurtzel@schlamstone.com> wrote:

> Counsel,
>
> Where is Wyo Tech's document production and interrogatory responses? Given the Court's statement today that discovery will go forward, we will renotice all the depositions and enforce all subpoenas against all nonparties we served. Please let me know if you will consent to the proposed extension below
>
> Joshua Wurtzel
> Schlam Stone & Dolan LLP
> 26 Broadway
> New York, NY 10004
> Tel.: (212) 344-5400 (x 324)
> jwurtzel@schlamstone.com
>
> <image001.png>
> CommercialDivisionBlog.com
>
> This e-mail, including all attachments, is for the use of the intended recipients only. It may contain legally privileged or confidential information. If you are not the intended recipient, please permanently delete this message and all copies or printouts, and please notify me immediately.

**From:** Joshua Wurtzel
**Sent:** Sunday, March 31, 2019 9:03 AM
**To:** Victoria Stevens <VictoriaS@wb-law.com>; htaylor@rrulaw.com; Jeffrey M. Eilender <jeilender@schlamstone.com>; Bradley J. Nash <bnash@schlamstone.com>
**Cc:** Chase Turrentine <chaset@wb-law.com>; Hilary Myers <HilaryM@wb-law.com>; Wyo Tech adv Wells Fargo (e57659d03+matter1136246401@maildrop.clio.com) <e57659d03+matter1136246401@maildrop.clio.com>; Dennis Wilenchik <diw@wb-law.com>
**Subject:** RE: Responses to RFPs and Interrogatories

Counsel,

As you know, we agreed to extend Wyo Tech's time to respond to our RFPs and interrogatories to April 1 (and now April 5), and we also agreed to adjourn the party depositions we noticed until after we get Wyo Tech's document production and interrogatory responses and adjourn the nonparty depositions we scheduled after the nonparties comply with the subpoenas we served (to date, they have not).

As you also know, under the current schedule, the deadline to complete fact discovery is April 29. But we are not getting Wyo Tech's responses to our initial discovery demands until April 1, your motion to quash (which, as the Court observes, implicates several other discovery-related issues in this case) is still pending, and none of the nonparties we subpoenaed responded to our subpoenas—and we will thus need to seek orders compelling them to comply in multiple jurisdictions—the April 1 deadline must be extended. Further, we also plan to seek an order authorizing alternative service on Dennis Danzik, and critically, as you know, we just filed a motion in the Wyoming bankruptcy court to allow this case to go forward given Danzik's recent Chapter 7 filing. Thus, the April 29 fact discovery deadline must be extended.

Given the significant amount of party and nonparty discovery that remains outstanding in this case, we propose extending the fact discovery deadline to October 29, with all other deadlines in the case similarly getting pushed back six months. Please let me know if you agree to this extension, and we can prepare a stip—in which we can include that your agreement to this schedule is without prejudice to your right to argue that it should be further amended if the court rules that we are not entitled to discovery in this case. But we cannot wait until after the court rules on the motion to quash to seek this extension, since the court may not rule for several weeks and the deadline is fast approaching.

Thanks.

Joshua Wurtzel
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
Tel.: (212) 344-5400 (x 324)
jwurtzel@schlamstone.com

<image001.png>
CommercialDivisionBlog.com

This e-mail, including all attachments, is for the use of the intended recipients only. It may contain legally privileged or confidential information. If you are

not the intended recipient, please permanently delete this message and all copies or printouts, and please notify me immediately.

**From:** Joshua Wurtzel
**Sent:** Friday, March 29, 2019 7:19 PM
**To:** 'Victoria Stevens' <VictoriaS@wb-law.com>; htaylor@rrulaw.com; Jeffrey M. Eilender <jeilender@schlamstone.com>; Bradley J. Nash <bnash@schlamstone.com>
**Cc:** Chase Turrentine <chaset@wb-law.com>; Hilary Myers <HilaryM@wb-law.com>; Wyo Tech adv Wells Fargo (e57659d03+matter1136246401@maildrop.clio.com) <e57659d03+matter1136246401@maildrop.clio.com>
**Subject:** RE: Responses to RFPs and Interrogatories

That is fine.

Joshua Wurtzel
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
Tel.: (212) 344-5400 (x 324)
jwurtzel@schlamstone.com

<image001.png>
CommercialDivisionBlog.com

This e-mail, including all attachments, is for the use of the intended recipients only. It may contain legally privileged or confidential information. If you are not the intended recipient, please permanently delete this message and all copies or printouts, and please notify me immediately.

**From:** Victoria Stevens <VictoriaS@wb-law.com>
**Sent:** Friday, March 29, 2019 7:13 PM
**To:** htaylor@rrulaw.com; Jeffrey M. Eilender <jeilender@schlamstone.com>; Joshua Wurtzel <jwurtzel@schlamstone.com>; Bradley J. Nash <bnash@schlamstone.com>
**Cc:** Chase Turrentine <chaset@wb-law.com>; Hilary Myers <HilaryM@wb-law.com>; Wyo Tech adv Wells Fargo (e57659d03+matter1136246401@maildrop.clio.com) <e57659d03+matter1136246401@maildrop.clio.com>
**Subject:** Responses to RFPs and Interrogatories
**Importance:** High

Mr. Taylor:

Thank you for discussing the deadline for the Responses to the Requests for Production of Documents and the Interrogatories, sent on or about February 3, 2019 to David Timchak. As you know, David has left the firm and Chase R. Turrentine has taken over this case. The deadline to respond to the RFPs and Interrogatories is April 1, 2019, based upon an email agreement. As I explained, we need additional time. We request an extension to respond to these to April 5, 2019.

If you have any questions, please do not hesitate to contact Chase directly. If he is not available, contact me and I will do what I can to assist.

We appreciate the professional courtesy.

Victoria Stevens
Senior Paralegal
VictoriaS@wb-law.com

www.wb-law.com

The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
P 602-606-2810  F 602-606-2811

---

### ATTORNEY/CLIENT COMMUNICATION

The information transmitted by this e-mail is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, dissemination or other use of this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at (602) 606-2810, and delete the communication from any computer or network system.

---

WARNING: This email originated outside of WB-Law.com. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

WARNING: This email originated outside of WB-Law.com. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

WARNING: This email originated outside of WB-Law.com. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

WARNING: This email originated outside of WB-Law.com. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

WARNING: This email originated outside of WB-Law.com. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.