# EXHIBIT H

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

-----------------------------------------------------------

Wells Fargo Bank, N.A.
                Plaintiff,

v.

Wyo Tech Investment Group, LLC

                Defendant,

-----------------------------------------------------------

Civil Action No.: 2:17-cv-04140-DWL

**AFFIDAVIT OF ATTEMPTED SERVICE**

State of Arizona
County of Maricopa
                SS:

I, Efrain Sotelo, being duly sworn depose and state that I am a licensed process server, authorized under A.R.C.P. 4, license number MC-2045. I am not a party in this action, I am over the age of eighteen years and reside in the state of Arizona.

I was assigned to serve Dennis Danzik with a Subpoena to Testify and a subpoena to produce documents at the address of 7543 East Tierra Buena Lane, Scottsdale, AZ 85260 for the firm of Schlam Stone. I was provided with photos of Mr. Danzik as well.

On April 22, 2019 at 12:27 p.m. I attempted service at the above address and found a secured office building with no directory and one bell with an intercom. I buzzed the bell and a female answered via the intercom. I asked for Dennis Danzik, she asked me why I was there and I stated that I had a subpoena for him. There was a pause, the female then said that Mr. Danzik did not office out of this address. I asked the female for the name of the company and requested a business card, she said "no" and hung up on me.

On April 26, 2019 at 11:40 a.m. I returned to the above location. Prior to ringing the buzzer again, I went to the back of the building to see if there was another buzzer or any other entrances. At the back of the property I saw a dumpster labeled with the names of Danzik Applied Sciences and Inductance Energy Corp. The property has surveillance cameras and there are signs that say photographs and video recording is prohibited. I proceeded to buzz as in my previous attempt and a female answered the buzzer, I asked for Dennis Danzik and the female asked me if I had an appointment with him. I stated I did not, she asked why I was there and I told her I had a subpoena for Mr. Danzik. There was a pause and the female stated he did not office out of this building. I explained to the female that I was going to tape my contact information in a note addressed to Mr. Danzik. I asked her if she could kindly provide him with my contact information. She again stated that he did not office out of this location. I told her she must have his contact information or a phone number for him and she said "ok". Attached is a copy of the note I left on the door addressed to Mr. Dennis Danzik.

On April 29, 2019 at approximately 10:45 am I received a telephone call from 307-250-5417 and the male voice identified himself as Dennis Danzik. I advised him that I had a subpoena for him and Mr.

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160

Page 1 of 2

Danzik stated that he was not in Arizona, he stated that he was in Nevada travelling and that if I wanted to serve him I could serve him at his home at 1334 Sunset Boulevard, South Cody, WY 82414.

Mr. Danzik stated he may be at his home in Cody around May 13, 2019 and that I should call him to be sure he will be there because he travels often.

On April 29, 2019 at approximately 1:15 p.m. I attempted service again at the above address and this time there was no answer at the buzzer.

Efrain Sotelo
License No.: MC-2045

Sworn to before me this
30th of April, 2019

Notary Public

GAIL R. DAMMANN
Notary Public, State of Arizona
Maricopa County
Commission # 549353
My Commission Expires
August 24, 2022

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160

Page 2 of 2

4/26/19

Dennis Danzik,

My name is Efrain Sotelo and I am Certified Private Process Server of the Superior Court (MC-2045). I have 2 Subpoenas for you, In the case Wells Fargo Bank, N.A. vs. Wyo Tech Investment Group, LLC. The case number 2:17-cv-04140-DWL, out of United States District Court for the District of Arizona.

My phone number is (602) 703-2980, please call me to arrange a convenient time for service. I look forward to hear from you.

Sincerely,

Efrain Sotelo