# EXHIBIT I

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

---

Wells Fargo Bank, N.A.
               Plaintiff,

v.

Wyo Tech Investment Group, LLC

               Defendant,

Civil Action No.: 2:17-cv-04140-DWL

**AFFIDAVIT OF ATTEMPTED SERVICE**

---

State of Wyoming
County of Natrona

               SS:

I, Kris Holliday, being duly sworn depose and state that I am a process server, I am not a party in this action, I am over the age of eighteen years and reside in the state of Wyoming.

I was assigned to serve Dennis Danzik with a Subpoena to Testify and Subpoena to produce documents at the address of 1334 Sunset Boulevard, South Cody for the firm of Schlam Stone. I was provided with photos of Mr. Danzik as well.

On April 22, 2019 I attempted service at 6:15 pm at the above address. As I drove up to the property an older gentleman was driving out of the driveway so I stopped in front of him. I asked if Dennis Danzik was there and he told me no he was not. I asked if he knew when Dennis would be at the property and he said he never knows when he is coming to Cody until a week or less before he arrives. I asked if he was the caretaker and he said he was. He said he was at the property getting the lawn ready for the raw water to be turned on. I asked him if he knew if Dennis Danzik had a house in Sheridan, WY and he stated that as far as he knew he did not.

On April 23, 2019 I attempted service again at 12:15 pm and no one responded to my knocks at the door. The house looked the same as on my previous evening attempt. The caretaker was at the back of the property in a secondary garage taking care of yard equipment. On this day at 1:23 p.m. I returned, there was no answer at the door. I placed my business card on the front door of the house and left (see attached photos).

On April 27, 2019 at 11:30 am I attempted service again and my business card had been removed from the front door of the house, there was no answer again. There is a security camera at the front door. I believe the property is being monitored. The drapes and blinds on the front windows were closed. There is a curtain on the window of the front door. On previous visits to this house I was able to see through the windows. I could see there was no furniture other than what appeared to be a dining room, with end tables and lamps all piled in that room.

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160

Page 1 of 2

I resumed in my efforts to serve Dennis Danzik. I was advised that Mr. Danzik called Efrain Sotelo, process server in Arizona and told Mr. Sotelo that he would be back in Cody around May 13th, 2019 and asked to be called at 307-250-5417 to set up a meeting and to be sure he was home.

On May 10, 2019 at 12:10 pm I attempted service again and found nothing at the property had changed since my last attempt, the caretaker was not there and the drapes were not raised.

On May 11, 2019 at 10:23 am I attempted service again and left a note on the door for Mr. Danzik to contact me. I then called Mr. Danzik's phone and no one answered, I was not able to leave a voicemail because the voicemail had not been set up.

On May 12, 2019 at 5:05 pm I attempted service again and spoke to the caretaker who stated he had sent Mr. Danzik my business card and stated he had no further indication that Mr. Danzik was coming into town. I told the caretaker that I had Mr. Danzik's cell phone number and the caretaker commented that the calls goes to voicemail.

On May 13, 2019 at 7:45 am I attempted service again and there was no answer, the caretaker was not on the premises.

On May 13, 2019 at 10:15 am I attempted service again and there was no answer, the caretaker was not on the premises. I also called Mr. Danzik and the call went straight to voicemail, the voicemail was not set up and I was unable to leave a message.

On May 13, 2019 at 12:52 pm and May 15, 2019 at 7:45 am, I attempted to contact the Mr. Danzik by text and did not receive a response. Copy of my text messages are attached hereto.

On May 15, 2019 at 7:40 am I attempted service again and there was no answer, the caretaker was at the property.

As of this writing, I have not heard back from Mr. Danzik or anyone else.

Kris Holliday

Sworn to before me this
20th Day of May, 2019

Notary Public

SHANNON L. ELDREDGE   NOTARY PUBLIC
COUNTY OF PARK   STATE OF WYOMING
MY COMMISSION EXPIRES   JANUARY 10, 2022

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160

Page 2 of 2






**(307) 250-5417**

Conversation with (307) 250-5417

Dennis Danzik, my name is Kris Holliday. I am a process server in Cody, Wyoming. As your caretaker may have told you, I am trying to deliver legal paperwork to you and have been to your property in Cody numerous times. I would appreciate it if you would contact me by text or phone call so we can discuss the possibility of delivering these papers to you.

7:45 AM

Dennis Danzik, my name is Kris Holliday. I am a process server in Cody, Wyoming. As your caretaker may have told you, I am trying to deliver legal paperwork to you and have been to your property in Cody numerous times. I would appreciate it if you would contact me by text or phone call so we can discuss the possibility of delivering these papers to you.

Now • SMS

Text message






SMS