# EXHIBIT J

| | |
|---|---|
| **From:** | Dennis Wilenchik |
| **To:** | Joshua Wurtzel; Victoria Stevens; Tyler Swensen; Henk Taylor; Jeffrey M. Eilender; Bradley J. Nash |
| **Cc:** | Chase Turrentine; Wyo Tech adv Wells Fargo (e57659d03+matter1136246401@maildrop.clio.com); Heather Zwick |
| **Subject:** | RE: Wyo Tech adv. Wells Fargo |
| **Date:** | Friday, May 17, 2019 5:54:56 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image492909.png |
| | image980718.png |

I just told you and will repeat again that I will make it clear if it was not, that I am not his general co counsel and will file that with the court and a withdrawal to be certain. I was only to be co counsel for that hearing. I have no ability to gurantee his appearance but as I said I will do my best to ask Ken to speak with him to cooperate with you. Thanks

Sincerely Yours,



www.wb-law.com

**Dennis Wilenchik**
Attorney at Law
diw@wb-law.com

The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
P 602-606-2810   F 602-606-2811

---------------------------

## ATTORNEY/CLIENT COMMUNICATION

The information transmitted by this e-mail is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, dissemination or other use of this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at (602) 606-2810, and delete the communication from any computer or network system.

---------------------------

**From:** Joshua Wurtzel [mailto:jwurtzel@schlamstone.com]
**Sent:** Friday, May 17, 2019 2:51 PM
**To:** Dennis Wilenchik <diw@wb-law.com>; Victoria Stevens <VictoriaS@wb-law.com>; Tyler Swensen <TylerS@wb-law.com>; Henk Taylor <HTaylor@rrulaw.com>; Jeffrey M. Eilender <jeilender@schlamstone.com>; Bradley J. Nash <bnash@schlamstone.com>
**Cc:** Chase Turrentine <chaset@wb-law.com>; Wyo Tech adv Wells Fargo (e57659d03+matter1136246401@maildrop.clio.com) <e57659d03+matter1136246401@maildrop.clio.com>; Heather Zwick <heatherz@wb-law.com>
**Subject:** RE: Wyo Tech adv. Wells Fargo

Dennis,

In the attached, it says you apply to be admitted PHV as co-counsel for Dennis Danzik. Is that not correct?

The subpoena was handed to him personally in front of several witnesses, so there should be no question that he was properly served. I will accept your representation that you will work with him and me in good faith to find a new date for his deposition, so with that understanding, you can submit those three dates.

Joshua Wurtzel
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
Tel.: (212) 344-5400 (x 324)
jwurtzel@schlamstone.com


CommercialDivisionBlog.com

This e-mail, including all attachments, is for the use of the intended recipients only. It may contain legally privileged or confidential information. If you are not the intended recipient, please permanently delete this message and all copies or printouts, and please notify me immediately.

**From:** Dennis Wilenchik <diw@wb-law.com>
**Sent:** Friday, May 17, 2019 5:42 PM
**To:** Joshua Wurtzel <jwurtzel@schlamstone.com>; Victoria Stevens <VictoriaS@wb-law.com>; Tyler Swensen <TylerS@wb-law.com>; Henk Taylor <HTaylor@rrulaw.com>; Jeffrey M. Eilender <jeilender@schlamstone.com>; Bradley J. Nash <bnash@schlamstone.com>
**Cc:** Chase Turrentine <chaset@wb-law.com>; Wyo Tech adv Wells Fargo (e57659d03+matter1136246401@maildrop.clio.com) <e57659d03+matter1136246401@maildrop.clio.com>; Heather Zwick <heatherz@wb-law.com>
**Subject:** RE: Wyo Tech adv. Wells Fargo

Josh I am not co counsel in the bk matter for all purposes and made it clear to his counsel I wanted to appear for that hearing alone because Mr. Hinz was there. I asked him to make that clear to the court as well at the hearing but he did not say that. I will make that clear if he didn't in the filing. Having said that, of course as Tyler said we will try to find out whether he can be available through his counsel assuming the subpoena was properly served. Thank you


Sincerely Yours,



**Dennis Wilenchik**
Attorney at Law
diw@wb-law.com

The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
P 602-606-2810 | F 602-606-2811

www.wb-law.com

----------------------------

## ATTORNEY/CLIENT COMMUNICATION

The information transmitted by this e-mail is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, dissemination or other use of this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at (602) 606-2810, and delete the communication from any computer or network system.

