# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Wells Fargo Bank NA, | No. CV-17-04140-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Wyo Tech Investment Group LLC, et al., | |
| Defendants. | |

On June 27, 2019, the Court issued an order holding seven non-parties[1] in civil contempt for their failure to respond to certain subpoenas. (Doc. 167.) During the hearing that preceded the issuance of this order, counsel for Defendants CWT Canada II Limited Partnership, Resource Recovery Corporation, and Jean Noelting (collectively, the "CWT Parties") stated that "we're happy to serve that order on these people by personal service," that "a requirement of personal service on these people . . . will probably prompt some pretty quick compliance," and that "I would hope that it doesn't get to this point, but I think that the next step would be for the Court to direct the U.S. Marshals to pick up these people who are not appearing and not complying with the subpoenas." (Doc. 172 at 14-15.)

It has now been nearly a month since the Court issued the contempt order, yet the docket contains no information concerning whether the non-parties were served with the contempt order and whether the contemptuous conduct has been cured. Accordingly, the

---

[1] The non-parties are (1) Danzik Applied Sciences, LLC, (2) Charles J. Davis, (3) Richard W. Davis, (4) Ashley Mosharrafa, (5) Tamir Mosharrafa, (6) Ali M. Mosharrafa, and (7) Kristin Joiner Mosharrafa.

Court hereby directs the CWT Parties to file a status report by **Friday, July 26, 2019** addressing these issues.

Dated this 25th day of July, 2019.

_____
Dominic W. Lanza
United States District Judge