# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Wells Fargo Bank, N.A. | CIVIL ACTION NO.: 2:17-CV-04140-PHX-DWL |
| vs *Plaintiff* | |
| Wyo Tech Investment Group, LLC, et al. | |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

State of Delaware }
County of New Castle } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Delaware,

That on **06/28/2019** at **2:10 PM** at **8 the Green, Suite R, Dover, DE 19901**

deponent served **Order**

on **Danzik Applied Sciences, LLC**, a domestic limited liability company, c/o Resident Agents Inc., Registered Agent,

by delivering thereat a true copy of each to **Debbie Woods (authorized to accept service)** personally.

Description of Person Served:
Gender : Female
Skin : White
Hair : Brown
Age : 36 - 50 Yrs.
Height : 5' 4" - 5' 8"
Weight : 131-160 Lbs.
Other :

Sworn to before me this
28 day of June, 2019

NOTARY PUBLIC

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires September 14, 2020

Granville Morris

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

Wells Fargo Bank, N.A.

CIVIL ACTION NO.: 2:17-CV-04140-PHX-DWL

*Plaintiff*

vs

Wyo Tech Investment Group, LLC, et al.

*Defendant*

## AFFIDAVIT OF SERVICE

State of Arizona }
County of Maricopa } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Arizona,

That on **06/28/2019** at **8:30 AM** at **Mosharrafa Plastic Surgery, 4611 East Shea Boulevard, Suite 230, Phoenix, AZ 85028**

deponent served a(n) **Order**

on **Ali M. Mosharrafa**, nonparty therein named,

by delivering a true copy of each to said nonparty personally;

deponent knew the person so served to be the person described as said nonparty therein.

Description of Person Served:
Gender: Male
Skin: Middle Eastern
Hair: Black
Age: 51 - 65 Yrs.
Height: Over 6'
Weight: Over 200 Lbs.
Other:

Sworn to before me this
28th day of June, 2019

NOTARY PUBLIC


GAIL R. DAMMANN
Notary Public, State of Arizona
Maricopa County
Commission # 549353
My Commission Expires
August 24, 2022

Efrain Sotelo
License No. MC-2045

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

Wells Fargo Bank, N.A.

CIVIL ACTION NO.: 2:17-CV-04140-PHX-DWL

vs

*Plaintiff*

Wyo Tech Investment Group, LLC, et al.

*Defendant*

# AFFIDAVIT OF SERVICE

State of Arizona }
County of Maricopa } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Arizona,

That on **06/28/2019** at **7:37 AM** at **5115 N. 34th Way, Phoenix, AZ 85018**

deponent served a(n) **Order**

on **Kristin Joiner Mosharrafa**, nonparty therein named,

by delivering a true copy of each to said nonparty personally;

deponent knew the person so served to be the person described as said nonparty therein.

Description of Person Served:
Gender: Female
Skin: White
Hair: Blonde
Age: 36 - 50 Yrs.
Height: 5' 4" - 5' 8"
Weight: 131-160 Lbs.
Other:

Sworn to before me this
28th day of June, 2019

NOTARY PUBLIC

GAIL R. DAMMANN
Notary Public, State of Arizona
Maricopa County
Commission # 549353
My Commission Expires
August 24, 2022

Efrain Sotelo
License No. MC-2045

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

Wells Fargo Bank, N.A.

CIVIL ACTION NO.: 2:17-CV-04140-PHX-DWL

*Plaintiff*

vs

Wyo Tech Investment Group, LLC, et al.

*Defendant*

## AFFIDAVIT OF SERVICE

State of Arizona }
County of Maricopa } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Arizona,

That on **06/29/2019** at **10:03 AM** at **2552 East Los Alamos Street, Gilbert, AZ 85295**

deponent served a(n) **Order**

on **Charles J. Davis,** nonparty therein named,

by delivering a true copy of each to said nonparty personally;

deponent knew the person so served to be the person described as said nonparty therein.

