# EXHIBIT C

Joshua Wurtzel
Associate

jwurtzel@schlamstone.com

**SCHLAM STONE & DOLAN LLP**

26 Broadway, New York, NY 10004
Main: 212 344-5400   Fax: 212 344-7677
schlamstone.com

July 8, 2019

**BY OVERNIGHT FEDEX**

Mr. Ali M. Mosharrafa
Ms. Kristin Joiner Mosharrafa
5346 East Royal Palm Road
Paradise Valley, Arizona 85253

Mosharrafa Plastic Surgery
4611 East Shea Boulevard, Suite 230
Phoenix, Arizona 85028

5115 North 34th Way
Phoenix, Arizona 85018

Re:   *Wells Fargo Bank, N.A. v. Wyo Tech Inv. Grp., LLC, et al.*, Case No. 17-cv-4140-DWL

Dear Mr. and Ms. Mosharrafa:

This firm represents Defendants CWT Canada II Limited Partnership, Resource Recovery Corporation, and Jean Noelting in this action.

As you know, on or about February 11, 2019, we served you with a subpoena in this action, which seeks your production of documents. Your document production was due on March 18, 2019, but we did not get any response to the subpoena from you.

On April 16, 2019, we sent you a letter following up on this subpoena, but again did not get a response.

On June 20, 2019, the court in this action granted our motion for an order to show cause why you, among others, should not be held in civil contempt for your failure to respond to the subpoena we served on you. Also on June 20, we served this order to show cause on you by overnight courier.

Under this order to show cause, your deadline to oppose our motion to hold you in civil contempt was June 25, 2019. But you did not file any opposition papers.

Mr. Ali M. Mosharrafa
Ms. Kristin Joiner Mosharrafa
July 8, 2019
Page 2 of 2

In accordance with this order to show cause, on June 27, 2019, the court held a show-cause hearing. You did not appear, either personally or through counsel, at this hearing. The court then held you, among others, in civil contempt, ordered you to pay our attorneys' fees incurred in making this motion, and fined you $250 per day beginning on June 27 and lasting until you fully comply with the subpoena we served on you. We served this order on you on June 28, 2019, and attach a copy of this order to this letter as well.

But despite this order, you have failed to comply with this subpoena, or even reach out to us to discuss your response. We thus demand that you immediately produce all documents in your possession, custody, or control that are responsive to the subpoena we served on you, and also immediately reach out to us to make arrangements to pay our attorneys' fees and the daily fine the court imposed on you. If you fail to take these steps by July 10, 2019, we will seek additional relief from the court—including asking the court to issue a warrant for your arrest.

Sincerely,

*Joshua Wurtzel*

Joshua Wurtzel

cc:  Jeffrey M. Eilender, Esq. (by e-mail)
     Bradley J. Nash, Esq. (by e-mail)
     J. Henk Taylor, Esq. (by e-mail)
     Dennis Wilenchik, Esq. (by e-mail)
     Tyler Swensen, Esq. (by e-mail)
     Chase Turrentine, Esq. (by e-mail)
     Victoria Stevens (by e-mail)

WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Wells Fargo Bank NA, | No. CV-17-04140-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Wyo Tech Investment Group LLC, et al., | |
| Defendants. | |

On June 19, 2019, Defendants CWT Canada II Limited Partnership, Resource Recovery Corporation, and Jean Noelting (collectively, the "CWT Parties") filed a motion seeking an order to show cause ("OSC") why seven nonparties—(1) Danzik Applied Sciences, LLC, (2) Charles J. Davis, (3) Richard W. Davis, (4) Ashley Mosharrafa, (5) Tamir Mosharrafa, (6) Ali M. Mosharrafa, and (7) Kristin Joiner Mosharrafa—should not be held in contempt for their failure to respond to the subpoenas served on them. (Doc. 159.)

On June 20, 2019, the Court issued an order granting the motion ("the Order"). (Doc. 161.) The Order also (1) set an OSC hearing date of June 27, 2019, (2) required the non-parties to file any written response by June 25, 2019, and (3) authorized the CWT parties to serve the non-parties with a copy of the Order "by overnight courier" by June 21, 2019. (*Id.*)

Later that day, the CWT parties filed an affidavit establishing that a copy of the Order had been sent via "Federal Express-Priority Overnight Delivery" to all seven non-

parties. (Doc. 163.)

