# EXHIBIT D

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

### Case No.: 2:17-CV-04140-DWL

### RESPONSE TO SUBPOENA DUCES TECUM

1. Documents sufficient to show all transfers of funds or payments—whether in cash or otherwise, and whether characterized as income, a gift, a loan, or otherwise— from You to Wyo Tech or Inductance.

**Danzik Applied Sciences, LLC ("DAS") has no documents responsive to this request beyond those that have already been produced to CWT and its attorneys as part of Elizabeth Danzik's Response on April 10, 2017, to Plaintiffs' First Requests for Production in *CWT, et al. v. Elizabeth Danzik, et al.*, Arizona District Court Case No. 2:26-cv-00607, or which were obtained by CWT in response to its subpoena on Wells Fargo Bank in late 2017.**

2. Documents sufficient to show all transfers of funds or payments—whether in cash or otherwise, and whether characterized as income, a gift, a loan, or otherwise—to You or on Your behalf from Wyo Tech or Inductance.

**DAS has no documents responsive to this request beyond those that have already been produced to CWT and its attorneys as part of Elizabeth Danzik's Response on April 10, 2017, to Plaintiffs' First Requests for Production in *CWT, et al. v. Elizabeth Danzik, et al.*, Arizona District Court Case No. 2:26-cv-00607, or which were obtained by CWT in response to its subpoena on Wells Fargo Bank in late 2017.**

3. All documents concerning the transfer of any of Your assets or liabilities— regardless of whether for consideration—to Wyo Tech or Inductance.

**DAS has no documents responsive to this request beyond those that have already been produced to CWT and its attorneys as part of Elizabeth Danzik's Response on April 10, 2017, to Plaintiffs' First Requests for Production in *CWT, et al. v. Elizabeth Danzik, et al.*, Arizona District Court Case No. 2:26-cv-00607, or which were obtained by CWT in response to its subpoena on Wells Fargo Bank in late 2017..**

4. All documents concerning reimbursement requests made by You to Wyo Tech or Inductance.

**DAS has no documents responsive to this request.**

5. All receipts provided by You to Wyo Tech or Inductance.

**DAS has no documents responsive to this request beyond those that have already been produced to CWT and its attorneys as part of Elizabeth Danzik's Response on April 10, 2017, to Plaintiffs' First Requests for Production in *CWT, et al. v. Elizabeth Danzik, et al.*, Arizona District Court Case No. 2:26-cv-00607, or which were obtained by CWT in response to its subpoena on Wells Fargo Bank in late 2017.**

6. Documents sufficient to show all work that You performed for, or all items you bought or services You paid for on behalf of, Wyo Tech or Inductance..

**DAS has no documents responsive to this request beyond those that have already been produced to CWT and its attorneys as part of Elizabeth Danzik's Response on April 10, 2017, to Plaintiffs' First Requests for Production in *CWT, et al. v. Elizabeth Danzik, et al.*, Arizona District Court Case No. 2:26-cv-00607, or which were obtained by CWT in response to its subpoena on Wells Fargo Bank in late 2017..**

7. All communications between You, on the one hand, and William J. Hinz, on the other hand, concerning Wyo Tech or Inductance.

**DAS has no documents responsive to this request.**

8. Your members.

**Elizabeth Danzik, sole member.**

9. Your operation, including the Persons that control You and Your beneficial owners.

**DAS ceased operations in the late summer or 2017 and therefore has no documents responsive to this request.**

I avow under penalty of perjury that the foregoing responses are true and correct to the best of my knowledge.

Dated: July 10, 2019

Danzik Applied Sciences, LLC

*[signature]*

Elizabeth Danzik, Member