# EXHIBIT E

Joshua Wurtzel
Associate

jwurtzel@schlamstone.com

**SCHLAM STONE & DOLAN LLP**

26 Broadway, New York, NY 10004
Main: 212 344-5400   Fax: 212 344-7677
schlamstone.com

July 10, 2019

**BY OVERNIGHT FEDEX**

Ms. Elizabeth J. Danzik
Danzik Applied Sciences, LLC
c/o Resident Agents Inc.
8 The Green, Suite R
Dover, Delaware 19901

Re:   *Wells Fargo Bank, N.A. v. Wyo Tech Inv. Grp., LLC, et al.*, Case No. 17-cv-4140-DWL

Dear Ms. Danzik:

This firm represents Defendants CWT Canada II Limited Partnership, Resource Recovery Corporation, and Jean Noelting in this action. This afternoon, through your counsel in a related federal action, we received DAS's written response to the subpoena for documents we served on DAS on February 4, 2019, and we write to inform you that your response is insufficient and does not act to purge your civil contempt under the court's June 27, 2019 order in this action.

*First*, in response to most of our document requests, you state that DAS has no responsive documents beyond those we already received from you personally in a related federal action and in response to an unidentified subpoena we served on Wells Fargo in late 2017. *See* Response Nos. 1, 2, 3, 5, 6. But this is not an acceptable response. If DAS has documents responsive to these requests in its possession, custody, or control, it is required to produce them—regardless of whether it believes we already have copies of these documents.

*Second*, you did not respond to our request for all contracts or agreements between DAS and Wyo Tech or Inductance. To the extent your response to Request No. 7 (which incorrectly characterizes this request as one for communications with Mr. Hinz)—in which you state that DAS has no responsive documents—was intended to be your response to this request, please confirm that there were no contracts between DAS and Wyo Tech or Inductance.

*Third*, you state that you are the "sole member" of DAS, but did not produce any documents showing this.

*Fourth*, you state that DAS has no documents concerning its operation, "including the Persons that control [DAS] and [its] beneficial owners," because "DAS ceased operations in

Ms. Elizabeth J. Danzik
Danzik Applied Sciences, LLC
July 10, 2019
Page 2 of 2

the late summer or [sic] 2017." But even if DAS ceased operations, as long as it remains in existence (which it does), it must have documents showing who controls it and who its beneficial owners are. And it certainly must have these documents from before late-summer 2017, when it was concededly still in operation.

Thus, for the reasons explained above, your written response is an unacceptable, disingenuous response to the subpoena that you ignored for over five months. And your continued refusal to produce responsive documents shows that you still fail to take this subpoena—and the court's order holding DAS in civil contempt—seriously.

Unless you immediately produce all responsive documents in your possession, custody, or control, *and* pay us the court-ordered daily fine of $250 for every day of your noncompliance, we will seek further sanctions against you—including your arrest and imprisonment.

Sincerely,

*Joshua Wurtzel*

Joshua Wurtzel

cc:    Jeffrey M. Eilender, Esq. (by e-mail)
       Bradley J. Nash, Esq. (by e-mail)
       J. Henk Taylor, Esq. (by e-mail)
       Dennis Wilenchik, Esq. (by e-mail)
       Tyler Swensen, Esq. (by e-mail)
       Chris Feasel, Esq. (by e-mail)
       Victoria Stevens (by e-mail)