# EXHIBIT F

| | |
|---|---|
| **From:** | Joshua Wurtzel |
| **To:** | second street office |
| **Cc:** | tamir; Henk Taylor |
| **Subject:** | Re: Subpoena Responses |
| **Date:** | Thursday, July 11, 2019 1:22:13 PM |

Confirmed. Henk, please alert your office.

Joshua Wurtzel
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
Tel.: (212) 344-5400 (x 324)
jwurtzel@schlamstone.com

CommercialDivisionBlog.com

On Jul 11, 2019, at 1:21 PM, second street office <aliplast@earthlink.net> wrote:

> Mr. Wurtzel;
> The delivery yesterday was not accepted. A re-delivery today is being attempted. Please confirm receipt of this email
> Dr. Mosharrafa.
>
>
> -----Original Message-----
>
> From: Joshua Wurtzel <jwurtzel@schlamstone.com>
>
> Sent: Jul 10, 2019 8:40 PM
>
> To: second street office <aliplast@earthlink.net>
>
> Cc: tamir <tmosh@cox.net>, Henk Taylor <HTaylor@rrulaw.com>
>
> Subject: RE: Subpoena Responses
>
>
> Dr. Mosharrafa,
>
>
> I received this e-mail, but cannot open any of the attachments. Can you please scan whatever documents you are trying to send and e-mail them as pdfs? You can also FedEx them to my attention at the address below, or hand deliver them to Ryan Rapp & Underwood's office in Phoenix, Arizona, to the attention of Henk Taylor--who is copied on this e-mail.

Also, as you know, you, your brother, and your wives are each liable for a $250 daily fine since June 27, running until you fully comply with our subpoena (I will review what you send, when you send it, to determine whether you have fully complied), plus our attorneys' fees incurred in moving for contempt against you. Assuming your response fully satisfies your obligations under the subpoena, you and your brother would owe daily fines for 13 days--so $3,250 each. And your wives owe the same amounteach  until they comply as well. Please let me know how you would like to make payment. We can accept either check or wire transfer. We will be in touch regarding our attorneys' fees separately.

FYI, I have removed Mr. Bean from this e-mail. My understanding is that he is a manager or officer of either Wyo Tech or Inductance, or both, and since both of those companies are represented by counsel in this action, I cannot communicate directly with Mr. Bean unless Wyo Tech's and Inductance's counsel gives permission or is otherwise involved in the communications.

Thank you.

Joshua Wurtzel

Schlam Stone & Dolan LLP

26 Broadway

New York, NY 10004

Tel.: (212) 344-5400 (x 324)

jwurtzel@schlamstone.com

CommercialDivisionBlog.com

This e-mail, including all attachments, is for the use of the intended recipients only.  It may contain legally privileged or confidential information.  If you are not the intended recipient, please permanently delete this message and all copies or printouts, and

please notify me immediately.

-----Original Message-----

From: second street office <aliplast@earthlink.net>

Sent: Wednesday, July 10, 2019 8:44 PM

To: Joshua Wurtzel <jwurtzel@schlamstone.com>

Cc: Douglas Bean <bean@ie.energy>; tamir <tmosh@cox.net>

Subject: Subpoena Responses

Please find attached requested copies of the already delivered subpoena items for myself and my brother, Tamir Mosharrafa and confirm receipt.

Ali Mosharrafa

<2019_07_10_Mosharrafa Ali Subpoena Response_Redacted (1).pdf>