J. Henk Taylor (016321)
**RYAN RAPP & UNDERWOOD, P.L.C.**
3200 N. Central Ave, Suite 2250
Phoenix, Arizona 85012
Telephone: (602) 280-1000
Facsimile: (602) 265-1495
Email: htaylor@rrulaw.com

Jeffrey M. Eilender (*admitted pro hac vice*)
Bradley J. Nash (*admitted pro hac vice*)
Joshua Wurtzel (*admitted pro hac vice*)
**SCHLAM STONE & DOLAN LLP**
26 Broadway
New York, New York 10004
Telephone: (212) 344-5400
Facsimile: (212) 344-7677
E-Mail: jeilender@schlamstone.com
E-Mail: bnash@schlamstone.com
E-Mail: jwurtzel@schlamstone.com

*Attorneys for Defendants CWT Canada II Limited Partnership, Resource Recovery Corporation, and Jean Noelting*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Wells Fargo Bank, N.A.<br><br>          Plaintiff,<br><br>     v.<br><br>Wyo Tech Investment Group, LLC, CWT Canada II Limited Partnership, Resources Recovery Corporation, and Jean Noelting,<br><br>          Defendants.<br><br>And related claims. | Case No.: 2:17-CV-04140-DWL<br><br>**DECLARATION OF**<br>**JOSHUA WURTZEL** |

In accordance with 28 U.S.C. § 1746, **JOSHUA WURTZEL**, declares, under the penalty of perjury, the following to be true and correct.

1. I am an associate of Schlam Stone & Dolan LLP, co-counsel with Ryan Rapp & Underwood, P.L.C. for Defendants CWT Canada II Limited Partnership, Resource Recovery Corporation, and Jean Noelting (collectively, the "CWT Parties") in this action. I submit this declaration in support of the CWT Parties' Motion for an Order to Show Cause and for Additional Sanctions. Unless otherwise specified, the matters below are based on my personal knowledge and a review of my firm's files.

2. Proposed bench warrants for nonparties Charles J. Davis, Richard W. Davis, Ashley Mosharrafa, Tamir Mosharrafa, Ali M. Mosharrafa, Kristin Joiner Mosharaffa, and Elizabeth Danzik (as purported sole member of DAS) (collectively, the "Contemnors") are attached as Exhibits A-G.

3. As this Court knows, on July 26, 2019, we filed a report concerning the status of the Contemnors' compliance (and noncompliance) with this Court's June 27, 2019 contempt order (Dkt. No. 167) (the "Contempt Order").

4. Since filing this status report, we received a written response and small document production from Richard W. Davis. According to the U.S.P.S. parcel in which we received this response and production, Mr. Davis mailed these documents out on July 23, 2019. We are satisfied that this production "fully complies" with the subpoena served on Mr. Davis, though Mr. Davis has not paid the daily fine this Court imposed in the Contempt Order.

5. Further, to date, we have not received any further response or documents from DAS, nor have any of the Contemnors paid the daily fines this Court imposed on them in the Contempt Order.

Dated: August 2, 2019
    New York, New York

/s/ Joshua Wurtzel

JOSHUA WURTZEL

-3-