1  Thomas A. Zlaket, SBA # 001819
   THOMAS A. ZLAKET, P.L.L.C.
2  310 South Williams Boulevard, Suite 170
   Tucson, Arizona 85711-4446
3  Phone: (520) 750-0250
   Fax: (520) 750-0243
4  Email: tom@zlaketlaw.com
   *Attorney for Nonparty Movants*

5

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **Wells Fargo Bank, N.A.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**WYO TECH Investment Group, LLC; CWT Canada II Limited Partnership; Resources Recovery Corporation; and Jean Noelting,**<br><br>**Defendants.** | **Case No.: 2:17-CV-04140-DWL**<br><br>**NOTICE OF ERRATA RE: MOTION FOR RECUSAL OF ASSIGNED JUDGE** |

Nonparty movants John F. Rasor, Scott Duncan, Mike Wilhelm, Tom Burgess, Scott Lane, Meredith Lane, Ryan McDonough, Tim Orscheln, Lewis Henkind, Mike Spaulding, Ron Ellis, Annie Ellis, Janet Stephens, and Clayton Stephens (hereinafter collectively referred to as the "Subpoenaed Individuals") hereby submit this Notice of Errata regarding their Motion for Recusal of the judge assigned to this action pursuant to 28 U.S.C.A. §455, in order to correct a misstatement in their Motion. The Subpoenaed Individuals mistakenly stated that a "New York court inexplicably allowed the CWT Parties to issue a Restraining Notice to Wells Fargo, freezing the Wyo Tech account over Wyo Tech's adamant objections." This was an incorrect statement. Movants have since learned that the CWT Parties' attorneys issued the Restraining Notice without any court approval whatsoever, based solely on the attorneys' unfounded assertions, conjecture

and speculations.

With that correction, Movants renew their request that this Court immediately recuse itself based on §28 U.S.C.A. 433(b)(3).

**RESPECTFULLY SUBMITTED** this 26th day of August 2019.

**THOMAS A. ZLAKET, P.L.L.C.**

 /s/ Thomas A. Zlaket
Thomas A. Zlaket, Esq.
310 South Williams Boulevard, Suite 170
Tucson, Arizona 85711-4446
Email: tom@zlaketlaw.com
*Attorney for Nonparty Movants*

ORIGINAL electronically filed August 26, 2019.

COPY served via CM/ECF System, which sends notification to all parties registered therein this 26th day of August 2019.

 /s/