J. Henk Taylor (016321)
**RYAN RAPP & UNDERWOOD, P.L.C.**
3200 N. Central Ave, Suite 2250
Phoenix, Arizona 85012
Telephone: (602) 280-1000
Facsimile: (602) 265-1495
Email: htaylor@rrulaw.com

Jeffrey M. Eilender (*admitted pro hac vice*)
Bradley J. Nash (*admitted pro hac vice*)
Joshua Wurtzel (*admitted pro hac vice*)
**SCHLAM STONE & DOLAN LLP**
26 Broadway
New York, New York 10004
Telephone: (212) 344-5400
Facsimile: (212) 344-7677
E-Mail: jeilender@schlamstone.com
E-Mail: bnash@schlamstone.com
E-Mail: jwurtzel@schlamstone.com

*Attorneys for Defendants CWT Canada II Limited Partnership, Resource Recovery Corporation, and Jean Noelting*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Wells Fargo Bank, N.A.<br><br>     Plaintiff,<br><br>v.<br><br>Wyo Tech Investment Group, LLC, CWT Canada II Limited Partnership, Resources Recovery Corporation, and Jean Noelting,<br><br>     Defendants.<br><br>And related claims. | Case No.: 2:17-CV-04140-DWL<br><br>**CWT PARTIES' MOTION FOR LEAVE TO FILE ENLARGED REPLY BRIEF** |

Defendants CWT Canada II Limited Partnership, Resource Recovery Corporation, and Jean Noelting (collectively, the "CWT Parties") hereby request leave to file the enlarged reply brief submitted last night in further support of their motion for a bench warrant for the arrest of Elizabeth Danzik. This brief was filed at Docket Entry 211.

The CWT Parties acknowledge that in its Order (Doc. 186) entered on August 6, 2019, the Court limited the CWT Parties' reply brief in this matter to no more than five pages. When preparing their reply brief, the CWT Parties inadvertently overlooked this limit and instead submitted a reply brief that was 11 pages in accordance with this Court's Local Rules. The CWT Parties apologize to the Court for this oversight. The CWT Parties in no way intended to flaunt this Court's previous Order.

The CWT Parties nonetheless respectfully request the Court authorize the filing of an enlarged reply brief. Given the provably-false representations made by Ms. Danzik in her declaration and in her Opposition brief, as well as the seriousness of her continued noncompliance and the sanctions the CWT Parties seek, the CWT Parties believe the Court will benefit from having the full 11-page reply brief before it when ruling on the CWT Parties' motion. Further, if there are additional arguments or facts that DAS or Ms. Danzik would have made in their opposition brief but for the 10-page limit on that brief, the CWT Parties have no objection to their making those arguments or submitting those facts during tomorrow's hearing.

Alternatively, if the Court is inclined to strike the reply brief, the CWT Parties request that the reply brief be deemed amended to include only section 3 of the Argument section of the reply brief, which is five pages long.

| | |
|---|---|
| 1 | |
| 2 | Dated: August 29, 2019 |
| 3 |        Phoenix, Arizona |

Respectfully submitted,

**RYAN RAPP & UNDERWOOD, P.L.C.**

By:   /s/ Henk Taylor (016321)
           J. Henk Taylor (016321)
           3200 N. Central Ave., Suite 1600
           Phoenix, Arizona 85012
           Telephone: (602) 280-1000
           Facsimile: (602) 265-1495
           E-Mail: htaylor@rrulaw.com

**SCHLAM STONE & DOLAN LLP**

Jeffrey M. Eilender (*admitted pro hac vice*)
Bradley J. Nash (*admitted pro hac vice*)
Joshua Wurtzel (*admitted pro hac vice*)
26 Broadway
New York, New York 10004
Telephone: (212) 344-5400
Facsimile: (212) 34407677
E-Mail: jeilender@schlamstone.com
E-Mail: bnash@schlamstone.com
E-Mail: jwurtzel@schlamstone.com

*Attorneys for Defendants CWT Canada II Limited Partnership, Resource Recovery Corporation, and Jean Noelting*

| | |
|---|---|
| 1 | **ORIGINAL** e-filed and **COPIES** |
| 2 | e-mailed this 29th day of August 2019 as follows: |
| 3 | |
| 4 | Dennis I. Wilenchik<br>Tyler Swenson |
| 5 | Chris Meyers<br>Chris Feasel |
| 6 | **WILENCHIK & BARTNESS P.C.** |
| 7 | 2810 North Third Street<br>Phoenix, Arizona 85004 |
| 8 | E-Mail: diw@wb-law.com<br>E-Mail: tylers@wb-law.com |
| 9 | E-Mail: chrism@wb-law.com |
| 10 | E-Mail: chrisf@wb-law.com |
| 11 | Leo R. Beus |
| 12 | **BEUS GILBERT PLLC**<br>701 North 44th Street |
| 13 | Phoenix, Arizona 85008<br>E-Mail: lbeus@beusgilbert.com |
| 14 | |
| 15 | *Attorneys for Defendant Wyo Tech Investment Group, LLC* |
| 16 | |
| 17 | Mark D. Goldman<br>Jeremy L. Phillips |
| 18 | **GOLDMAN & ZWILLINGER PLLC**<br>17851 North 85th Street, Suite 175 |
| 19 | Scottsdale, Arizona 85255<br>E-Mail: mgoldman@GZLawOffice.com |
| 20 | E-Mail: jeremy@jeremyphillipslaw.com |
| 21 | E-Mail: docket@gzlawoffice.com |
| 22 | *Attorneys for Nonparties Danzik Applied Sciences, LLC and Elizabeth Danzik* |
| 23 | |
| 24 | /s/ Henk Taylor<br>J. Henk Taylor |
| 25 | |
| 26 | |
| 27 | |
| 28 | |