Thomas A. Zlaket, SBA # 001819
THOMAS A. ZLAKET, P.L.L.C.
310 South Williams Boulevard, Suite 170
Tucson, Arizona 85711-4446
Phone: (520) 750-0250
Fax: (520) 750-0243
Email: tom@zlaketlaw.com
*Attorney for Nonparty Movants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **Wells Fargo Bank, N.A.,**<br><br>　　　　　　**Plaintiff,**<br><br>v.<br><br>**WYO TECH Investment Group, LLC; CWT Canada II Limited Partnership; Resources Recovery Corporation; and Jean Noelting,**<br><br>　　　　　　**Defendants.** | Case No.: 2:17-CV-04140-DWL<br><br>**NOTICE OF ERRATA RE: MOTION TO QUASH** |

　　　Nonparty Movants hereby submit this Notice of Errata to correct the inadvertent omission of Exhibits A and B, referred to the Motion to Quash Subpoenas filed on or about August 22, 2019 (Document 204-2).  In addition, that Motion inadvertently omitted as Exhibit C an exemplar of the issued subpoenas requiring the production of documents by each of the Nonparty Movants.  The subpoenas sought to be quashed are identical in substance.  Exhibits A, B, and C are attached hereto.

**RESPECTFULLY SUBMITTED** this 5th day of September, 2019.

                                          Thomas A. Zlaket, P.L.L.C.

                                          By: /s/ *Thomas A. Zlaket*
                                                Attorney for NonParty Movants

ORIGINAL electronically filed September 5, 2019.

COPY served via CM/ECF System, which sends notification to all parties registered therein this 5th day of September, 2019.

   /s/ *Carol L. Davis*