# EXHIBIT A



Barbara J. Dawson (#012104)
Carlie Shae Tovrea (#029709)
Matt Jarvey (#031350)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: bdawson@swlaw.com
　　　　ctovrea@swlaw.com
　　　　mjarvey@swlaw.com
Attorneys for Plaintiff Wells Fargo Bank, N.A.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Wells Fargo Bank, N.A., <br><br> Plaintiff, <br><br> v. <br><br> Wyo Tech Investment Group, LLC; CWT Canada II Limited Partnership, Resources Recovery Corporation; and Jean Noelting, <br><br> Defendants. | No. 2:17-cv-04140-JJT <br><br> **WELLS FARGO'S STATEMENT OF CONSULTATION WITH OPPOSING COUNSEL REGARDING ATTORNEYS' FEES** |
| Wyo Tech Investment Group, LLC, <br><br> Counterclaimant, <br><br> v. <br><br> Wells Fargo Bank, N.A., <br><br> Counterdefendant. | |

Pursuant to LRCiv 54.2(d)(1), counsel for Plaintiff/Counterdefendant Wells Fargo Bank, N.A. hereby provides the following statement regarding the good faith efforts to resolve Wells Fargo's request for an award of its attorneys' fees: On January 3, 2019, undersigned counsel spoke with Wyo Tech Investment Group, LLC's counsel, David Timchak, and counsel for the Judgment Claimants (CWT Canada II Limited Partnership, Resources Recovery Corporation, and Jean Noelting), Joshua Wurtzel, and informed them

1  that Wells Fargo intended to seek an award of its attorneys' fees incurred in connection
2  with this action. Prior to the telephone call, counsel for Wells Fargo circulated to Mr.
3  Timchak and Mr. Wurtzel a copy of the itemized fee spreadsheet. The parties discussed
4  the amount of fees and attempted to come to a resolution on those attorneys' fees short of
5  filing a motion. Mr. Wurtzel identified that the Judgment Claimants do not intend to take
6  a position on Wells Fargo's motion. Wells Fargo and Wyo Tech were unable to come to
7  an agreement regarding the amount of attorneys' fees to which Wells Fargo is entitled on
8  that phone call.

9  Following this consultation, Wells Fargo and Wyo Tech attempted to resolve Wells
10 Fargo's request for an award of its attorneys' fees unsuccessfully. Wells Fargo's counsel
11 repeatedly contacted Wyo Tech's counsel by email to follow up on a potential resolution
12 (specifically, on August 5, 2019, August 11, 2019, August 20, 2019, September 20, 2019,
13 and November 21, 2019). These communications remain unanswered.

14 Accordingly, Wells Fargo and Wyo Tech were unable to come to an agreement.
15 Wells Fargo's counsel has therefore personally consulted with opposing counsel as
16 required by LRCiv 54.2(d)(1) but has been unable to satisfactorily resolve the issue.

DATED this 9th day of December, 2019.

SNELL & WILMER L.L.P.

By: */s/ Carlie Tovrea*
Barbara J. Dawson
Carlie Shae Tovrea
Matt Jarvey
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Attorneys for Plaintiff Wells Fargo,
N.A.

- 2 -

# CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Dennis I. Wilenchik, Esq.
Wilenchik & Bartness, P.C.
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
admin@wb-law.com

and

Leo R. Beus, Esq.
Beus Gilbert, P.L.L.C.
701 N. 44th Street
Phoenix, Arizona 85008
lbeus@beusgilbert.com

*Attorneys for Defendant Wyo Tech Investment Group LLC*

J. Henk Taylor
Ryan Rapp & Underwood, P.L.C.
3200 N. Central Ave, Suite 2250
Phoenix, Arizona 85012

and

Jeffrey M. Eilender (*admitted pro hac vice*)
Bradley J. Nash (*admitted pro hac vice*)
Joshua Wurtzel (*admitted pro hac vice*)
Schlam Stone & Dolan LLP
26 Broadway
New York, New York 10004
jeilender@schlamstone.com
bnash@schlamstone.com
jwurtzel@schlamstone.com

*Attorneys for Defendants and Crossclaim Defendants CWT Canada II Limited Partnership, Resource Recovery Corporation, Jean Noelting; and Third-Party Defendants Schlam Stone & Dolan LLP, Joshua Wurtzel and Jeffrey M. Eilender*

  s/Pati Zabosky

4826-9577-4084.2