# EXHIBIT B



# Wells Fargo Law Department
# Matter Confirmation Form

| | |
|---|---|
| **Date:** | **November 7, 2017** |
| **To:** | **Carlie Tovrea** |
| **Firm:** | **Snell & Wilmer LLP** |
| **From:** | |
| **Subject:** | **Wyo Tech Investment Group LLC.** |

Performing work related to this matter name/number, constitutes adherence to the **Wells Fargo Outside Counsel Engagement Terms & Conditions** as acknowledged by your firm. As a provider of services to Wells Fargo, it is your responsibility to know and comply with representation/invoice policies and procedures.

| | |
|---|---|
| **Matter Name:** | **Wyo Tech Investment Group LLC.** |
| **Matter Number:** | **WF2017034809** |
| **Law Department Contact:** | |
| **Law Department Contact Telephone:** | |

## Important Information

- *E-Billing Vendors*: Invoice submission through ELM Solution's Passport Collaboration Portal is required; alternative submissions will be rejected.

- *Non-eBilling Vendors:* Invoice submission by emailing invoices to **legalinvoices@wellsfargo.com** is required. Each invoice must be scanned into individual PDFs along with the identifying matter number.

    ➢ *Invoices emailed to specific individuals/another email address may result in extensive payment delays or nonpayment.*

- All Payment Status Requests, policy questions, general Law Department questions, should be emailed to **legalfeesmanagement@wellsfargo.com**.

    ➢ *Status requests addressed to specific individuals/another email address may delay or impede response.*

- Timekeeper rate requests, approvals or additional inquiries should be emailed to **legalratesolicitation@wellsfargo.com**.

- Any adjusted invoice payment is intended to be payment in full, as Wells Fargo does not make partial payments. Please refer to payment confirmations sent to your accounting specialist at the time of invoice approval for details.

    - International Matters Required Forms





# Wells Fargo Law Department
# Matter Confirmation Form

- When engaging outside counsel, communicating these requirements is critical at the onset to avoid delay in processing:
    - A Wells Fargo Matter number and invoice number <u>MUST</u> appear on their invoice
    - Firm's address must be on the invoice
    - A complete "addressed to" Wells Fargo Department address must be on the invoice

    Example: Wells Fargo Law Dept.
    375 Park Avenue
    New York, NY 10152

- Attached **NRA** Form - required for each international Invoice



NRA Cert form.pdf

- **W8** must be on file with AP
- <u>**W8 Types:**</u>

  

fw8imy.pdf    fw8ben.pdf-    fw8bene.pdf
              Individuals.pdf

- **Supplier Bank Authorization form should be completed by the firm so that payments can be sent by wire or ACH.**



Supplier Bank       Supplier_Bank_A...
Authorization F...