# EXHIBIT C

| Timekeeper | Description of Services | Date | Hours | Rate | Totals |
|---|---|---|---|---|---|
| Tovrea, Carlie | Strategize re potential interpleader action. | 11/7/17 | 0.90 | 170.00 | 153.00 |
| Tovrea, Carlie | Telephone calls with judgment creditor's counsel, J. Wurtzel, re interpleader and moving forward to resolve matter. | 11/7/17 | 0.50 | 170.00 | 85.00 |
| Tovrea, Carlie | Telephone call with client and Wells Fargo's New York counsel, J. Foudy, and strategize re moving forward with interpleader action. | 11/7/17 | 1.20 | 170.00 | 204.00 |
| Rozenberg, Ranita | Telephone conference with C. Tovrea and opposing counsel re filing interpleador complaint. | 11/7/17 | 0.50 | 165.00 | 82.50 |
| Rozenberg, Ranita | Supplement case file with documents provided by the client. | 11/7/17 | 0.30 | 165.00 | 49.50 |
| Tovrea, Carlie | Strategize re handling interpleader claim. | 11/8/17 | 0.50 | 170.00 | 85.00 |
| Tovrea, Carlie | Revise draft of interpleader complaint and associated documents. | 11/8/17 | 1.60 | 170.00 | 272.00 |
| Jarvey, Matthew L. | Analyze case file documents and case law related to interpleader action in preparation for drafting complaint. | 11/8/17 | 4.40 | 200.00 | 880.00 |
| Jarvey, Matthew L. | Draft interpleader complaint. | 11/8/17 | 4.80 | 200.00 | 960.00 |
| Dawson, Barbara J | Analyze background documents re disputed account and competing claim and strategize potential litigation steps for resolution. | 11/8/17 | 1.50 | 522.00 | 783.00 |
| Tovrea, Carlie | Research re interpleader of funds subject to multiple claims and call with client re same. | 11/8/17 | 2.10 | 170.00 | 357.00 |
| Tovrea, Carlie | Research re validity of New York restraining notice for Arizona account. | 11/9/17 | 0.30 | 170.00 | 51.00 |
| Tovrea, Carlie | Review and revise proposed order re interpleader. | 11/9/17 | 0.30 | 170.00 | 51.00 |
| Dawson, Barbara J | Analyze background case information and review interpleader complaint. | 11/9/17 | 2.20 | 522.00 | 1,148.40 |
| Jarvey, Matthew L. | Draft proposed order re motion for interpleader. | 11/9/17 | 0.90 | 200.00 | 180.00 |
| Jarvey, Matthew L. | Draft motion for interpleader. | 11/9/17 | 4.30 | 200.00 | 860.00 |
| Tovrea, Carlie | Revise complaint for interpleader. | 11/9/17 | 3.40 | 170.00 | 578.00 |
| Tovrea, Carlie | Revise motion to deposit disputed funds with the court and for an order discharging Wells Fargo of liability. | 11/9/17 | 1.00 | 170.00 | 170.00 |
| Rozenberg, Ranita | Compile exhibits to be filed with interpleader complaint. | 11/9/17 | 0.10 | 165.00 | 16.50 |
| Tovrea, Carlie | Revise motion to interplead funds. | 11/10/17 | 0.40 | 170.00 | 68.00 |
| Jarvey, Matthew L. | Analyze exhibits for use in interpleader motion. | 11/13/17 | 0.70 | 200.00 | 140.00 |
| Tovrea, Carlie | Draft and revise acceptances of service for all defendants. | 11/13/17 | 0.50 | 170.00 | 85.00 |
| Tovrea, Carlie | Revise acceptances of service on behalf of all defendants. | 11/14/17 | 0.30 | 170.00 | 51.00 |
| Jarvey, Matthew L. | Draft acceptance of service on behalf of all defendants. | 11/14/17 | 0.20 | 200.00 | 40.00 |
| Tovrea, Carlie | Correspond with Wyo Tech's counsel, R. Walker, re acceptance or waiver of service and filing document re same. | 11/15/17 | 0.20 | 170.00 | 34.00 |
| Tovrea, Carlie | Correspond with opposing counsel re acceptance and waiver of service and revise and finalize same for filing. | 11/16/17 | 0.50 | 170.00 | 85.00 |
