# EXHIBIT G

1 Barbara J. Dawson (#012104)
  Carlie Shae Tovrea (#029709)
2 Matt Jarvey (#031350)
  SNELL & WILMER L.L.P.
3 One Arizona Center
  400 E. Van Buren, Suite 1900
4 Phoenix, Arizona 85004-2202
  Telephone: 602.382.6000
5 Facsimile: 602.382.6070
  E-Mail: bdawson@swlaw.com
6        ctovrea@swlaw.com
         mjarvey@swlaw.com
7
  *Attorneys for Plaintiff Wells Fargo Bank, N.A.*
8

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Wells Fargo Bank, N.A., | No. CV 2:17-cv-04140-JJT |
|---|---|
| Plaintiff, | **AFFIDAVIT AUTHENTICATING BUSINESS ACCOUNT AGREEMENTS** |
| v. | |
| Wyo Tech Investment Group, LLC; CWT Canada II Limited Partnership; Resources Recovery Corporation; and Jean Noelting, | (Assigned to the Honorable John J. Tuchi) |
| Defendants. | |
| Wyo Tech Investment Group, LLC, | |
| Counterclaimant, | |
| v. | |
| Wells Fargo Bank, N.A., | |
| Counterdefendant. | |
| Wyo Tech Investment Group, LLC, | |
| Cross-Claimant, | |
| v. | |
| CWT Canada II Limited Partnership, Resources Recovery Corporation, and Jean Noelting, | |
| Cross-Claim Defendants. | |

4823-1564-4785

|  |  |
|---|---|
| 1 | Wyo Tech Investment Group, LLC, |
| 2 | Third Party Plaintiff, |
| 3 | v. |
| 4 | Schlam Stone & Dolan, LLP, a New York Limited Liability Partnership; and Jeffrey M. Eilender, |
| 5 |  |
| 6 | Third Party Defendants. |

STATE OF ARIZONA ) 
) ss
County of Maricopa )

Chere' Tait, being first duly sworn, deposes and states that:

1. I am a custodian of records for Wells Fargo Bank, N.A. ("Wells Fargo").

2. I am personally familiar with the Business Account Agreements attached as Exhibits A and B to Wells Fargo's Motion for Attorneys' Fees, Expenses, and Costs.

3. Exhibit A is a true and accurate copy of the account agreement that currently governs Wyo Tech Investment Group, LLC's ("Wyo Tech's") Wells Fargo bank account ending in -2809. Exhibit A has been effective since July 11, 2018.

4. Exhibit B is a true and accurate copy of the account agreement that previously governed Wyo Tech's Wells Fargo bank account ending in -2809. Exhibit B was effective from April 24, 2017, until July 11, 2018.

5. Exhibits A and B, which are records of certain conditions governing Wyo Tech's account, were drafted at or near the time that they became effective by a person with knowledge of the matters identified in those agreements.

6. Exhibits A and B were kept in the course of a regularly conducted activity of Wells Fargo's business.

7. Drafting and maintaining records such as the Exhibits A and B is a regular practice of Wells Fargo's business activity.

_/s/ Chere' Tait_
Chere' Tait

4823-1564-4785

- 1 -

1  Executed on this 24 day of Sept., 2018.

4  Subscribed to and sworn before me this 24 day of Sept, 2018, by
5  Chere' Tait, who is personally known to me.

_____
SIGNATURE

NOTARY PUBLIC

4823-1564-4785

- 2 -