----------------------------

**From:** Joshua Wurtzel [mailto:jwurtzel@schlamstone.com]
**Sent:** Friday, May 17, 2019 2:36 PM
**To:** Victoria Stevens <VictoriaS@wb-law.com>; Tyler Swensen <TylerS@wb-law.com>; Henk Taylor <HTaylor@rrulaw.com>; Jeffrey M. Eilender <jeilender@schlamstone.com>; Bradley J. Nash <bnash@schlamstone.com>
**Cc:** Dennis Wilenchik <diw@wb-law.com>; Chase Turrentine <chaset@wb-law.com>; Wyo Tech adv Wells Fargo (e57659d03+matter1136246401@maildrop.clio.com) <e57659d03+matter1136246401@maildrop.clio.com>; Heather Zwick <heatherz@wb-law.com>
**Subject:** RE: Wyo Tech adv. Wells Fargo

If you agree to get Danzik to appear for a deposition on another date then OK. Dennis Wilenchik is now co-counsel in the bankruptcy so should be able to secure his appearance on another date. Please confirm before submitting—I am not taking the chance that he claims he showed up or made himself available on June 4 and we weren't there or ready to depose him.

Joshua Wurtzel
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
Tel.: (212) 344-5400 (x 324)
jwurtzel@schlamstone.com


CommercialDivisionBlog.com


This e-mail, including all attachments, is for the use of the intended recipients only. It may contain legally privileged or confidential information. If you are not the intended recipient, please permanently delete this message and all copies or printouts, and please notify me immediately.

**From:** Victoria Stevens <VictoriaS@wb-law.com>
**Sent:** Friday, May 17, 2019 5:31 PM
**To:** Joshua Wurtzel <jwurtzel@schlamstone.com>; Tyler Swensen <TylerS@wb-law.com>; Henk Taylor <HTaylor@rrulaw.com>; Jeffrey M. Eilender <jeilender@schlamstone.com>; Bradley J. Nash <bnash@schlamstone.com>
**Cc:** Dennis Wilenchik <diw@wb-law.com>; Chase Turrentine <chaset@wb-law.com>; Wyo Tech adv Wells Fargo (e57659d03+matter1136246401@maildrop.clio.com) <e57659d03+matter1136246401@maildrop.clio.com>; Heather Zwick <heatherz@wb-law.com>
**Subject:** RE: Wyo Tech adv. Wells Fargo
**Importance:** High

Tyler is out of the state all next week. Therefore, May 23 and 24 will not work. It looks like the afternoon of the 29th will work. So the alternative dates are May 29th (afternoon), June 4 (am) or June 14 (am). Does Tyler have your permission to submit these alternative dates to the court with the understanding that we will work with Mr. Danzik's bankruptcy attorney to find an alternate date for Mr. Danzik's deposition in this case?



www.wb-law.com

Victoria Stevens
Senior Paralegal
VictoriaS@wb-law.com

The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
P 602-606-2810   F 602-606-2811

---

## ATTORNEY/CLIENT COMMUNICATION

The information transmitted by this e-mail is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, dissemination or other use of this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at (602) 606-2810, and delete the communication from any computer or network system.

---

**From:** Joshua Wurtzel <jwurtzel@schlamstone.com>
**Sent:** Friday, May 17, 2019 2:20 PM
**To:** Tyler Swensen <TylerS@wb-law.com>; Henk Taylor <HTaylor@rrulaw.com>; Jeffrey M. Eilender <jeilender@schlamstone.com>; Bradley J. Nash <bnash@schlamstone.com>
**Cc:** Dennis Wilenchik <diw@wb-law.com>; Victoria Stevens <VictoriaS@wb-law.com>; Chase Turrentine <chaset@wb-law.com>; Wyo Tech adv Wells Fargo (e57659d03+matter1136246401@maildrop.clio.com) <e57659d03+matter1136246401@maildrop.clio.com>
**Subject:** RE: Wyo Tech adv. Wells Fargo

What about May 23 in the late morning or afternoon or May 24? Maybe we can call the deputy and see

if either of those dates is available, rather than trying to come up with three dates? Or what about May 29 later in the day? I am not willing to go beyond June 14.