Description of Person Served:
Gender: Male
Skin: White
Hair: Gray/Brown
Age: 51 - 65 Yrs.
Height: 5' 9" - 6' 0"
Weight: 161-200 Lbs.
Other:

Sworn to before me this
1st day of July, 2019

NOTARY PUBLIC

GAIL R. DAMMANN
Notary Public, State of Arizona
Maricopa County
Commission # 549353
My Commission Expires
August 24, 2022

William D. Lyle
License No. MC 5999

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

Wells Fargo Bank, N.A.

CIVIL ACTION NO.: 2:17-CV-04140-PHX-DWL

*Plaintiff*

vs

Wyo Tech Investment Group, LLC, et al.

*Defendant*

## AFFIDAVIT OF SERVICE

State of Arizona }
County of Maricopa } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Arizona,

That on **06/29/2019** at **10:03 AM** at **2552 East Los Alamos Street, Gilbert, AZ 85295**

deponent served a(n) **Order**

on **Richard W. Davis,**

by delivering thereat a true copy of each to **Charles J. Davis (Brother)** a person of suitable age and discretion. Said premises is nonparty's dwelling place/usual place of abode within the state.

Description of Person Served:
Gender: Male
Skin: White
Hair: Gray/Brown
Age: 51 - 65 Yrs.
Height: 5' 9" - 6' 0"
Weight: 161-200 Lbs.
Other:

Sworn to before me this
1st day of July, 2019

NOTARY PUBLIC

GAIL R. DAMMANN
Notary Public, State of Arizona
Maricopa County
Commission # 549353
My Commission Expires
August 24, 2022

William D. Lyle
License No. MC 5999

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160

**UNITED STATES DISTRICT
COURT DISTRICT OF ARIZONA**

Wells Fargo Bank, N.A.

CIVIL ACTION NO.: 2:17-CV-04140-PHX-DWL

vs

*Plaintiff*

Wyo Tech Investment Group, LLC, et al.

*Defendant*

## AFFIDAVIT OF SERVICE

State of Arizona }
County of Maricopa } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Arizona,

That on **07/02/2019** at **8:15 AM** at **Mosharrafa Plastic Surgery, 4611 East Shea Boulevard, Suite 230, Phoenix, AZ 85028**

deponent served a(n) **Order**

on **Tamir Mosharrafa,** nonparty therein named,

by delivering a true copy of each to said nonparty personally;

deponent knew the person so served to be the person described as said nonparty therein.

Description of Person Served:
Gender: Male
Skin: Middle Eastern
Hair: Black
Age: 36 - 50 Yrs.
Height: 5' 9" - 6' 0"
Weight: 161-200 Lbs.
Other:

Sworn to before me this
25th day of July, 2019

NOTARY PUBLIC

GAIL R. DAMMANN
Notary Public, State of Arizona
Maricopa County
Commission # 549353
My Commission Expires
August 24, 2022

Efrain Sotelo
License No. MC-2045

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

Wells Fargo Bank, N.A.

CIVIL ACTION NO.: 2:17-CV-04140-PHX-DWL

*Plaintiff*

vs

Wyo Tech Investment Group, LLC, et al.

*Defendant*

## AFFIDAVIT OF SERVICE

State of Arizona }
County of Maricopa } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Arizona,

That on **07/08/2019** at **7:37 PM** at **6211 E. Huntress Drive, Paradise Valley, AZ 85253**

deponent served a(n) **Order**

on **Ashley Mosharrafa,** nonparty therein named,

by delivering a true copy of each to said nonparty personally;

deponent knew the person so served to be the person described as said nonparty therein.

Description of Person Served:
Gender: Female
Skin: White
Hair: Blonde
Age: 45 - 55 Yrs.
Height: 5' 9" - 6' 0"
Weight: 131-160 Lbs.
Other:

Sworn to before me this
10th day of July, 2019

NOTARY PUBLIC


GAIL R. DAMMANN
Notary Public, State of Arizona
Maricopa County
Commission # 549353
My Commission Expires
August 24, 2022

Efrain Sotelo
License No. MC-2045

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160