The June 25, 2019 deadline for the non-parties to address the OSC order came and went without any of them filing a response.

On June 27, 2019, the Court held the OSC hearing as scheduled. None of the non-parties appeared. The only attorneys present were (1) two of the CWT parties' attorneys and (2) an attorney for Wyo Tech Investment Group LLC ("Wyo Tech"), who made clear that he does not represent any of the non-parties.

Accordingly, and for the reasons more fully stated on the record during the June 27, 2019 hearing, **IT IS ORDERED** that:

(1) Nonparties Danzik Applied Sciences, LLC, Charles J. Davis, Richard W. Davis, Ashley Mosharrafa, Tamir Mosharrafa, Ali M. Mosharrafa, and Kristin Joiner Mosharrafa are **held in civil contempt**;

(2) Nonparties Danzik Applied Sciences, LLC, Charles J. Davis, Richard W. Davis, Ashley Mosharrafa, Tamir Mosharrafa, Ali M. Mosharrafa, and Kristin Joiner Mosharrafa must **pay the legal fees incurred by the CWT Parties** in connection with bringing the motion for an OSC and the OSC hearing; and

(3) Nonparties Danzik Applied Sciences, LLC, Charles J. Davis, Richard W. Davis, Ashley Mosharrafa, Tamir Mosharrafa, Ali M. Mosharrafa, and Kristin Joiner Mosharrafa are each **assessed a daily fine of $250** beginning on June 27, 2019 and lasting until the non-party fully complies with the subpoena(s) at issue.

Dated this 27th day of June, 2019.

_____
Dominic W. Lanza
United States District Judge

Joshua Wurtzel
Associate

jwurtzel@schlamstone.com

**SCHLAM STONE & DOLAN LLP**

26 Broadway, New York, NY 10004
Main: 212 344-5400   Fax: 212 344-7677
schlamstone.com

July 8, 2019

**BY OVERNIGHT FEDEX**

Ms. Elizabeth J. Danzik
Danzik Applied Sciences, LLC
c/o Resident Agents Inc.
8 The Green, Suite R
Dover, Delaware 19901

12142 East San Victor Drive
Scottsdale, Arizona 85259

Re:   *Wells Fargo Bank, N.A. v. Wyo Tech Inv. Grp., LLC, et al.*, Case No. 17-cv-4140-DWL

Dear Ms. Danzik:

This firm represents Defendants CWT Canada II Limited Partnership, Resource Recovery Corporation, and Jean Noelting in this action. We write to you in your capacity as purported managing member of Danzik Applied Sciences, LLC ("DAS").

As you know, on or about February 4, 2019, we served DAS with a subpoena in this action, which seeks the production of documents. Your document production was due on February 28, 2019, but we did not get any response to the subpoena from you.

On April 16, 2019, we sent you a letter following up on this subpoena, but again did not get a response.

On June 20, 2019, the court in this action granted our motion for an order to show cause why DAS, among others, should not be held in civil contempt for your failure to respond to the subpoena we served on you. Also on June 20, we served this order to show cause on you by overnight courier.

Under this order to show cause, your deadline to oppose our motion to hold you in civil contempt was June 25, 2019. But you did not file any opposition papers.

In accordance with this order to show cause, on June 27, 2019, the court held a show-cause hearing. You did not appear at this hearing. The court then held DAS, among others, in civil contempt, ordered it to pay our attorneys' fees incurred in making this motion, and fined it

Ms. Elizabeth J. Danzik
Danzik Applied Sciences, LLC
July 8, 2019
Page 2 of 2

$250 per day beginning on June 27 and lasting until you fully comply with the subpoena we served on you. We served this order on you on June 28, 2019, and attach a copy of this order to this letter as well.