| Dawson, Barbara J | Follow up re new developments and case status. | 11/29/17 | 0.20 | 522.00 | 104.40 |
| Tovrea, Carlie | Strategize re arguments to include in reply in support of interpleader motion. | 11/29/17 | 0.30 | 170.00 | 51.00 |
| Rozenberg, Ranita | Analyze applicable deadlines in case. | 11/29/17 | 0.10 | 165.00 | 16.50 |
| Pillar, Shalayne | Analyze case law cited by defendant WyoTech in order to prepare to file reply. | 11/30/17 | 0.90 | 265.00 | 238.50 |
| Pillar, Shalayne | Analyze federal case law concerning discharging a bank/stakeholder in an action for interpleader in order to prepare to file reply. | 11/30/17 | 2.00 | 265.00 | 530.00 |
| Pillar, Shalayne | Review account agreement to prepare to file reply to interpleader motion. | 11/30/17 | 1.20 | 265.00 | 318.00 |
| Pillar, Shalayne | Strategize organization and argument re obtaining discharge in order to prepare to file reply to interpleader motion. | 11/30/17 | 0.40 | 265.00 | 106.00 |
| Tovrea, Carlie | Strategize re reply in support of motion for interpleader. | 11/30/17 | 0.70 | 170.00 | 119.00 |
| Tovrea, Carlie | Strategize re reply in support of interpleader motion. | 12/1/17 | 0.20 | 170.00 | 34.00 |
| Pillar, Shalayne | Draft reply to defendant's response to motion to interplead. | 12/1/17 | 3.10 | 265.00 | 821.50 |
| Pillar, Shalayne | Analyze case law re whether Wells Fargo may be entitled to attorneys' fees under an action for interpleader. | 12/1/17 | 1.20 | 265.00 | 318.00 |
| Pillar, Shalayne | Review and refine reply to defendant Wyo Tech's response to interpleader motion. | 12/4/17 | 0.70 | 265.00 | 185.50 |
| Pillar, Shalayne | Clarify explanation of case law cited by defendant Wyo Tech in order to submit reply. | 12/4/17 | 1.50 | 265.00 | 397.50 |
| Tovrea, Carlie | Research for arguments in support of discharge of liability for Wells Fargo in light of Wyo Tech's allegations of potential claims. | 12/4/17 | 2.60 | 170.00 | 442.00 |
| Tovrea, Carlie | Draft and revise reply in support of motion for interpleader and discharge. | 12/4/17 | 3.30 | 170.00 | 561.00 |
| Tovrea, Carlie | Revise and finalize reply in support of motion for interpleader and for discharge for filing. | 12/5/17 | 0.70 | 170.00 | 119.00 |
| Dawson, Barbara J | Review information re reply brief to be filed in Arizona interpleader action. | 12/5/17 | 0.30 | 522.00 | 156.60 |
| Tovrea, Carlie | Correspond with client and New York counsel, J. Foudy, re as-filed copy of reply in support of interpleader motion and for discharge. | 12/6/17 | 0.20 | 170.00 | 34.00 |
| Tovrea, Carlie | Review answer of defendants CWT, Resource Recovery Corporation, and J. Noelting. | 12/7/17 | 0.30 | 170.00 | 51.00 |
| Tovrea, Carlie | Begin reviewing Wyo Tech's answer to complaint and counterclaim. | 12/12/17 | 0.20 | 170.00 | 34.00 |
| Tovrea, Carlie | Continue reviewing Wyo Tech's answer and counterclaims. | 12/13/17 | 0.30 | 170.00 | 51.00 |
| Tovrea, Carlie | Email client and Wells Fargo's New York counsel, J. Foudy, Wyo Tech's responsive pleading including its answer, counterclaim, crossclaim, and third-party complaint. | 12/13/17 | 0.20 | 170.00 | 34.00 |
| Rozenberg, Ranita | Analyze applicable deadlines in case. | 12/14/17 | 0.90 | 165.00 | 148.50 |
| Dawson, Barbara J | Follow up on reply re motion for interpleader strategy. | 12/15/17 | 0.30 | 522.00 | 156.60 |