Joshua Wurtzel
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
Tel.: (212) 344-5400 (x 324)
jwurtzel@schlamstone.com


CommercialDivisionBlog.com


This e-mail, including all attachments, is for the use of the intended recipients only. It may contain legally privileged or confidential information. If you are not the intended recipient, please permanently delete this message and all copies or printouts, and please notify me immediately.


**From:** Tyler Swensen <TylerS@wb-law.com>
**Sent:** Friday, May 17, 2019 4:39 PM
**To:** Joshua Wurtzel <jwurtzel@schlamstone.com>; Henk Taylor <HTaylor@rrulaw.com>; Jeffrey M. Eilender <jeilender@schlamstone.com>; Bradley J. Nash <bnash@schlamstone.com>
**Cc:** Dennis Wilenchik <diw@wb-law.com>; Victoria Stevens <VictoriaS@wb-law.com>; Chase Turrentine <chaset@wb-law.com>; Wyo Tech adv Wells Fargo (e57659d03+matter1136246401@maildrop.clio.com) <e57659d03+matter1136246401@maildrop.clio.com>
**Subject:** RE: Wyo Tech adv. Wells Fargo

May 27 is Memorial Day and Dennis has no availability on the 28th – 31st. He does have availability on May 24th, but I am out of town that week. We can try to contact Mr. Danzik's BK attorney to ask about a different deposition date to free up the morning of June 4th. At this point, I'm just trying to comply with Judge Lanza's protocol of providing at least three alternative dates. If we can get a confirmed alternate date for the Danzik deposition, will you agree to us proposing June 4 (am), June 14 (am) or June 18 (anytime) to the Court?



www.wb-law.com

Tyler Swensen
Attorney At Law
TylerS@wb-law.com

The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
P 602-606-2810 | F 602-606-2811

------------------------------

ATTORNEY/CLIENT COMMUNICATION

The information transmitted by this e-mail is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, dissemination or other use of this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at (602) 606-2810, and delete the communication from any computer or network system.

---------------------------

**From:** Joshua Wurtzel <jwurtzel@schlamstone.com>
**Sent:** Friday, May 17, 2019 1:25 PM
**To:** Tyler Swensen <TylerS@wb-law.com>; Henk Taylor <HTaylor@rrulaw.com>; Jeffrey M. Eilender <jeilender@schlamstone.com>; Bradley J. Nash <bnash@schlamstone.com>
**Cc:** Dennis Wilenchik <diw@wb-law.com>; Victoria Stevens <VictoriaS@wb-law.com>; Chase Turrentine <chaset@wb-law.com>; Wyo Tech adv Wells Fargo (e57659d03+matter1136246401@maildrop.clio.com) <e57659d03+matter1136246401@maildrop.clio.com>
**Subject:** RE: Wyo Tech adv. Wells Fargo

I'm happy to adjourn to accommodate your other argument, but not into the second half of June or into July. What about the week of May 27?

Joshua Wurtzel
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
Tel.: (212) 344-5400 (x 324)
jwurtzel@schlamstone.com


CommercialDivisionBlog.com

This e-mail, including all attachments, is for the use of the intended recipients only. It may contain legally privileged or confidential information. If you are not the intended recipient, please permanently delete this message and all copies or printouts, and please notify me immediately.

**From:** Tyler Swensen <TylerS@wb-law.com>
**Sent:** Friday, May 17, 2019 4:21 PM
**To:** Joshua Wurtzel <jwurtzel@schlamstone.com>; Henk Taylor <HTaylor@rrulaw.com>; Jeffrey M. Eilender <jeilender@schlamstone.com>; Bradley J. Nash <bnash@schlamstone.com>
**Cc:** Dennis Wilenchik <diw@wb-law.com>; Victoria Stevens <VictoriaS@wb-law.com>; Chase Turrentine <chaset@wb-law.com>; Wyo Tech adv Wells Fargo (e57659d03+matter1136246401@maildrop.clio.com) <e57659d03+matter1136246401@maildrop.clio.com>
**Subject:** RE: Wyo Tech adv. Wells Fargo

I don't think June 4 is going to work for us for Danzig's deposition. We have oral argument here in Phoenix that afternoon on two MSJs and another motion in a different matter, but we will get back to you on that issue. In the meantime, let me know if any of the following dates will work for you on the OSC hearing: June 18 (anytime); June 21 (anytime); July 23 (afternoon); July 25 (afternoon); or July 26 (anytime).