But despite this order, you have failed to comply with this subpoena, or even reach out to us to discuss your response. We thus demand that you immediately produce all documents in your possession, custody, or control that are responsive to the subpoena we served on you, and also immediately reach out to us to make arrangements to pay our attorneys' fees and the daily fine the court imposed on you. If you fail to take these steps by July 10, 2019, we will seek additional relief from the court—including asking the court to issue a warrant for your arrest, since you are the purported managing member of DAS and thus control whether it complies with the court's order

Sincerely,

*Joshua Wurtzel*

Joshua Wurtzel

cc:   Jeffrey M. Eilender, Esq. (by e-mail)
      Bradley J. Nash, Esq. (by e-mail)
      J. Henk Taylor, Esq. (by e-mail)
      Dennis Wilenchik, Esq. (by e-mail)
      Tyler Swensen, Esq. (by e-mail)
      Chase Turrentine, Esq. (by e-mail)
      Victoria Stevens (by e-mail)

1  **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Wells Fargo Bank NA, | No. CV-17-04140-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Wyo Tech Investment Group LLC, et al., | |
| Defendants. | |

On June 19, 2019, Defendants CWT Canada II Limited Partnership, Resource Recovery Corporation, and Jean Noelting (collectively, the "CWT Parties") filed a motion seeking an order to show cause ("OSC") why seven nonparties—(1) Danzik Applied Sciences, LLC, (2) Charles J. Davis, (3) Richard W. Davis, (4) Ashley Mosharrafa, (5) Tamir Mosharrafa, (6) Ali M. Mosharrafa, and (7) Kristin Joiner Mosharrafa—should not be held in contempt for their failure to respond to the subpoenas served on them. (Doc. 159.)

On June 20, 2019, the Court issued an order granting the motion ("the Order"). (Doc. 161.) The Order also (1) set an OSC hearing date of June 27, 2019, (2) required the non-parties to file any written response by June 25, 2019, and (3) authorized the CWT parties to serve the non-parties with a copy of the Order "by overnight courier" by June 21, 2019. (*Id.*)

Later that day, the CWT parties filed an affidavit establishing that a copy of the Order had been sent via "Federal Express-Priority Overnight Delivery" to all seven non-

parties. (Doc. 163.)

The June 25, 2019 deadline for the non-parties to address the OSC order came and went without any of them filing a response.

On June 27, 2019, the Court held the OSC hearing as scheduled. None of the non-parties appeared. The only attorneys present were (1) two of the CWT parties' attorneys and (2) an attorney for Wyo Tech Investment Group LLC ("Wyo Tech"), who made clear that he does not represent any of the non-parties.

Accordingly, and for the reasons more fully stated on the record during the June 27, 2019 hearing, **IT IS ORDERED** that:

(1) Nonparties Danzik Applied Sciences, LLC, Charles J. Davis, Richard W. Davis, Ashley Mosharrafa, Tamir Mosharrafa, Ali M. Mosharrafa, and Kristin Joiner Mosharrafa are **held in civil contempt**;

(2) Nonparties Danzik Applied Sciences, LLC, Charles J. Davis, Richard W. Davis, Ashley Mosharrafa, Tamir Mosharrafa, Ali M. Mosharrafa, and Kristin Joiner Mosharrafa must **pay the legal fees incurred by the CWT Parties** in connection with bringing the motion for an OSC and the OSC hearing; and

(3) Nonparties Danzik Applied Sciences, LLC, Charles J. Davis, Richard W. Davis, Ashley Mosharrafa, Tamir Mosharrafa, Ali M. Mosharrafa, and Kristin Joiner Mosharrafa are each **assessed a daily fine of $250** beginning on June 27, 2019 and lasting until the non-party fully complies with the subpoena(s) at issue.

Dated this 27th day of June, 2019.

Dominic W. Lanza
United States District Judge

Joshua Wurtzel
Associate

jwurtzel@schlamstone.com

**SCHLAM STONE & DOLAN LLP**

26 Broadway, New York, NY 10004
Main: 212 344-5400   Fax: 212 344-7677
schlamstone.com

July 8, 2019

**BY OVERNIGHT FEDEX**

Mr. Richard W. Davis
2552 East Los Alamos Street
Gilbert, Arizona 85295

Re:   *Wells Fargo Bank, N.A. v. Wyo Tech Inv. Grp., LLC, et al.*, Case No. 17-cv-4140-DWL

Dear Mr. Davis:

This firm represents Defendants CWT Canada II Limited Partnership, Resource Recovery Corporation, and Jean Noelting in this action.

As you know, on or about February 4, 2019, we served you with a subpoena in this action, which seeks your production of documents. Your document production was due on February 28, 2019, but we did not get any response to the subpoena from you.