| Pillar, Shalayne | Strategize re responding to Wyo Tech's counterclaims and filing a joint stipulation re extending deadline to respond. | 12/15/17 | 0.60 | 265.00 | 159.00 |
| Pillar, Shalayne | Draft email to opposing counsel re filing a joint stipulation re extending deadline to respond. | 12/15/17 | 0.40 | 265.00 | 106.00 |
| Jarvey, Matthew L. | Analyze pleadings for use in drafting motion to dismiss Wyo Tech's counterclaims. | 12/15/17 | 1.10 | 200.00 | 220.00 |
| Tovrea, Carlie | Strategize re motion to dismiss Wyo Tech's counterclaims. | 12/15/17 | 1.10 | 170.00 | 187.00 |
| Rozenberg, Ranita | Research under the rules the requirement for giving notice to other parties re mandatory initial disclosure deadlines. | 12/15/17 | 1.10 | 165.00 | 181.50 |
| Tovrea, Carlie | Strategize re potential arguments in favor of dismissal of Wyo Tech's counterclaims against Wells Fargo. | 12/17/17 | 0.50 | 170.00 | 85.00 |

| Name | Description | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Jarvey, Matthew L. | Draft motion to dismiss Wyo Tech's counterclaims. | 12/17/17 | 3.90 | 200.00 | 780.00 |
| Pillar, Shalayne | Analyze defendant's counterclaims in preparation for drafting response. | 12/17/17 | 1.40 | 265.00 | 371.00 |
| Pillar, Shalayne | Research elements required under claim for wrongful garnishment. | 12/18/17 | 1.40 | 265.00 | 371.00 |
| Pillar, Shalayne | Strategize cognizability of Wyo Tech's wrongful garnishment, aiding and abetting, and tortious interference claims. | 12/18/17 | 0.80 | 265.00 | 212.00 |
| Jarvey, Matthew L. | Strategize motion to dismiss arguments. | 12/18/17 | 0.90 | 200.00 | 180.00 |
| Pillar, Shalayne | Research elements required under claim for aiding and abetting wrongful garnishment. | 12/19/17 | 0.90 | 265.00 | 238.50 |
| Pillar, Shalayne | Research elements required under claim for tortious interference with business expectancy. | 12/19/17 | 0.90 | 265.00 | 238.50 |
| Pillar, Shalayne | Review and revise research re counterclaims brought by Wyo Tech in order to prepare to file motion of dismissal. | 12/28/17 | 2.60 | 265.00 | 689.00 |
| Jarvey, Matthew L. | Analyze research from S. Pillar in preparation for drafting motion to dismiss. | 1/2/18 | 0.60 | 200.00 | 120.00 |
| Tovrea, Carlie | Draft and revise MIDP responses. | 1/2/18 | 0.40 | 170.00 | 68.00 |
| Rozenberg, Ranita | Follow up with C. Tovrea re status of mandatory initial disclosures. | 1/2/18 | 0.10 | 165.00 | 16.50 |
| Jarvey, Matthew L. | Draft motion to dismiss Wyo Tech's counterclaims. | 1/6/18 | 2.90 | 200.00 | 580.00 |
| Tovrea, Carlie | Draft and revise mandatory initial discovery responses and send same to client for review and approval. | 1/8/18 | 1.50 | 170.00 | 255.00 |
| Jarvey, Matthew L. | Continue drafting motion to dismiss Wyo Tech's counterclaims. | 1/8/18 | 1.50 | 200.00 | 300.00 |
| Jarvey, Matthew L. | Continue drafting motion to dismiss Wyo Tech's counterclaims. | 1/9/18 | 1.80 | 200.00 | 360.00 |
| Jarvey, Matthew L. | Continue drafting motion to dismiss Wyo Tech's counterclaims. | 1/10/18 | 0.10 | 200.00 | 20.00 |
| Jarvey, Matthew L. | Strategize motion to dismiss arguments with C. Tovrea. | 1/10/18 | 0.30 | 200.00 | 60.00 |
| Jarvey, Matthew L. | Continue drafting motion to dismiss Wyo Tech's counterclaims. | 1/11/18 | 3.00 | 200.00 | 600.00 |
| Tovrea, Carlie | Revise motion to dismiss Wyo Tech's counterclaims. | 1/11/18 | 0.90 | 170.00 | 153.00 |
| Tovrea, Carlie | Telephone call with R. Walker re amended answer and email client, D. Pinch, re same | 1/12/18 | 0.40 | 170.00 | 68.00 |