Tyler Swensen
Attorney At Law
TylerS@wb-law.com

The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
P 602-606-2810   F 602-606-2811

www.wb-law.com

--------------------------------

ATTORNEY/CLIENT COMMUNICATION

The information transmitted by this e-mail is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, dissemination or other use of this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at (602) 606-2810, and delete the communication from any computer or network system.

--------------------------

**From:** Joshua Wurtzel <jwurtzel@schlamstone.com>
**Sent:** Friday, May 17, 2019 1:02 PM
**To:** Tyler Swensen <TylerS@wb-law.com>; Henk Taylor <HTaylor@rrulaw.com>; Jeffrey M. Eilender <jeilender@schlamstone.com>; Bradley J. Nash <bnash@schlamstone.com>
**Cc:** Dennis Wilenchik <diw@wb-law.com>; Victoria Stevens <VictoriaS@wb-law.com>; Chase Turrentine <chaset@wb-law.com>; Wyo Tech adv Wells Fargo (e57659d03+matter1136246401@maildrop.clio.com) <e57659d03+matter1136246401@maildrop.clio.com>
**Subject:** RE: Wyo Tech adv. Wells Fargo

That is fine. June 4 is the date for Dennis Danzik's deposition in this case—he was served earlier this week in Wyoming (see attached service of notice). If you are in contact with him and can arrange for a **confirmed** alternate date, then June 4 is fine; if not, then we have to keep June 4 open for his deposition. We can't do June 7 or 13, but can do June 14 in the morning AZ time.

Joshua Wurtzel
Schlam Stone & Dolan LLP

26 Broadway
New York, NY 10004
Tel.: (212) 344-5400 (x 324)
jwurtzel@schlamstone.com

CommercialDivisionBlog.com

This e-mail, including all attachments, is for the use of the intended recipients only. It may contain legally privileged or confidential information. If you are not the intended recipient, please permanently delete this message and all copies or printouts, and please notify me immediately.

**From:** Tyler Swensen <TylerS@wb-law.com>
**Sent:** Friday, May 17, 2019 3:33 PM
**To:** Joshua Wurtzel <jwurtzel@schlamstone.com>; Henk Taylor <HTaylor@rrulaw.com>; Jeffrey M. Eilender <jeilender@schlamstone.com>; Bradley J. Nash <bnash@schlamstone.com>
**Cc:** Dennis Wilenchik <diw@wb-law.com>; Victoria Stevens <VictoriaS@wb-law.com>; Chase Turrentine <chaset@wb-law.com>; Wyo Tech adv Wells Fargo (e57659d03+matter1136246401@maildrop.clio.com) <e57659d03+matter1136246401@maildrop.clio.com>
**Subject:** Wyo Tech adv. Wells Fargo

Counsel –

Dennis Wilenchik and I are already scheduled to appear for oral arguments in two separate cases before the Maricopa County Superior Court on May 29, 2019 from 9:30 until at least 10:30 a.m. Pursuant to Judge Lanza's standard Preliminary Order regarding requests to reschedule court dates (see below), we need to know if you are willing to stipulate to rescheduling the OSC. If so, please let us know whether any of the following dates/times will work for you: **June 4, 2019 (morning); June 7, 2019 (morning); June 13 or 14, 2019 (anytime).**

If you are not willing to stipulate, please let us know your position on our desire to reschedule and whether you plan to file a written opposition. Thank you.

### **Requests to Reschedule Court Dates**

The Court interprets LRCiv 7.3(b) as applying to requests to reschedule court dates due to attorney conflicts. As such, and to enable the court to efficiently manage cases, such requests must be made by motion or stipulation, must indicate the position of each other party, and (unless another party plans to file a written opposition, which would be appropriate only in rare circumstances) must propose to the Court at least three dates/times when all counsel are available for rescheduling purposes.



**Tyler Swensen**
**Attorney At Law**
TylerS@wb-law.com

The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
P 602-606-2810  F 602-606-2811

www.wb-law.com

------------------------------

## ATTORNEY/CLIENT COMMUNICATION

The information transmitted by this e-mail is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, dissemination or other use of this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at (602) 606-2810, and delete the communication from any computer or network system.

------------------------------

WARNING: This email originated outside of WB-Law.com. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.
WARNING: This email originated outside of WB-Law.com. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.
WARNING: This email originated outside of WB-Law.com. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.
WARNING: This email originated outside of WB-Law.com. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.
WARNING: This email originated outside of WB-Law.com. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.