On April 16, 2019, we sent you a letter following up on this subpoena, but again did not get a response.

On June 20, 2019, the court in this action granted our motion for an order to show cause why you, among others, should not be held in civil contempt for your failure to respond to the subpoena we served on you. Also on June 20, we served this order to show cause on you by overnight courier.

Under this order to show cause, your deadline to oppose our motion to hold you in civil contempt was June 25, 2019. But you did not file any opposition papers.

In accordance with this order to show cause, on June 27, 2019, the court held a show-cause hearing. You did not appear, either personally or through counsel, at this hearing. The court then held you, among others, in civil contempt, ordered you to pay our attorneys' fees incurred in making this motion, and fined you $250 per day beginning on June 27 and lasting until you fully comply with the subpoena we served on you. We served this order on you on June 29, 2019, and attach a copy of this order to this letter as well.

But despite this order, you have failed to comply with this subpoena, or even reach out to us to discuss your response. We thus demand that you immediately produce all documents in

Mr. Richard W. Davis
July 8, 2019
Page 2 of 2

your possession, custody, or control that are responsive to the subpoena we served on you, and also immediately reach out to us to make arrangements to pay our attorneys' fees and the daily fine the court imposed on you. If you fail to take these steps by July 10, 2019, we will seek additional relief from the court—including asking the court to issue a warrant for your arrest.

Sincerely,

*Joshua Wurtzel*

Joshua Wurtzel

cc:    Jeffrey M. Eilender, Esq. (by e-mail)
        Bradley J. Nash, Esq. (by e-mail)
        J. Henk Taylor, Esq. (by e-mail)
        Dennis Wilenchik, Esq. (by e-mail)
        Tyler Swensen, Esq. (by e-mail)
        Chase Turrentine, Esq. (by e-mail)
        Victoria Stevens (by e-mail)

**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Wells Fargo Bank NA,<br><br>Plaintiff,<br><br>v.<br><br>Wyo Tech Investment Group LLC, et al.,<br><br>Defendants. | No. CV-17-04140-PHX-DWL<br><br>**ORDER** |

On June 19, 2019, Defendants CWT Canada II Limited Partnership, Resource Recovery Corporation, and Jean Noelting (collectively, the "CWT Parties") filed a motion seeking an order to show cause ("OSC") why seven nonparties—(1) Danzik Applied Sciences, LLC, (2) Charles J. Davis, (3) Richard W. Davis, (4) Ashley Mosharrafa, (5) Tamir Mosharrafa, (6) Ali M. Mosharrafa, and (7) Kristin Joiner Mosharrafa—should not be held in contempt for their failure to respond to the subpoenas served on them. (Doc. 159.)

On June 20, 2019, the Court issued an order granting the motion ("the Order"). (Doc. 161.) The Order also (1) set an OSC hearing date of June 27, 2019, (2) required the non-parties to file any written response by June 25, 2019, and (3) authorized the CWT parties to serve the non-parties with a copy of the Order "by overnight courier" by June 21, 2019. (*Id.*)

Later that day, the CWT parties filed an affidavit establishing that a copy of the Order had been sent via "Federal Express-Priority Overnight Delivery" to all seven non-

parties. (Doc. 163.)

The June 25, 2019 deadline for the non-parties to address the OSC order came and went without any of them filing a response.

On June 27, 2019, the Court held the OSC hearing as scheduled. None of the non-parties appeared. The only attorneys present were (1) two of the CWT parties' attorneys and (2) an attorney for Wyo Tech Investment Group LLC ("Wyo Tech"), who made clear that he does not represent any of the non-parties.

Accordingly, and for the reasons more fully stated on the record during the June 27, 2019 hearing, **IT IS ORDERED** that:

(1)  Nonparties Danzik Applied Sciences, LLC, Charles J. Davis, Richard W. Davis, Ashley Mosharrafa, Tamir Mosharrafa, Ali M. Mosharrafa, and Kristin Joiner Mosharrafa are **held in civil contempt**;

(2)  Nonparties Danzik Applied Sciences, LLC, Charles J. Davis, Richard W. Davis, Ashley Mosharrafa, Tamir Mosharrafa, Ali M. Mosharrafa, and Kristin Joiner Mosharrafa must **pay the legal fees incurred by the CWT Parties** in connection with bringing the motion for an OSC and the OSC hearing; and

(3)  Nonparties Danzik Applied Sciences, LLC, Charles J. Davis, Richard W. Davis, Ashley Mosharrafa, Tamir Mosharrafa, Ali M. Mosharrafa, and Kristin Joiner Mosharrafa are each **assessed a daily fine of $250** beginning on June 27, 2019 and lasting until the non-party fully complies with the subpoena(s) at issue.