| Dawson, Barbara J | Review new information re case status and follow up re same. | 1/16/18 | 0.30 | 522.00 | 156.60 |
| Jarvey, Matthew L. | Analyze Wyo Tech's amended answer for effect on motion to dismiss. | 1/17/18 | 0.10 | 200.00 | 20.00 |
| Jarvey, Matthew L. | Prepare for meet and confer re motion to dismiss Wyo Tech's counterclaims. | 2/2/18 | 1.30 | 217.00 | 282.10 |
| Jarvey, Matthew L. | Meet and confer call re motion to dismiss Wyo Tech's counterclaims. | 2/2/18 | 0.30 | 217.00 | 65.10 |
| Jarvey, Matthew L. | Strategize position on future motions in light of meet and confer discussion. | 2/5/18 | 0.30 | 217.00 | 65.10 |
| Jarvey, Matthew L. | Continue preparing for meet and confer re motion to dismiss Wyo Tech's counterclaims. | 2/5/18 | 0.50 | 217.00 | 108.50 |
| Tovrea, Carlie | Strategize re meet and confer call with Wyo Tech's counsel, R. Walker, on motion to dismiss to satisfy court order. | 2/5/18 | 0.20 | 224.00 | 44.80 |
| Tovrea, Carlie | Review order allowing interpleader action to proceed following bankruptcy court ruling. | 4/20/18 | 0.20 | 224.00 | 44.80 |
| Jarvey, Matthew L. | Draft analysis to client of case status following bankruptcy court ruling. | 4/21/18 | 0.30 | 217.00 | 65.10 |
| Pillar, Shalayne | Revise argument re impact of New York restraining notice. | 5/29/18 | 1.60 | 201.00 | 321.60 |
| Pillar, Shalayne | Strategize re finalizing motion to dismiss Wyo Tech's counterclaims. | 5/29/18 | 0.10 | 201.00 | 20.10 |
| Tovrea, Carlie | Revise motion to dismiss Wyo Tech's counterclaims and send same to client for review. | 5/29/18 | 1.20 | 224.00 | 268.80 |
| Tovrea, Carlie | Revise motion to dismiss Wyo Tech's counterclaims to incorporate client revisions. | 5/30/18 | 0.30 | 224.00 | 67.20 |
| Tovrea, Carlie | Draft answer to Wyo Tech's amended counterclaims to file concurrently with motion to dismiss pursuant to MIDP program. | 5/30/18 | 1.40 | 224.00 | 313.60 |
| Rozenberg, Ranita | Analyze applicable deadlines in case. | 6/8/18 | 0.70 | 129.00 | 90.30 |
| Pillar, Shalayne | Draft certification of conferral in accordance with local rules. | 6/11/18 | 0.90 | 201.00 | 180.90 |
| Tovrea, Carlie | Revise certification of compliance with Local Rule 12.1(c) re motion to dismiss conferral. | 6/11/18 | 0.20 | 224.00 | 44.80 |
| Tovrea, Carlie | Revise and finalize certificate of conferral re motion to dismiss Wyo Tech's counterclaims. | 6/11/18 | 0.50 | 224.00 | 112.00 |
| Jarvey, Matthew L. | Confirm meet and confer requirements were met for motion to dismiss for use in certificate of compliance with local rules. | 6/11/18 | 0.90 | 217.00 | 195.30 |
| Tovrea, Carlie | Strategize re status of matter. | 6/27/18 | 0.10 | 224.00 | 22.40 |
| Rozenberg, Ranita | Analyze case status for attorney review and use in matter work up. | 6/27/18 | 0.20 | 129.00 | 25.80 |
| Jarvey, Matthew L. | Analyze case management schedule to ensure compliance with deadlines. | 6/29/18 | 0.20 | 217.00 | 43.40 |
| Tovrea, Carlie | Correspond with opposing counsel re scheduling 26(f) conference. | 6/29/18 | 0.20 | 224.00 | 44.80 |
| Pillar, Shalayne | Strategize reply to WFB's motion to dismiss Wyo Tech's counterclaims. | 7/2/18 | 0.50 | 201.00 | 100.50 |
| Jarvey, Matthew L. | Draft reply brief in support of motion to dismiss Wyo Tech's counterclaims. | 7/2/18 | 4.00 | 217.00 | 868.00 |