Dated this 27th day of June, 2019.

Dominic W. Lanza
United States District Judge

- 2 -

Joshua Wurtzel
Associate

jwurtzel@schlamstone.com

**SCHLAM STONE & DOLAN LLP**

26 Broadway, New York, NY 10004
Main: 212 344-5400   Fax: 212 344-7677
schlamstone.com

July 8, 2019

**BY OVERNIGHT FEDEX**

Mr. Tamir Mosharrafa
Ms. Ashley Mosharrafa
11206 North Saint Andrews Way
Scottsdale, Arizona 85254

Mosharrafa Plastic Surgery
4611 East Shea Boulevard, Suite 230
Phoenix, Arizona 85028

6211 East Huntress Drive
Paradise Valley, Arizona 85253

Re: *Wells Fargo Bank, N.A. v. Wyo Tech Inv. Grp., LLC, et al.*, Case No. 17-cv-4140-DWL

Dear Mr. and Ms. Mosharrafa:

This firm represents Defendants CWT Canada II Limited Partnership, Resource Recovery Corporation, and Jean Noelting in this action.

As you know, on or about February 11, 2019, we served you with a subpoena in this action, which seeks your production of documents. Your document production was due on March 18, 2019, but we did not get any response to the subpoena from you.

On April 16, 2019, we sent you a letter following up on this subpoena, but again did not get a response.

On June 20, 2019, the court in this action granted our motion for an order to show cause why you, among others, should not be held in civil contempt for your failure to respond to the subpoena we served on you. Also on June 20, we served this order to show cause on you by overnight courier.

Mr. Tamir Mosharrafa
Ms. Ashley Mosharrafa
July 8, 2019
Page 2 of 2

Under this order to show cause, your deadline to oppose our motion to hold you in civil contempt was June 25, 2019. But you did not file any opposition papers.

In accordance with this order to show cause, on June 27, 2019, the court held a show-cause hearing. You did not appear, either personally or through counsel, at this hearing. The court then held you, among others, in civil contempt, ordered you to pay our attorneys' fees incurred in making this motion, and fined you $250 per day beginning on June 27 and lasting until you fully comply with the subpoena we served on you. We served this order on you on June 28, 2019, and attach a copy of this order to this letter as well.

But despite this order, you have failed to comply with this subpoena, or even reach out to us to discuss your response. We thus demand that you immediately produce all documents in your possession, custody, or control that are responsive to the subpoena we served on you, and also immediately reach out to us to make arrangements to pay our attorneys' fees and the daily fine the court imposed on you. If you fail to take these steps by July 10, 2019, we will seek additional relief from the court—including asking the court to issue a warrant for your arrest.

Sincerely,

*Joshua Wurtzel*

Joshua Wurtzel

cc:   Jeffrey M. Eilender, Esq. (by e-mail)
      Bradley J. Nash, Esq. (by e-mail)
      J. Henk Taylor, Esq. (by e-mail)
      Dennis Wilenchik, Esq. (by e-mail)
      Tyler Swensen, Esq. (by e-mail)
      Chase Turrentine, Esq. (by e-mail)
      Victoria Stevens (by e-mail)

**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Wells Fargo Bank NA, | No. CV-17-04140-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Wyo Tech Investment Group LLC, et al., | |
| Defendants. | |

On June 19, 2019, Defendants CWT Canada II Limited Partnership, Resource Recovery Corporation, and Jean Noelting (collectively, the "CWT Parties") filed a motion seeking an order to show cause ("OSC") why seven nonparties—(1) Danzik Applied Sciences, LLC, (2) Charles J. Davis, (3) Richard W. Davis, (4) Ashley Mosharrafa, (5) Tamir Mosharrafa, (6) Ali M. Mosharrafa, and (7) Kristin Joiner Mosharrafa—should not be held in contempt for their failure to respond to the subpoenas served on them. (Doc. 159.)