| Jarvey, Matthew L. | Analyze Wyo Tech's response brief and arguments therein in preparation for drafting reply brief in support of motion to dismiss Wyo Tech's counterclaims. | 7/2/18 | 2.50 | 217.00 | 542.50 |
| Pillar, Shalayne | Analyze response to WFB's motion to dismiss Wyo Tech's counterclaims. | 7/2/18 | 1.00 | 201.00 | 201.00 |
| Jarvey, Matthew L. | Analyze Wyo Tech's response brief to CWT Parties' motion to dismiss, to determine whether any arguments in that brief impacted Wells Fargo's motion to dismiss Wyo Tech's counterclaims. | 7/2/18 | 0.80 | 217.00 | 173.60 |
| Jarvey, Matthew L. | Outline reply brief in support of motion to dismiss Wyo Tech's counterclaims. | 7/2/18 | 0.80 | 217.00 | 173.60 |
| Rozenberg, Ranita | Supplement case file with documents filed with the court for attorney review and use in matter work up. | 7/2/18 | 0.70 | 129.00 | 90.30 |
| Jarvey, Matthew L. | Conduct case management call. | 7/3/18 | 0.50 | 217.00 | 108.50 |
| Jarvey, Matthew L. | Continue drafting reply brief in support of motion to dismiss Wyo Tech's counterclaims. | 7/3/18 | 6.40 | 217.00 | 1,388.80 |
| Pillar, Shalayne | Strategize filing reply brief in support of motion to dismiss Wyo Tech's counterclaims. | 7/3/18 | 0.20 | 201.00 | 40.20 |
| Tovrea, Carlie | Research re New York separate entity rule for use in reply in support of motion to dismiss Wyo Tech's counterclaims. | 7/3/18 | 0.90 | 224.00 | 201.60 |
| Tovrea, Carlie | Analyze correspondence from Wells Fargo's New York counsel, P. Ragone, re Wyo Tech's analysis of New York statutes and law re separate entity rule for use in reply in support of motion to dismiss. | 7/3/18 | 0.70 | 224.00 | 156.80 |
| Dawson, Barbara J | Review new information and correspondence from opposing counsel and new positions in supplemental responses to assess status and development. | 7/3/18 | 0.60 | 524.00 | 314.40 |
| Jarvey, Matthew L. | Draft reply in support of motion to dismiss Wyo Tech's counterclaims, to allow Wells Fargo to be discharged from liability upon interpleading funds. | 7/4/18 | 6.80 | 217.00 | 1,475.60 |

| Name | Description | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Pillar, Shalayne | Analyze case law re when interpleader is denied. | 7/4/18 | 1.60 | 201.00 | 321.60 |
| Pillar, Shalayne | Analyze NY case law re whether the separate entity applies to national branches. | 7/4/18 | 0.50 | 201.00 | 100.50 |
| Pillar, Shalayne | Analyze separate entity rule as it applies to WFB. | 7/4/18 | 0.60 | 201.00 | 120.60 |
| Tovrea, Carlie | Revise reply in support of motion to dismiss Wyo Tech's counterclaims. | 7/5/18 | 0.60 | 224.00 | 134.40 |
| Dawson, Barbara J | Assess and follow up re response to new developments. | 7/5/18 | 0.50 | 524.00 | 262.00 |
| Jarvey, Matthew L. | Continue drafting reply in support of motion to dismiss Wyo Tech's counterclaims. | 7/5/18 | 3.40 | 217.00 | 737.80 |
| Pillar, Shalayne | Review citations and proofread reply in support of motion to dismiss Wyo Tech's counterclaims. | 7/5/18 | 1.00 | 201.00 | 201.00 |
| Jarvey, Matthew L. | Finalize reply in support of motion to dismiss Wyo Tech's counterclaims. | 7/6/18 | 0.50 | 217.00 | 108.50 |
| Tovrea, Carlie | Draft joint case management report for circulation to the opposing parties. | 7/10/18 | 0.90 | 224.00 | 201.60 |
| Pillar, Shalayne | Strategize drafting joint report. | 7/11/18 | 0.20 | 201.00 | 40.20 |
| Pillar, Shalayne | Analyze elements required for wrongful garnishment and any applicable affirmative defenses. | 7/11/18 | 1.10 | 201.00 | 221.10 |