On June 20, 2019, the Court issued an order granting the motion ("the Order"). (Doc. 161.) The Order also (1) set an OSC hearing date of June 27, 2019, (2) required the non-parties to file any written response by June 25, 2019, and (3) authorized the CWT parties to serve the non-parties with a copy of the Order "by overnight courier" by June 21, 2019. (*Id.*)

Later that day, the CWT parties filed an affidavit establishing that a copy of the Order had been sent via "Federal Express-Priority Overnight Delivery" to all seven non-

parties. (Doc. 163.)

The June 25, 2019 deadline for the non-parties to address the OSC order came and went without any of them filing a response.

On June 27, 2019, the Court held the OSC hearing as scheduled. None of the non-parties appeared. The only attorneys present were (1) two of the CWT parties' attorneys and (2) an attorney for Wyo Tech Investment Group LLC ("Wyo Tech"), who made clear that he does not represent any of the non-parties.

Accordingly, and for the reasons more fully stated on the record during the June 27, 2019 hearing, **IT IS ORDERED** that:

(1) Nonparties Danzik Applied Sciences, LLC, Charles J. Davis, Richard W. Davis, Ashley Mosharrafa, Tamir Mosharrafa, Ali M. Mosharrafa, and Kristin Joiner Mosharrafa are **held in civil contempt**;

(2) Nonparties Danzik Applied Sciences, LLC, Charles J. Davis, Richard W. Davis, Ashley Mosharrafa, Tamir Mosharrafa, Ali M. Mosharrafa, and Kristin Joiner Mosharrafa must **pay the legal fees incurred by the CWT Parties** in connection with bringing the motion for an OSC and the OSC hearing; and

(3) Nonparties Danzik Applied Sciences, LLC, Charles J. Davis, Richard W. Davis, Ashley Mosharrafa, Tamir Mosharrafa, Ali M. Mosharrafa, and Kristin Joiner Mosharrafa are each **assessed a daily fine of $250** beginning on June 27, 2019 and lasting until the non-party fully complies with the subpoena(s) at issue.

Dated this 27th day of June, 2019.

Dominic W. Lanza
United States District Judge

Joshua Wurtzel
Associate

jwurtzel@schlamstone.com

**SCHLAM STONE & DOLAN LLP**

26 Broadway, New York, NY 10004
Main: 212 344-5400   Fax: 212 344-7677
schlamstone.com

July 8, 2019

**BY E-MAIL AND OVERNIGHT FEDEX**

Mr. Charles J. Davis
2552 East Los Alamos Street
Gilbert, Arizona 85295

Re:   *Wells Fargo Bank, N.A. v. Wyo Tech Inv. Grp., LLC, et al.*, Case No. 17-cv-4140-DWL

Dear Mr. Davis:

This firm represents Defendants CWT Canada II Limited Partnership, Resource Recovery Corporation, and Jean Noelting in this action.

On July 2, 2019, we received your document production in response to the subpoena we served on you in this action. According to the FedEx label in which you sent your production, you served your production on July 1, 2019.

As you know, because of your failure to respond to this subpoena and your failure to respond to or appear for the show-cause hearing the court in this action held on June 27, 2019, the court held you, among others, in civil contempt, ordered you to pay our attorneys' fees incurred in making this motion, and fined you $250 per day beginning on June 27 and lasting until you fully comply with the subpoena we served on you.

Since you sent your production on July 1, you are liable for four days' worth of $250 daily fines (June 27-30), for a total of $1,000. Please overnight a check for this amount to my attention at the address above. The check should be made payable to "Schlam Stone & Dolan LLP." If we do not receive this check by July 12, 2019, we will seek additional relief from the court—including asking the court to issue a warrant for your arrest to compel your compliance.

Sincerely,

*Joshua Wurtzel*

Joshua Wurtzel

Mr. Charles J. Davis
July 8, 2019
Page 2 of 2

cc:    Jeffrey M. Eilender, Esq. (by e-mail)
       Bradley J. Nash, Esq. (by e-mail)
       J. Henk Taylor, Esq. (by e-mail)
       Dennis Wilenchik, Esq. (by e-mail)
       Tyler Swensen, Esq. (by e-mail)
       Chase Turrentine, Esq. (by e-mail)
       Victoria Stevens (by e-mail)