| Pillar, Shalayne | Assess evidence re defendants counterclaims in order to draft joint status report. | 7/12/18 | 1.80 | 201.00 | 361.80 |
| Tovrea, Carlie | Draft and revise joint case management report for circulation to opposing parties. | 7/12/18 | 1.20 | 224.00 | 268.80 |
| Jarvey, Matthew L. | Revise joint case management report draft in preparation for filing. | 7/12/18 | 0.70 | 217.00 | 151.90 |
| Tovrea, Carlie | Review order granting stipulation for defense counsel to appear telephonically at case management conference. | 7/13/18 | 0.10 | 224.00 | 22.40 |
| Tovrea, Carlie | Review revisions to case management report and correspond with opposing counsel re same. | 7/16/18 | 0.60 | 224.00 | 134.40 |
| Pillar, Shalayne | Evaluate edits made by opposing counsel in joint status report in order to prepare for filing. | 7/17/18 | 1.10 | 201.00 | 221.10 |
| Pillar, Shalayne | Supplement joint status report with additional edits on behalf of Wells Fargo in order to prepare for filing. | 7/17/18 | 0.70 | 201.00 | 140.70 |
| Tovrea, Carlie | Revise joint case management report draft for submission. | 7/17/18 | 0.90 | 224.00 | 201.60 |
| Jarvey, Matthew L. | Prepare for scheduling conference hearing. | 7/23/18 | 1.00 | 217.00 | 217.00 |
| Tovrea, Carlie | Strategize re preparation for case management conference. | 7/23/18 | 0.60 | 224.00 | 134.40 |
| Jarvey, Matthew L. | Prepare for and attend scheduling conference hearing. | 7/24/18 | 4.00 | 217.00 | 868.00 |
| Jarvey, Matthew L. | Coordinate docketing of new deadline related to case scheduling order. | 7/24/18 | 0.10 | 217.00 | 21.70 |
| Jarvey, Matthew L. | Inform client about status of case and outcome of scheduling conference hearing. | 7/24/18 | 0.30 | 217.00 | 65.10 |
| Tovrea, Carlie | Appear for scheduling conference. | 7/24/18 | 1.50 | 224.00 | 336.00 |
| Rozenberg, Ranita | Analyze applicable deadlines in case. | 7/24/18 | 0.10 | 129.00 | 12.90 |
| Tovrea, Carlie | Revise draft email to client re order granting interpleader and dismissal of counterclaims. | 8/1/18 | 0.30 | 224.00 | 67.20 |
| Tovrea, Carlie | Analyze order granting Wells Fargo's pending motions for interpleader and to dismiss. | 8/1/18 | 0.30 | 224.00 | 67.20 |
| Jarvey, Matthew L. | Draft notice of interpleading funds per Court's order. | 8/1/18 | 0.30 | 217.00 | 65.10 |
| Jarvey, Matthew L. | Start drafting motion for attorney's fees for interpleader. | 8/2/18 | 2.70 | 217.00 | 585.90 |
| Tovrea, Carlie | Strategize re motion for attorneys' fees and delivery of check to court. | 8/3/18 | 0.30 | 224.00 | 67.20 |
| Jarvey, Matthew L. | Continue to draft fee application. | 8/3/18 | 3.00 | 217.00 | 651.00 |
| Jarvey, Matthew L. | Revise fee application for completing interpleader. | 8/5/18 | 1.50 | 217.00 | 325.50 |
| Jarvey, Matthew L. | Analyze reply brief from judgment claimants for potential application to Wells Fargo's legal positions. | 8/6/18 | 0.40 | 217.00 | 86.80 |
| Jarvey, Matthew L. | Coordinate with client interpleader check logistics. | 8/10/18 | 0.50 | 217.00 | 108.50 |
| Jarvey, Matthew L. | Complete interpleader at clerk's office per court order. | 8/17/18 | 1.70 | 217.00 | 368.90 |
| Jarvey, Matthew L. | Analyze Wyo Tech's motion for release of funds for potential applicability to Wells Fargo. | 8/17/18 | 0.20 | 217.00 | 43.40 |
| Jarvey, Matthew L. | Revise fee application. | 8/17/18 | 0.10 | 217.00 | 21.70 |
| **TOTAL** | | | **161.80** | | **35619.50** |